SANTOS CHAVEZ
C-87968 ED-052-Up
P.O. Box 689
Soledad, CA 93960-0689
Pro Se

FILED
SEP 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CV-07-5014 PJH (PR)

| | |
|---|---|
| SANTOS CHAVEZ,<br>Petitioner,<br>v.<br>BEN CURRY, Warden (A), et al.,<br>Respondent. | Case No.<br>**EXHIBITS FOR PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS.**<br>(Bound and Submitted Separately) |

**PETITIONER'S EXHIBITS FOR HIS PETITION FOR WRIT OF HABEAS CORPUS**

(BOUND AND SUBMITTED SEPARATELY)

TABLE OF CONTENTS

EXHIBIT

A SUBSEQUENT PAROLE CONSIDERATION HEARING TRANSCRIPTS OF FEBRUARY 9, 2006.

B
SECTION

1. CORRECTIONAL TRAINING FACILITY-OPERATION PROCEDURE-EAST DORM CRITERIA

2. LOS ANGELES POLICE DEPARTMENT REPORT

3. PAROLE DATE CALCULATION DOCUMENT

C
SECTION

1 2005 PSYCHOLOGICAL REPORT WRITTEN BY J. Steward, Ph.D. & Bill Zika, Ph.D.

2 2004 PSYCHOLOGICAL REPORT WRITTEN BY E.W. Hewchuk, Ph.D. & B.Zika Ph.D

3 2000 PSYCHOLOGICAL REPORT WRITTEN BY Steven J. Terrini, Ph.D.

4 1998 PSYCHOLOGICAL REPORT WRITTEN BY Bruce M. Bakeman, Ph.D.

5 1995 PSYCHOLOGICAL REPORT WRITTEN BY Bruce M. Bakeman, Ph.D.

6 1991 & 1993 PSYCHOLOGICAL REPORTS WRITTEN BY Ronald Kitt, Ph.D.

7 1989 PSYCHOLOGICAL REPORT WRITTEN BY A.M. Charlens, Ph.D.

8 1986 PSYCHOLOGICAL REPORT WRITTEN BY Charles D. Willis, Ph.D.

D
SECTION

1 2004 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 6]

2 2003 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 5]

3 2001 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 4]

4 1998 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 3]

5 1996 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 2]

6 1994 BOARD DECISION [SUBSEQUENT PAROLE CONSIDERATION HEARING NO. 1]

7 1992 BOARD DECISION [INITIAL PAROLE CONSIDERATION HEARING]

TABLE OF CONTENTS CONTINUED

EXHIBIT

**E**
SECTION

1 GUILTY PLEA HEARING TRANSCRIPTS OF May 21, 1984.

2 STATE PRISON (SENTENCING HEARING TRANSCRIPTS) of June 12, 1984.

**F**
SECTION

1 MISCELLANEOUS LAUDATORY CHRONOS

2 SUPPORT LETTERS

3 DISCIPLINARY HISTORY SHEET

**G**
SECTION

1 SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES DEPARTMENT 100 FEBRUARY 15, 2007 DENIAL DECISION CASE NO. BH003995.

2 SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES DEPARTMENT 100 MAY 09, 2006 DENIAL DECISION CASE NO. BH003291.

3 SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES DEPARTMENT 100 MAY 04, 2007 DENIAL DECISION CASE NO. BH004075.

4 SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES DEPARTMENT 130 PROBATION OFFICER'S REPORT FILED JUNE 12, 1984

5 SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES CASE NO. A382607 INFORMATION - [CHARGING DOCUMENT] FILED NOVEMBER 10, 1982.

6 SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA CASE NO. 108084 In re Chaudhary, FILED February 0, 2004.