EXH A

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life )
Term Parole Consideration )
Hearing of:              )        CDC Number C-87968
                         )
SANTOS CHAVEZ            )        **INMATE**
                         )
_____)        **COPY**

CORRECTIONAL TRAINING FACILITY

SOLEDAD, CALIFORNIA

FEBRUARY 9, 2006

9:35 A.M.

PANEL PRESENT:

Ms. Tracey St. Julien, Presiding Commissioner
Mr. William Keenan, Deputy Commissioner

OTHERS PRESENT:

Mr. Santos Chavez, Inmate
Ms. Ann Christensen, Attorney for Inmate
Mr. Michael Yglecias, Deputy District Attorney
Correctional Officers Unidentified

CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____  No        See Review of Hearing
_____  Yes       Transcript Memorandum

**TRACY RICHARDSON, Peters Shorthand Reporting**

## INDEX

                                                        PAGE

Proceedings.............................................. 1

Case Factors........................................... 6

Pre-Commitment Factors............................... 35

Post-Commitment Factors.............................. 62

Parole Plans.......................................... 37

Closing Statements................................... 100

Recess .............................................. 110

Decision............................................. 111

Adjournment.......................................... 126

Transcriber Certification............................ 127

--oOo--

1

| 1 | **P R O C E E D I N G S** |
|---|---|

1    **P R O C E E D I N G S**

2    **DEPUTY COMMISSIONER KEENAN:**  We're on

3    record.

4    **PRESIDING COMMISSIONER JULIEN:**  Okay, the

5    time is 9:35 a.m. and this is a subsequent

6    parole Hearing for Santos Chavez, CDC number C-

7    87968.  Today is February 9, 2006.  We are at

8    CTF, Soledad.  The inmate was received on June

9    22, 1984.  Life term starting the same day.

10    Count One, murder second, violation of Penal

11    Code Section 187 and the term given is 17 years

12    to life, minimum eligible parole date of March

13    7, 1993.  And this is from Los Angeles County,

14    Case number A-382607.  And is that correct, sir?

15    **INMATE CHAVEZ:**  Yes.

16    **PRESIDING COMMISSIONER JULIEN:**  Okay.  We

17    are tape recording the hearing so we're going to

18    go around the room and introduce ourselves.

19    We'll say our first and last names, spell our

20    names, and then when it's your turn if you'd

21    also state your CDC number.  And my name is

22    Tracy St. Julien, T-R-A-C-E-Y, S-T. capital

23    J-U-L-I-E-N, Commissioner.

24    **DEPUTY COMMISSIONER KEENAN:**  Bill Keenan,

25    K-E-E-N-A-N, Deputy Commissioner.

26    **DEPUTY DISTRICT ATTORNEY YGLECIAS:**

27    Michael Yglecias.  Last name is Y-G-L-E-C-I-A-S.

2

1    I'm a Deputy District Attorney with the Los

2    Angeles County.

3         **ATTORNEY CHRISTENSEN:**  Ann Christensen,

4    C-H-R-I-S-T-E-N-S-E-N, attorney for Mr. Chavez.

5         **INMATE CHAVEZ:**  Santos Chavez, C-87968.

6         **PRESIDING COMMISSIONER JULIEN:**  Okay, can

7    you spell your -

8         **INMATE CHAVEZ:**  Oh, sorry.

9         **PRESIDING COMMISSIONER JULIEN:**   - names

10   please?

11        **INMATE CHAVEZ:**  C-H-A-V-E-Z.

12        **PRESIDING COMMISSIONER JULIEN:**   Okay.

13   And Santos for the -

14        **INMATE CHAVEZ:**  Oh.

15        **PRESIDING COMMISSIONER JULIEN:**   -

16   recorder or transcriber is S-A-N-T-O-S.  Okay,

17   Mr. Chavez, and I kept calling you Mr. Santos so

18   - Mr. Chavez, your attorney just went over with

19   you the procedures for today?

20        **INMATE CHAVEZ:**  Uh-huh.

21        **PRESIDING COMMISSIONER JULIEN:**  - and

22   discussed your ADA rights?

23        **INMATE CHAVEZ:**  Yes.

24        **PRESIDING COMMISSIONER JULIEN:**  Okay, and

25   I note that on May 16, 2005, you signed a BPT

26   Form 1073 which I'm looking at now indicating

27   that you do not need any help for your parole

3

1    hearing and you do not have any disabilities,

2    and that's still accurate?

3          **INMATE CHAVEZ:**  Exactly.

4          **PRESIDING COMMISSIONER JULIEN:**  Okay.

5    And I'm looking at the form that you signed.  Do

6    you have any questions about the hearing

7    procedure today?

8          **INMATE CHAVEZ:**  No.

9          **PRESIDING COMMISSIONER JULIEN:**  Okay.

10   And you also have the right to be heard by a

11   fair and impartial Panel.  Now that you've seen

12   the Panel here today do you have any objections?

13         **INMATE CHAVEZ:**  No, I don't.

14         **PRESIDING COMMISSIONER JULIEN:**  Okay.

15   Ms. Christensen?

16         **ATTORNEY CHRISTENSEN:**  No, I don't.

17         **PRESIDING COMMISSIONER JULIEN:**  Okay.

18   And Mr. Commissioner Keenan, we have – do we

19   have any confidential information?

20         **DEPUTY COMMISSIONER KEENAN:**  We do and it

21   may be used.

22         **PRESIDING COMMISSIONER JULIEN:**  Okay.

23   And we'll announce that when we announce the

24   decision, whether or not that has being used.

25   And Mr. Yglecias and Ms. Christensen, did that

26   hearing checklist marked Exhibit A look in

27   order?

4

1          **ATTORNEY CHRISTENSEN:**  I had them all,

2    thank you.

3          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Yes,

4    thank you.

5          **PRESIDING COMMISSIONER JULIEN:**   Okay.

6    And do you have any preliminary objections, Ms.

7    Christensen?

8          **ATTORNEY CHRISTENSEN:**   I do not.

9          **PRESIDING COMMISSIONER JULIEN:**   And you

10    did give us some additional documents –

11          **ATTORNEY CHRISTENSEN:**   **Yes.**

12          **PRESIDING COMMISSIONER JULIEN:**   – when

13    you came in and is that all?

14          **ATTORNEY CHRISTENSEN:**   That's all I

15    have.

16          **PRESIDING COMMISSIONER JULIEN:**  Okay.

17    And do you have – did you have any preliminary

18    objections?

19          **ATTORNEY CHRISTENSEN:**   No, preliminary

20    objections.

21          **PRESIDING COMMISSIONER JULIEN:**   Okay.

22    Then I will start by reading the summary of the

23    crime as it appears in the March 2004 Board

24    report.  And that information was taken from the

25    probation officer's report, Pages 2 and 3.  And

26    it states that on July 24, 1983, the victim, who

27    was Ronald Rivos, R-I-V-O-S, age 20 at the time,

5

1    who was an innocent bystander and was standing

2    in the front yard of an address in Los Angeles

3    and at approximately 10 p.m. a car driven by

4    Chavez drove up and stopped.  Chavez had a

5    shotgun and his co - co-defendant, Cantu,

6    C-A-N-T-U, was armed with a rifle.  A witness

7    approached the car and Chavez pointed a handgun

8    at him.  Several shots were fired by both Chavez

9    and Cantu at rival gang members in the street.

10    As a result, Rivos, an innocent bystander, was

11    fatally shot and the two other victims who were

12    Cypress Park gang members, and that is

13    C-Y-P-R-E-S-S, were wounded by the gunfire.

14    The cause of death to Rivos was a gunshot wound

15    to the head.  The subsequent investigation

16    revealed five .22 caliber spent shot casings at

17    the crime scene.  Officers recovered a .22

18    caliber barrel and stock at Chavez's residence

19    one matched - which matched the casings fired at

20    the crime scene.  Okay.  So I do note in the -

21    your version, in the inmate's version, and you

22    explained what had happened and I actually still

23    have some questions about that.  And I guess the

24    first was so this was not gang-related, is that

25    correct?

26         **INMATE CHAVEZ:**  That's correct.

27         **PRESIDING COMMISSIONER JULIEN:**  Okay.

6

1    So these people, the Cypress Park gang members.

2         **DEPUTY COMMISSIONER KEENAN:**  Excuse me.

3         **PRESIDING COMMISSIONER JULIEN:**    I'm

4    sorry.

5         **DEPUTY COMMISSIONER KEENAN:**  You said

6    that's correct?

7         **INMATE CHAVEZ:**  It wasn't gang-related.

8         **DEPUTY COMMISSIONER KEENAN:**  Thank you.

9         **PRESIDING COMMISSIONER JULIEN:**    Oh,

10   maybe the - my

11        **INMATE CHAVEZ:**  If I get a little closer

12   to you.

13        **PRESIDING COMMISSIONER JULIEN:**    Yeah,

14   the chair doesn't move so I guess -

15        **DEPUTY COMMISSIONER KEENAN:**

16   (Indiscernible) -

17        **PRESIDING COMMISSIONER JULIEN:**    - speak

18   up.

19        **DEPUTY COMMISSIONER KEENAN:**  Speak loud

20   enough -

21        **INMATE CHAVEZ:**  Okay.

22        **DEPUTY COMMISSIONER KEENAN:**  - to be

23   heard so I can get everything on tape.

24        **PRESIDING COMMISSIONER JULIEN:**    Okay. So

25   these two individuals who had tried to accost

26   your wife and take her car they just happened to

27   be members of a gang?

7

1        **INMATE CHAVEZ:**  Two of them were.   There

2    was three members.   There was three –

3        **PRESIDING COMMISSIONER JULIEN:**   Okay.

4    And they just happened to be members of a gang?

5        **INMATE CHAVEZ:**  Two of them were members.

6        **PRESIDING COMMISSIONER JULIEN:**   Okay.

7    And did that have anything to do with your going

8    after them?

9        **INMATE CHAVEZ:**  No.

10        **PRESIDING COMMISSIONER JULIEN:**   Okay.

11        **INMATE CHAVEZ:**  Not at all.

12        **PRESIDING COMMISSIONER JULIEN:**   And were

13   you a member of a gang?

14        **INMATE CHAVEZ:**  Yes.

15        **PRESIDING COMMISSIONER JULIEN:**   And what

16   gang was that?

17        **INMATE CHAVEZ:**  Avenues.

18        **PRESIDING COMMISSIONER JULIEN:**  So that's

19   a rival gang to –

20        **INMATE CHAVEZ:**  Yes.  Uh-huh.

21        **PRESIDING COMMISSIONER JULIEN:**   –

22   Cypress Park?  Okay, so what's your tattoo?

23        **INMATE CHAVEZ:**  These – I'll do their

24   names, my daughters, Kristin and Sophia.

25        **ATTORNEY CHRISTENSEN:**   Sophia?

26        **INMATE CHAVEZ:**  Uh-huh.

27        **PRESIDING COMMISSIONER JULIEN:**  Okay, so

8

 1  then you've got - when did you get those?

 2        **INMATE CHAVEZ:**  Around 20 years ago.

 3        **PRESIDING COMMISSIONER JULIEN:**   Okay.

 4  So before - so before you came to prison?

 5        **INMATE CHAVEZ:**  No.  No.

 6        **PRESIDING COMMISSIONER JULIEN:**   Oh, you

 7  got them in prison?

 8        **INMATE CHAVEZ:**  Yes.  I did.

 9        **PRESIDING COMMISSIONER JULIEN:**   Is that

10  - did you a 115 for that?

11        **INMATE CHAVEZ:**  No, I didn't.

12        **PRESIDING COMMISSIONER JULIEN:**   You

13  didn't?

14        **INMATE CHAVEZ:**  No.

15        **PRESIDING COMMISSIONER JULIEN:**   Why not?

16        **INMATE CHAVEZ:**  I don't know.  That was a

17  long, long time ago though.  Long time ago.  May

18  - maybe 21 years ago.

19        **PRESIDING COMMISSIONER JULIEN:**  Okay.

20  Well, I might ask you to -

21        **INMATE CHAVEZ:**  Okay.

22        **PRESIDING COMMISSIONER JULIEN:**    -

23  explain a - do you have any other tattoos?

24        **INMATE CHAVEZ:**  Just (indiscernible).

25        **PRESIDING COMMISSIONER JULIEN:**   Are they

26  gang insignia?

27        **INMATE CHAVEZ:**  No.  No.

9

1      **PRESIDING COMMISSIONER JULIEN:**   Okay.

2   Okay, so then why don't you explain what

3   happened?  So your wife, and what is her name?

4   I've seen her name a hundred times in this -

5      **INMATE CHAVEZ:**  Name was Donna Chavez.

6      **PRESIDING COMMISSIONER JULIEN:**   Is this

7   the same one you -

8      **INMATE CHAVEZ:**  No.

9      **PRESIDING COMMISSIONER JULIEN:**   - have

10   now?  Oh, okay.  That's - that doesn't sound

11   familiar.  Okay.  So Donna, your wife at the

12   time.  What happened?

13      **INMATE CHAVEZ:**  Well, she was in a

14   supermarket.  She went shopping, kind of late at

15   night.

16      **PRESIDING COMMISSIONER JULIEN:**  Uh-huh.

17      **INMATE CHAVEZ:**  When she was pregnant and

18   she had my one-year-old daughter with her.

19      **PRESIDING COMMISSIONER JULIEN:**  Uh-huh.

20      **INMATE CHAVEZ:**  And, you know, they just

21   tried to take her car and threaten her and

22   stuff.

23      **PRESIDING COMMISSIONER JULIEN:**  So did

24   the -

25      **INMATE CHAVEZ:**  You know.

26      **PRESIDING COMMISSIONER JULIEN:**   - the

27   guys actually come up to her and -

10

1        **INMATE CHAVEZ:**  Yes,.

2        **PRESIDING COMMISSIONER JULIEN:**   - did

3    they -

4        **INMATE CHAVEZ:**  In the parking lot.

5        **PRESIDING COMMISSIONER JULIEN:**   - use a

6    weapon?

7        **INMATE CHAVEZ:**  No, they didn't have a

8    weapon.

9        **PRESIDING COMMISSIONER JULIEN:**  Did they

10   just say give me - what did they say?

11       **INMATE CHAVEZ:**  They were threatening

12   her, you know, what guys will do, you know, and

13   they were - they were - they were approaching

14   her and trying to actually put their hands on

15   her and she pulled a weapon on them.  That's the

16   only reason they didn't get to her.

17       **PRESIDING COMMISSIONER JULIEN:**  She had

18   a weapon?

19       **INMATE CHAVEZ:**  Yes, she did.

20       **PRESIDING COMMISSIONER JULIEN:**  Was it

21   a gun?

22       **INMATE CHAVEZ:**  Yes, she did - was.

23       **PRESIDING COMMISSIONER JULIEN:**  Why

24   would she - why did she have a gun?

25       **INMATE CHAVEZ:**  Well, that's why,

26   because, you know, it was dangerous for women,

27   the area we live in, you know, the gang-

11

1    infested.  You know.

2        **PRESIDING COMMISSIONER JULIEN:**    Did she

3    have a permit?

4        **INMATE CHAVEZ:**  No.  No permit.

5        **PRESIDING COMMISSIONER JULIEN:**    Okay, so

6    - excuse me.  Obviously then that - her carrying

7    a weapon was against the law?

8        **INMATE CHAVEZ:**  Uh-huh.

9        **PRESIDING COMMISSIONER JULIEN:**    In this

10   case, it probably saved her in some way either

11   from taking the car or being physically hurt but

12   do you - what do you think now about that?

13   Would you let your wife carry a gun -

14       **INMATE CHAVEZ:**  No.

15       **PRESIDING COMMISSIONER JULIEN:**    -

16   without a permit?

17       **INMATE CHAVEZ:**  No, I wouldn't.  I

18   wouldn't.  What I think about that is, you know,

19   I should've called the police and, you know,

20   handled it that way but I took the law into my

21   own hands, you know.  That's what - definitely

22   would change that.

23       **PRESIDING COMMISSIONER JULIEN:**    Okay.

24   So was she - how was she able to identify these

25   guys?

26       **INMATE CHAVEZ:**  She - she actually just

27   told me - cause I was very close - close by and

12

1  she told me which way they went and what kind of

2  car they were driving, you know, and, you know,

3  I just happened to find them.

4        **PRESIDING COMMISSIONER JULIEN:**   So what

5  were you thinking - once she told you what

6  happened -

7        **INMATE CHAVEZ:**   Uh-huh.

8        **PRESIDING COMMISSIONER JULIEN:**    - and

9  then you decided to go find them what - what

10  kind of thought process?

11        **INMATE CHAVEZ:**   Was just very angry.

12  Very angry.  Felt disrespected and, you know, to

13  - to hurt women and children like that is - is -

14  is really wrong in - in our eyes.  You know, my

15  eyes, especially.  And I can't exactly tell you

16  what I was thinking at the time but just had a

17  lot anger with me for doing that to, you know -

18        **PRESIDING COMMISSIONER JULIEN:**   To her?

19        **INMATE CHAVEZ:**   - to her.

20        **PRESIDING COMMISSIONER JULIEN:**   Okay.

21  To Donna.  So now, what did you think you were

22  going to do when you caught up to them?

23        **INMATE CHAVEZ:**   Well, I figured I was

24  going to go over there and probably maybe - I -

25  knew it was going to be something that was going

26  to happen if I - if I did catch them.  I didn't

27  go over there to kill them or nothing.  I -

13

1    maybe would've shot one of them maybe in the leg

2    or something for doing that or, you know, I just

3    wanted to just make sure that it got handled

4    between us, you know, not women or children.

5         **PRESIDING COMMISSIONER JULIEN:**    Why was

6    that?  And why was it important to -

7         **INMATE CHAVEZ:**  Well -

8         **PRESIDING COMMISSIONER JULIEN:**    - handle

9    it yourself?

10        **INMATE CHAVEZ:**  - it wasn't important.  I

11   mean, I was very young, not thinking, you know.

12        **PRESIDING COMMISSIONER JULIEN:**    How old

13   were you?

14        **INMATE CHAVEZ:**  18.

15        **PRESIDING COMMISSIONER JULIEN:**    And you

16   had two kids?

17        **INMATE CHAVEZ:**  One at the time and one

18   and one coming, yes.

19        **PRESIDING COMMISSIONER JULIEN:**    Okay.

20   Were you working?  Were you in school?

21        **INMATE CHAVEZ:**  Yeah, I was working.

22        **PRESIDING COMMISSIONER JULIEN:**    And

23   where?

24        **INMATE CHAVEZ:**  At 18 years old I was

25   probably working for the supermarket.

26        **PRESIDING COMMISSIONER JULIEN:**    Okay.

27   So is that why you were close by?

14

1        **INMATE CHAVEZ:**  Yeah, I getting –
2   actually, getting ready just to go to work.
3        **PRESIDING COMMISSIONER JULIEN:**   Okay.
4        **INMATE CHAVEZ:**  Yes.
5        **PRESIDING COMMISSIONER JULIEN:**   Okay.
6   So did you have a weapon?  Did you used to carry
7   a weapon?
8        **INMATE CHAVEZ:**  Yes, I always carry a
9   weapon.
10       **PRESIDING COMMISSIONER JULIEN:**   Okay,
11   and again, why?
12       **INMATE CHAVEZ:**  Gang-infested territory's
13   dangerous.
14       **PRESIDING COMMISSIONER JULIEN:**   And you
15   were a gang member?
16       **INMATE CHAVEZ:**  Yeah.  Well, yeah, I was
17   but I was, like I said, I was working and have –
18   I had a family now so I wasn't – that wasn't
19   really a big issue any – any longer.
20       **PRESIDING COMMISSIONER JULIEN:**   But you
21   were still carrying a gun.  Was it –
22       **INMATE CHAVEZ:**  Yes.
23       **PRESIDING COMMISSIONER JULIEN:**    –
24   loaded?
25       **INMATE CHAVEZ:**  Yes.  Yes.
26       **PRESIDING COMMISSIONER JULIEN:**  Did you
27   think that was dangerous, having your one-year-

15

1  old daughter around?

2       **INMATE CHAVEZ:**  Yes.

3       **PRESIDING COMMISSIONER JULIEN:**  So why'd

4  you do it?

5       **INMATE CHAVEZ:**  Because I was not very

6  smart or very immature.

7       **PRESIDING COMMISSIONER JULIEN:**  Okay,

8  and were you –

9       **INMATE CHAVEZ:**  Yes.

10      **PRESIDING COMMISSIONER JULIEN:**  – and

11 your wife and daughter living on your own?

12      **INMATE CHAVEZ:**  Yes.

13      **PRESIDING COMMISSIONER JULIEN:**  Okay.

14 Okay, so you were both carrying guns.  Do you

15 think that was any kind of life?  I mean –

16      **INMATE CHAVEZ:**  No, not a life to live.

17 Not at all.  Terrible life.

18      **PRESIDING COMMISSIONER JULIEN:**  Okay. So

19 you want to find these guys and you go to – how

20 do you hook up with Mr. Cantu?

21      **INMATE CHAVEZ:**  He was at my apartment

22 when this happened.

23      **PRESIDING COMMISSIONER JULIEN:**  Okay, so

24 then you two say okay, we're going to go get

25 these guys?

26      **INMATE CHAVEZ:**  We didn't say nothing.

27 We just –

16

1          **PRESIDING COMMISSIONER JULIEN:**   Oh.

2          **INMATE CHAVEZ:**  - went.

3          **PRESIDING COMMISSIONER JULIEN:**   Okay.

4    Did he have a gun?

5          **INMATE CHAVEZ:**  Yes.

6          **PRESIDING COMMISSIONER JULIEN:**   Okay.

7          **INMATE CHAVEZ:**  There's a couple things

8    that kind of wrong in that.  I'm -

9          **PRESIDING COMMISSIONER JULIEN:**   Yes,

10   cause it says you have shotguns.

11         **INMATE CHAVEZ:**   Right.

12         **PRESIDING COMMISSIONER JULIEN:**   You're

13   saying it wasn't a shotgun.

14         **INMATE CHAVEZ:**   No, we dint' have a

15   shotgun.

16         **PRESIDING COMMISSIONER JULIEN:**   What

17   kind of gun was it?

18         **INMATE CHAVEZ:**   It - it was a .22 -

19         **PRESIDING COMMISSIONER JULIEN:**   .22.

20         **INMATE CHAVEZ:**  - yeah, and some handgun

21   and - and different year that it happened.  It

22   wasn't '83.  It was '82.  But that -

23         **PRESIDING COMMISSIONER JULIEN:**   I'm

24   sorry, what?

25         **INMATE CHAVEZ:**  And the year was wrong,

26   too

27         **PRESIDING COMMISSIONER JULIEN:**   It

17

1    wasn't '82?

2         **INMATE CHAVEZ:**  It was '82, not '83.

3         **PRESIDING COMMISSIONER JULIEN:**   Oh.

4    Okay.  Okay, and - okay, so you two drive to -

5    you find these guys, and I don't have their

6    names.

7         **INMATE CHAVEZ:**  Robin Rivos.

8         **PRESIDING COMMISSIONER JULIEN:**    And

9    what, I mean, he was the one who -

10         **INMATE CHAVEZ:**  Yeah.

11         **PRESIDING COMMISSIONER JULIEN:**   - was

12   deceased.  And who else was there?

13         **INMATE CHAVEZ:**  Joaquin Lopez and Ralphie

14   Menez.

15         **PRESIDING COMMISSIONER JULIEN:**   Okay.

16   Now, were they actually shot?  Did they suffer

17   any injuries?

18         **INMATE CHAVEZ:**  Yes, they did.

19         **PRESIDING COMMISSIONER JULIEN:**   And what

20   happened to them?

21         **INMATE CHAVEZ:**   They were - they went to

22   jail after that for some old reasons.  I mean,

23   not -

24         **PRESIDING COMMISSIONER JULIEN:**   Did they

25   go to the hospital?

26         **INMATE CHAVEZ:**   Yes, they went to the

27   hospital then they went to the County Ward, yes.

18

1      **PRESIDING COMMISSIONER JULIEN:**   Okay, so
2  why weren't you charged with attempted murder
3  for them?

4      **INMATE CHAVEZ:**   We took a plea bargain.
5      **PRESIDING COMMISSIONER JULIEN:**   Okay.
6      **INMATE CHAVEZ:**   Uh-huh.
7      **PRESIDING COMMISSIONER JULIEN:**   Okay.
8  So - so then explain what happens once you
9  confront Mr. Lopez and Mr. Jimenez.

10     **INMATE CHAVEZ:**   I didn't actually
11  confront them yet.  Well, once I got out - start
12  to get out of my car they were shooting - they
13  started shooting at me.  And that's how it -

14     **PRESIDING COMMISSIONER JULIEN:**   So how
15  did they know -

16     **INMATE CHAVEZ:**   - stared.

17     **PRESIDING COMMISSIONER JULIEN:**   to shoot
18  you?

19     **INMATE CHAVEZ:**   I guess that's the car
20  they just tried to hijack.  You know. I guess
21  they were -

22     **PRESIDING COMMISSIONER JULIEN:**   You
23  mean, the - the car that were in was the car
24  that your wife -

25     **INMATE CHAVEZ:**   Was in, yes.
26     **PRESIDING COMMISSIONER JULIEN:**   Okay.
27  So they recognized -

19

1        **INMATE CHAVEZ:**   I - I - I - I cannot
2    speak for them.  I - I would - I would assume -
3        **PRESIDING COMMISSIONER JULIEN:**   So you
4    get out of the car and they start shooting?
5        **INMATE CHAVEZ:**   I - my codefendant
6    didn't get out of the car but I started - I
7    started to get out of the car.
8        **PRESIDING COMMISSIONER JULIEN:**   Or you -
9    or you - did you have your gun out?
10       **INMATE CHAVEZ:**   Yes, I have a gun - I
11   have a weapon.
12       **PRESIDING COMMISSIONER JULIEN:**   Okay.
13   And is it pointed at them or where is it?
14       **INMATE CHAVEZ:**   No, I actually can't
15   seem them yet cause they're - they're kind of
16   like - they (indiscernible)
17       **PRESIDING COMMISSIONER JULIEN:**   Why are
18   you getting out of the car?
19       **INMATE CHAVEZ:**   Cause I'm looking for
20   the - the driver of these cars or that car that
21   I found.  That's how I found them cause their
22   car - the - the same description -
23       **PRESIDING COMMISSIONER JULIEN:**   Okay,
24   you see the car and you park near the car.
25       **INMATE CHAVEZ:**   Right next to it, yeah.
26       **PRESIDING COMMISSIONER JULIEN:**   - and
27   then you the try to find where the people are

20

1  who should be in that car, okay.

2       **INMATE CHAVEZ:**  Uh-huh.

3       **PRESIDING COMMISSIONER JULIEN:**  Okay, so

4  then what happened?

5       **INMATE CHAVEZ:**  And the shots were fired

6  and - and I fired back and that's basically it.

7  A lot of commotion, a lot - and after that other

8  stuff happened but that wasn't really related to

9  that.  I was in my - our rival -

10      **PRESIDING COMMISSIONER JULIEN:  Uh-huh.**

11      **INMATE CHAVEZ:**  - territory, gang

12  territory, so a lot of shots were fired from me

13  - me trying to get out of there.  So.

14      **PRESIDING COMMISSIONER JULIEN:**  So how

15  does Mr. Rivos enter the picture?

16      **INMATE CHAVEZ:**  You know, he was there.

17  He was one - one of three.

18      **PRESIDING COMMISSIONER JULIEN:**   I

19  thought it was an innocent bystander.

20      **INMATE CHAVEZ:**  No.  No.

21      **PRESIDING COMMISSIONER JULIEN:**  Well, I

22  guess it's the innocent by - I get the

23  impression he was just walking out of his house

24  and -

25      **INMATE CHAVEZ:**  Yeah, no.  Well, it's -

26  it's - a lot of -

27      **PRESIDING COMMISSIONER JULIEN:**  Okay.

21

1          **INMATE CHAVEZ:**    - that's incorrect.

2          **PRESIDING COMMISSIONER JULIEN:**    So three

3    people were standing at this address on - is it

4    (indiscernible) Street?

5          **INMATE CHAVEZ:**    Yes.

6          **PRESIDING COMMISSIONER JULIEN:**    Three

7    people are standing in the front yard.  Is that

8    correct?

9          **INMATE CHAVEZ:**    Pretty much.  Pretty so.

10   There was a - a big old party going on - on next

11   door and -

12         **PRESIDING COMMISSIONER JULIEN:**    Okay.

13         **INMATE CHAVEZ:**    That's why a lot of

14   people actually seen what happened.

15         **PRESIDING COMMISSIONER JULIEN:**    Oh,

16   okay, and one of them is Lopez and one is

17   Jimenez and one is Rivos?

18         **INMATE CHAVEZ:**    Rivos, yes.

19         **PRESIDING COMMISSIONER JULIEN:**    Okay,

20   and is it R-I-V-O-S?

21         **INMATE CHAVEZ:**    A-S.

22         **PRESIDING COMMISSIONER JULIEN:**    Okay.

23         **INMATE CHAVEZ:**    Uh-huh.

24         **PRESIDING COMMISSIONER JULIEN:**    Now,

25   does Mr. - do you see Mr. Rivas?  I mean, do you

26   see -

27         **INMATE CHAVEZ:**    Now, I see them.

22

1  They're all – they're all three in front of me,
2  yes.

3      **PRESIDING COMMISSIONER JULIEN:**   And –
4      **INMATE CHAVEZ:**   Directly –
5      **PRESIDING COMMISSIONER JULIEN:**   – he
6  firing any guns?

7      **INMATE CHAVEZ:**   I can't tell you who was
8  firing.

9      **PRESIDING COMMISSIONER JULIEN:**   But you
10  hear guns?

11      **INMATE CHAVEZ:**   I'm not hear it.   That –
12  there was firing at me.

13      **PRESIDING COMMISSIONER JULIEN:**   But you
14  see –

15      **INMATE CHAVEZ:**   Yeah.

16      **PRESIDING COMMISSIONER JULIEN:**    –
17  bullets go by?

18      **INMATE CHAVEZ:**   Oh, yeah.   My car's full
19  of bullet holes.

20      **PRESIDING COMMISSIONER JULIEN:**   Because
21  you weren't hit so you must – did you see them?

22      **INMATE CHAVEZ:**   Full of bullet holes, my
23  car was.

24      **PRESIDING COMMISSIONER JULIEN:**   So how
25  do you think you escaped?

26      **INMATE CHAVEZ:**   Very fortunate.   Very
27  fortunate.

23

1    **PRESIDING COMMISSIONER JULIEN:**  So shots
2  were being fired and -

3    **INMATE CHAVEZ:**  Uh-huh.

4    **PRESIDING COMMISSIONER JULIEN:**  - and
5  then you decide to fire back.

6    **INMATE CHAVEZ:**  Yes.

7    **PRESIDING COMMISSIONER JULIEN:**  And then
8  what is Mr. Cantu doing?

9    **INMATE CHAVEZ:**  I can't really tell you
10  what he's doing because I'm not looking at him
11  but we're both firing, you know, and -

12    **PRESIDING COMMISSIONER JULIEN:**  So he's
13  firing, too?

14    **INMATE CHAVEZ:**  We're both firing, yes.

15    **PRESIDING COMMISSIONER JULIEN:**  Okay.
16  And are you just out unprotected?

17    **INMATE CHAVEZ:**  Unprotected.

18    **PRESIDING COMMISSIONER JULIEN:**  Okay.

19    **INMATE CHAVEZ:**  Uh-huh.

20    **PRESIDING COMMISSIONER JULIEN:**  And so
21  shots were being fired.  Do you have any idea
22  how many people were firing and do you know now
23  after reading some of the reports?

24    **INMATE CHAVEZ:**  I'm pretty sure one was
25  firing from in front of me but later there was
26  at least maybe four, five more guys.  Yes.

27    **PRESIDING COMMISSIONER JULIEN:**  Okay.

24

1   And is anything being said?

2        **INMATE CHAVEZ:**  No.  No.

3        **PRESIDING COMMISSIONER JULIEN:**  Okay, so

4   then you obviously fire and hit Mr. Rivas?

5        **INMATE CHAVEZ:**  Yes.

6        **PRESIDING COMMISSIONER JULIEN:**  Do you

7   know that you hit him?

8        **INMATE CHAVEZ:**  No, I don't.

9        **PRESIDING COMMISSIONER JULIEN:**  Do you -

10  gunshot wound to the head.

11       **INMATE CHAVEZ:**  Yes.

12       **PRESIDING COMMISSIONER JULIEN:**  So -

13       **INMATE CHAVEZ:**  I - I didn't -

14       **PRESIDING COMMISSIONER JULIEN:**  - that's

15  pretty good aim.

16       **INMATE CHAVEZ:**  - I didn't know.  Yeah.

17       **PRESIDING COMMISSIONER JULIEN:**  Do you

18  remember looking right at him and firing?

19       **INMATE CHAVEZ:**  No.  No.

20       **PRESIDING COMMISSIONER JULIEN:**  Okay, so

21  then at what point do you leave?

22       **INMATE CHAVEZ:**  During that we - we -

23  now, I - I - I really panic and I try to get out

24  of there.  And that's when all the other trouble

25  started, yeah.  But -

26       **PRESIDING COMMISSIONER JULIEN:**  But do

27  you leave?

25

1        **INMATE CHAVEZ:**  Yes. I'm trying to get -
2        **PRESIDING COMMISSIONER JULIEN:**   Get back
3    in your -
4        **INMATE CHAVEZ:**  - out of there.
5        **PRESIDING COMMISSIONER JULIEN:**   - car
6    and get out?
7        **INMATE CHAVEZ:**  Yes.
8        **PRESIDING COMMISSIONER JULIEN:**   And you
9    drive away?
10       **INMATE CHAVEZ:**  Yes.
11       **PRESIDING COMMISSIONER JULIEN:**   Okay,
12   and do you - are you hearing shots as you drive
13   away?
14       **INMATE CHAVEZ:**  Yes.
15       **PRESIDING COMMISSIONER JULIEN:**   Okay.
16   And you said they shot up your car and - okay.
17   So after you get in the car with Mr. Cantu what
18   do you guys say?
19       **INMATE CHAVEZ:**  We don't say nothing.
20   Don't say nothing.
21       **PRESIDING COMMISSIONER JULIEN:**   Are you
22   crying or -
23       **INMATE CHAVEZ:**  I -
24       **PRESIDING COMMISSIONER JULIEN:**   - are
25   you scared?  I mean, what do you do?
26       **INMATE CHAVEZ:**  Yeah, very, very
27   frightened, yes.  Very frightened.

26

1      **PRESIDING COMMISSIONER JULIEN:**   Okay, so
2  then where do you go?

3      **INMATE CHAVEZ:**   I go to our family
4  relative's - a relative's -

5      **PRESIDING COMMISSIONER JULIEN:**   So not
6  to your house?

7      **INMATE CHAVEZ:**   No.  I'm - I'm a little
8  ways away from my home, yeah.  And I just make
9  sure that - I ask him if he's - if he's hurt.
10 That's only thing we did.

11     **PRESIDING COMMISSIONER JULIEN:**    Mr.
12 Cantu?

13     **INMATE CHAVEZ:**   Mr. Cantu, yes.  Uh-huh.

14     **PRESIDING COMMISSIONER JULIEN:**   So you go
15 to your relative's house.  So at what point do
16 you find out that Mr. Rivas is killed?

17     **INMATE CHAVEZ:**   I find out the same night
18 if I - if I remember correct.  The same night
19 cause the coroner's van was there.  Down there.

20     **PRESIDING COMMISSIONER JULIEN:**   Did -
21 did you go back?

22     **INMATE CHAVEZ:**   Yes, I went -

23     **PRESIDING COMMISSIONER JULIEN:**   I mean,
24 how did you see it?

25     **INMATE CHAVEZ:**   - I - I - I went - I - I
26 actually drove back with him and -

27     **PRESIDING COMMISSIONER JULIEN:**   Why?

27

1   **INMATE CHAVEZ:** - seen too many police

2 officers. I - I - I don't know. I can't

3 explain my actions. Very - very stupid.

4   **PRESIDING COMMISSIONER JULIEN:** Weren't'

5 you scared to go back there?

6   **INMATE CHAVEZ:** Yes. Yes, I was.

7   **PRESIDING COMMISSIONER JULIEN:** Did you

8 go back there to kill him?

9   **INMATE CHAVEZ:** No. No.

10   **PRESIDING COMMISSIONER JULIEN:** Did you

11 go back there to get him?

12   **INMATE CHAVEZ:** No.

13   **PRESIDING COMMISSIONER JULIEN:** So why

14 did you go back there?

15   **INMATE CHAVEZ:** Just to see what

16 happened. To see what - I didn't go actually to

17 the - to the place but a few blocks away.

18   **PRESIDING COMMISSIONER JULIEN:**

19 (Indiscernible) coroner, okay.

20   **INMATE CHAVEZ:** Yes,

21   **PRESIDING COMMISSIONER JULIEN:** So you

22 see the coroner's van and you realized that

23 someone did die. So what -

24   **INMATE CHAVEZ:** Yes.

25   **PRESIDING COMMISSIONER JULIEN:** - did

26 you think?

27   **INMATE CHAVEZ:** I was very scared. Very

28

1  scared.

2      **PRESIDING COMMISSIONER JULIEN:**  Okay,
3  and then what do you do?

4      **INMATE CHAVEZ:**  I went home after that.
5  Oh, I went – I went to a friend's house real
6  quick that there was some kind of party going on
7  and – and I was just checking out my car and
8  stuff like that.  Yeah.

9      **PRESIDING COMMISSIONER JULIEN:**  Well,
10 did you party?

11     **INMATE CHAVEZ:**  No.  No, I went home
12 after that.

13     **PRESIDING COMMISSIONER JULIEN:**  Okay, so
14 did you have any – were you having – did you –
15 did you have any drugs or alcohol before you
16 went to the crime scene?

17     **INMATE CHAVEZ:**  No, I don't – we don't
18 drink or use drugs.  We drink occasianally but
19 I was on my way to work.  I was supposed to go
20 to work in an hour or two.

21     **PRESIDING COMMISSIONER JULIEN:**  Okay.
22 So when you say this isn't gang related it
23 basically means that you had – you were a member
24 of a gang and they were members of the gang but
25 it wasn't a gang issue.  It was the issue of Mr.
26 Lopez and Jimenez – ·

27     **INMATE CHAVEZ:**  Yes.

29

1          **PRESIDING COMMISSIONER JULIEN:**    -

2   confronting your wife?  Do you have any idea if

3   Mr. Rivas was one of the people who confronted

4   your wife?

5          **INMATE CHAVEZ:**  Yes, he was.  It was.

6          **PRESIDING COMMISSIONER JULIEN:**   He was?

7          **INMATE CHAVEZ:**  Yeah.

8          **PRESIDING COMMISSIONER JULIEN:**   So when

9   you read this Board report did you say well,

10  gee, he wasn't an innocent bystander?

11         **INMATE CHAVEZ:**  Yes.  Yeah.

12         **PRESIDING COMMISSIONER JULIEN:**   Okay.

13  Well, I mean, the man is still dead.

14         **INMATE CHAVEZ:**  Yes.

15         **PRESIDING COMMISSIONER JULIEN:**   And he

16  didn't deserve to die.

17         **INMATE CHAVEZ:**  Yes.

18         **PRESIDING COMMISSIONER JULIEN:**   So him

19  not being an innocent bystander, you know,

20  mitigate in that way.  Just puts a - another

21  spin on things so.

22         **INMATE CHAVEZ:**  Uh-huh.

23         **PRESIDING COMMISSIONER JULIEN:**   Okay.

24  So how do you feel about his death now?

25         **INMATE CHAVEZ:**  Terrible.  Terrible.  His

26  family, I mean, it's still - it's still going

27  on.  You know, it doesn't stop.  His children,

30

1    mother.

2        **PRESIDING COMMISSIONER JULIEN:**    Okay, so

3    what do you know about him?  What did you learn

4    about him?

5        **INMATE CHAVEZ:**  His family alive - I know

6    that he was a Marine.  He was a Marine and -

7        **PRESIDING COMMISSIONER JULIEN:**    Was he

8    home on leave?

9        **INMATE CHAVEZ:**  I don't know that.  I

10   don't know.  He actually lives pretty close to

11   my other family members.  You know, in the same

12   area.

13       **PRESIDING COMMISSIONER JULIEN:**  Uh-huh.

14       **INMATE CHAVEZ:**  Uh-huh.

15       **PRESIDING COMMISSIONER JULIEN:**    And he

16   had children?

17       **INMATE CHAVEZ:**  He had a daughter, if I

18   recall.

19       **PRESIDING COMMISSIONER JULIEN:**    Okay.

20   And anything else?  Did you, I mean, did you

21   know him?

22       **INMATE CHAVEZ:**  No, I didn't know him.

23   No.  And, you know, if - if we want to really

24   get down to exactly gangs, I mean, if I grew up

25   right and, you know, if I didn't grow up in,

26   say, being a gang member of course maybe none of

27   this would have happened.  So if we really want

31

1  to go look back at it and say that well, what
2  exactly happened, sure being brought up in a
3  gang of course I grew up in - in probably a
4  violent manner.  Handled things.  But to me and
5  my personal - this has nothing to do with issue
6  of gangs.  Nothing.  No.

7      **PRESIDING COMMISSIONER JULIEN:**  Okay, so
8  you all were in gangs, you had a gang mentality
9  which is why you're walking around with guns.

10     **INMATE CHAVEZ:**  I actually didn't have a
11 gang mentality any longer but yes.  Yes.

12     **PRESIDING COMMISSIONER JULIEN:**   I'm
13 sorry, what?

14     **INMATE CHAVEZ:**  I didn't have a gang
15 mentality any longer.

16     **PRESIDING COMMISSIONER JULIEN:**   Yeah,
17 but you're still walking around with loaded
18 guns?  That's not - I imagine a lot of people do
19 that but -

20     **INMATE CHAVEZ:**  Uh-huh.

21     **PRESIDING COMMISSIONER JULIEN:**    -
22 hopefully not too many.

23     **INMATE CHAVEZ:**    Yes.

24     **PRESIDING COMMISSIONER JULIEN:**   I mean,
25 you know.  I think if you - well, you - come on,
26 you would have to admit that being in a gang and
27 being in that gang environment would make you

32

1   prone to act more violent -

2        **INMATE CHAVEZ:**  Yes.

3        **PRESIDING COMMISSIONER JULIEN:**   - than

4   some one who isn't?

5        **INMATE CHAVEZ:**  Yes.

6        **PRESIDING COMMISSIONER JULIEN:**  Okay.

7   Okay.  So did you have any restitution?

8        **INMATE CHAVEZ:**  No.

9        **PRESIDING COMMISSIONER JULIEN:**  No?  Why

10  not?

11       **INMATE CHAVEZ:**  I don't know.

12       **PRESIDING COMMISSIONER JULIEN:**  Let's

13  say you had to give $1,000 to his daughter.

14       **INMATE CHAVEZ:**  Uh-huh.  Gladly.

15       **PRESIDING COMMISSIONER JULIEN:**  Wrongful

16  death.  You weren't - there was no civil?

17       **INMATE CHAVEZ:**  No.

18       **PRESIDING COMMISSIONER JULIEN:**  Okay.

19  Okay, and have you read - I think - did you read

20  - write a letter of remorse?

21       **INMATE CHAVEZ:**  I asked permission if I -

22  his - his brother -

23       **PRESIDING COMMISSIONER JULIEN:**  Right.

24       **INMATE CHAVEZ:**  - is (indiscernible)

25  County Sheriff and I asked permission if I could

26  do that and they told me no.  That, you know, I

27  (indiscernible) -

33

1         **PRESIDING COMMISSIONER JULIEN:**   Okay,
2    but you wrote - no, you didn't write - I thought
3    you wrote something.   No?   Well, you can write a
4    letter of remorse as an exercise for yourself.
5    Don't necessarily have to give it to them -

6         **INMATE CHAVEZ:**   Uh-huh.

7         **PRESIDING COMMISSIONER JULIEN:**   - to the
8    family.   I thought I had seen something that you
9    had written but (indiscernible).   Okay, this
10   statement that we'll look over as well.   Okay.
11   Now, tell me about your - you have a Close
12   juvenile number to your prior record.   So
13   obviously that means that you had some juvenile
14   encounters with the law.

15        **INMATE CHAVEZ:**   Uh-huh.

16        **PRESIDING COMMISSIONER JULIEN:**   Can you
17   tell me what those were?

18        **INMATE CHAVEZ:**   Yeah.   Just one.   I - I
19   like to carry weapons.   That's my prob - and I
20   and I got caught with a weapon.

21        **PRESIDING COMMISSIONER JULIEN:**   Okay.
22   And how do you feel about carrying weapons now?

23        **INMATE CHAVEZ:**   Totally against it.

24        **PRESIDING COMMISSIONER JULIEN:**   How do
25   you fee about taking the law into your own
26   hands?

27        **INMATE CHAVEZ:**   Against that.

34

1      **PRESIDING COMMISSIONER JULIEN:**  Okay, so

2  you get out and you have your grandchild with

3  you.  You're going to Wal-Mart or something like

4  that and somebody robs you, okay.

5      **INMATE CHAVEZ:**  I get –

6      **PRESIDING COMMISSIONER JULIEN:**  Almost –

7  no, wait.  Almost takes –

8      **INMATE CHAVEZ:**  Oh.

9      **PRESIDING COMMISSIONER JULIEN:**  – almost

10  hits your granddaughter, whatever.  And you do

11  escape unharmed.  What do you do after that?

12      **INMATE CHAVEZ:**  Call the police.

13      **PRESIDING COMMISSIONER JULIEN:**  Okay, and

14  do you – are you tempted to carry a weapon?

15      **INMATE CHAVEZ:**  Not at all, no.

16      **PRESIDING COMMISSIONER JULIEN:**  You –

17  but you've already – your granddaughter –

18      **INMATE CHAVEZ:**  Yeah.

19      **PRESIDING COMMISSIONER JULIEN:**  – almost

20  got hurt.

21      **INMATE CHAVEZ:**  No, I – I'm – I'm not

22  tempted to carry a weapon at all.  And I'll make

23  sure that I – well, I would try to make sure

24  that I don't put myself in a sit – in any

25  situation that I could have –

26      **PRESIDING COMMISSIONER JULIEN:**  Yeah,

27  but that could happen to anybody.

35

1          **INMATE CHAVEZ:**  Yes, it can, yeah.

2          **PRESIDING COMMISSIONER JULIEN:**   I mean,

3    it happens to innocent people all the time.

4          **INMATE CHAVEZ:**  I know.  I know.   I wish

5    I had an answer.

6          **PRESIDING COMMISSIONER JULIEN:**   So how

7    are you going to protect your family?

8          **INMATE CHAVEZ:**  Not by violence, I'll

9    tell you that.  Not that way.

10         **PRESIDING COMMISSIONER JULIEN:**  Okay.

11   And then this was your - you were - were you - I

12   - well, you were 19.  Is that what you said?

13         **INMATE CHAVEZ:**  18.

14         **PRESIDING COMMISSIONER JULIEN:**   18, so

15   you - this would've been your only adult?

16         **INMATE CHAVEZ:**  Yes.

17         **PRESIDING COMMISSIONER JULIEN:**   Okay.

18   Okay, so you - as we talked about you don't -

19   you're not a drug or alcohol user.  And you

20   never have been, is that correct?

21         **INMATE CHAVEZ:**  Occasional would - would

22   drink a little, you know.  But no, I don't - we

23   don't abuse any of that.

24         **PRESIDING COMMISSIONER JULIEN:**  You said

25   we.  What does the we mean?

26          **INMATE CHAVEZ:**   Well, me - I meant

27   Cantu.  I -