36

1        **PRESIDING COMMISSIONER JULIEN:**    Oh,

2   okay.  Okay.  Okay.  And so you were - you claim

3   membership in the Avenues gang for four years.

4   Is that correct?

5        **INMATE CHAVEZ:**  Yes.

6        **PRESIDING COMMISSIONER JULIEN:**    Okay.

7   So now, tell me about your wife.  Are you - I

8   don't understand cause this report from March

9   2004 says that you're separated from his wife.

10       **INMATE CHAVEZ:**  I married again.

11       **PRESIDING COMMISSIONER JULIEN:**    And your

12  two children live with your brother.  Is that

13  correct.

14       **INMATE CHAVEZ:**  That's changed.  No, I -

15  I am married again.  My - my children are on

16  their own.

17       **PRESIDING COMMISSIONER JULIEN:**    Yeah,

18  cause they're older.

19       **INMATE CHAVEZ:**  Yes.

20       **PRESIDING COMMISSIONER JULIEN:**    How old

21  are they?  You said -

22       **INMATE CHAVEZ:**  24 and 23.

23       **PRESIDING COMMISSIONER JULIEN:**    Okay.

24  And your wife is - she lives around here, right?

25       **INMATE CHAVEZ:**  Yes.

26       **PRESIDING COMMISSIONER JULIEN:**    Yvonne?

27       **INMATE CHAVEZ:**  Yes.

37

1          **PRESIDING COMMISSIONER JULIEN:**  Okay, and

2     you've been married to her for eight years?

3          **INMATE CHAVEZ:**  Uh-huh.

4          **PRESIDING COMMISSIONER JULIEN:**  So this

5     is really dated.  Were you, I mean, were you

6     ever separated from her?

7          **INMATE CHAVEZ:**  No.

8          **PRESIDING COMMISSIONER JULIEN:**  Okay.

9     No, cause like I said this report is 2004 and

10    they're saying you're separated.

11         **INMATE CHAVEZ:**  They're talking about my

12    first wife.

13         **PRESIDING COMMISSIONER JULIEN:**  Yeah,

14    but it shouldn't say that in 2004 because you

15    were remarried by then, right?

16         **INMATE CHAVEZ:**  Yes.

17         **PRESIDING COMMISSIONER JULIEN:**  Okay.

18    No, when I was reading it, I was very confused.

19    Okay.  So - okay, so in terms of your parole

20    plans.  So did Yvonne move up here to be closer

21    to you?

22         **INMATE CHAVEZ:**  Yes, she did.

23         **PRESIDING COMMISSIONER JULIEN:**  Okay,

24    because she's - is she from the same area you

25    are?  Los Angeles?

26         **INMATE CHAVEZ:**  She's from - yes.

27    Glendale.

38

1        **PRESIDING COMMISSIONER JULIEN:**   Okay,
2   and how did you meet?

3        **INMATE CHAVEZ:**   She knows some of my
4   family members and we - we met through writing -
5   writing letters.

6        **PRESIDING COMMISSIONER JULIEN:**   And - so
7   when you were in here?  When you were
8   incarcerated?

9        **INMATE CHAVEZ:**   Yes.

10       **PRESIDING COMMISSIONER JULIEN:**   Okay.
11   And how long after you were incarcerated did you
12   get divorced from your first wife?

13       **INMATE CHAVEZ:**   You know what, when -
14   when I left - when I got sentenced and left the
15   (indiscernible) County Jail I never seen her
16   again so - but I didn't actually get -

17       **PRESIDING COMMISSIONER JULIEN:**   You were
18   trying to protect her and you don't see her
19   again?

20       **INMATE CHAVEZ:**   It's not my choice.

21       **PRESIDING COMMISSIONER JULIEN:**   Okay, so
22   what happens to your kids?  They go live with
23   your brother?

24       **INMATE CHAVEZ:**   No, not - not at the
25   time.  They go with her and - and I lose - I
26   lose control or lose touch with all of them for
27   a long - for a few years and I don't know where

39

1    they're at so I don't know exactly what happened
2    to them during that time but they've come later
3    and visit me and stuff like that.  Yes.  But I
4    got divorced from my first wife, Donna.

5        **PRESIDING COMMISSIONER JULIEN:**  Donna?

6        **INMATE CHAVEZ:**  Yes.  I think in '96, I
7    think, or '97.

8        **PRESIDING COMMISSIONER JULIEN:**  Okay, so
9    then you meet Yvonne.

10       **INMATE CHAVEZ:**  I met her in '95, yes.

11       **PRESIDING COMMISSIONER JULIEN:**  Okay,
12   and you build a relationship and end up getting
13   married.

14       **INMATE CHAVEZ:**  Uh-huh.

15       **PRESIDING COMMISSIONER JULIEN:**  And,
16   apparently, her family really likes you.  Her
17   mother's extended a - a residence offer?

18       **INMATE CHAVEZ:**  Yes.

19       **PRESIDING COMMISSIONER JULIEN:**  And how
20   do you explain that?

21       **INMATE CHAVEZ:**  I don't understand that.
22   I mean, what do you mean?

23       **PRESIDING COMMISSIONER JULIEN:**  Well, I
24   mean, you're in prison.  You're a convicted
25   murderer.  I can't say if I married a convicted
26   murderer I don't think my family would be that
27   embracing.

40

1        **INMATE CHAVEZ:**  Yeah.

2        **PRESIDING COMMISSIONER JULIEN:**    So how

3    do you explain that her family has accepted this

4    situation?

5        **INMATE CHAVEZ:**  I can't really explain.

6    I - like I say, I'm very fortunate that they

7    have.

8        **PRESIDING COMMISSIONER JULIEN:**    And have

9    - do they visit you?   Do they know you?

10        **INMATE CHAVEZ:**  Yes, they've come to see

11    me.   Yes.   Uh-huh

12        **PRESIDING COMMISSIONER JULIEN:**    Okay,

13    and does Yvonne have any children?

14        **INMATE CHAVEZ:**  Yes.   Two sons.

15        **PRESIDING COMMISSIONER JULIEN:**    Okay,

16    and how old are they?

17        **INMATE CHAVEZ:**  19 and 18.

18        **PRESIDING COMMISSIONER JULIEN:**    Oh.

19    Now, do they live here - up here, as well?

20        **INMATE CHAVEZ:**  No, they don't.

21        **PRESIDING COMMISSIONER JULIEN:**    And they

22    live in LA?

23        **INMATE CHAVEZ:**  Yes.

24        **PRESIDING COMMISSIONER JULIEN:**    Okay.

25    And what are they doing?

26        **INMATE CHAVEZ:**  They're working and going

27    to school.

41

1          **PRESIDING COMMISSIONER JULIEN:**   Okay.
2    And they live with their father or –
3          **INMATE CHAVEZ:**   Yes.
4          **PRESIDING COMMISSIONER JULIEN:**   And –
5    okay.   What do they think about this?
6          **INMATE CHAVEZ:**   Well, what?   About –
7          **PRESIDING COMMISSIONER JULIEN:**   Your –
8    marriage.
9          **INMATE CHAVEZ:**   – our relationship.   I'm
10   sure it was very hard on them at first, you
11   know, but they've come to see me a lot,
12   actually, and I visit with them and we're all
13   pretty close.   You know.   We are – I – I see
14   they accept it.
15         **PRESIDING COMMISSIONER JULIEN:**   Okay.
16   Okay, and so you have another residence option
17   and that is with your mother in Long Beach?
18   Okay.   And then in terms of employment, your
19   mother-in-law, and it's Norma Otero, O-T-E-R-O?
20         **INMATE CHAVEZ:**   Uh-huh.
21         **PRESIDING COMMISSIONER JULIEN:**   They own
22   a company, and I think we have a letter here go
23   into details more and they have extended you a
24   job offer.   Is that correct?
25         **INMATE CHAVEZ:**   That's correct.
26         **PRESIDING COMMISSIONER JULIEN:**   Okay,
27   and is that what you would do?

42

1        **INMATE CHAVEZ:**  Probably not.

2        **PRESIDING COMMISSIONER JULIEN:**    Okay.

3   Well, you're going to say to your mother-in-law?

4   Okay, so what would you do?

5        **INMATE CHAVEZ:**    Well, my – my first

6   choice would be to go with my mother and her

7   husband.

8        **PRESIDING COMMISSIONER JULIEN:**    Oh, to

9   live there?

10        **INMATE CHAVEZ:**   To work and live for –

11   yes.   They also offered me a job.

12        **PRESIDING COMMISSIONER JULIEN:**

13   (Indiscernible).   Okay.   Okay, and when we –

14   when I cover the letters I'll do that.   Okay.

15   So – oops, so and that is in Los Angeles County?

16        **INMATE CHAVEZ:**   Long Beach.   Long –Los –

17        **PRESIDING COMMISSIONER JULIEN:**

18   (Indiscernible).

19        **INMATE CHAVEZ:**   Yeah, LA County.

20        **PRESIDING COMMISSIONER JULIEN:**   So

21   you're – then Yvonne would move?

22        **INMATE CHAVEZ:**   Yes.

23        **PRESIDING COMMISSIONER JULIEN:**   So what

24   does Yvonne do now?   Where does she work?

25        **INMATE CHAVEZ:**   She's an insurance

26   underwriter.

27        **PRESIDING COMMISSIONER JULIEN:**   And

43

1    where does she - what city does she work in?

2          **INMATE CHAVEZ:**  Salinas.

3          **PRESIDING COMMISSIONER JULIEN:**   Okay.

4    And -

5          **INMATE CHAVEZ:**  (Indiscernible).

6          **PRESIDING COMMISSIONER JULIEN:**   Yeah.

7    And - okay.  We can go now then to your letters.

8    And before I forget the Board sends out 3042

9    notices which are notices that go to law

10   enforcement and the courts and others who might

11   have an interest in your case and I don't have

12   any opposition letters here.  However, we do

13   have the presence of the District Attorney of

14   Los Angeles County who can - who will speak

15   shortly.  And okay, so we have a letter from

16   George and Steve - is it Deater?

17         **INMATE CHAVEZ:**  Deater.

18         **PRESIDING COMMISSIONER JULIEN:**   D-E-A-T-

19   E-R.  And they say that "Santos strives to do

20   his best each and every day.  He not being

21   influenced by negativity.  His strength is to be

22   admired.  He would also have employment should

23   he ever accept.  We are owners of George's -

24   George's Yellow and Checker Taxis in Santa Rosa

25   and have offered Santos a job in maintenance.

26   We would love for him to work for us."  So they

27   own like a taxi -

44

1      **INMATE CHAVEZ:**  Yeah, it's a company.

2      **PRESIDING COMMISSIONER JULIEN:**   -

3    service or something?  Okay.  Okay, in Santa

4    Rosa.  Now, how did you meet the Deater's?

5      **INMATE CHAVEZ:**  These are friends from -

6    from here visiting - in the visiting room.  We

7    met them over the years.

8      **PRESIDING COMMISSIONER JULIEN:**  Okay, so

9    were they visiting a relative?

10      **INMATE CHAVEZ:**  Yes.

11      **PRESIDING COMMISSIONER JULIEN:**  Okay.

12    Okay, and that's a nice offer.  And then we have

13    a letter from your mother and stepfather.

14      **INMATE CHAVEZ:**  Uh-huh.

15      **PRESIDING COMMISSIONER JULIEN:**  Is that

16    correct?

17      **INMATE CHAVEZ:**  Correct.

18      **PRESIDING COMMISSIONER JULIEN:**  And they

19    - and your mother is Ruth Cordero-Heather -

20      **INMATE CHAVEZ:**  Heatherington.

21      **PRESIDING COMMISSIONER JULIEN:**   -

22    Heatherington.  And that is C-O-R-D-E-R-O.  And

23    then hyphen H-E-A-T-H-E-R-I-N-G-T-O-N.  And her

24    daughter is - I'm sorry, her husband is Dale, D-

25    A-L-E.  And she has a daughter, Morgen.  And

26    that's with an E.  Now, how many brothers and

27    sisters do you have?

45

1        **INMATE CHAVEZ:**  I have two brothers and
2    two sisters.

3        **PRESIDING COMMISSIONER JULIEN:**   Okay.
4    And okay, so it says "it's our intent to help my
5    son, Santos, by opening our home to him and his
6    wife, Yvonne."  And her husband is a detective
7    with the Los Angeles Police Department.  Is that
8    correct?

9        **INMATE CHAVEZ:**  Yes.

10        **PRESIDING COMMISSIONER JULIEN:**   Says for
11    34 years.  Is he retired?

12        **INMATE CHAVEZ:**  I think just retired last
13    year.

14        **PRESIDING COMMISSIONER JULIEN:**  Okay.
15    Usually they don't stay that long.  Okay.  And
16    when did they meet or how long have they been
17    married?

18        **INMATE CHAVEZ:**  I - I think about ten
19    years.

20        **PRESIDING COMMISSIONER JULIEN:**   Okay.

21        **INMATE CHAVEZ:**  Get married.

22        **PRESIDING COMMISSIONER JULIEN:**   So she
23    says "my husband, Dale, has already met my son,
24    Santos, and likes him and wants to help him.  My
25    son also knows that Dale is a detective with the
26    LAPD.  Santos likes and respects him so that he
27    even talks about him to some of the inmates."

46

1    How does that go over?  Okay.  She says "we'll
2    give him love, support, respect, necessities,
3    and, most importantly, my husband owns a car
4    wash and is willing to let him work for him so
5    that my son can be self-sufficient."  So is that
6    the job that you would accept?

7          INMATE CHAVEZ:  Yes.

8          PRESIDING COMMISSIONER JULIEN:   Okay.
9    So does he - so now that your stepfather's
10   probably retired so now is he managing the car
11   wash full-time or what do you think?

12         INMATE CHAVEZ:  He owns so I - I'm sure
13   he has workers -

14         PRESIDING COMMISSIONER JULIEN:   Yeah.

15         INMATE CHAVEZ:  Yes.

16         PRESIDING COMMISSIONER JULIEN:   But he's
17   probably taking a more active role.  So now is
18   this - does he have children?  Dale?

19         INMATE CHAVEZ:  Yes, he does.

20         PRESIDING COMMISSIONER JULIEN:   How
21   many?

22         INMATE CHAVEZ:  I think two.

23         PRESIDING COMMISSIONER JULIEN:   Boys or
24   girls?

25         INMATE CHAVEZ:  boys.

26         PRESIDING COMMISSIONER JULIEN:   And are
27   they a part of the car wash?

47

1          **INMATE CHAVEZ:**  No.

2          **PRESIDING COMMISSIONER JULIEN:**    No?  Do

3    they live in LA?

4          **INMATE CHAVEZ:**  I don't know where they

5    live.

6          **PRESIDING COMMISSIONER JULIEN:**    How

7    come?

8          **INMATE CHAVEZ:**  I've never met them.  I -

9    I don't know where they live.

10          **PRESIDING COMMISSIONER JULIEN:**    You

11    haven't - he hasn't talked about them?

12          **INMATE CHAVEZ:**  Oh, sure.  He's talked

13    about them.  I'm sure they live somewhere in the

14    area but I - I can't tell you exactly where.

15          **PRESIDING COMMISSIONER JULIEN:**    And

16    you've never - so how do they - how do you think

17    they feel about you?

18          **INMATE CHAVEZ:**  I'd have no idea.

19          **PRESIDING COMMISSIONER JULIEN:**    Okay.

20    Okay, no, I'm just interested to see if this was

21    a family business-type of a thing.  So do you

22    think that this is a family business?  If you

23    like the car wash, if you liked working there,

24    managing there or whatever, is it something that

25    you would want to continue with?

26          **INMATE CHAVEZ:**  Maybe, yes.  Well, I'm

27    also employed on - on my own so -

48

1          **PRESIDING COMMISSIONER JULIEN:**   Oh,
2   yeah.
3          **INMATE CHAVEZ:**   Yeah, so, I mean –
4          **PRESIDING COMMISSIONER JULIEN:**   Some
5   times if it's a good business it's worth –
6          **INMATE CHAVEZ:**   Yes.
7          **PRESIDING COMMISSIONER JULIEN:**   – being
8   in on your own business.   Okay, and then your
9   mother goes on to say "he's also able to express
10  regret and remorse and is totally sorry for what
11  has happened.   There was a time that Santos has
12  a wall between himself and his family.   Now the
13  barrier's gone I sense no tension and no wall
14  which has enabled him to grow and mature."   So
15  what was your life like growing up?   Your home
16  life?   Here's the copy of the letter.
17         **INMATE CHAVEZ:**   I would say normal but,
18  you know, I, I mean, I don't – I don't –
19         **PRESIDING COMMISSIONER JULIEN:**   Was your
20  father there?
21         **INMATE CHAVEZ:**      Yes.
22         **PRESIDING COMMISSIONER JULIEN:**   So your
23  father – your parents are married and obviously
24  at some point they got divorced?
25         **INMATE CHAVEZ:**      Yeah, they were
26  divorced so I – yeah.
27         **PRESIDING COMMISSIONER JULIEN:**   How old

49

1  are you?

2          **INMATE CHAVEZ:**  When that happened?

3          **PRESIDING COMMISSIONER JULIEN:**   Yes.

4          **INMATE CHAVEZ:**  14.  Was it 14, 13?

5          **PRESIDING COMMISSIONER JULIEN:**   Was it

6  hard?

7          **INMATE CHAVEZ:**  Oh, yeah, of course.

8  Every - every, you know, child doesn't want

9  their parents to get divorced but pretty hard.

10         **PRESIDING COMMISSIONER JULIEN:**   Okay.

11  And then you stayed with your mother?

12         **INMATE CHAVEZ:**      Yes.

13         **PRESIDING COMMISSIONER JULIEN:**   And is

14  that - that would correlate to about the time

15  you started getting involved with the gang?

16         **INMATE CHAVEZ:**  Yes.

17         **PRESIDING COMMISSIONER JULIEN:**   Is that

18  correct?

19         **INMATE CHAVEZ:**  Yeah.

20         **PRESIDING COMMISSIONER JULIEN:**    Okay.

21  And older brothers?

22         **INMATE CHAVEZ:**  No.  They're all -

23  everyone's younger than me.

24         **PRESIDING COMMISSIONER JULIEN:**  Oh, so

25  you're - okay, you're the oldest.  What kind of

26  example were you setting?

27         **INMATE CHAVEZ:**  I didn't go to - I - I -

50

1   I did take care of them as best I could, you

2   know, when we were younger but not – not a good

3   example at all, no.

4       **PRESIDING COMMISSIONER JULIEN:**   Okay, so

5   what part do you think your father moving had to

6   do with how your – you proceeded with your life

7   during that time?

8       **INMATE CHAVEZ:**  You know, personally, I –

9   I don't blame him or any other adult for this or

10  for my growing up. I had my own – I did my

11  choices and, you know, this is my fault.  I'm

12  sure if I – if he was there I wouldn't get as

13  much trouble but I don't think it had any impact

14  on me getting into trouble at all.  I knew

15  better.

16      **PRESIDING COMMISSIONER JULIEN:**   Okay.

17  So you're – then we have a letter from Kathleen

18  and Langley, L-A-N-G-L-E-Y.  And she lives in –

19  what is it?  Kings Beach?

20      **INMATE CHAVEZ:**  Yes.  In Lake –

21      **PRESIDING COMMISSIONER JULIEN:**    Is

22  that –

23      **INMATE CHAVEZ:**  – Tahoe.

24      **PRESIDING COMMISSIONER JULIEN:**   Oh,

25  okay.  And how do you know Kathleen?

26      **INMATE CHAVEZ:**  Through visiting.

27      **PRESIDING COMMISSIONER JULIEN:**   Okay.

51

1    She says "it's time for Santos to be paroled and
2    get on with life.  Here's what I'm prepared to
3    offer to help Santos and his family.  I own a
4    thriving business.  I'm right now stating my
5    offer of full-time employment for Santos with a
6    living wage.  I also own a large home; I'd be
7    happy to give Mr. and Mrs. Chavez room and board
8    until they are safely on their feet."  Now, how
9    do you know - what is her business?  It just - a
10   - a business card is copied on -

11         INMATE CHAVEZ:  She owns a -

12         PRESIDING COMMISSIONER JULIEN:    Yeah, I
13   do have my glasses on.  Last night I had a hard
14   time reading this but Lucky Seven Tattoo and
15   Piercing"  Well, I guess you'd be an expert on
16   that, huh?

17         INMATE CHAVEZ:  Uh-huh.

18         PRESIDING COMMISSIONER JULIEN:    Okay, I
19   guess it is thriving.  Tattoos seem to be the
20   rage.  Okay, so she has a tattoo company.

21         INMATE CHAVEZ:  Uh-huh.

22         PRESIDING COMMISSIONER JULIEN:    Okay.
23   And she is inviting you to work there.  Okay,
24   but would you - you said your first choice would
25   be with your mother and stepfather.

26         INMATE CHAVEZ:  That'd be my first -
27         PRESIDING COMMISSIONER JULIEN:

52

1   (Indiscernible).

2        **INMATE CHAVEZ:**  - choice, yes,.

3        **PRESIDING COMMISSIONER JULIEN:**   Okay.

4   And so it's Karin or Kathleen.  You said she'd

5   been visiting.  Was she visiting you?  Was she

6   visiting somebody else?  Who was she visiting?

7        **INMATE CHAVEZ:**   She does actually visit

8   me every once in awhile, yes, but she's a friend

9   of my wife's.

10       **PRESIDING COMMISSIONER JULIEN:**   Okay.

11       **INMATE CHAVEZ:**  Uh-huh.

12       **PRESIDING COMMISSIONER JULIEN:**   Okay,

13  and oh, you had some extra letters from - that

14  you gave us today.  And this is a letter from

15  your little sister, Morgen, M-O-R-G-E-N.  Now,

16  how come she has a different last name?

17  Darbyshire.

18       **INMATE CHAVEZ:**  Yes.

19       **PRESIDING COMMISSIONER JULIEN:**   Is that

20  is?  D-A-R-B-Y-S-H-I-R-E.

21       **INMATE CHAVEZ:**  Uh-huh.

22       **PRESIDING COMMISSIONER JULIEN:**   Now, how

23  did - why does she have a different last name?

24       **INMATE CHAVEZ:**  She - she has a different

25  father.

26       **PRESIDING COMMISSIONER JULIEN:**   Okay.

27  So has your mother married three times?

53

1      **INMATE CHAVEZ:**  Three times.

2      **PRESIDING COMMISSIONER JULIEN:**   Okay.

3   So Morgen says "it's time - it's that time again

4   for us to get acquainted and talk a little bit

5   about my brother.  When I look at him he's my

6   oldest brother, someone with an amazing sense of

7   humor and astonishing amount of strength

8   mentally, physically and emotionally.  Somebody

9   wakes up daily and still manages to smile and

10  have a positive outlook.  I know that you read

11  letters all the time and may I tell you how

12  well-cared for this person will be.  How many

13  jobs are available for him, etcetera, etcetera.

14  You may not believe me when I say that Santos

15  Chavez is really different.  Our family has been

16  through a lot."  You - she says "we've all been

17  separated but have managed to come back together

18  again.  And that you - the family has been

19  working very hard to maintain this process."

20  And how old is she?

21      **INMATE CHAVEZ:**  23.

22      **PRESIDING COMMISSIONER JULIEN:**   Okay,

23  well, this is a very well-thought out letter.

24  "I admit I did not see the boy that committed

25  this crime but I do see a man that understands

26  what he did and fully accepts responsibility for

27  his actions.  In regards to what I can do for

54

1    Santos and his family.  Well, I will house them,

2    feed them, help them go to school - help him go

3    to school.  Etcetera.  The things I am looking

4    forward to the most are being able to see him

5    and throw my arms around him any time I choose."

6    Now, does she have children?

7         **INMATE CHAVEZ:**  No.

8         **PRESIDING COMMISSIONER JULIEN:**    Okay.

9    She says "there are so many resources available

10   to us and one of the reasons why I love my

11   brother so much is he's able to remind of the

12   simpler things and how unconditional love and

13   happiness are - both are to the - to - are two -

14   that love and happiness are two of the most

15   simple yet important things in the world."

16   Okay.  And she goes on to say "I hope that when

17   you finish reading this letter you will not just

18   see a number on your schedule of hearings but a

19   man and the realization that your decisions in

20   both your cynicism and our faith will either

21   give or take a family's freedom and joy."  Okay.

22   Well, tell her that was a very well-written

23   letter.  And now we have a letter from - this is

24   another one from your mother and stepfather and

25   she's recounting your accomplishments here in

26   prison which Commissioner Keenan's going to go

27   through.  But she says that we will be able to -

55

1   you and your wife have a home there.  "We live
2   in the city of Long Beach.  We live in a large
3   two-bedroom - three-bedroom - two-bedroom, three
4   bathroom house with plenty of room for Santos
5   and his family.  We have a spare master bedroom
6   with it's own bath where they can live very
7   comfortably till they can afford their own
8   home."  Oh, she says "my husband, Dale, is now
9   retired from the LAPD after 34 years of service.
10  I'm a licensed realtor and have been working for
11  ReMax for several months establishing a business
12  after a long illness."  And she says "we own a
13  car wash in the city of Bellflower.  And Santos
14  will have a job there and can work as long as he
15  wants to."  And then she says "we also own three
16  residential income properties in Bellflower."
17  And I guess one your sisters lives there.  And
18  she says "we also own a house next door which
19  would be available to Santos and his family.  It
20  is within walking distance from the car wash."
21  Okay.  And she's - talks about your other
22  brother, Johnnie, and your sister, Morgen were
23  also there to help.  And then again your - she
24  goes over your accomplishments or vocational
25  accomplishments.  And then your wife, Yvonne,
26  and she says "I've been - we've been married for
27  over eight years."  And she says "when I tell

56

1   you about the man sitting before you I speak not
2   only from my heart blindly but from the
3   experience of sharing the last ten years with
4   him.  I see a man who has an appreciation for
5   life, remorse for his errors and the people
6   affected by it.  I see a man who wants to be an
7   asset in his lifetime."  And she says - she
8   talks about how you've helped her with her sons
9   and have been a positive influence on their
10  life.  And also about your - she has a business.
11  "I would like you to know a little bit about me,
12  what I can offer my husband, Santos.  I
13  currently run a business part-time called - and
14  these are initials, SYC Creations, which is a
15  home-based business and which I place photos on
16  t-shirts, pillowcases, (indiscernible) and
17  calendars.  I can teach Santos to do it all.
18  It's not very difficult."  And then she talks
19  about her work in the insurance field.  And so
20  your - your wife is willing to live with her in-
21  laws?

22          **INMATE CHAVEZ:**  Till we get on our feet.
23          **PRESIDING COMMISSIONER JULIEN:**  Okay.
24  And that's basically what she says here.  Okay.
25  Well, apparently, if you have the rental - your
26  mother has the rental property you can segue
27  into that.  And now - so what do you want to do

57

1   for a career, for work?  I mean, you mentioned
2   the car wash.  And you also mentioned that you
3   have other things, you have other skills?
4          **INMATE CHAVEZ:**  Yes.
5          **PRESIDING COMMISSIONER JULIEN:**   Do you
6   have a five-year plan?
7          **INMATE CHAVEZ:**  Actually, I want to - I
8   really want to get into something in the dental
9   field.  I worked in dental -
10         **PRESIDING COMMISSIONER JULIEN:**  Oh,
11  (indiscernible) dental?
12         **INMATE CHAVEZ:**  Yes.  And it's really -
13  really fascinating to me so that'd be my way
14  of -
15         **PRESIDING COMMISSIONER JULIEN:**  Whole lot
16  of inmates with very bad teeth.  So I'm sure the
17  guys are busy here.  You see it all.
18         **INMATE CHAVEZ:**  I don't work there now
19  but yes.
20         **PRESIDING COMMISSIONER JULIEN:**   Okay.
21  You don't work there now?
22         **INMATE CHAVEZ:**  No.
23         **PRESIDING COMMISSIONER JULIEN:**   When did
24  you?
25         **INMATE CHAVEZ:**  Last year.  I - I
26  transferred over to -
27         **PRESIDING COMMISSIONER JULIEN:**   Okay.

58

1  Okay, so would you want to be a dental

2  technician or -

3       **INMATE CHAVEZ:**  Laboratory technician,

4  yeah.

5       **PRESIDING COMMISSIONER JULIEN:**  Okay.

6  And do you know how you would get in a job in

7  there?

8       **INMATE CHAVEZ:**  Well, I already know how

9  to do it so I just try to find a school or some

10 kind of classes to - to get certified in it.

11      **PRESIDING COMMISSIONER JULIEN:**  So

12 that'd be making dentures or what -

13      **INMATE CHAVEZ:**  Dentures.

14      **PRESIDING COMMISSIONER JULIEN:**  Yeah.

15      **INMATE CHAVEZ:**  Yes.

16      **PRESIDING COMMISSIONER JULIEN:**  Okay.

17 Okay.  And then we have a letter from your

18 brother, Johnnie, who lives in Laverne.  And he

19 says that he's married and he lives with his two

20 - his wife and two sons.  And they're - and

21 they're at the moment purchasing a - a - a

22 bigger home in Claremont.  He says "this would

23 allow us to offer Santos and Yvonne the town

24 home to rent, a more than reasonable amount to

25 offer them to live on."  I guess he's moving and

26 keeping his townhouse as a rental.  And he says

27 "I'm eagerly awaiting the release of my brother

59

1    and hopes to be able to work with him. I would

2    like him to be a sales representative for my

3    company, Virtual Fusion." And that's two words.

4    "If he would like to do so." And he says "I

5    also work for a screen printing company and

6    there would be opportunities there." And -

7    okay, so it looks like you're family is in a

8    full support and is thinking of options for you.

9    Okay. And then this is the letter that you wrote

10   that I'll take a look at in a minute. And I

11   jotted down two questions. Okay, so why did -

12   and you did - you - you addressed this but I

13   haven't asked you so I want you to explain this.

14   Why - why should you be found suitable? Why are

15   you no longer a risk?

16        **INMATE CHAVEZ:** Well, in my opinion, I

17   think I've grown and - and matured. I'm not a

18   child any longer. Not to say I was a child a

19   the time. But I can't be the judge of my own

20   self that - to tell you that to let me out but

21   if you do I know that I will succeed and - and -

22   and I'll also take care of my family and I'll do

23   what I can to - I'll never be able to make up

24   for what happened. Never. But -

25        **DEPUTY COMMISSIONER KEENAN:** Thank you,

26   just ran out of tape.

27                    (OFF THE RECORD)

60

1       **DEPUTY COMMISSIONER KEENAN:**  Back on
2    record, Side 2.

3       **PRESIDING COMMISSIONER JULIEN:**  Okay.
4    This is my colleague's areas - areas and he will
5    pursue this, I'm sure, with you but I want you -
6    I want to ask you a question and perhaps think
7    about it for when he addresses it.  You have
8    four 115's which is actually a very good record
9    in terms of all things considered but they all
10   seem - since they're non-violent but they are
11   reporting to work, sorry, refusal to report to
12   work, one is excessive conduct which I'm
13   assuming - is that with your wife?

14      **INMATE CHAVEZ:**  Yes.

15      **PRESIDING COMMISSIONER JULIEN:**  Okay.
16   And you have some 128's for that, too.  And I
17   guess, you know, when we look at things like
18   that we look at a pattern, you know, is this a
19   guy who just kind of wakes up every now and then
20   and says well, hey, I'm not moving, I'm not
21   budging, I don't want to do what you're telling
22   me to do.  And then you have some contraband
23   things here from the, you know, a long time ago,
24   about '89, '91.  So perhaps when my colleague
25   gets to that area you can explain those.
26   Because, as I'm sure you know, disciplinaries -
27   the Board as well as the Institution, take them

61

1    very seriously because we need to know that you

2    can follow rules.  We all have to do things we

3    don't want to do.  On an hourly basis.  And we

4    need to know that you're going to be someone who

5    does what they're supposed to be doing.  Okay?

6    So you might want to give that some thought.

7    Commission Keenan, do you want to proceed?

8         **DEPUTY COMMISSIONER KEENAN:**  Certainly.

9    Okay.  See a placement score of 19.

10   Classification score of zero going back to

11   7/19/95.  Last hearing was 7/28/04.  We

12   recommended that you just get self-help and stay

13   disciplinary-free, earn positive Chrono's.

14   Focusing on the Board report for the

15   (indiscernible) to that, indicates here the

16   custody history most recently, it says work on

17   yard crew from April 29 '04 to 7/23/04 then work

18   as a dental lab tech, 7/23/04 to 3/12/05.  And

19   you're in PIA woodshop now?

20        **INMATE CHAVEZ:**  Yes.

21        **DEPUTY COMMISSIONER KEENAN:**  Are you

22   doing finishing or what?

23        **INMATE CHAVEZ:**  Finishing furniture.

24        **DEPUTY COMMISSIONER KEENAN:**  Okay.  All

25   right, under Therapy and Self-Help Activities,

26   it says Chavez continues to participate in AA,

27   NA throughout this period.  It says prior to

62

1  release should be (indiscernible) continue to
2  maintain disciplinary-free, participate in self-
3  help and therapy when available.  And -
4  actually, I think our recommendation is, as
5  available.  Okay.  Looking at the attached post-
6  conviction progress reports, okay about the
7  dental lab work.  Says you're a good worker.
8  Okay.  And 115, you have four of those.  Last
9  one was on 1/23/00.  You have 17 128(a)'s.  Last
10  one was 1/10/00.  And vocational I saw you
11  completed auto shop?  Oh, auto mechanics, auto
12  shop.  What do they call it?
13          **INMATE CHAVEZ:**  Auto mechanics.
14          **DEPUTY COMMISSIONER KEENAN:**  Auto
15  mechanics.  Okay, how long did that take you?
16          **INMATE CHAVEZ:**  Just Little over two
17  years.
18          **DEPUTY COMMISSIONER KEENAN:**  Okay, you
19  completed it all then?
20          **INMATE CHAVEZ:**  (Indiscernible).
21          **DEPUTY COMMISSIONER KEENAN:**  Okay.  How
22  much can you make in as (indiscernible)?  I - I
23  don't know.  I'm just - I'm assuming it's pretty
24  good money.
25          **INMATE CHAVEZ:**  Yes, it is.  I don't
26  exactly know how much but it's pretty good.
27          **DEPUTY COMMISSIONER KEENAN:**  Okay.  All

63

1    right, and I saw you were involved in some other

2    vocations, some maybe only a couple weeks.  I

3    don't know.  There's small engine repair.  Was

4    that - how long were you in that?

5         **INMATE CHAVEZ:**  About eight, nine months.

6         **DEPUTY COMMISSIONER KEENAN:**  Okay.  Get

7    any marketable skills out of that?

8         **INMATE CHAVEZ:**  Not really.

9         **DEPUTY COMMISSIONER KEENAN:**  Okay, then

10   you were in sheet metal for maybe a brief time?

11        **INMATE CHAVEZ:**  Yes.  Sheet metal.  Our -

12   our - our instructor quit.  That was in San

13   Quentin.  It was kind of -

14        **DEPUTY COMMISSIONER KEENAN:**  How long

15   were you in that?  A week or -

16        **INMATE CHAVEZ:**  Not long.

17        **DEPUTY COMMISSIONER KEENAN:**   -

18   (indiscernible)?

19        **INMATE CHAVEZ:**  No, a few months.

20        **DEPUTY COMMISSIONER KEENAN:**  Okay.  And

21   I - I may have misread this, thought I saw

22   vocational compositing?  What -

23        **INMATE CHAVEZ:**  Printing.

24        **DEPUTY COMMISSIONER KEENAN:**  Is that what

25   that is?

26        **INMATE CHAVEZ:**  Yes.

27        **DEPUTY COMMISSIONER KEENAN:**  Okay, how

64

1  long were you in that?

2      **INMATE CHAVEZ:**  Another few months.

3  Another instructor quit.  Yes.

4      **DEPUTY COMMISSIONER KEENAN:**  Oh, okay.

5  All right.  And looking back in past reports I

6  see that you have one of the '04 - participated

7  in AA, NA, Project Change and Impact self-help

8  programs during that period.  And they also

9  mentioned in that report you got a GED.  Did

10  that very early on.

11      **INMATE CHAVEZ:**  '95, I think.

12      **DEPUTY COMMISSIONER KEENAN:**  '95?

13      **INMATE CHAVEZ:**  Something like that.

14      **DEPUTY COMMISSIONER KEENAN:**  Okay. And

15  looking at the post-conviction progress report

16  attached to that report I see it describes

17  Project Change was a 44-week course of study

18  which includes self-esteem, assertiveness, goal-

19  setting and anger management, coping skills,

20  stress reduction, tolerance, parenting, domestic

21  violence, life-skills and parole on release.

22  And the 12-week Impact program allows

23  participants gain empathy into the impact on

24  it's victims.  Okay.  (Indiscernible) goes back

25  in time.  More Narcotics Anonymous.  That was in

26  '03.  That - that report, from '03.  Back in '01

27  supposed to be different progress reports and

65

1    note that your participation in Alcoholics

2    Anonymous again.  Then further back, let's see,

3    2000, Alcoholics Anonymous, Narcotics Anonymous.

4    Notes from the job assignments, textiles,

5    culinary.  Okay, going back to '96 said you

6    participated in NA, AA and a life skills group

7    and note your GED at that time.  Alcoholics

8    Anonymous noted back in '94.  Okay, and go back

9    exactly at the end.  File (indiscernible)

10    hearing I think I saw some Chrono's.  Make sure

11    I'm not missing it again.

12        INMATE CHAVEZ:  There's something a

13    little more recent.

14        DEPUTY COMMISSIONER KEENAN:  Is there?

15    Okay.  Well, let -

16        INMATE CHAVEZ:  Yes.

17        DEPUTY COMMISSIONER KEENAN:  - me go

18    through this list in the file cabinet and I'll

19    take a look at C-File and Chrono's as well.  You

20    had something December 9, '05.  And says you

21    participated in three hours IEP video review and

22    dialogue.  (Indiscernible) usually anger

23    management.  That's offered by Charlie Walker.

24        INMATE CHAVEZ:  Yes.

25        DEPUTY COMMISSIONER KEENAN:  And the

26    issues include but are not limited to violent

27    thinking versus non-violent thinking, reducing

66

1    emotional levels of anger, identifying fears
2    that drive anger, understanding how the
3    continuum of fear can move to violence and
4    ultimately involve in the criminal justice
5    system.  And this video - video (indiscernible)
6    letter from instructor on cognitive programming
7    at the Oregon Police Academy (indiscernible)
8    strategy to help understand angers and emotions
9    out of behavior.  And it - it goes on from
10   there.  Little more detail.  They say
11   "(indiscernible) strategies, in my opinion, do
12   make Chavez (indiscernible) people in
13   understanding his anger and controlling his
14   emotions.  He is commended for his effort -
15   efforts to become a productive citizen."
16   Another one by Mr. Walker, three hours
17   (indiscernible) instruction, discussion of
18   issues related to successfully re-engaging into
19   society.  Commended for your deliverance,
20   participation in inmate employability program,
21   it says.  5/17/05.  This one is from Jeff Kline
22   or something Kline, K-L-I-N-E.  Says during the
23   tenure as a dental laboratory technician proved
24   a valuable asset to clinical activity and
25   ability of CTF Dental Services to meet inmate
26   dental needs.  "He demonstrated a willingness
27   and ability to learn highly technical skills and

67

1    interacted well with both clinical or clinic
2    supervisory staff and fellow inmate workers in a
3    group setting." Okay, 12/30/04, active
4    participation in Narcotic - participant in
5    Narcotics Anonymous. And that's from Dave
6    Rodriguez. Also another one from Dave
7    Rodriguez, 10/4/04, (indiscernible)
8    participation in NA. Okay. Says inmate's an
9    enthusiastic participation and support. "He's
10   achieved tremendous personal success in his
11   efforts toward recovery and self-improvement.
12   He should commended for his sincerity and
13   commitment in dealing with his ongoing
14   challenge." C-Files. See (indiscernible)
15   there. Okay. Yeah, the most recent I see were
16   the - the video instructions. A note by Charlie
17   Walker. Okay. Am I missing anything or does
18   that - you've been here a long time.
19        **INMATE CHAVEZ:** Yeah. That's - that's
20   pretty much -
21        **DEPUTY COMMISSIONER KEENAN:**
22   (Indiscernible) -
23        **INMATE CHAVEZ:** - covers it.
24        **DEPUTY COMMISSIONER KEENAN:** - I know
25   it's - some times it's easy to miss something
26   between the lines there but that - that pretty
27   much cover it?

68

1          **INMATE CHAVEZ:**  Pretty much.

2          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And

3  you've worked in other areas, too.  I mentioned

4  a few.  Culinary and something else.  Furniture

5  and yard - yard crew.  Porter.  Dental lab.

6          **INMATE CHAVEZ:**  Textiles.

7          **DEPUTY COMMISSIONER KEENAN:**  Textiles.

8          **INMATE CHAVEZ:**  Yes.

9          **DEPUTY COMMISSIONER KEENAN:**  Okay.  Apart

10  from vocations you've completed do you - did

11  quite a bit of work in textiles.

12          **INMATE CHAVEZ:**  Ten years.

13          **DEPUTY COMMISSIONER KEENAN:**  Yeah, do you

14  believe that you have acquired marketable skills

15  in any areas other than those two vocations that

16  you completed?

17          **INMATE CHAVEZ:**  Textiles.

18          **DEPUTY COMMISSIONER KEENAN:**  Okay.

19          **INMATE CHAVEZ:**  Yes.

20          **DEPUTY COMMISSIONER KEENAN:**   And how are

21  employable there?

22          **INMATE CHAVEZ:**  I know how to make

23  clothes from scratch.  I mean, I - we could make

24  them, you know, in a - in a factory and in a -

25  at a pretty good rate.

26          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And -

27  and the dental work?

69

1          **INMATE CHAVEZ:** Dental work, yes.

2          **DEPUTY COMMISSIONER KEENAN:** Okay.

3          **INMATE CHAVEZ:** Uh-huh.

4          **DEPUTY COMMISSIONER KEENAN:** Employable

5    there as a - as a lab tech?

6          **INMATE CHAVEZ:** That's it.

7          **DEPUTY COMMISSIONER KEENAN:** Okay. All

8    right.  All right, and oh, yes.  You were

9    thinking about your response to my questions

10   about your disciplinary record.

11         **INMATE CHAVEZ:** Uh-huh.  Sure.

12         **DEPUTY COMMISSIONER KEENAN:** And what

13   should we glean from the fact that from time to

14   time it looks like, not too many times but most

15   recent 2000, where you said it didn't - you

16   wanted to do not withstanding the rules.  You

17   were familiarating [sic] with a visitor?

18         **INMATE CHAVEZ:** With my wife.  We were

19   just sometimes too close, you know, it depends

20   what - what are they for but yeah, it's - we're

21   just too close in the visiting room.  And

22   sometimes, you know, they - they - it's not

23   really us but everybody they try to keep pretty,

24   you know, pretty tight reign on how - how close

25   we can get.

26         **DEPUTY COMMISSIONER KEENAN:**

27   (Indiscernible) stand so close you

70

1  (indiscernible)?

2      **INMATE CHAVEZ:**  You sit.  And sometimes,
3  you know, we get too, you know, too close and
4  they do warn you.  A lot of time - a lot of
5  times it's a lot of new officers that are in
6  there and they - they will warn you, you know,
7  to - to -

8      **DEPUTY COMMISSIONER KEENAN:**
9  (Indiscernible) -

10     **INMATE CHAVEZ:**  - get real strict.

11     **DEPUTY COMMISSIONER KEENAN:**  - standing
12 too close?

13     **INMATE CHAVEZ:**  Sitting or - or on the
14 lounger or it depends - it depends what they -

15     **DEPUTY COMMISSIONER KEENAN:**  No, I mean
16 in your case.

17     **INMATE CHAVEZ:**  I don't know.  You said I
18 got a couple.  I don't know.

19     **DEPUTY COMMISSIONER KEENAN:**  Okay, I was
20 just thinking of the most recent.  It's the -
21 the excessive contact in 2000.  1/23/2000?

22     **INMATE CHAVEZ:**  Yeah, I - I might have
23 kissed - yeah.  I don't know.

24     **DEPUTY COMMISSIONER KEENAN:**  You don't
25 recall?

26     **INMATE CHAVEZ:**  No.

27     **DEPUTY COMMISSIONER KEENAN:**  Okay.  I

71

1    believe it involved kissing.

2        **INMATE CHAVEZ:**  Okay.

3        **DEPUTY COMMISSIONER KEENAN:**  All right.
4    There was a failure to report, refusing to work,
5    refused to report to work.  Those were the
6    three going back in time.

7        **INMATE CHAVEZ:**  Yes.  I - I'm not try to
8    make a excuse or nothing but those are - are
9    institutional work strikes.  I couldn't go, I
10   couldn't go (indiscernible).

11       **DEPUTY COMMISSIONER KEENAN:**  Okay.  All
12   right.  Need to focus on the psychological
13   evaluation.  Most recent we have is April 2005.
14   And this is (indiscernible) what we have in our
15   file but your attorney had it.  The last one -
16   the last one I had in my file was a - a March
17   '04.  But this looks like most current we have,
18   April 15th of '05.  And that's authored by
19   (indiscernible) Zika, Z-I-K-A.  She's the senior
20   supervisor in psychology.  And goes over various
21   issues.  Identifying information, marital issue,
22   the parole plans, possibly the current mental
23   status with treatment needs.  And I didn't
24   notice any problems there.  Does make a comment
25   here that (indiscernible) is "his judgment is
26   sound and his insight is good.  He appears to
27   have good impulse control and presents himself

72

1    in a confident, appropriately reserved manner.
2    The current diagnostic impressions, Axis I,
3    Adult Antisocial Behavior, improved.  Axis II,
4    no diagnosis.  Axis V, GEF with a 90.  "In -
5    inmate Chavez has a very good prognosis for
6    being able to maintain his current mental status
7    and can function effectively in the community."
8    He goes over the life crime and notes at the
9    bottom of the second page "inmate Chavez feels
10   the full impact of his terrible decision to
11   shoot somebody resulting in a man's death.  He
12   stated today it would've been much better to
13   have called the police and let them handle the
14   problem.  Inmate Chavez feels genuine remorse
15   for the victim, the victims family and for his
16   own family."  Okay.  And you talk to him about
17   remorse?  Having remorse for - and empathy for
18   the - the victims and the family?
19           **INMATE CHAVEZ:**   Yes.
20           **DEPUTY COMMISSIONER KEENAN:**   Okay.  He
21   doesn't - he - he concludes you have remorse.
22   I'm not sure a reason to why.  What did you tell
23   him?
24           **INMATE CHAVEZ:**  We discussed a -
25   everything that happened and he asked me how I
26   felt about it and what I would do, you know.  I
27   just told him the truth.

73

1    **DEPUTY COMMISSIONER KEENAN:**  Okay.  And I
2    - I know your comments on - just, again, how do
3    you feel about that?
4    **INMATE CHAVEZ:**  Well, as I explained to
5    you -
6    **DEPUTY COMMISSIONER KEENAN:**  Why should I
7    believe you have remorse?  Tell me about it.
8    **INMATE CHAVEZ:**  Well, I don't know - I
9    don't know - I can't force you to believe me
10   or -
11   **DEPUTY COMMISSIONER KEENAN:**  No.
12   **INMATE CHAVEZ:**  - or not or - or - but -
13   but -
14   **DEPUTY COMMISSIONER KEENAN:**  I understand
15   that.  But just tell me, you know, about your
16   remorse.
17   **INMATE CHAVEZ:**  Yes, well, I see -
18   **DEPUTY COMMISSIONER KEENAN:**
19   (Indiscernible).
20   **INMATE CHAVEZ:**  - I see what - what
21   happens and, of course, taking a life is - is -
22   is wrong.  You know.  There's nothing I could
23   say to you that'll - that'll change that or - or
24   why I did it.  It is not going to matter.  But I
25   see the impact that it does on everybody's
26   family.  His family, my family.  And that it
27   doesn't stop.  The children and - and now the

74

1   grandchildren.  You know.  It's terrible.  Not
2   to mention that fact that I - that him, he's not
3   going to be, you know, he don't live.  He can't
4   experience his own family.  You know, but they -
5   they need him.  They needed him and I'll never
6   be able to change that.  There's nothing I could
7   say or do to change that.  You know.  And I wish
8   there really was.  Nothing.  But I am remorseful
9   about - about what happened and, especially, how
10  it led to that.  I mean, of course, growing up
11  and being violent, you know, in certain -
12  certain areas.
13        **DEPUTY COMMISSIONER KEENAN:**  There was
14  more than one victim, wasn't there?
15        **INMATE CHAVEZ:**  Yes, there was three.
16        **DEPUTY COMMISSIONER KEENAN:**  And how do
17  you feel about what happened to the others?
18        **INMATE CHAVEZ:**  Terrible and I'm - I'm
19  very fortunate that - that they didn't - that
20  they didn't also die.  And I spoke to them
21  personally, you know.
22        **PRESIDING COMMISSIONER JULIEN:**  To the
23  victims?
24        **INMATE CHAVEZ:**  Yes.
25        **PRESIDING COMMISSIONER JULIEN:**  That's
26  the other people who were shot?
27        **INMATE CHAVEZ:**  The other two, uh-huh.

75

1      **PRESIDING COMMISSIONER JULIEN:**  How did
2  you speak to them?

3      **INMATE CHAVEZ:**  They were in – after they
4  got shot they were – came to the County Jail.
5  And we last –

6      **PRESIDING COMMISSIONER JULIEN:**  That's
7  the (indiscernible) County Jail?

8      **INMATE CHAVEZ:**  Yes.

9      **PRESIDING COMMISSIONER JULIEN:**  Were
10  charges made against them?

11      **INMATE CHAVEZ:**  On some other cases.

12      **PRESIDING COMMISSIONER JULIEN:**  Oh, so
13  they were – but they were arrested?

14      **INMATE CHAVEZ:**  Pardon?

15      **PRESIDING COMMISSIONER JULIEN:**  After
16  they were treated?

17      **INMATE CHAVEZ:**  Yes.

18      **PRESIDING COMMISSIONER JULIEN:**  Because
19  of this crime?

20      **INMATE CHAVEZ:**  Yeah.

21      **PRESIDING COMMISSIONER JULIEN:**  And they
22  probably found something else that – okay.

23      **INMATE CHAVEZ:**  Yeah.  Uh-huh.

24      **DEPUTY COMMISSIONER KEENAN:**  Okay.  And
25  this whole thing started, the victims – their
26  conduct toward your wife?:

27      **INMATE CHAVEZ:**  Yes.

76

1      **DEPUTY COMMISSIONER KEENAN:**  Okay.  And
2   that's what led to your actions?  Okay.  They
3   sort of got the whole thing started with their
4   actions?

5      **INMATE CHAVEZ:**  In my view, you know,
6   yes, and also –

7      **DEPUTY COMMISSIONER KEENAN:**  And here you
8   sit 22 years later in prison.  Does that seem
9   fair to you?

10     **INMATE CHAVEZ:**  Yes, I mean, it is fair
11  because I'm the one that took a life.  You know,
12  they – they didn't accomplish what they were –
13  what they set out to do.

14     **DEPUTY COMMISSIONER KEENAN:**  Right.

15     **INMATE CHAVEZ:**  So it – it is fair, yeah.

16     **INMATE CHAVEZ:**  And – and the
17  psychological evaluation goes on to say under
18  assessment of Dangerousness, "inmate Chavez has
19  functioned well within the prison setting
20  indicating his potential for violence is
21  significantly below average relative to other
22  inmates.  If released to the community inmate
23  Chavez's potential for violence is estimated to
24  be no more than that of the average citizen
25  given the extensive amount of punishment through
26  prison and toll it has taken upon himself and
27  his family.  There does not appear to be any

77

1    particular risk factors associated with the
2    crime except for stopping to consider the
3    consequences before embarking upon a course of
4    action.  No doubt he will give much more careful
5    consideration of his choices. According to the
6    police report, inmate Chavez was involved in a
7    gang but now he's shuns and disagrees with all
8    gang activity.  He is very unlikely to return to
9    that lifestyle.  He also denies that the victims
10   and he were involved in gang-related violence.
11   This one pertaining to his wife."  Clinical
12   Observations, Comments and Recommendations,
13   "inmate Chavez is confident and responsible for
14   his behavior.  He has the capacity to abide by
15   Institutional standards and function within the
16   guidelines of prison with few CDC 115's.  Inmate
17   Chavez does not have a mental health disorder
18   which would defy treatment either during
19   incarceration or following parole.  Inmate
20   Chavez does not appears to have drug or alcohol
21   problems.  Inmate Chavez has served 22 years in
22   the (indiscernible) year to life sentence.  He
23   continues to function in an appropriate,
24   positive, mature manner within the Institution.
25   It is very unlikely he will re-commit a crime or
26   a violent offense when he's in the community."
27   Anything you want to say about that report?

78

1          **INMATE CHAVEZ:**  No.

2          **DEPUTY COMMISSIONER KEENAN:**  And I

3    noticed back in time the previous report,

4    January 15, '04, authored by Dr. Hewchuk,

5    H-E-W-C-H-U-K, Staff Psychologist.  First

6    initial is E.W.  Doctor notes, in part, "over 20

7    years has elapsed since the commitment offense

8    and inmate Chavez currently shows none of the

9    tendencies that likely contributed to his crime.

10   He remains a suitable candidate for parole with

11   these considerations."  That's same doctor that,

12   U. Zika.

13         **INMATE CHAVEZ:**  Uh-huh.

14         **DEPUTY COMMISSIONER KEENAN:**  No, no.  I'm

15   sorry.

16         **INMATE CHAVEZ:**  That was the two

17   different ones, yes.

18         **DEPUTY COMMISSIONER KEENAN:**  Looks like

19   they both signed the report.  I guess what's

20   the –

21         **PRESIDING COMMISSIONER JULIEN:**   I think

22   one is the reviewer, excuse me, you know, like

23   Zika's the – I think the head guy that has to

24   review all.

25         **DEPUTY COMMISSIONER KEENAN:**  Yes,

26   (indiscernible).  And Hewchuk, I think, wrote

27   it.  Okay, and then prior to that there was a

79

1   report by Steven Taurine.  That's in 2000.
2   Senior Supervising Psychologist.  And he notes,
3   in part, under Assessment of Dangerousness, he
4   said "if released to the community his violence
5   potential is estimated to be no more than the
6   average citizen in the community."  And prior to
7   those, that seems rather positive comments, I
8   don't see the same kind of conclusions in the
9   previous psychological evaluations.  They seemed
10  - I - I'm - I'll characterize it as negative
11  (indiscernible) the most recent comments on -
12  seem rather positive so.  Anyway, go back to the
13  chair.
14      **PRESIDING COMMISSIONER JULIEN:**  Okay,
15  thank you.  Do have two children or four?
16      **INMATE CHAVEZ:**  Two daughters and two
17  sons but the two sons are stepchildren.
18      **PRESIDING COMMISSIONER JULIEN:**  Oh, the
19  - they're Yvonne's children?
20      **INMATE CHAVEZ:**  Yes.
21      **PRESIDING COMMISSIONER JULIEN:**  Okay,
22  cause I'd read two different things.  And do you
23  have three or four 115's?
24      **INMATE CHAVEZ:**  I have three.
25      **PRESIDING COMMISSIONER JULIEN:**  Cause
26  the last one was reduced to 128.
27      **INMATE CHAVEZ:**  Right.

80

1      **PRESIDING COMMISSIONER JULIEN:**    Okay, so
2    if you had to say, you know, we all have a
3    certain peculiarities, certain things like I
4    don't like getting up in the morning.  So what's
5    your - what's the hardest thing you would have
6    to deal with on a daily basis?  What do you find
7    difficult?

8      **INMATE CHAVEZ:**    I don't find really
9    anything difficult.  I mean, being here, staying
10   out of trouble and staying - and being - what I
11   find more difficult is not getting caught up in
12   something that - that happens in prison because
13   we were there.  Just there, you know.  But
14   personally, I think what you're asking me is
15   that well, all of the disrespect that goes on,
16   you know, within people - people.

17     **PRESIDING COMMISSIONER JULIEN:**    Uh-huh.

18     **INMATE CHAVEZ:**    That's very hard for deal
19   with, you know, but I do and I have people tell
20   me that it's good that you do that because it
21   gets you used to the - to the real world and how
22   they are out there.  Like they're kind of funny
23   when they're - when they're in their cars and,
24   you know, stuff like that.

25     **PRESIDING COMMISSIONER JULIEN:**
26   (Indiscernible) Well, I'm sure here it's a
27   little worse but -

81

1        **INMATE CHAVEZ:**  Yes.

2        **PRESIDING COMMISSIONER JULIEN:**   - it's

3   definitely brake jockey outside, too.

4        **INMATE CHAVEZ:**  Yeah.

5        **PRESIDING COMMISSIONER JULIEN:**   Okay, so

6   if this crime hadn't happened, if you hadn't

7   shot Mr. Rivas, where would you think you

8   would've been in five years?  You know, you were

9   out, you had the daughter, you had baby on the

10  way, you were working at the grocery store.

11  Where you do you think you - where was your life

12  headed?

13       **INMATE CHAVEZ:**  I can't really say where

14  it was headed but I was - I think I was

15  developing a pretty good work habit and - and I

16  also had other jobs while I was working there,

17  you know, so probably just working, raising my

18  family - raising our family.

19       **PRESIDING COMMISSIONER JULIEN:**   Okay,

20  and did you ever shoot a rifle?

21       **INMATE CHAVEZ:**  Yes.

22       **PRESIDING COMMISSIONER JULIEN:**   You have

23  a .22 (indiscernible).

24       **INMATE CHAVEZ:**  It was a - it was a .22

25  and I want to clear that up.  We went - been

26  through -

27       **PRESIDING COMMISSIONER JULIEN:**   Yeah, I

82

1  know.  That's  -

2      **INMATE CHAVEZ:**  - a few crimes.

3      **PRESIDING COMMISSIONER JULIEN:**   - what I

4  was reading in the last transcript and -

5      **INMATE CHAVEZ:**  A officer left the shot

6  gun in - in one of our bedroom windows, I mean,

7  door - rooms and it got somewhat put into

8  evidence.  It was - it was a LA Sheriff's or

9  something shotgun.  A riot gun, you know.

10      **PRESIDING COMMISSIONER JULIEN:**  You

11  mean, when they went to your house to arrest

12  you?

13      **INMATE CHAVEZ:**  Yes.  And that got into

14  record.  We - we've cleared that up a few times.

15      **PRESIDING COMMISSIONER JULIEN:**  Okay, so

16  they - wait.  So they came into your house with

17  guns to arrest you and then a gun, a shot - a

18  rifle was left?

19      **INMATE CHAVEZ:**  While they were searching

20  the, you know, the -

21      **PRESIDING COMMISSIONER JULIEN:**  What

22  officer did -

23      **INMATE CHAVEZ:**  - they left the front

24  door shotgun in there, yeah.  They - they

25  searched me like three times so this happened a

26  few times.

27      **PRESIDING COMMISSIONER JULIEN:**  But you

83

1  didn't have a rifle with you when you drove to –

2      **INMATE CHAVEZ:**  I did have a rifle with

3  me.  It was a .22.

4      **PRESIDING COMMISSIONER JULIEN:**  Oh, so

5  that's what you used to shoot –

6      **INMATE CHAVEZ:**  Yes.

7      **PRESIDING COMMISSIONER JULIEN:**  – Mr.

8  Rivas?  You had a rifle?

9      **INMATE CHAVEZ:**  Yes.

10      **PRESIDING COMMISSIONER JULIEN:**  So this

11  was – you didn't – did you usually carry your

12  rifle or did you usually carry a handgun?

13      **INMATE CHAVEZ:**  A handgun.

14      **PRESIDING COMMISSIONER JULIEN:**  So you

15  had a lot of weapons?

16      **INMATE CHAVEZ:**  Yes.  I –

17      **PRESIDING COMMISSIONER JULIEN:**  What are

18  you doing with all these weapons?  Your wife had

19  one, you had one.

20      **INMATE CHAVEZ:**  I was in –

21      **PRESIDING COMMISSIONER JULIEN:**  And a

22  rifle?

23      **INMATE CHAVEZ:**  Yes.  I – I – I – we also

24  hunt and stuff like that, too.  Yeah.

25      **PRESIDING COMMISSIONER JULIEN:**  Who were

26  you hunting?

27      **INMATE CHAVEZ:**  Deer.  Stuff like that.

84

1       **PRESIDING COMMISSIONER JULIEN:**   Where?

2       **INMATE CHAVEZ:**  In the – well, I go with

3    my family members and they take me.  They been

4    taking me since I was young.   They – they hunt

5    and stuff.  They're outdoorsmen, you know.

6       **PRESIDING COMMISSIONER JULIEN:**   Okay, so

7    how – okay, so I'm a little troubled that you

8    had all these guns around the house with a young

9    child.

10       **INMATE CHAVEZ:**  Yeah.  Well, me, too.

11   Yeah, me, too.  Very wrong.  Uh-huh.

12       **PRESIDING COMMISSIONER JULIEN:**  One of

13   your daughters – one of your daughters is, you

14   know, down and living in a bad area?

15       **INMATE CHAVEZ:**  They do live in bad

16   areas.  They – they – they explained that to me.

17       **PRESIDING COMMISSIONER JULIEN:**   They

18   have guns?

19       **INMATE CHAVEZ:**  No.  No.

20       **PRESIDING COMMISSIONER JULIEN:**  Okay, do

21   you have any questions?

22       **DEPUTY COMMISSIONER KEENAN:**  Just want to

23   make sure I understand (indiscernible).  And, by

24   the way, (indiscernible) I didn't see that that

25   last 115.

26       **PRESIDING COMMISSIONER JULIEN:**  Oh.

27       **DEPUTY COMMISSIONER KEENAN:**  I only saw