EXH B

SECTION   1



| | CORRECTIONAL TRAINING FACILITY OPERATION PROCEDURE #20 | Subject: SOLEDAD FACILITY, CENTRAL GYM & EAST DORM CRITERIAS |
|---|---|---|
| | | Reference: DOM 62110.15 |
| | | Revision Due Date: JUNE 2007 |
| | | Responsibility: CDW-Central/North |

## CTF-SOUTH CRITERIA:

Unit VII placement criteria shall <u>exclude</u> inmates with the following:

- Time to serve exceeding seven (7) years.
- Documented history of predatory homosexual behavior.
- Inmates in Work Group/Privilege Group C.
- SHU placement within the last twelve (12) months as a result of Division A-1, A-2, or B offenses only.
- Felony holds in excess of $75,000.00.
- Felony "No Bail Holds" will be reviewed on a Case-by-Case basis by Classification Committee.
- Documented prison gang member/affiliation with current active participation.
- High notoriety cases.
- Non-contact visiting status without a signed waiver from the affected inmate.

## CTF-CENTRAL GYM DORM CRITERIA:

Unit I placement criteria shall <u>exclude</u> inmates with the following:

- A classification level higher than Level II (28 points)
- Inmates with an adverse transfer from CTF-North or South pending investigation or disciplinary action.
- Life term.
- Arrest for arson or explosives.
- A history of predatory homosexual behavior.
- Any inmate within 90 days of release with incomplete Pre-Parole casework (i.e., RPS, etc.).
- Work/Privilege Group "C" status inmates
- SHU placement within last 12 months
- Administrative Segregation for Violence and/or Gang Involvement.
- Inmates classified single cell status ("S" suffix).
- Inmates classified close custody.

## CTF-EAST DORM CRITERIA:

Unit I placement criteria shall <u>exclude</u> inmates with the following:

- Life term inmates who have not reached their MEPD with a limit of 150 lifers.
- Inmates with escapes from within a secure perimeter or walk away from MSF or CDC Camps.
- All lifers from with Monterey County will be reviewed on a case by case basis for escape potential and excluded if found.
- Time to serve exceeding ten (10) years.
- Close B Custody or higher.
- Inmates in Work Group/Privilege Group C.
- SHU placement in last twelve (12) months.
- Holds with a potential long-term resultant incarceration (case-by-case basis).
- Documented prison gang member and/or affiliate (requires IGI validation).
- High notoriety cases.

**SECTION    2**

1    Your Affiant, Michael McDonagh, Serial #17659, is a Police Officer
2    for the City of Los Angeles, your Affiant has been a Police Officer
3    for ten years.  Affiant is currently assigned to Community Resources
4    Against Street Hoodlums (CRASH), Operations-Central Bureau, a specia
5    ized unit with the responsibility of investigating gang crimes.  You
6    Affiant has been assigned to this unit for a total of 58 months.
7    Your Affiant has in the past received hours of training at the Los
8    Angeles Police Academy and in the field on the subject of street gan
9    Your Affiant has previously qualified as an expert on street gangs i
10   both the Municipal and Superior Court in Los Angeles County.  Your
11   Affiant has personally investigated or assisted in the investigation
12   of 50 gang homicide cases and hundreds of gang related shootings.
13   Your Affiant has personally been involved in the service of search
14   warrants on gang members residences in excess of 100 times.
15   On July 24, 1982 your Affiant was notified of an attempted murder
16   that had occurred at 3338 Maceo Street, on July 24, 1982 at approx-
17   imately 2200 hours.  Your Affiant was further advised that three
18   victims of the shooting had been transported to U.S.C. County
19   Hospital for treatment of gunshot wounds received in the assault.
20   Your Affiant responded to the crime scene and conducted an investiga-
21   tion which resulted in the recovery of five .22 caliber spent shell
22   casings and three .25 caliber spent shell casings.

23   Your Affiant completed a property report DR# 82-651 080 and booked
24   the  recovered evidence at Los Angeles Police Property Division.  Thi
25   report is attached and incorporated as Exhibit #1.
26   Your Affiant was notified on  July 25, 1982 that at 0220 hours on tha

76D131-DA 535A -Rev 8/26-Ts 3 78

1   date victim Ronald Rivas died as a result of gunshot wounds received

2   during the assault on him.  Your Affiant completed a homicide pre-

3   liminary investigation report DR# 82-651 080 and a death investigatio

4   report DR# 82-651 080.  These reports are attached and incorporated

5   as Exhibits #2 and #3.  Your Affiant also completed an attempted

6   murder preliminary investigation reports DR# 82-651 081 on victim

7   Ralph Jimenez and victim Joaquin Lopez DR# 82-651 082.  These reports

8   are attached and incorporated as Exhibits #4 and #5.

9   On July 25, 1982, John Moreno a witness to the murder of victim Rivas

10  and the attempted murder of Joaquin Lopez and Ralph Jimenez was in-

11  terviewed at OCB-CRASH Office.  Witness Moreno stated he was standing

12  outside the residence of 3334 Maceo Street when he observed a white

13  Chrysler Cordoba with a reddish color vinyl top, 2-door with wire

14  sheels unknown license number, southbound on Maceo Street from Aragon

15  Street with its parking lights on.  Witness further stated the

16  Cordoba was occupied by a driver, and a passenger in the right front

17  seat.  Witness Moreno stated he heard about three popping sounds.

18  Witness Moreno observed sparks coming out of the drivers side of the

19  Cordoba which he felt to be gunshots.  Witness Moreno stated he

20  observed the Cordoba continue southbound on Maceo Street at which

21  time he observed shots coming out over the roof of the Cordoba.

22  After the suspect's vehicle left the location witness Moreno observed

23  victims lying on the ground in front of 3338 Maceo Street, Los Angeles

24  On July 26, 1982, L.A.P.D. Complaint Board Operator #679 received a

25  phone call from an anonymous caller stating "Santos from "Avenues"

26  shot Rivas on Maceo Street.

PG #3

1  On July 29, 1982, your Affiant received information from Detective
2  Rondino that at approximately 1650 hours on July 29, 1982 he receive
3  an anonymous phone call and was told "Santos Chavez killed the marin
4  Your Affiant checked L.A.P.D. sources which revealed "Santos" from
5  "Avenues" gang true name to be Santos Cordero Chavez DOB: 01-19-64.

6  Department of Motor Vehicles records revealed in 1980 suspect Chavez
7  received two citations in a 1975 Chrysler Cordova, license# 532SAX
8  California.

9  Santos Chavez's residence address was obtained through department
10  resources after receiving a phone number and address from Chavez's
11  past employer.  This address is 6056 La Prada, Los Angeles, Apartment
12  #9.

13  On July 27, 1982, your Affiant interviewed Olivia Sandoval who statec
14  she received information from her girlfriend that "Santos" from
15  "Avenues" owns a red/white Cordova and that he, "Santos" works at the
16  Food Barn at Avenue 56 and York.

17  On July 30, 1982, investigating officers contacted the Food Barn
18  Market at Avenue 56 and York Boulevard at which time they where in-
19  formed suspect Chavez did in fact work there.  Investigating officers
20  were informed suspect Chavez's phone number to be 255-1219.

21  On July 30, 1982, investigating officers received information from
22  department resources that 255-1219 is a non-published phone at 6056
23  La Prada Avenue, Los Angeles, in the name of Santos Chavez.

24  On August 1, 1982, at approximately 0900 hours investigating officers
25  located suspect Santos' vehicle parked to the rear of 6056 La Prada
26  Street, Los Angeles.

1   On August 1, 1982. at approximately 2230 hours your Affiant was advi:
2   suspect Santos was in custody at Central Station and his vehicle,
3   license number 532SAX California had been impounded.
4   On August 2, 1982, witness Olivia Sandoval was transported to 5320
5   York Boulevard, Los Angeles where she identified suspect Chavez's
6   vehicle as the one she saw the night of the shooting.  And that was
7   the vehicle she observed the suspects shoot from.
8   On August 2, 1982, investigating officers (Greubel/Zeglin) transporte
9   witness Gerardo Herrejon to 5320 York Boulevard, Los Angeles where he
10  identified suspect Chavez's vehicle as the vehicle involved in the
11  murder of victim Rivas.
12  On August 2, 1982, investigating Officers Greubel #15757 and Zeglin
13  #21063 interviewed suspect Chavez.  During the interview suspect
14  Chavez indicated a degree of involvement in the murder of Ronald
15  Rivas and agreed to assist Officers Greubel and Zeglin in the recover
16  of a .22 caliber rifle alledgedly used in this crime.  Santos Chavez
17  also stated that a Jesse Cantu AKA "Porky" a fellow "Avenues" gang
18  member was the sole "shooter" in this incident.
19  On August 2, 1982, investigating officers Zeglin and Greubel took
20  suspect Chavez to 2676 West Avenue 32 (residence of Ruth Cordero
21  mother of Santos Chavez), where they retrieved a .22 caliber barrel
22  and stock.
23  On August 4, 1982, investigating officers Greubel and Zeglin presente·
24  case on Santos Chavez to Deputy District Attorney Curt Hazell who
25  rejected the case at that time and advised further investigation.
26  Santos Chavez was released from custody on August 4, 1982.

1  On August 5, 1982, Officer Greubel took the .22 caliber rounds re-
2  covered at the crime scene along with the .22 caliber stock and barr
3  recovered from 2676 West Avenue 32, Los Angeles to the Los Angeles
4  County Sheriff Crime Lab for comparison.

5  On August 9, 1982, your Affiant received information from Los Angele
6  County Sheriffs Crime Lab that the .22 caliber casings were fired
7  from the .22 caliber barrel recovered from 2676 West Avenue 32, Los
8  Angeles.  The positive comparison was made by comparing the chamber
9  markings between the expended .22 caliber cartridges and the barrel
10  of the rifle.

11  On August 19, 1982, your Affiant interviewed Ralph Castillo a witnes
12  to the murder of Ronald Rivas. Witness Ralph Castillo advised your
13  Affiant that just prior to the shooting of the three victims he was
14  standing in front of 3338 Maceo Street with the victims.  Witness
15  Ralph Castillo stated some unknown person yelled "Thats a Avenues ca
16  I looked and saw "Santos" car drive past us.  I knew the Cordoba be-
17  longed to "Santos" from "Avenues" gang, but it didn't "click."

18  Witness Ralph Castillo stated he observed the red/white Cordoba con-
19  tinue  to Aragon Street and make a U-turn.  Witness Ralph Castillo
20  stated he observed the red/white Cordoba drive back to victims
21  location, on the wrong side of the roadway.  Witness Ralph Castillo
22  stated he observed the red/white Cordoba stop in front of 3338 Maceo
23  Street at which time he walked out into the street and observed the
24  driver of the Cordoba to be the person known to him as "Santos" from
25  the "Avenues" gang.  Witness Ralph Castillo observed suspect "Santos"
26  one hand on the steering wheel and his other hand holding and shootin

76D1S1-DA 1359-Rev. 8/76-FS 3 7A

a little black automatic at him.  Witness Ralph Castillo stated he

drove behind a parked car at which time he heard what seemed to be

numerous gunshots.  After the suspect's vehicle left the location he

observed the three victims had been shot.

Your Affiant showed witness Ralph Castillo a photograph display card

#2 containing a photograph of suspect Santos Chavez.  On reviewing

the photo display card witness Ralph Castillo identified Phtogoraph

(picture of Santos Chavez) as the person known to him as "Santos" fr

the "Avenues" gang the same person he observed driving the red/white

Cordoba and holding a small gun at the time the victims were shot.

The photo display card #2 containing suspect Santos Chavez's photogr

is attached and incorporated as Exhibit #6. MR. CASTILLO WAS INTERV

IMMEDIATELY AFTER THE SHOOTING AND STATED HE SAW "NOTHING" TH

HAD ARRIVED AFTER THE SHOOTING. MR. CASTILLO LATER STATED THAT HE DI

NOT THE TRUTH ORIGINALLY BECAUSE HE HAD A TRAFFIC WARRANT.

On August 9, 1982, your Affiant interviewed Linda Rios who stated on

July 25, 1982, she was at her residence when she overheard  Charles

Cordova who lives at 4820 Bamford Place having a conversation with

members of the "Avenues" gang.  Linda Rios overheard Charles Cordova

tell the other "Avenue" gang members that he was along with "Santos"

and Jessie Cantu when they shot the guys from "Cypress Park."

On August 18, 1982 your Affiant interviewed Pamela Adams who stated

that on July 24, 1982, she was attending a party on West Avenue 32.

Pamela Adams stated that Santos Chavez and Jessie Cantu were also at

the party.  Pamela Adams stated at approximately 2145 hours she

observed both Jessie Cantu and Santos Chavez leave the party togethe

and return at approximately 2230 hours.  The shooting that is the

subject of this investigation occurred at approximately 2200 hours.

On August 24, 1982, your Affiant went to Sybil Brand Institute and

PG #7

1  interviewed Lisa Gandara a long time active "Avenue" gang member.

2  Lisa Gandara told your Affiant that she still associates with member

3  of the "Avenue" gang and she personally knows both Jessie Cantu and

4  Santos Chavez.  Lisa Gandara informed your Affiant that Santos Chave

5  and Jessie Cantu are the best of friends and always together.  Lisa

6  Gandara further stated that for the past year she has consistently

7  observed both Santos Chavez and Jessie Cantu together.  Lisa Gandara

8  told your Affiant she has heard from other gang members that both

9  Jessie Cantu and Santos Chavez have been bragging about shooting

10  members of the "Cypress Park" gang for the past year.

11  Your Affiant has verified the residence of suspect Santos Chavez to

12  be 6056 La Prada Street, Apart #9, Los Angeles and the vehicle

13  described as a 1975 Chrysler Cordova, 2-door, red vinyl top over whit

14  body with California license# 532SAX by suspect Santos Chavez own

15  statements obtained on August 1, 1982.

16  On August 31, 1982, your Affiant went to the location of 6056 La Prad

17  Street and observed suspect Santos Chavez's vehicle, 1975 Chrysler

18  Cordova license# 532SAX California to be parked in the rear of the

19  apartment building.  Your Affiant checked the mail box of apartment #

20  and noted the name of Mr. Santo Chavez attached to it.

21  Your Affiant request permission to search the person of Santo Chavez.

22  The residence of 6056 La Prada Street, Apartment #9, Los Angeles and

23  the vehicle described as a 1975 Chrysler Cordova 2-door, red vinyl tc

24  over white body with California license #532SAX.

25  On August 31, 1982, at 1450 hours your Affiant contacted Deputy

26  Probation Officer Vinetz in an attempt to locate the residence of

1  Jessie Cantu.  Probation Officer Vinetz informed your Affiant that
2  suspect Jessie Cantu is on probation and currently in the state of
3  Texas since July 31, 1982.  Probation Officer Vinetz advised your
4  Affiant that she would attempt to verify the location of Jessie Cant
5  On August 31, 1982 at 1505 hours Probation Officer Vinetz phoned you
6  Affiant and told him that Jessie Cantu is currently in San Antonio,
7  Texas.  Probation Officer Vinetz advised she obtained the whereabout
8  of Jessie Cantu from a telephone conversation with Jessie Cantu's
9  mother.  Cantu had the presiding court's approval to re-locate in
10  Texas.

11  Your Affiant knows from experience obtained by investigating and
12  solving numerous gang shooting cases that frequently gang members
13  will use a gun and then hide it at the residence or in the vehicle o
14  a fellow gang member.  Affiant notes that since none of the partici-
15  pants in this case were apprehended at the scene of the crime that a
16  of the participants or their fellow gang members could be currently
17  holding the gun used.  Also, your Affiant knows that after a time
18  lapse gang members will frequently retrieve a gun they previously
19  used in a shooting for re-use and they will store it on their person
20  or in their vehicles or residences.  It is your Affiants opinion tha
21  contained on the person, vehicle or residence of Santos Chavez is the
22  .25 caliber automatic used in this shooting.

23  Your Affiant prays that a arrest and search warrant will be authorize
24  by the reviewing Magistrate.  Your Affiant also prays that the re-
25  viewing Magistrate will find sufficient probable cause for issuance
26  of said warrant absent any and all information obtained from the

Pg # 9

1   interview of Santos Chavez and the subsequent recovery of the .22

2   caliber rifle.  Your Affiant bases this request on the fact(s)

3   surrounding the interview and recovery of the rifle anticipating

4   strenuous opposition to their admissability.

5        Your affiant is advising the reviewing magistrate of Mr. Chav

6   arrest and statement because your affiant is concerned that there

7   no material ommissions from this affidavit.  However, your affiant

8   concerned that Mr. Chavez's statements may be subject to later

9   motions to supress.  It is your affiant's opinion that sufficient

10  probable cause exists independent of Mr. Chavez's statements to

11  justify the search.  Your affiant ask the magistrate to so find.

12       Your affiant also believes that Avenue Street gang writings,

13  graffitti, and other items indicating gang membership (as noted

14  under "items to be seized", W-2a)  will be found in the location in

15  that it is a very common practice for gang members to keep such

16  items at their residence.  Your affiant has been in numerous gang

17  member's homes and served many search warrants where such items

18  are found.

19

20

21

22

23

24

25

26

PC # 10

Page **1**
of **2**

Los Angeles Police Dep.
**PROPERTY REPO.**
(See completion instructions on reverse side)

| NARC. | GUN(S) | MONEY $ |
| EVID | NON EVD | DR 82-651 0. |
| ONLY 1 CATEGORY PER REPORT |
| PHONE |

RESIDENCE ADDRESS (BUS. ADDRESS IF BKD. TO FIRM)
671 Cypress Avenue, L.A.

PROPERTY BKD. TO (LAST, FIRST, MIDDLE / OR FIRM NAME)
RIVAS, Ronald

RESIDENCE ADDRESS

ARRESTEE'S NAME

CHARGE.

BKG.#

RESIDENCE ADDRESS (BUS. ADDRESS IF VICTIM IS FIRM)

☐ VICTIM OR ☐ OWNER'S NAME (CHECK WHICH)

RESIDENCE ADDRESS

PERSON RPTG. TO POLICE DEPT. (LAST, FIRST, MIDDLE)

| DATE & TIME THIS REPORT | DATE BKD. | PROP. BKD AT | DATE & TIME PROPERTY TAKEN INTO POLICE CUSTODY - LOCATION - R.D. OR CITY, IF OUT |
| | | PropDiv | 7-24-82, 2230 hrs |

| INVEST. DIV. | PROBABLE CRIME | ☒ FEL. ☐ MISD. | IF FIREARM: CPT CHECKS? AFS: YES NO  NCIC: YES NO | TYPE OF PREMISES |

| IS THIS STOLEN PROPERTY? ☐YES ☐NO ☐UNKNOWN | PRINTS PHOTO SID OTHER ☐ ☐ ☐ ☐ | DIV. OR CITY & DATE CRIME OCCUR. | CONNECTING REPORTS (TYPE & DR) |

1) CIRCUMSTANCES WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10 WAS NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2) ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY.)

| ITEM | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. (COLOR, SIZE, INSCRIPTION, CALIBER, REVO. |
|---|---|---|---|---|---|---|
| | | On 7-24-82, 2230 hours the below listed property was recovered from homicide scene, location at 3338 Maceo Street by below officers. All items marked "MM""WAG" for ID. | | | | |
| 1 | 1 | Firecracker | -- | -- | -- | Paper spent rec 145' s/ the s/curb of Aragon Si and 8' 9" w/of E. curb Maceo Street. |
| | 1 | Spent shell | -- | "C" | | 22 ca. brn casing rec s/of s/curb of Aragon 8' 6" w/of E. curb of Maceo Street. |
| 3 | 1 | Spent shell | -- | C"C" | | 22 ca. brn casing rec 8" s/curb of Aragon St. 6' 7" w/of E curb of Maceo Street. |
| 4 | 1 | Spent shell | -- | "C" | | 22 ca. brn casing rec l s/of s/curb of Aragon 6' 6" w/of E. curb of Maceo Street. |
| 5 | 1 | Spent Shell | -- | "C" | | 22 ca. brn casing rec l 8" s/of s/curb of Arago 3" w/of E. curb of Mace |
| 6 | 1 | Spent shell | -- | "C" | | 22 ca. brn casing rec l 1" s/of s/curb Aragon 1" w/of E.curb of Maceo |

USE REVERSE SIDE IF MORE SPACE IS REQUIRED.

| PRELIM. DRUG TEST | TESTING OFFICER | SERIAL NO. | TYPE | RESULT | WEIGHT AND UNITS | WITNESSING OFFICER |
| SEARCH WARR. INFO. | DATE | ISSUED BY (JUDGE) | COURT NO. | ITEMS SEIZED PURSUANT TO WARRANT ☐ALL ITEMS ☐ONLY ITEM NOS.: | |

| SUPV. APPROVE. SERIAL NO. | REPORTING EMPLOYEE(S) | SERIAL NO. - DIV. - DETL. | PERSON REPORTING (SIGNATURE) |
| DET. III RON QUAGLIANA 12474 OCB CRASH ☐YES ☐NO | McDONAGH  #17659 OCB-CRASH | x | PG #11 |
| DATE & TIME REPRODUCED    DIVISION    CLERK | Guerrero,W.#22448 OCB-CRASH | I/O | |

TEMP.
*65 (10/80)    **RESPONSIBLE EMPLOYEE** - Dispose of property as soon as practicable by forwarding 10.6  to property room

PAGE 2 of 2          PERTY REPORT                    DR NO.  82-651 080

| S/S | ARTICLE | SERIAL NO | BRAND | MODEL NO | MISC (OR SIZE ETC) | |
|---|---|---|---|---|---|---|
| 1 | Spent shell | -- | R-P | | | .25 auto ca brn casing rec 238' s/of s/curb of Aragon. St. and 9' w/of E.curb of Maceo Street. |
| 1 | Spent shell | -- | R-P | | | .25 ca. auto brn casing rec 255' s/of s/curb of Aragon St. 12' w/of E.curb of Maceo Street. |
| 1 | Spent shell | -- | R-P | | . | .25 ca. auto brn casing rec 263' s/of s/curb of Aragon St. 1" w/of E.curb of Maceo Street. |
| 0 1 | Cap | -- | -- | | -- | Baseball type blue-white with "Cypress Park Boys LA" on front. |
| 1 2 | Shirts | -- | -- | | -- | White T-shirts mans type. |
| 2 1 | Shirt | -- | J.C.Penney | | | Blue plad shirt size large. |

Items #10 #11 #12 recovered by I/O at crime scene.  Items located on parkway in front 3338 Maceo Street.

---

LASSIFICATIONS: Evidence - Items which are or may be related to a crime, or which may either implicate or exonerate a person. Evidence - Property other than evidence or an arrestee's excess personal property.
LIST EVIDENCE AND NON-EVIDENCE ON THE SAME REPORT.

PROPERTY BKD. TO - Evidence - Book to arrestee. If none, book to victim. If neither, book to Department employee. (EXCEPTION: ...ed to previously booked Evidence, use that DR, continue Item Nos. in sequence, and book to the same person or firm as on original... Non-Evidence - Book to owner. If ownership cannot be determined, book to finder. (EXCEPTION: When Non-Evidence is removed ...vehicle, and the owner of the property is unknown, book it to the registered owner. When neither is known, book it to employee.)

CONNECTING REPORTS: If booking property that had been stolen in the City of LA, indicate related crime and follow-up reports.

COMBINED EVIDENCE ARREST REPORT OR PIR: Complete shaded areas (& narrative) only. Attach copy of this form to copy of ... sheet of Arrest Report or PIR with this form on top & forward with the evidence. (Two copies are required with the evidence ... narcotics or firearms, or if it is blood or urine booked within O.VB.)

82 - 6647

# PROPERTY REPORT

☐ ONLY ☒ dence ☒ Evidence

| RESIDENCE ADDRESS | PERSON PROPERTY BOOKED TO (L .... die) | RES PHONE | BUS PH |
|---|---|---|---|
| 1 3311 MACKO S.,  W | 1 HERRETON, Arlos | 225-9958 | — |
| RESIDENCE ADDRESS | ARRESTEE S NAME | CHARGE | BKG NO |
| 2 | 2 | | |
| RESIDENCE ADDRESS | VICTIM OR OWNER'S NAME | RES PHONE | BUS PH |
| 3 | 3 | | |
| RESIDENCE ADDRESS | PERSON REPORTING TO POLICE DEPT (Last First Middle) | RES PHONE | BUS PH |
| 4 6045 YCRK BLVO, W | 4 OFCR | | YES E |

| DATE & TIME THIS REPORT | PROP BKD AT | DATE BKD | DATE & TIME PROPERTY TAKEN INTO POLICE CUSTODY LOCATION CITY OR REPORTING DIS |
|---|---|---|---|
| 8-4-82  1145 | N/R | 8-4-82 | 7-26-82 1100  3311 MACKO ST, W |

| INV DIV | IS THIS STOLEN PROPERTY? | TYPE OF PREMISES | TYPE OF PROPERTY ROUND | DIV RPT |
|---|---|---|---|---|
| OCR CRASH  ☐ YES  ☐ NO  ☒ UNKNOWN | STREET | SPENT . 25 CAL | | N |

| PROBABLE CRIME | Prints - Photo - S I D - Other | DIV OR CITY & DATE CRIME OCCURRED | LIST ANY CONNECTING REPORTS BY TYPE & DR |
|---|---|---|---|
| 187 PC | ☐ ☐ ☐ ☐ ☒ | | |

PROPERTY ON THIS REPORT SEIZED PURSUANT TO SEARCH WARRANT:   ☐ ALL ITEMS ON THIS   ☐ ONLY ITEM NOS

SEARCH WARRANT NO. ____ DATE ____ ISSUED BY JUDGE ____ COURT NO ____ REPORT.

Separate reports are required for each classification of property: **Evidence**: Book to Arrestee If none, Book to Victim If neither, Book to Employee Book as Evidence if connected to Crime, Possible Crime, or Arrest **Non-Evidence**: Book to Finder, Depositor, Owner or Person in full possession.

If stolen in City of Los Angeles Each case must be covered by Crime and Follow-up reports. (2) Describe circumstances resulting in booking of this property. (3) Give address, time and/or phone number where concerned persons may be contacted by investigators if not listed, or other than above. (4) Itemize and describe all property omitting dollar value (5) List total value of U.S. currency booked.

| ITEM NO | D. A N | ARTICLE | SERIAL NO. | MAKE | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS CALIBER, REVOLVER, ETC) | U.S. $ |
|---|---|---|---|---|---|---|---|

ON 7-29-82 AT 1100 HRS THE OFCRS WERE
PARKED AT THE ABV LOCATION AT WHICH
TIME THE P/R APPROACHED THE OFCRS
AND GAVE THEM THE BELOW EVID. THE
P/R STATED THAT HE HAD FOUND THE
SPENT ROUND IN FRONT OF 3326 MACKO ST
GUTTER. EVID BKD AT N/E PREV.

/ / SPENT ROUND .25 CAL

| E & TIME APPROVAL | SERIAL NO | REPORTING EMPLOYEES - SER NO - DIV - DETL | PERSON REPORTING IS SIGNATURE | |
|---|---|---|---|---|
| Approval  16266 | PARKER, J.W. 21257 | X - OFCR - | INDEXED | CHECKED |
| DATE & TIME SUPERVISOR DIVISION - CLERK | | N/E A | | |

PROPERTY REPORT                    PG #13

PRELIMINARY INVESTIGATION

**MURDER**

DR 82-651 080

| PREMISES | RESIDENCE |
| --- | --- |
| | SINGLE FAMILY |

| VICTIM | LAST NAME, FIRST, MIDDLE | SEX | Descent | AGE | DOB |
| --- | --- | --- | --- | --- | --- |
| | RIVAS, Ronald | M | LAT | 20 | 4-30 |

RESIDENCE/BUSINESS ADDRESS: 671 Cypress Avenue    ZIP CODE    PHONE 255-9186

HHSODRN U.S. MARINES, EL TORO 714

SSN# 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    VICTIM'S OCCUPATION: U.S. Marine

LOCATION OF OCCURRENCE: 3338 Maceo Street    R.D. 1187

DATE & TIME OF OCCURRENCE: 7-24-82, 2200 (saturday)    DATE & TIME REPORTED: 7-24-82, 2245

TYPE OF PROPERTY TAKEN/LOST: 0    STOLEN/LOST $ 0    RECOVERED $ 0    Est. Dam $ 0

NOTIFICATIONS — Persons & Division

CONNECTED REPORTS—Type & Dr. No.

**ENTRY**

Point of entry: 0    Method of entry: 0    Instrument/tool used: 0    Type of window or door: 0

**M.O.**

UNIQUE OR UNUSUAL ACTIONS THAT MAY TEND TO IDENTIFY THIS SUSPECT'S M O

**SUSPECTS**

1 — Personal oddities    Weapon

2 — Personal oddities    Weapon

Codes:    W- WITNESS    R- PERSON REPORTING    S- PERSON SECURING    D- PERSON DISCOVERING    P- ?

**INVOLVED**

SEE CONTINUATION FOR NARRATIVE

REPORTING OFFICERS: McDonagh #17659    OCB-CRASH

PC #14

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/2 | | | | | | 82-651 0 |
| ITEM | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC DESCRIPTION (ES COLOR SIZE INSCRIPTIONS, CALIBER REVOLVER ETC) | DOLLAR VA. |

On 7-24-82 at 2200 hours the residents of 3334 Maceo Street (Moses an Laura Vergara) were having a baptismal party, and approximately 100 people were in attendance. The party members were mingling inside/ outside the residence at 3334 Maceo Street. At the first residence noth of 3334 Maceo Street, in front of 3338 Maceo Street the three victims (Cypress Park gang members) were standing on the sidewalk.

A vehicle described as a light green 68/69 Chevrolet Impala with prir spots on the right rear panel drove by the victims, stopped and the driver using a handgun and the passenger armed with a rifle fired several shots at victims.

All three victims were transported to USC/MC by RA 001.

Victim #1 - Rivas sustained gunshot wound(s) in the head and expired 7-25-82 at 0220 hours.  PF# 4570042.

Victim #2 - Lopez received a single gunshot wound in the left shoulde the round fragmented on impact resulting in broken ribs and a collaps lung.  PF# 4569792, Dr. Buzzuto.

Victim #3 - Jimenez sustained a single gunshot wound in the left hip area that entered the abdomen causing internal bleeding.  PF# 330710, Dr. Buzzuto.

ADDITIONAL

One witness interviewed (name/address retained by I/O) stated that after the shooting, a unknown male fired six shots at the suspect vehicle and the vehicle/suspects swered and reacted like one of the suspects was possibly hit.

PG # 15

Los Angeles Police Department
**DEATH INVESTIGATION**

NAME OF DECEASED (LAST, FIRST)
RIVAS, Ronald

PCD 0    DR. 82-651

| DESCRIPTION of DECEASED | SEX M | DESCENT LAT | HAIR BLK | EYES BRN | HEIGHT 6-1 |
|---|---|---|---|---|---|

LOCATION DECEASED DISCOVERED
3338 Maceo Street, L.A.

RPT DIST 1187    TYPE ITEM 1 HOMIC

| WEIGHT 150 | AGE 20 | D.O.B. 4-30-62 | BUILD MED | COMPLEXION MED |

LOCATION OF ORIGINAL ILLNESS OR INJURY
3338 Maceo Street, L.A.

RPT DIST 1187    TYPE ORIG HOMIC

IDENTIFYING MARKS AND CHARACTERISTICS

DATE TIME ORIGINAL ILL INJ
7-24-82, 2200

OCCUPATION OF DECEASED
U.S. Marine

DATE TIME PPTD TO P.D.
7-24-82, 2

CLOTHING AND JEWELRY WORN

DATE TIME DECEASED DISCOVERED
7-24-82, 2200

DATE TIME DEATH OCCURRED
7-25-82, 0220

RELATIVES NOTIFIED BY
Dr. Accine

REMOVED TO (Address)
L.A. Co. General Hospital

REMOVED BY (name & unit)
RA 001

DECEASED'S RESIDENCE ADDRESS
671 Cypress Avenue, LA.

PROBABLE CAUSE OF DEATH
Gunshot wound

DECEASED'S BUSINESS ADDRESS
HH Sqdrn/U.S. Marine Corp
El Torro Marine Base

INVESTIGATIVE DIVISION(S) OR UNIT(S) NOTIFIED AND PERSONS CONTACTED
DHD Leone

**CODE: R**—Person reporting death    **D**—Person discovering deceased    **I**—Person identifying deceased    **W**—Witness

| CODE | NEAREST RELATIVE | RELATIONSHIP | | ADDRESS | CITY | PHONE |
|---|---|---|---|---|---|---|
| I | RIVAS, Lila (Mother) | | NOTIFIED ☒ YES ☐ NO | RES. 671 Cypress Avenue, L.A. | | 255-9186 |
| | | | | BUS. | | |
| | NAME | | D.O.B. | RES. | | |
| | | | | BUS. | | |
| | | | | RES. | | |
| | | | | BUS. | | |

DOCTOR IN ATTENDANCE
Dr. Accinelli

BUSINESS ADDRESS
L.A. Co. General Hospital

PHONE

SOURCE OF CALL (HOW NOTIFIED AND BY WHOM)
N/E Area Watch Commander

WAS LOCATION SEALED?
☒ NO
☐ YES—BY WHOM:

CORONER'S CASE NUMBER:
82-9309        Barley

ASSIGNED BY

WHO PRONOUNCED DEATH?
Dr. Accinelli

TIME PRONOUNCED
0220 hours

DISPOSITION OF PROPERTY
☐ RELEASED TO CORONER    RECEIPT ☐ YES ☐ NO
CORONER'S INVENTORY RECEIPT NUMBER _____

NO PROPERTY    ☐ RELEASED TO RELATIVE    NAME        ADDRESS

NARRATIVE (Refer to Completion Instructions on Field Book Divider):

On 7-24-82, victim was standing in front of 3338 Maceo Street, Los Angeles with two other males, (Lopez, Joaquin and Jimenez, Ralph) when a vehicle dr by victims and fired an unknown number of shots at victims.

All three victims were transported to Los Angeles County General Hospital b RA 001 where victim Rivas expired at 0220 hours.

Nine expended 22 caliber casings were recovered/booked as evidence from cri scene.

IF ADDITIONAL SPACE REQUIRED, USE REVERSE SIDE

SUPERVISOR APPROVING    SERIAL NO.
DET. III RON QUAGLIANA 12474 OCB CRASH

DATE & TIME REPRODUCED—DIVISION—CLERK
7-26-82 1110 OCB CRASH    #8212

| INTERVIEWING OFFICER(S) | SERIAL NO. | DIVISION | DETAIL |
|---|---|---|---|
| MC DONAGH, M. | #17659 | OCB-CRASH | |
| R. QUAGLIANA | #12474 | OCB-CRASH | PG#/1 |

LOS ANGELES POLICE DEPARTMENT

**PRELIMINARY INVESTIGATION**

| | |
|---|---|
| OCCURRED IN, ON (St: Bar, Bank, Vrh, Resid.) | Combined Evid. Rpt. |
| RESIDENCE | PCD: 8 |
| IF RESIDENCE GIVE TYPE (Apt: Single Family, house) | DR: 82-651 081 |
| SINGLE FAMILY | |

ATTEMPT MURDER

| LAST NAME, FIRST, MIDDLE (Firm Name if Business) | SEX | Descent | AGE | DOB |
|---|---|---|---|---|
| JIMENEZ, Ralph William | M | Mex | 16 | 8-23-6 |

RESIDENCE / BUSINESS ADDRESS: 3549 Roseview, L.A.   ZIP CODE   PHONE 222-1214

Franklin High/10th

V'S DR LIC NO (if none, list other ID & no.) C2131993   VICTIM'S OCCUPATION Student

| LOCATION OF OCCURRENCE | R.D. | Prints by Prelim. Inv. Attempted Y |
|---|---|---|
| 3338 Maceo, L.A. | 1187 | Obtained Y |

| DATE & TIME OF OCCURRENCE | DATE & TIME REPORTED T |
|---|---|
| 7-24-82, 2200 (saturday) | 7-24-82, 2245 |

| TYPE OF PROPERTY TAKEN/LOST | STOLEN/LOST | RECOVERED | Est. Damag Arson & Var. |
|---|---|---|---|
| 0 | $ 0 | $ 0 | $ 0 |

NOTIFICATIONS — Persons & Division   CONNECTED REPORTS—Type & Dr. No.

**VEHICLE**

Interior (INSIDE COLOR)
Exterior: 1 CUSTOM WHLS, 2 PAINTED INSCR, 3 LEVEL ALTERED, 4 RUST/PRIMER, 5 CUSTOM PAINT, 6 VINYL TOP
Body: 1 DAMAGE, 2 MODIFIED, 3 STICKER, 4 LEFT, 5 RIGHT, 6 FRONT, 7 REAR
Windows: 1 DAMAGE, 2 CUST TINT, 3 CURTAINS, 4 LEFT, 5 RIGHT, 6 FRONT, 7 REAR

1 BUCKET SEATS
2 DAMAGED INSIDE

ADD'L. VEH. INFO.

**ENTRY**

Point of entry (Door, Window, Skylight, Etc.): FRONT, REAR, SIDE, ROOF, FLOOR, OTHER  0
Method of entry (Pried Lock, Cut Screen, Smashed Window, Etc.)  0
Instrument/tool used (Key, Bodily Force, Screwdriver, Etc.)  0
Type of window or door (Wood P Sliding Glass, Wood Sash, Etc.)  0

**M.O.** UNIQUE OR UNUSUAL ACTIONS THAT MAY TEND TO IDENTIFY THIS SUSPECT S M O

**SUSPECTS**

| | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | AGE | Clothing | NAME ADDRESS & DOB IF KNOWN; NAME, BKG NO & CHARGE IF ARRE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

Personal oddities (Unusual Features, Scars, Tattoos, etc)   Weapon (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC.) IF A KNIFE OR GUN, DESCRIBE FULLY.

| | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | AGE | Clothing | NAME ADDRESS & DOB IF KNOWN; NAME, BKG NO & CHARGE IF ARRE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |

Personal oddities (Unusual Features, Scars, Tattoos, etc)   Weapon

**INVOLVED PER.**

Codes:   W- WITNESS   R- PERSON REPORTING   S- PERSON SECURING   D- PERSON DISCOVERING   P- PAR

| NAME AND DOB | R/B-RESIDENCE/BUSINESS ADDRESS & ZIP CODE | PHONE |
|---|---|---|
| DRIVER'S LIC (IF NONE, LIST OTHER ID & NO.) | | |

(1) LIST ADDIT'L SUSPS, VICTS, INVOLVED PERSONS (2) RECONSTRUCT THE OCCURRENCE; INCL ALL ELEMENTS OF CORPUS DELECTI. (3) DESCRIBE ANY EVIDENCE, CLUDING PRINTS. STATE LOCATION FOUND AND BY WHOM. GIVE DISPOSITION. (4) SUMMARIZE OTHER DETAILS. INCL WHEN AND WHERE PERSONS WITH NO PHONE BE LOCATED. (5) IF ANY INVOLVED PERSON IS NON-ENGLISH SPEAKING, INDICATE TYPE OF TRANSLATOR NEEDED. (6) LIST STOLEN/LOST ITEMS.

| ITEM NO | QUAN | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, ETC) | DOLLAR V |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SEE CONTINUATION FOR NARRATIVE

| | |
|---|---|
| VICTIM INDEMNIFICATION INFORMATION (IF APPLICABLE): | |

| SUPERVISOR APPROVING | SERIAL NO | INVESTIGATING OFFICERS | SERIAL NO. | Area, Div. Dell. | PERSON REPORTING (SIGNATURE) | OR RECE BY PHC |
|---|---|---|---|---|---|---|
| III RON QUAGLIANA 12474 OCB CRASH | | McDonagh  #17659 | | OCB-CRASH | X   P6 #17 | |

DATE & TIME REPRODUCED   DIV   CLERK

Los Angeles Police Department

| PAGE NO. 2/2 | TYPE OF REPORT | | | NO. | DR NO. 82-651 08 |
|---|---|---|---|---|---|

| ITEM NO. | QTY | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC DESCRIPTION (ITS COLOR SIZE INSCRIPTIONS, CALIBER REVOLVER ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

On 7-24-82 at 2200 hours the residents of 3334 Maceo Street (Moses an
Laura Vergara) were having a baptismal party, and approximately 100
people were in attendance.  The party members were mingling inside/
ouside the residence at 3334 Maceo Street.  At the first residence
noth of 3334 Maceo Street, in front of 3338 Maceo Street the three
victims (Cypress Park gang members) were standing on the sidewalk.

A vehicle described as a light green 68/69 Chevrolet Impala with prim
spots on the right rear panel drove by the victims, stopped and the
driver using a handgun and the passenger armed with a rifle fired
several shots at victims.

All three victims were transported to USC/MC by RA 001.

Victim #1 - Rivas sustained gunshot wound(s) in the head and expired
7-25-82 at 0220 hours.  PF# 4570042.

Victim #2 - Lopez received a single gunshot wound in the left shoulde
the round fragmented on impact resulting in broken ribs and a collaps
lung.  PF# 4569792, Dr. Buzzuto.

Victim #3 - Jimenez sustained a single gunshot wound in the left hip
area that entered the abdomen causing internal bleeding.  DR# 330710,
Dr. Buzzuto.

ADDITIONAL

One witness interviewed (name/address retained by I/O) stated that
after the shooting, a unknown male fired six shots at the suspect
vehicle and the vehicle/suspects swered and reacted like one of the
suspects was possibly hit.

PC#18

LOS ANGELES POLICE DEPART
PRELIMINARY INVESTIGAT

ATTEMPT MURDER

☐ MULTIPLE DRS ON THIS REP
Combined | PCD | DR
Evid.
Rpt.  6      82-651  082

| | OCCURRED IN, ON (St. Bar, Bank, Veh, Resid.) | | | LAST NAME, FIRST, MIDDLE (Firm Name if Business) | SEX | Descent | AGE | DOB |
|---|---|---|---|---|---|---|---|---|
| PREMISES | RESIDENCE | | | LOPEZ, Joaquin Martin | M | Mex | 16 | 2-4-64 |

IF R'SIDENCE GIVE TYPE (Apt., Single Family, Hotel)
SINGLE FAMILY

RESIDENCE/BUSINESS ADDRESS
621 Romulo Street

ZIP CODE

PHONE
223-6364

VICTIM

| SUSP 1 | MAKE | MODEL | TYPE |
|---|---|---|---|
| Vict's | | | |
| | VEH LIC NO | | STATE |

0

0

VEHICLE

| Interior INS DE COLOR | Exterior 1 CUSTOM WHLS 2 PAINTED INSCR 3 LEVEL ALTERED 4 RUST/PRIMER 5 CUSTOM PAINT 6 VINYL TOP | Body 1 DAMAGE 2 MODIFIED 3 STICKER 4 LEFT 5 RIGHT 6 FRONT 7 REAR | Windows 1 DAMAGE 2 CUST 'TINT' 3 CURTAINS 4 LEFT 5 RIGHT 6 FRONT 7 REAR |
|---|---|---|---|
| 1 BUCKET SEATS 2 DAMAGED INSIDE | | | |

V'S OR LIC. NO. (if none, list other ID & no.)
LA# 1687443-L

VICTIM'S OCCUPATION
Unemployed

LOCATION OF OCCURRENCE
3338 Maceo Street, L.A.

R.D.
1187

Prints by Prelim. Inv
Attempted    Y - N
Obtained     Y - N

DATE & TIME OF OCCURRENCE
7-24-82, 2200 (saturday)

DATE & TIME REPORTED TO
7-24-82, 2245

ADD'L. VEH. INFO:

TYPE OF PROPERTY TAKEN/LOST
0

STOLEN/LOST
$ 0

RECOVERED
$ 0

Est. Damage
Arson/Vand
$ 0

NOTIFICATIONS — Persons & Division

CONNECTED REPORTS—Type & Dr. No.

ENTRY

Point of entry (Door, Window, Skylight, Etc.):
☐ FRONT ☐ ROOF
☐ REAR ☐ FLOOR    0
☐ SIDE ☐ OTHER

Method of entry (Pried Lock, Cut Screen, Smashed Window, Etc.)
0

Instrument/tool used (Key, Bodily Force, Screwdriver, Etc.)
0

Type of window or door (Wood Pa Sliding Glass, Wood Sash, Etc.)
0

M.O.

UNIQUE OR UNUSUAL ACTIONS THAT MAY TEND TO IDENTIFY THIS SUSPECT'S M.O.

SUSPECTS

| | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | AGE | Clothing | NAME ADDRESS & DOB IF KNOWN; NAME, BKG NO & CHARGE IF ARRES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

Personal oddities   (Unusual Features, Scars, Tattoos, etc)

Weapon (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC.) IF A KNIFE OR GUN, DESCRIBE FULLY.

| | SEX | DESC | HAIR | EYES | HEIGHT | WEIGHT | AGE | Clothing | NAME ADDRESS & DOB IF KNOWN; NAME, BKG NO & CHARGE IF ARRES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |

Personal oddities   (Unusual Features, Scars, Tattoos, etc)

Weapon

INVOLVED PER.

Codes:       W- WITNESS     R- PERSON REPORTING     S- PERSON SECURING     D- PERSON DISCOVERING     P- PARE

| NAME AND DOB | | R/B-RESIDENCE/BUSINESS ADDRESS & ZIP CODE | PHONE |
|---|---|---|---|
| DRIVER'S LIC. (IF NONE, LIST OTHER ID & NO.) | R. | | |
| | B. | | |
| | R. | | |
| | B. | | |

(1) LIST ADDIT'L SUSPS, VICTS, INVOLVED PERSONS (2) RECONSTRUCT THE OCCURRENCE; INCL ALL ELEMENTS OF CORPUS DELECTI. (3) DESCRIBE ANY EVIDENCE, CLUDING PRINTS. STATE LOCATION FOUND AND BY WHOM. GIVE DISPOSITION. (4) SUMMARIZE OTHER DETAILS. INCL WHEN AND WHERE PERSONS WITH NO PHONE C BE LOCATED. (5) IF ANY INVOLVED PERSON IS NON-ENGLISH SPEAKING, INDICATE TYPE OF TRANSLATOR NEEDED. (6) LIST STOLEN/LOST ITEMS.

| ITEM NO. | QUAN | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, ETC) | DOLLAR VA |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | SEE CONTINUATION FOR NARRATIVE | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

VICTIM
INDEMNIFICATION
INFORMATION
(IF APPLICABLE)

| SUPERVISOR APPROVING | SERIAL NO | INVESTIGATING OFFICERS | SERIAL NO | Area, Div, Detl. | PERSON REPORTING (SIGNATURE) | OR RECE BY PHON |
|---|---|---|---|---|---|---|
| DET. III RON QUAGLIANA 12474 | OCB CRASH | McDonagh | #17659 | OCB-CRASH | X   PC #/1 | |

DATE & TIME REPRODUCED   DIV   CLERK
7-2/ C- 11/C-

| 2/2 | TYPE OF REPORT | | | | NR. NO. | DR NO. 82-651 0 |
|---|---|---|---|---|---|---|

| ITEM NO | QUAN | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC DESCRIPTION ITS COLOR SIZE INSCRIPTIONS CALIBER REVOLVER ETC | DOLLAR VA |
|---|---|---|---|---|---|---|---|

On 7-24-82 at 2200 hours the residents of 3334 Maceo Street (Moses a
Laura Vergara) were having a baptismal party, and approximately 100
people were in attendance.  The party members were mingling inside/
oustide the residence at 3334 Maceo Street.  At the first residence
noth of 3334 Maceo Street, in front of 3338 Maceo Street the three
victims (Cypress Park gang members) were standing on the sidewalk.

A vehicle described as a light green 68/69 Chevrolet Impala with prir
spots on the right rear panel drove by the victims, stopped and the
driver using a handgun and the passenger armed with a rifle fired
several shots at victims.

All three victims were transported to USC/MC by RA 001.

Victim #1 - Rivas sustained gunshot wound(s) in the head and expired
7-25-82 at 0220 hours.  PF# 4570042.

Victim #2 - Lopez received a single gunshot wound in the left shoulde
the round fragmented on impact resulting in broken ribs and a collaps
Tung.  PF# 4569792, Dr. Buzzuto.

Victim #3 - Jimenez sustained a single gunshot wound in the left hip
area that entered the abdomen causing internal bleeding.  PF# 330710,
Dr. Buzzuto.

ADDITIONAL

One witness interviewed (name/address retained by I/O) stated that
after the shooting, a unknown male fired six shots at the suspect
vehicle and the vehicle/suspects swered and reacted like one of the
suspects was possibly hit.

PC #20.

Photo Display Folder
(1½ X 1½)
LAPD 15 50 1 (9-79)



4



1



5



2



6



3

PC # 21

FOLLOW-UP INVESTIGATION                                      [X] FOLLOW-UP    [X] SUPPLEMENTAL

| DATE THIS REPORT | DATE ORIGINAL REPORT | | R.D. | RBC | DR |
|---|---|---|---|---|---|
| 9-7-82 | 7-24-82 | | 1187 | 8 | 82-651 |

CASE STATUS

| PROPERTY | ADDITIONAL LOSS | PARTIAL RECOVERY | TOTAL RECOVERY | DELETE FROM ORIGINAL RPT. | DESCRIPTION CHANGE | ITEM NOS. RECOVERED, DELETED FOR ETC. (MPTS. USE NARRATIVE) |
|---|---|---|---|---|---|---|
| VALUE | $ | $ | $ | | [ ] | |

| | SEX | DESC. | HAIR | EYES | HEIGHT | WEIGHT | DOB | AGE | NAME, ADDRESS (OR NAME, CHANGE, IF ARRESTED) | | LA, J, OR EXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | M | LAT | BLK | BRN | 5-7 | 180 | 1-19-64 | 18 | CHAVEZ, Santos, BKD 187PC | | 170109 |
| | PERSONAL ODDITIES | | | | WEAPON, FORCE, MEANS | | | | ACTION TAKEN | | |
| | Handgun | | | | | | | | | | |
| S-2 | M | LAT | BLK | BRN | 5-9 | 230 | 1-6-64 | 18 | CANTU, Jessie, BKD 187PC | | 17022 |
| | PERSONAL ODDITIES | | | | WEAPON, FORCE, MEANS | | | | ACTION TAKEN | | |
| | TT hand & back | | | rifle | | | | | See below | | |
| S-3 | | | | | | | | | | | LA, J, OR BKG |
| | PERSONAL ODDITIES | | | | WEAPON, FORCE, MEANS | | | | ACTION TAKEN | | |

| V E H | VEH. MAKE | MODEL | TYPE | COLOR(S) | VEH. LIC. NO. | STATE | ADD'L. VEH. DESCRIPTION (INTERIOR, EXTERIOR, ETC.) |
|---|---|---|---|---|---|---|---|
| MO | UNIQUE ACTIONS THAT MAY TEND TO IDENTIFY THIS SUSPECT  (IF RECLASSIFYING TO HOMICIDE, INCLUDE BRIEF DESCRIPTION OF INCIDENT) | | | | | | |

| FELONY COMPLAINT FORMAT | STATEMENT (CORPUS) | ALIBI | SUSP & EVID | EVID & PROP. | DOCUMENTS | RECORDINGS | SUPERVISOR REVIEWING | SER. |
|---|---|---|---|---|---|---|---|---|
| COMPLETED-ORIGINAL REPORT | | | | | | | | |
| NON-APPLICABLE | | | | | | | | |
| S  BELOW NARRATIVE | | | | | | | | |

N.  NATIVE USE BELOW COLUMN IF LISTING MULTIPLE REPORT RECOVERIES.

CLEARED BY ARREST

| | | | | | |
|---|---|---|---|---|---|
| 82-651 080 | MURDER | 1187 | RIVAS, Ronald | 7-24-82 | 0 |
| 82-651 081 | ATT MURDER | 1187 | JIMENEZ, Ralph | 7-24-82 | |
| 82-651 082 | ATT MURDER | 1187 | LOPEZ, Joaquin | 7-24-82 | |

SYNOPSIS OF CRIME:

The decedent along with Victim #2 and Victim #3 were seated on a wall in front of 3338 Maceo Street, Los Angeles when a red/white Chrysler Cordova drove eastbound past their location. A short time later the Chrysler returned westbound on Maceo Street, on the wrong side of the roadway, and stopped in front of victims location. A witness, Ralph Castillo, approached the Cordova at which time the driver (Santos Chavez) pointed a small caliber handgun at him, at that time the passenger seated in the right front seat of the Cordova (Jessie Cantu) leaned out of the car and sat on the passenger door. Several shots were fired by the suspects in the Cordova at the victim. All three victims were transported to USC County Hospital and were admitted On 7-24-82 at approximately 0220 hours victim Rivas died as a result of the gunshot wound he received in the assault.

(Continued)

| | | | | | |
|---|---|---|---|---|---|
| DET. III RON QUAGLIANA 12474 OCB CRASH | | | | SERIAL NO. | DIVISION |
| 9-7-82, 1615  DIV OCB CRASH  N 9212 | | | McDonagh #17659 | OCB-CRASH | |

SUSPECTS:

Chavez. Santos a male Latin, 18 years old, and a member of the "Avenues" stree
c  n. Chavez has six prior arrests.

Cantu   Jessie a male Latin, 18 years old. and a member of the "Avenues" street
gang.   Cantu has four prior arrest and is on probation for attempted murder.

M/O:

Rival gang drive-by shooting.

POSTMORTEM EXAMINATION:

On 7-27-82. Dr. Redding Los Angeles County Coroner's Office performed an auton
on the decedent Ronald Rivas and determined the cause of death to be a gunshot
wound to the head.

CRIMINAL CHARGES FILED:

On 9-7=82 this case was presented to Deputy District Attorney Semon who filed
below charges on both suspects (Cantu and Chavez).

1ct 192P.C. Conspiracy
1ct 187P.C. Murder
2cts 664/187P.C. Attempted Murder
1ct 12022.7P.C. Great Bodily Injury

A  ITIONAL·

Suspect Cantu was released from Los Angeles County Probation Camp Mendenhall o
6-1 82. Suspect Cantu left California on 8-1-82 and went to Texas and was sub
sequently arrested by I/O on 9-3-82 at San Antonio. Texas. I/O recovered one
weapon a .22 caliber rifle from suspect Chavez. Ballistics from shell casings
recovered at crime scene matched the recovered rifle. At this time the .25
caliber handgun is still outstanding.

---

COMPLETION INSTRUCTIONS

Interview of Santos Chavez   DOB 1-19-64
Residence: 6056 LaPrada Street, Los Angeles    Phone:  255-1219
Taken on 8-2-82, 1735 hours, by Detective Greubel #15757, after
  Chavez had been advised of his constitutional rights


On Saturday night I was at home watching ON T/V. At about 10:30,
I decided to go visit my father who lives on Romulo Street.  As
I was passing the  "BOY's" Market I was flagged down by Pam
Adams who wanted a ride to the park.  I took her to the park over
by Avenue 64 and York.  After I dropped her off I took a .22
cal. rifle from the truck of my vehicle and put it in the back seat.
As I was going to my father's house I saw Jesse Cantu walking down
the street by Franklin High.  I asked him if he wanted to ride with
me to my Dad's house.  After he got in I continued down York
Street, then to Eaglerock and on to Cypress.  When I got to Maceo
Street I made a left turn to go up to Isabel Street so I wouldn't
have to go by the market.  As I drove up Maceo Street I saw a
group of people standing around in the yard and on the sidewalk.
I passed the group of people and made a U-turn to go back down to
Cypress Avenue.  As I passed the group this time someone threw
a bottle at my car.  I then heard about 15 shots being fired.
I guess at this time Jesse reached in the back seat and got the
rifle and shot back.

After we left the location I dropped Jesse off by Franklin High.
Prior to dropping Jesse off I asked him if he hit anyone; he told
me,"I don't know".  I then went home and left the rifle in the
car.  The next day I took the gun some place else.

OROZCO, CARLOS C O

6056 La Prada 39    L.A.

Blk | Brn | 5-7 | 160 | 1-19-66 | 18

None | 1187 | None

L.A., CA    |    OCB CRASH

OCB CRASH    |    9-1-33 1900    2035

6056 La Prada 39    NO BAIL

187 PC    Murder    PC WNT

3338 MACEO ST L.A. 1187

CII# 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    TTs on both arms, & back    Clerk

Safeway Store - Highland Park

Brn shs, Blu pnts, Blu U/shirt.

CRIME - DEATH SAME OR#

| CODE  V | | W | P.A. | ON JUVENILES ONLY: | | G |
|---|---|---|---|---|---|---|
| RIVAS, RONALD  4-30-62 | | | DELEASED | | | |
| V JIMENEZ, RALPH  8-23-65 | | | 3547 ROSEVIEW    LA | | | |
| V LOPEZ, JOAQUIN  2-4-64 | | | 641 ROMULO  ST  LA | | | |

MCDONAGH    #17659

RET 1 P ON QUANGLIANA 12474 OCB CRASH  MCDONAGH    17659    OCB    PA
VAUGHN    22148    CRASH

2   Arrest                                                    #1061      82-651080

Suspect:  Chavez, Santos Cordero
          DOB 1-19-64
          187 P.C. Murder

## Source of Activity:

On 7-24-82 at approximately 2200 hours, Victim Rivas, Jimenez, and Lopez were
in front of 3338 Maceo Street. A vehicle drove S/B on Maceo Street and shots
were fired from this vehicle striking Victim Rivas and causing his demise.
Victims Lopez and Jimenez were also struck by bullets and hospitalized.
At the time of this shooting there was a baptismal party in progress at 3334
Maceo (next to victims' location) with approximately 100 people in attendance.

## Observations:

Numerous witnesses to the shooting described the suspects' vehicle as a red
or burgandy over white Cordova with primer spots on right front fender and
driver's door. The driver and passenger in this vehicle were heard to yell,
"Ave's , Ave's" as they fled the scene.
All victims belonged to the rival gang of Cypress Park.
One witness was leaving the baptismal party just prior to the shooting and
was directly behind the burgandy/white Cordova when the shooting occurred.
Another witness observed the vehicle leaving the scene and observed a male
Latin return fire at the vehicle.   *several ( I/O to preserv tapes*
On 7-26-82 at 0100 hours, Complaint Board Operator #679 received an anonymous
caller stating, "Santos from Ave's shot Rivas on Maceo Street". I/O, through
investigation, established that "Santos" was Santos Chavez, M-Lat. 5-7
170 lbs. DOB 1-19-63. I/O's further established that suspect worked at the
Foodbarn at Avenue 56 and York. Suspect further owned a '75 Chrysler Cordova
burgandy/white Lic.#532 SAX. Suspect's vehicle also had primer spots on
right front fender and driver's door. Suspect's phone number given to
Foodbarn came back to 6056 La Prada #9. I/O's located suspect's vehicle on
La Prada. Suspect's vehicle identical to witness statements. Officers
located suspect in his apartment. When suspect was asked to surrender on
phone, he attempted to exit through the rear balcony, saw officers and
retreated back into apartment. Approximately ten minutes later, suspect gave
up, holding his small baby in front of him as a shield.

## Arrest:

Officers arrested suspect Chavez for 187 P.C. (Murder).

LA FUEN CHAVEZ SANTOS CORD.RO

6056 LA PRADA ST  39    LA

L    BLK    BRN    25-7  180    1-19-04    13

532 SAX    XCA    1127    NONE

LOS ANGELES    OCB

OCB  CR2    8-1-82    2235    0:30

6056 LA PRADA ST    NO.HE

187PC    MURDER

3338 MACEO ST    1/87

572 17 5396    TT"RUTHIE" RT HND, "SOPHIA" LT ARM 255-1219    STOCK CLERK

FOOD BYRN 5625 BUCHANNAN ST LA.    10:NO

wht sht, blu pntds, brn shs    SID A NGLEY TOW

CRIME, DEATH, EVID    75 CHRYOORDR RDR  RED  UNIT 532 SAX    1

PED  4056 LA PRADA ST

| CODE: V. | W. | P/A. | ON JUVENILES ONLY: | P. | G. |
|---|---|---|---|---|---|

RIVAS  RONALD    DECEASED

LOPEZ  JOAQUIN    621 ROMELO ST  L.A.    223-6364

JIMENEZ RALPH    3549 ROSEVIEW  L.A.    222-1214

ADMONITION OF RIGHTS    MCDONAGH  17659

17659

26000    27668

BEST AVAILABLE COPY

| 272 | ARREST | | | | 60259 | 82-651 03 |
| | | | | | | |

DEFENDANT:

CHAVEZ, Santos Cordero   DOB: 1-19-64

SOURCE OF ACTIVITY:

On 9-1-82, I/O presented Judge Michael Sauer a probable cause arrest warrant charging murder for defendant Chavez along with a search warra for suspect's residence. Judge Sauer, Los Angeles Municipal Court si both warrants at 1512 hours.

On 9-1-82, I/O served both warrants at the defendant's residence.

OBSERVATIONS:

On arrival to the defendants residence I/O advised Donna Chavez (defendant's wife) of the search warrant and arrest warrant they had i their custody. I/O entered the defendant's residence and observed hi seated on the couch inside the front room of his apartment.

ARREST:

Defendant Chavez placed under arrest for 187 P.C. Murder.

BOOKING:

Defendant was booked at Jail Division. Detective Quagliana advised booking.

STATEMENTS:   None

EVIDENCE:

Numerous items were recovered at the defendant's residence (See eviden report same DR# for recovered property).

PROPERTY REPORT

DR 82-651080

Deceased

RIVAS, Ronald

6056 La Prada, Los Angeles

CHAVEZ, Santos

187 P.C. 67410

Deceased

RIVAS, Ronald

6056 La Prada, Los Angeles

CHAVEZ, Santos

255-1219

8-3-82    1000    Prop.Div.    8-3-82

PAB

8-2-82    1900    12676 W. Avenue 32    1187

OCB-CRASH    [X]    Residence    Rifle    OCB

187 P.C.    [X]    Northeast Division    7-24-82    Crime & Arrest

PROPERTY ON THIS REPORT SEIZED PURSUANT TO SEARCH WARRANT:    [ ] ALL ITEMS ON THIS    [X] ONLY ITEMS

8-2-82    Brian Crahan    COURT NO.    REPORT    14,15,16 & 1

Separate reports are required for each classification of property. Evidence: Book to Arrest, Book to Victim, Book to Finder, Return to... Non-Evidence: Book to Finder, Depositor, Owner or Person...

| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INCLUDING NO. CALIBER, ETC.) | U.S. CASH |
|---|---|---|---|---|---|---|---|
| | | | | | | Below property recovered by Officers Greubel #15757 & Zeglin #21063 during | |
| | | | | | | 187 P.C. investigation. Items #13-15 recovered from basement of residence | |
| | | | | | | Item #17 recovered from kitchen of residence. Items #14-17 recovered | |
| | | | | | | pursuant to search warrant. | |
| 13 | 1 | Rifle | 10884 | Glenfield | --- | Barrel Assembly and Stock Only -- No Bolt--No Firing Pin--No Trigger | --- |
| 14 | 13 | Bullets | --- | 1-U 12-CCI | --- | Copper Color 22 Caliber Bullets | --- |
| 15 | 55 | Bullets | --- | CCI | --- | Copper Color 22 Caliber Bullets in Plastic Case | --- |
| 16 | 100 | Bullets | --- | CCI | --- | Copper Color 22 Caliber Bullets in Plastic Case | --- |

(over)

Property                                                                           82-651080

1/ GUN CLEANING        ---           ---           ---        Miscellaneous Tools,    ---
   KIT                                                        Patches, Solvent and
                                                             22 Caliber Cleaning
                                                             Equipment Inside a
                                                             Brown Leather Case

                    Items marked 'CZ' for I.D.

Los Angeles Police Department
**PROPERTY REPORT**

| | | | |
|---|---|---|---|
| NARC. | GUNS | MONEY | X | | DR 82-651-0 |

SUSPECTS NAME (LAST, FIRST, MIDDLE OR FIRM NAME)

RIVAS   RONALD

DECEASED

RESIDENCE ADDRESS

6056 LA PRADA   L.A.

SUSPECTS 2 NAME

CHAVEZ   SANTOS

CHARGE 187 P.C.

☒ VICTIM OR ☐ OWNER'S NAME (CH.L. OR WHICH)

RIVAS   RONALD

CHARGE 6741 06

DECEASED

PERSON RPTG. TO POLICE DEPT. (LAST, FIRST, MIDDLE)

CHAVEZ   SANTOS

RESIDENCE ADDRESS

605¼ LA PRADA   L.A.

255-1219

| DATE & TIME THIS REPORT | DATE RPD. | RPD RGLAT | DATE & TIME PROPERTY TAKEN INTO POLICE CUSTODY - LOCATION | RD OR CITY, IF CO. |
|---|---|---|---|---|
| 8-12-82   1800 | 7-24-82 | PROP | 8-12-82   1000   210 W TEMPLE ST |

| INVEST. DIV. | PROBABLE CRIME | ☒ P.C. | IF FIREARM: CAT CHECK? | TYPE OF PREMISES |
|---|---|---|---|---|
| OCB CRASH | 187 PC ☐ | MISC. | SER. NO NO ☐ YES NO ☐ | D.A. OFFICE |

| IS THIS STOLEN PROPERTY? | PRINTS PHOTO S/D OTHER | DIV. OR CITY & DATE CRIME OCCUR. | CONNECTING REPORTS (TYPE & DR) |
|---|---|---|---|
| ☐ YES ☒ NO ☐ UNKNOWN | ☐ ☐ ☐ ☐ | N/E  7-24-82 | CRIME, DEATH, EVID. |

| ITEM | QUAN | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. (COLOR, SIZE, INSCRIPTION, CALIBER, REV) |
|---|---|---|---|---|---|---|
| | | BELOW LISTED PROPERTY GIVEN TO DET GREUBEL | | | | |
| | | BY D.D.A. BERMAN. EVID IS COPY OF TAPED TELEPH | | | | |
| | | SEARCH WARRANT OBTAINED ON 8-2-82. EVID MKD 'G | | | | |
| | | AND BOOKED AT PROPERTY DIV. | | | | |
| | | | | | | |
| | | EVID  BOOKED | | | | |
| | | | | | | |
| | | | | | | |
| 18 | 1 | TAPED STATEMENT OF TELEPHONIC SEARCH WARRANT | | | | |

USE REVERSE SIDE IF MORE SPACE IS REQUIRED.

| TAKEN/CHGD/TESTD | TESTING OFFICER | SERIAL NO. | TYPE | RESULT | WEIGHT AND UNITS | WITNESSING OFFICER |
|---|---|---|---|---|---|---|

| | DATE | ISSUED BY (JUDGE) | COURT NO. | ITEMS SEIZED PURSUANT TO WARRANT |
|---|---|---|---|---|
| | | | | ☐ ALL ITEMS   ☐ ONLY ITEM NOS. |

| SERIAL NO. | REPORTING EMPLOYEE(S) | SERIAL NO. DIV. DET. PERSON REPORTING (SIGNATURE) |
|---|---|---|
| 1957 | GREUBEL | 15767 OCB CRASH X DET |

RESPONSIBLE EMPLOYEE - Dispose of property as soon as practicable by forwarding to ...

ASSIGNMENT REPORT

( LEAVE BLANK )

SAN ANTONIO POLICE DEPARTMENT

5-34

ATTENTION: Record Bureau

ACTOR:         J.... G.. KN         SA/ / 16      DOB: 01-06-64
               115 ... ...A

              S.A.P.D.: .....      SID: NONE

CHARGE:        HOMICIDE SUSPECT

OFFICER:       E.G. GUERRA #241/Jn. MORALES #204

DETAIL:        ON THIS DATE, FRIDAY, 09-03-02, ...

BEST AVAILABLE COPY

ASSIGNMENT REPORT

BEST AVAILABLE COPY

BEST AVAILABLE COPY

BEST AVAILABLE COPY

BEST AVAILABLE COPY

**SECTION   3**

RECALCULATION OF MEPD FOR 15-LIFE AND 25-LIFE PRISONERS
RECEIVED PRIOR TO 5-27-87
PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
   1. Total days served prior to waiver date (Waiver date
      - received date + postsentence credit) $03/06/86$    = _631_
   2. A1 ÷ 2 (round down)                        $-06/22/84$    = _315_
   3. Less credits lost per PC2932               $622 +9$      - _-_
   4. Credits to be vested                                    = _315_
=================================================================
B. MAXIMUM ELIGIBLE PAROLE DATE
   1. $06/22/84$ + _17_                                       = _06/22/01_
      RECEIVED DATE   TOTAL TERM                                BASE DATE
   2. Less total preconfinement credit                        - _-978_
   3. Less A4 OR vest 1/2 postsentence credit                 - _-315_
   4. MAXIMUM ELIGIBLE PAROLE DATE                            = _12/07/97_

C. WORKTIME CREDIT PER PC2933/PC2934
   1. Less NET worktime credit earned from waiver/
      received date through 2-15-89 or end of DSL             - _995_
      term if later                  $1055 +60$
   2. Current MEPD (cannot exceed B4)                         = _03/18/95_

D. GOOD TIME CREDIT PER PC2931
   1. Date credit applied through (2-15-89
      or date DSL term ends if later)        - $02/15/89$
   2. Days left to serve                     = $2222$
   3. Divide by 3 (round up)                              = _741_
   4. PC Balance (D3 ÷ 4)            =
   5. BC Balance (D4 x 3)            =
=================================================================
E. RECALCULATED MEPD (C2 - D3)                               = _03/07/93_
   1. Add credits lost for CDC 115's after D1      + PC___ BC ~~CC~~
   2. Subtract restorations for credit losses in E1  - PC___ BC___
   3. New PC/BC Balance                    PC=___ BC=___
   4. Add any 7 or 9 year MEPD CS Life term(s)           + ___

F. ADJUSTED MEPD (E + E1 - E2 + E4)                  =  ___
=================================================================
G. INITIAL PAROLE CONSIDERATION HEARING              = ___
   (13 months prior to F)                              month/year

H. NEXT DOCUMENTATION HEARING    #___                = ___
                                                       month/year
=================================================================
Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted ___ days worktime credit
from ___ through 2-15-89/the end of your DSL term (circle one).
Your recalculated/adjusted (circle one) MEPD is ___. Your initial
life parole consideration hearing will be scheduled during the month
of ___/first available calendar (circle one).

_D. Casey_                        _01/03/03_
CASE RECORDS STAFF                  DATE

_C87968_        _Chavez Santo_            _CPF_
NUMBER            NAME                  INSTITUTION
5/89            FORM A - SIDE 1