

### PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
### (REVISED AUGUST 1998)
### PAROLE CONSIDERATION HEARING
### APRIL 2005 LIFER CALENDAR

### CORRECTIONAL TRAINING FACILITY, SOLEDAD
### APRIL 15, 2005

This is an update to the seventh psychological evaluation for the Board of Prison Terms
on inmate Santos Chavez, CDC# C-87968. This report was compiled on 04/15/05 based
upon an interview, a review of the central file, and his unit health record. He was
informed of the evaluation's purpose, and agreed to participate.

Since this is an updated BPT psychological evaluation, only pertinent changes from the
prior report will be addressed. Sections which do not contain new information are:
developmental history, educational history, psychosexual development and sexual
orientation, military history, employment and income history, substance abuse history,
and psychiatric and medical history.

### IDENTIFYING INFORMATION:

Inmate Chavez is a 41-year-old, married, Hispanic male, born on 01/19/64, who was
convicted of murder, second-degree, with the use of a firearm, and is serving 17 years to
life. He does not have a religious affiliation. There were not any unusual physical
characteristics noted except for some tattoos on his neck. He denied any history of
nicknames or aliases.

### MARITAL HISTORY:

Inmate Chavez has been married to his second wife since 1997, and has two daughters
from his first marriage. However, he states he is unable to stay in contact with them.

### PLANS IF GRANTED RELEASE:

Inmate Chavez plans to "go wherever the board tells me to go, but I am able to live in
Greenfield, Los Angeles, or Long Beach (he has family in all of those locations)." His
wife will join him wherever he is paroled. As regards employment, inmate Chavez has
worked as a mechanic and a welder, but most recently is interested in dental lab work.

### CLINICAL ASSESSMENT

### CURRENT MENTAL STATUS/TREATMENT NEEDS:

Inmate Chavez appears his stated age, and was articulate, confident, and well groomed.
He presents himself as coherent, intelligent, with well organized speech. His thoughts are
rational and are expressed with a sense of ease. His intellectual functioning is estimated
at least within the average range. He had very good eye contact, and appeared to want to

*CHAVEZ*          *C-87968*          *CTF-CENTRAL*          *04/15/05*          *gmj*

*CHAVEZ, SANTOS*
*CDC NUMBER: C-87968*
*BPT MENTAL HEALTH EVALUATION*
*PAGE TWO*

sit close to the examiner in an effort to be understood, as well as to understand what is being asked. There is not any evidence of a mood or thought disorder. He denied suicidal and homicidal ideation. His judgment is sound, and his insight is good. He appears to have good impulse control and presents himself in a confident, appropriately assertive manner.

### *CURRENT DIAGNOSTIC IMPRESSIONS (DSM-IV):*

| | |
|---|---|
| *AXIS I:* | Adult antisocial behavior, improved. |
| *AXIS II:* | No diagnosis. |
| *AXIS III:* | None stated. |
| *AXIS IV:* | Incarceration. |
| *AXIS V:* | GAF = 90. |

Inmate Chavez has a very good prognosis for being able to maintain his current mental status and to function effectively in the community.

### *REVIEW OF LIFE CRIME:*

Prior to the offense, inmate Chavez's eight-months-pregnant wife was approached by individuals who attempted to rob her and car-jack her vehicle. Obviously, inmate Chavez was very angry and protective of his wife and to-be-born child. He and some friends found the people who tried to rob his common-law wife, and at approximately 10:00 p.m., inmate Chavez and his codefendant fired upon the individuals responsible, fatally shooting Ronald Rivas, and wounding two others.

Inmate Chavez states, "I did not go there to shoot him," but claims they opened fire on he and his codefendant first. He also adds, "I am not trying to shift blame. I take full responsibility for this."

As regards the nature of the crime and the decision he made, inmate Chavez states, "I feel terrible about it—both sides of the family (the victim's family and his family) have been affected. Of course, I was a kid then. I went to the Impact class. That helped me a lot to see how everyone is affected (by a crime)." He continues, "The children, his children, of course, my children...I have grandchildren now. They (children) need both parents to raise them. I am sure it is still very hard for his brother and mother and wife. The whole thing started as a terrible mistake. I felt I had a right to take things into my own hands, but of course I did not." He was a military member, and it was 'awful all the way around.'"

Inmate Chavez feels the full impact of his terrible decision to shoot somebody, resulting in a man's death. He stated today it would have been much better to have called the police and let them handle the problem. Inmate Chavez feels genuine remorse for the victim, the victim's family, and for his own family.

| | | | | |
|---|---|---|---|---|
| *CHAVEZ* | *C-87968* | *CTF-CENTRAL* | *04/15/05* | *gmj* |

*CHAVEZ, SANTOS*
*CDC NUMBER: C-87968*
*BPT MENTAL HEALTH EVALUATION*
*PAGE THREE*

### XIV.   *ASSESSMENT OF DANGEROUSNESS:*

**A.**     Inmate Chavez has functioned well within the prison setting, indicating his potential for violence is significantly below average relative to other inmates.

**B.**     If released to the community, inmate Chavez's potential for violence is estimated to be no more than that of the average citizen, given the extensive amount of punishment through prison, and the toll it has taken upon himself and his family.

**C.**     There does not appear to be any particular risk factors associated with the crime, except for stopping to consider the consequences before embarking upon a course of action. No doubt, he will give much more careful consideration to his choices.

   According to the police report, inmate Chavez was involved in a gang, but now he shuns and disagrees with all gang activity, and is very unlikely to return to that lifestyle. He also denies that the victims and he were involved in gang-related violence. This only pertained to his wife being threatened.

### XV.   *CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:*

**A.**     Inmate Chavez is competent and responsible for his behavior. He has the capacity to abide by institutional standards and function within the guidelines of prison with few CDC-115s.

**B.**     Inmate Chavez does not have a mental health disorder which would require treatment, either during incarceration or following parole.

**C.**     Inmate Chavez does not appear to have a drug or alcohol problem.

**D.**     Inmate Chavez has served 22 years of a 15-year-to-life sentence. He continues to function in an appropriate, positive, mature manner within the institution. It is very unlikely he will recommit a crime or a violent offense when he is in the community.

*J. Steward, Psy.D.*
*Clinical Psychologist*
*Correctional Training Facility, Soledad*

**CHAVEZ, SANTOS**
**CDC NUMBER: C-87968**
**BPT MENTAL HEALTH EVALUATION**
**PAGE FOUR**

*Bill Zika, Ph.D.*, Ph. D.

**Bill Zika, Ph.D.**
**Senior Supervising Psychologist**
**Correctional Training Facility, Soledad**

*JS/gmj*

**D:  04/15/05**
**T:  04/18/05**

*D:\Word Files\BPT - 2005\CHAVEZ, SANTOS   C-87968   04-05   STEWARD.doc*

**SECTION    2**

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
MARCH 2004 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
JANUARY 15, 2004

This is a psychological evaluation update for the Board of Prison Terms on inmate Santos
Chavez, CDC# C-87968. This report is based on a personal clinical interview of the
inmate on 01/15/04. Additionally, in preparation for this report, the Central file, unit
health record, and previous psychological assessment completed on 01/26/98 were
reviewed. This clinical interview and the review of all pertinent documents were for the
express purpose of preparing this updated report.

Inmate Chavez is a 40-year-old, married, Hispanic male whose date of birth is 01/19/64.
He has four children, and hopes to reside with his family upon release. Inmate Chavez
receives frequent visits from his wife, and she has been highly supportive throughout his
entire period of incarceration. As a result of this strong support system, his prognosis for
community living is extremely positive.

Currently, inmate Chavez has served 21 years of a 15-year to life term. Since his last
BPT evaluation, he continues to program positively within an institutional framework,
and now has vocational certification in welding and mechanics. He has also recently
completed the Impact Program. His disciplinary record remains exemplary, with no
disciplinaries since his last evaluation.

In reviewing the circumstances of his life crime, inmate Chavez was openly direct and
sincerely remorseful. He deeply regrets his actions in taking a human life, and has had
ample opportunity to reflect on the consequences of his behavior during the lengthy
incarceration.

Consistent with his last psychological evaluation in 2000, risk factors remain extremely
low, both within an institutional context, and outside in the community. Over 20 years
have elapsed since the commitment offense, and inmate Chavez currently shows none of
the tendencies that likely contributed to his crime. He remains a suitable candidate for
parole release consideration.

E. W. Hewchuk, Ph.D.
Staff Psychologist
Correctional Training Facility, Soledad

CHAVEZ          C-87968          CTF-NORTH          01/15/04          gmj

SENT TO INMATE ON: 3/16/04

CHAVEZ, SANTOS
CDC NUMBER: C-87968
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO


**B. Zika, Ph.D.**
**Senior Supervising Psychologist**
**Correctional Training Facility, Soledad**

EWH/gmj

D: 01/28/04
T: 01/29/04

**SECTION    3**

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
PAROLE CONSIDERATION HEARING
MAY 2000 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
MARCH 2, 2000

This is the seventh psychological evaluation for the Board
of Prison Terms on inmate Santos Chavez. This report is the
product of a personal interview, conducted on 03/02/00, as
well as a review of his Central file and unit health record.
This interview was a single contact with this individual for
the sole purpose of preparing this report.

I.    **IDENTIFYING INFORMATION:**

Inmate Chavez is a 36-year-old, married, Hispanic male.
His date of birth is 01/19/64. He stated that he does
not have a formal religious affiliation. There were no
unusual physical characteristics noted (other than some
tattoos on his neck) and he denied any history of
nicknames or aliases.

II.   **DEVELOPMENTAL HISTORY:**

He denied any history of birth defects or abnormalities
of developmental milestones, a history of cruelty to
animals, a history of arson, any significant childhood
medical history, or a childhood history of physical or
sexual abuse as either a perpetrator or a victim.

III.  **EDUCATIONAL HISTORY:**

Educationally, inmate Chavez has a GED. Vocationally,
he has participated in auto mechanics and textiles, and
is currently in the small engine repair vocation.

IV.   **FAMILY HISTORY:**

His mother is still alive at age 51. He stays in
contact with her through letters, telephone calls and
some visits. He has four siblings with whom he also
remains in contact. He described his relationship with
his family members as "really good." His father was
the only family member that ever had a significant
substance abuse problem. None of his family members
were ever incarcerated, and he denied that any of them
had any psychiatric problems.

CHAVEZ, SANTOS
CDC NUMBER:  C-87968
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO

V.   PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:

     Inmate Chavez stated that he is a heterosexual male.
     He denied any history of sexual aggression.

VI.  MARITAL HISTORY:

     Inmate Chavez has been married for two years.  He has
     no children with this wife.  He has two daughters from
     his first marriage with whom he stays in contact.

VII. MILITARY HISTORY:

     The inmate denied any military history.

VIII. EMPLOYMENT AND INCOME HISTORY:

     Inmate Chavez was incarcerated at approximately age 18.
     He had worked in a supermarket and also selling shoes.
     When he paroles, he hopes to find work as an auto
     mechanic.

IX.  SUBSTANCE ABUSE HISTORY:

     Although he admits some experimentation with illegal
     drugs and alcohol, he denied that he ever had a serious
     problem with any substances.  He is currently involved
     in Alcoholics Anonymous "on and off" and has learned
     from his peers in those groups.

X.   PSYCHIATRIC AND MEDICAL HISTORY:

     Inmate Chavez denied any history of medical or
     psychiatric hospitalizations, any psychiatric history,
     a history of serious accidents or head injuries, a
     history of suicidal behavior, or a history of seizures
     or other neurological conditions.

XI.  PLANS IF GRANTED RELEASE:

     When he paroles, he hopes to live with his wife and
     children.  He stated that his wife has been very
     supportive of him and recently moved to this area to be
     nearby.  She visits him four days a week.  Given the
     information he provided to me, his parole plans are
     quite viable, and his prognosis for community living is

CHAVEZ, SANTOS
CDC NUMBER:  C-87968
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE


very positive, in particular due to the very supportive
relationship he has with his wife.

### CLINICAL ASSESSMENT

### XII.  CURRENT MENTAL STATUS/TREATMENT NEEDS:

Inmate Chavez appeared his stated age.  He was
appropriately dressed and groomed.  He was coherent,
cooperative, calm and alert.  His speech, flow of
thought and affect were all within the normal range.
His intellectual functioning was estimated to be within
the average range.  There was no evidence of a mood or
thought disorder.  His judgment appeared to be sound.
He showed good insight into his commitment offense.

### CURRENT DIAGNOSTIC IMPRESSIONS:

AXIS I:    Adult Antisocial Behavior, improved.
AXIS II:   No Contributory Personality Disorder.
AXIS V:    GAF = 85.

His prognosis is very positive for being able to
maintain his current mental state in the community upon
parole.

### XIII. REVIEW OF LIFE CRIME:

Inmate Chavez described the circumstances surrounding
his commitment offense.  As he has in the past, he
denied that this crime was gang-related in any way.  He
stated his wife was nearly robbed in the store and he
attempted--and was successful--in finding the people
who tried to rob his wife.  He stated that when he
found them they opened fire on him and he eventually
shot three of them, killing one.

Asked for his thoughts and feelings regarding this
crime, he states that he regrets that this happened,
especially since he learned that the victim was a
father, and he can understand that much better now that
he also is a father, stating, "I should have just left
this alone."  He stated that it would have been a far
better manner of handling this to have called the
police and let them handle the possible crime with his
wife.  Inmate Chavez was appropriately and genuinely
remorseful for this event.

CHAVEZ, SANTOS
CDC NUMBER:  C-87968
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR


XIV. <u>ASSESSMENT OF DANGEROUSNESS</u>:

    A. In consideration of several factors, including his relative lack of any criminal activity, including violent crimes, his relative lack of CDC-115 violations and lack of any violent CDC-115 violations, his violence potential within a controlled setting is estimated to be significantly below average relative to this Level II inmate population.

    B. If released to the community, his violence potential is estimated to be no more than the average citizen in the community.

    C. There are no particular risk factors which would be precursors to violence for this inmate. Clearly, if he continued to be gang-affiliated, his violence potential would be higher, but I found no evidence that this is the case.

XV. <u>CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS</u>:

    1) This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards and has done so during his incarceration period.

    2) This inmate does not have a mental health disorder which would necessitate treatment either during his incarceration period or following parole.

    3) It appears that this man never had a significant drug or alcohol problem, and there are no recommendations in this area.


**STEVEN J. TERRINI, Ph.D.**
**Senior Supervising Psychologist**
**Correctional Training Facility, Soledad**

SJT/gmj

d:  03/02/00
t:  03/02/00

SECTION    4

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
PAROLE CONSIDERATION HEARING
MAY 1998 CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
JANUARY 26, 1998

This is the sixth psychological evaluation for the Board of
Prison Terms on inmate Santos Chavez.  This report is the
product of a personal interview, as well as a review of his
medical record.

His crime consisted of the 1982, shooting of three men and
killing of one.  They tried to rob his wife while she was
shopping.  She scared them off, but inmate Chavez went after
them, killing one.  He expressed his regret, saying he
wishes he had just called the police.  He was 18 years old
and felt he had to "settle it" himself.

He denied having a problem with drugs or alcohol prior to
his incarceration and does not attend Alcoholics Anonymous
nor Narcotics Anonymous now.  Educationally, he has a GED.
Vocationally, he is trained as an auto mechanic and as a
leadsman in textiles.  His future plans include moving to
Glendale to live with his new wife and work as an auto
mechanic there.

MENTAL STATUS EXAMINATION:  Inmate Chavez is a well
developed, well nourished man of medium build who appeared
to be his stated age of 34.  He was appropriately dressed
and groomed, and was fully cooperative during the interview.
His speech was clear and readily understandable.  His affect
was normal.  His flow of thought was normal with no
hallucinations nor delusions noted.  He was fully oriented
with normal intellectual functioning.  His attention and
concentration were good.  His insight and judgment also
appeared to be much improved over when he was 18.

PSYCHIATRIC DIAGNOSIS (DSM-IV):

AXIS I:     Adult antisocial behavior, improved.
AXIS II:    No contributory personality disorder.
AXIS III:   No contributory physical disorder.

PSYCHIATRIC CONCLUSIONS:  His diagnosed psychopathology
appears to be indirectly related to his offense.  Certainly,
his lifestyle factors were a contributor, but did not
directly determine his actions on that day.  He does not

CHAVEZ      C-87968      CTF-NORTH      01/27/98      gj

CHAVEZ, SANTOS
CDC NUMBER:  C-87968
PAGE TWO


have a psychiatric condition now which would benefit from
mental health treatment following his release.  He is
showing improvement in his behavior.  If released, I expect
him to be able to maintain the gains that he has made.

SUGGESTED ACTIONS:  If he is to be continued in his present
program, he should be encouraged to add to his vocational
training, especially as an auto mechanic, whenever possible.
If he is considered for parole, his level of dangerousness
is likely to be less now than for the average inmate.

RECOMMENDATION TO CLASSIFICATION COMMITTEE:  Until released,
he should be encouraged to keep up with his training in auto
mechanics so that he will be able to work on the newer
models.  His judgment seems to be better now and he is much
more likely to think of consequences before acting.



*Bruce Bakeman, Ph.D.*
**BRUCE M. BAKEMAN, Ph.D.**
**Senior Psychologist**
**Correctional Training Facility, Soledad**

BMB/gj

d:   01/26/98
t:   01/27/98

SECTION   5

PSYCHIATRIC EVALUATION FOR THE BOARD OF PRISON TERMS
PAROLE CONSIDERATION HEARING
FEBRUARY 1996 CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
NOVEMBER 3, 1995


This is the fifth psychiatric evaluation for the Board of Prison
Terms on inmate Santos Chavez. This report is the product of a
personal interview, as well as a review of his Central file and
medical record.

His crime consisted of the 1982 shooting of three men. He said
the men had just tried to rob his wife. His wife was able to
scare them off by pulling her gun, but inmate Chavez went after
them after she got home and told him about it. He brought a
friend and found the three men. They shot at them, and he and
his friend shot back, killing one of them and wounding the two
others. He admitted that he was a gang member, but that this had
nothing to do with gang retaliation. He says he regrets his
actions now and wished he had just called up the police.

He has had a good record with the Department of Corrections,
having few CDC-115 infractions. He does have one very recent
administrative CDC-115 for failure to report to work, but this is
still on appeal.

He denied having a drug or alcohol problem prior to incarceration
and is not in Alcoholics Anonymous nor Narcotics Anonymous now.
Educationally, he dropped out in the tenth grade, and then later
got his GED. Vocationally, he is a trained auto mechanic, and
has worked as a cutter in textiles for the past four years. He
would like to get training in computer technology to enhance his
auto mechanic skills. His future plans include going to live
with his family in the Los Angeles area and working there as an
auto mechanic.

MENTAL STATUS EXAMINATION: Inmate Chavez is a well developed,
well nourished man of medium build who appeared to be his stated
age of 31. He was appropriately dressed and groomed, and seemed
to be cooperative during the interview. His speech was clear and
readily understandable. His affect was normal. His flow of
thought was normal with no hallucinations nor delusions noted.
He was fully oriented with normal intellectual functioning. His
attention and concentration were good. His insight and judgment

CHAVEZ        C-87968        CTF-NORTH        11/07/95        gj

CHAVEZ
C-87968
Page Two


appear to be maturing and improving as he grows older.  He is a
graduate of the "Lifeskills" program and was a contributor in
that program.

PSYCHIATRIC DIAGNOSIS - DSM-IV:

AXIS I:     Adult Antisocial Behavior, improved.
AXIS II:    No contributory personality disorder.
AXIS III:   No contributory physical disorder.

PSYCHIATRIC CONCLUSIONS:  His diagnosed psychopathology of
antisocial behavior reflects not only his actions in this crime,
but also his participation in a gang.  However, it appears that
he was not active in the gang at the time of the shooting, being
instead hard working and responsible, since he was married with a
family.  He does not have a psychiatric condition which would
benefit from mental health treatment following his release.  He
does appear to be showing improvement in his behavior and would
probably not react in such an impulsive way today.  If released,
he should be able to maintain the gains that he has made.

SUGGESTED ACTIONS:  If he is to be continued in his present
program, he should be encouraged to gain further training in
computer technology.  If he is considered for parole, his level
of dangerousness should be less than for the average inmate.

RECOMMENDATION TO CLASSIFICATION COMMITTEE:  Until released, he
should be encouraged to gain further training in computer
technology so that he will be better prepared to work on the most
modern cars upon his release.


*Bruce Bakeman, PhD.*

**BRUCE M. BAKEMAN, Ph.D.**
**Clinical Psychologist**
**Correctional Training Facility, Soledad**


CHAVEZ       C-87968       CTF-NORTH       11/07/95       gj

PSYCHIATRIC EVALUATION FOR THE BOARD OF PRISON TERMS
FEBRUARY 1992 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
DECEMBER 16, 1991

This is the third psychological evaluation for the Board of Prison Terms on inmate Santos Chavez. He was seen for a 30 minute interview, including a review of his Central file and medical record, for the sole purpose of this evaluation.

In his previous psychological evaluation in 1989, he was diagnosed as "antisocial personality, by history." Today, a review was made of his behavior during his juvenile years. He states that he was first arrested at the age of 12 for breaking a window at school. His next arrest was at age 15 for a concealed weapon. His file indicates that his juvenile history was closed and sealed in December of 1980, when he was approximately 16 years old. His first psychological evaluation indicates that his first experience with sexual intercourse was at the age of 14. After asking him many questions about truancy, runaway, fighting, vandalism, cruelty and other conduct problems prior to the age of 15, it appears that he does not meet the American Psychiatric Association diagnostic criteria for antisocial personality disorder.

Since his last psychological evaluation for the Board of Prison Terms, he has not received any psychiatric treatment or psychotherapy. He has recently finished the auto mechanics trade. There have been no recent disciplinary action. Although he is no longer married, he still receives visits from his two children, who accompany his father or brother to the visit.

MENTAL STATUS EXAMINATION: Inmate Chavez is a well developed, well nourished male who appears to be his stated age. He was neatly dressed and well groomed. He was cooperative and relaxed. His speech was normal. His affect was normal and appropriate to the interview. He denies any symptoms of depression, suicidal ideation, psychotic symptoms or paranoid thinking. He is oriented and has no difficulty with his memory. His intellectual functioning is estimated to be in the average range, with ability to do basic abstraction tasks. His attention and concentration are good. His judgment for hypothetical situations indicates difficulty with solving novel problems and a tendency towards impulsive action when faced with a

CHAVEZ        C-87968        CTF-NORTH        01/03/92        gj

C-87968
Page 2

crisis situation. However, he does appear to be sincerely remorseful when talking about his crime. He now has improved self-understanding and realizes that he has learned to think and not just act when he is mad.

PSYCHIATRIC DIAGNOSIS:

AXIS I:     V71.01 - Adult antisocial behavior.
AXIS II:    Antisocial traits.
AXIS III:   None.
AXIS IV:    Two - mild.
AXIS V:     GAF is currently 90, and GAF for the past year has been 90.

PSYCHIATRIC CONCLUSIONS:  There is no significant relationship between the criminal behavior and psychopathology.  The crime was a product of being impulsive, as well as the sociological factor of the prevalent violence in his environment.  During observation in the institution, he has psychiatrically improved moderately due to maturity and structure of his incarceration.  In a less controlled setting, such as a return to the community, this inmate is likely to hold his present gains.  His violence potential outside of a controlled setting in the past is considered to have been average, and at present is estimated to be decreased.  Conditions of parole should include close supervision of his relationships with peers. He appears to have an improved social identification and is now old enough to have better emotional stability and be less influenced by the sociological factors of his environment.

*Ronald Kitt*

RONALD KITT, Ph.D.
Staff Psychologist
Correctional Training Facility, Soledad

CHAVEZ          C-87968          CTF-NORTH          01/03/92          gj

PSYCHIATRIC EVALUATION FOR THE BOARD OF PRISON TERMS
PAROLE CONSIDERATION HEARING
FEBRUARY 1994 CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
NOVEMBER 5, 1993

This is the fourth psychological evaluation for the Board of Prison Terms
on inmate Santos Chavez, DOB: 01/19/64. He was seen for a 20 minute
interview, including a review of his Central file and medical record. This
was the only contact for this evaluation.

The findings of previous psychological evaluations, as well as the
recommendations of the last BPT hearing, were discussed with him today. In
the past two years, he has not had any psychiatric symptoms or required any
mental health treatment. He has been attending Alcoholics Anonymous
meetings. There has been no recent disciplinary action.

There are no significant changes in his mental status, diagnosis or
conclusions. It is recommended that future decisions about parole
suitability be made on other than psychiatric factors. He has a stable
mental condition that is not likely to change.

RONALD H. KITT, Ph.D.
Clinical Psychologist
Correctional Training Facility, Soledad

CHAVEZ        C-87968        CTF-NORTH        11/10/93        gj

SECTION    7

PSYCHIATRIC CONSULTATION
CCI TEHACHAPI

CHAVEZ, C-87968, Psychiatric Evaluation for Unit IV-A, BPT,
3-19-89.

This is the second report on this 25-year-old inmate who is
currently serving 17 years to life for Murder in the Second
Degree. The inmate was interviewed for the purpose of this
report only. This report is based on that interview as well
as a review of the record of the inmate.

Incarcerated approximately five years, this Los Angeles native
went to the eleventh grade of school, and was arrested. Inmate
states that he is married and has two children.

Regarding the instant offense, inmate admits culpability, and
states that it was "a personal thing." He states that it was
not, that is, gang related, although he admits to being in a
street gang, the Anennes. Rather, states inmate, "They were
hassling my pregnant wife and child" and his response, in
"anger", was to kill. At the present time, claims inmate, "I
would go about it in a different way - I wouldn't kill anybody."

Overall, inmate presents as soft-spoken, courteous, pleasant,
oriented, clear, responsive and cooperative.  There is no
evidence of psychosis or thought disorder.  Inmate appears to
be of average intelligence.  There is no evidence of mood
disorder.

Diagnosis:  ANTI-SOCIAL PERSONALITY BY HISTORY.

Recommendation:  Continue present program.


A.M. CHARLENS, Ph.D.
Staff Psychologist

SECTION   8

PSYCHIATRIC CONSULTATION
CCI TEHACHAPI

Chavez, Santos, C-87968, Psychiatric Consultation, CCI-Tehachapi
3/14/86.

HISTORY:

The patient is a 22-year-old, white, married male who entered
prison in 1982. He was sentenced for murder in the second
degree. States he feels guilty and bad about it. He received
a 17-year to life sentence so that possibly he could be released
about 1991.

PAST HISTORY:

Born in Los Angeles on January 19, 1964. His father, living, is
described as a good man. However, when he was 13 years of age,
the father split from the family and remarried another woman.
His mother, living, is a good person. He has two brothers and
two sisters, and the patient is the oldest child. He completed
the 10th grade. He had to quit because he was sent to a juvenile
camp. He has worked as a stock clerk. He has a christian
background, by which he means he is a member of the Jehovah's
Witness group. He is not depressed, sleeps satisfactorily, his
appetite is good, and he denies suicidal thinking. He married his
only wife, Donna in 1984 and they have two children. He is together
with her. She lives in Pomona, California. He has no operative
history. No significant medical history and denies VD history.
He has had no prior psychiatric contact. His sexual history is
conventional with an initial coitus when he was 14 years of age.
He states that he was arrested in his juvenile years because he
brought a gun to school. He was a member of a gang at that time
and they were thinking of using it, which he did not. He has no
military history. He does use alcohol some and has been drunk a
few times. Denies the use of tobacco. He states the only illegal
drug he used was Marijuana.

MENTAL STATUS:

The patient is a young white, male who seems rather immature
in the way he conducts himself. His one wish is all this didn't
happen. His attention span and stream of talk are satisfactory.
He does not seem particularly depressed today and no hallucinations
or delusions are elicited. He has no significant dreaming and his
I.Q. is estimated in the average range. When asked to name the
last five presidents, he responds, "Reagan, Carter, Ford, Nixon"
and then cannot produce Johnson. He was unable to abstract three
proverbs given him. He did not think he was mentally ill, but
thought his judgment had been poor in the past. Comprehension is
rated as fair. He was unable to supply me with any comments about
himself as a person. He asked what this examination was for.

SUMMARY AND DISCUSSION:

We have here a man who seems to have some degree of immaturity in his responses. He has some indication of, ANTI-SOCIAL PERSONALITY 301.70. I have no specific recommendations from a psychiatric standpoint at this time.

*Charles D. Willis MD.*

CHARLES D. WILLIS, M.D.
Diplomate American Board of
Psychiatry and Neurology

CHAVEZ, Santos   C-87968          CCI-Tehachapi        bs      3/14/86