EXH  F

SECTION 1

NAME and NUMBER  CHAVEZ  C-87968                                                            CDC-128-B (Rev. 4/74)

Inmate CHAVEZ has voluntarily participated in three (3) hours of I.E.P. video review and dialogue of issues related to Anger Management. These issues include, but are not limited to: violent thinking vs. nonviolent thinking, reducing emotional levels of anger, and identifying the fears that drive anger. Understanding how the "continuum of fear" can lead to violence and, ultimately, involvement in the Criminal Justice System. In this video, Carl Reddick, Instructor on Cognitive Programming at the Oregon Police Academy, impresses on participants strategies to help understand that "anger is an emotion, not a behavior." These strategies, which include evaluating your own belief system, identifying the fears that drive your emotions, determining your place in the world, being personally accountable for your actions, beliefs and behaviors, and owning your own problems have proven to be corner stones of building productive citizens in society. With these strategies, it is my opinion that Inmate CHAVEZ is now capable of understanding his anger and controlling his emotions. He is commended for his efforts to become a productive citizen.

**CHARLIE D. WALKER**
Superintendent II / I.E.P. Coordinator
Prison Industry Authority
CTF-Soledad

DATE DECEMBER 9, 2005     **LAUDATORY CHRONO - ANGER MANAGEMENT**     GENERAL CHRONO

---

NAME and NUMBER  **CHAVEZ  C-87968**                                                       CDC-128-B (Rev. 4/74)

Inmate **CHAVEZ** has voluntarily participated in **three (3)** hours of Video Instruction / Discussion of issues related to successfully re-engaging into society. These instructions review the importance of having a strong support group, developing the ability to follow directions, the importance of substance abuse programs, identifying and controlling antisocial behavior, and changing the way we interact with others in society. With these attributes, Inmate **CHAVEZ's** chance for a successful re-entry into his community is greater. He is commended for his diligence and participation in our **Inmate Employability Program.**

**CHARLIE D. WALKER**
Superintendent II / I.E.P. Coordinator
Prison Industry Authority
CTF-Soledad

DATE **DECEMBER 9, 2005**     **LAUDATORY CHRONO**     GENERAL CHRONO

Name and Number     CDC 128-B

Chavez C-87968

Mr. Santos Chavez , C 87968 , during his tenure as Dental Laboratory Technician, CTF-North from 7/23/04 – 3/10/05, proved to be a valuable asset to clinic productivity and the ability of CTF Dental Services to meet inmate dental needs. He demonstrated a willingness and ability to learn  highly technical laboratory skills, and interacted well with both clinic supervisory staff and fellow inmate workers in a group setting.

Date: 5-17-05          J.K. Kline  6/16/04          General Chrono

**SECTION 2**

# SUPPORT

# LETTERS

TO:    The Board of Prison Terms
       Correctional Training facility Soledad
       P.O. Box 686
       Soledad, CA 93960-0686
From:  Dale & Ruth Heatherington
       261 Bay Shore Ave.
       Long Beach, CA 90803
       (562) 8562470, Cell 562.477-3771
RE:    Santos Chavez, C87968
       P.O. Box 689.CTF.ED.52
       Soledad, CA 93960-0689

Dear Board,
Attached is the letter we had written to you last year after having read it we really don't
know what more to say so we've attached the letter we wrote previous to you.
We have literally begged and pleaded with the board and believe that we have met all the
criteria/requirements to house my son and his wife Yvonne in their new life together, so
to speak.
We are ready to assist Santos with his transition into living a normal, healthy, honest and
productive life. Both my husband Dale and I believe and trust in him and know he is
ready. Were sure of this is why we want to help him in any way possible.
We are being as open and honest as we possibly can in our hope for success in this
transition and are hopeful that you the board will give your up most to do what is right,
and that is to release Santos. We have the tool's necessary to succeed!
Please give us the opportunity to do this; Santos has worked hard to be a better human
being and has managed to turn his life in a different direction in a positive one.
He could have sat on his behind and become mister buff like so many others instead he
choose to worked hard to keep himself busy. Demonstrating he will be able to keep a
well structured life and work schedule like all of us.
He has bettered his life by achieving; for example, attaining his GED, ASE Certificate,
also working and learning new trades also indicating he has interest in improving his life,
personally and emotionally this is an accomplishment of in itself. He has also
demonstrated he can have good/healthy relationships with his supervisors as well as his
peers.
Showing he can adapt to a good clean and healthy environment this is important in order
to maintain life and the changes it can bring. When adjustments are needed for most
people change isn't always easy wouldn't you agree?
Santos has done the work and deserves acknowledgement, these accomplishments require
character, integrity and desire in order to be achieved and we all know it is well deserved
on his behalf.
Can you as a Board find it in your hearts to give him that opportunity. There are no rehab
opportunities/programs aids to help these people within these prison walls. You have to
really want it with every being in your body.
Please, give Santos that opportunity to have some sort of life with his family.
We as a family implore you it's time for Santos to be released he has worked hard we
believe and earned it through hard work, acknowledgement, pain and humiliation, allow

Santos to put this part of his live behind. There is solace in his heart and mind, we all will meet our creator and have to own up for our lives at some point, we are not the one's to judge any human being only he can. We all sin in one way or another wouldn't you agree with that.

Your job we believe; is to see that Santos has remorse, changed and fortitude to succeed beyond those walls and the support necessary to accomplish that. This he can and doe's. We have all that he needs, Love/Emotional/ Spiritual/Financial Support, Housing and people that love him and will work hard for him to succeed.

All that is written in the attachment still applies nothing has changed.

Sincerely,

Dale & Ruth Heatherington

this Letter was written
Wednesday, ~~January 10, 2007~~
Dec 12, 2006

TO:    Counselor Staten,
FROM: Dale & Ruth Heatherington
         261 Bay Shore Ave.
         Long Beach CA, 90803
         (562) 856-2470)
RE:    Santos Chavez, C87968
         P.O. Box 689.CTF.ED.52
         Soledad, CA 93960-0689

Dear Counselor Staten,

My husband Dale and I are the parents of Santos Chavez we are writing you this letter to
inform you how we are able to help Santos and his family when he is released.
The assistance we are able to provide to him would involve all aspects of his life. Firstly
Santos and Yvonne his wife have a home here with us. We live in the city of Long Beach
CA.; we live in a large two bedroom three bathroom home with plenty of room for Santos
and Yvonne. We have a spare master bedroom with its own bath where they can live
comfortably till they can afford there own home.
My husband Dale has now retired from LAPD after thirty four and a half years of service.
I am a licensed Realtor and have been working for RE/Max College Park Realty for
several months, establishing my business after a long illness. We own a car wash in the
city of Bellflower a short distance from our home. Santos will have a job there and can
work there as long as he wants to.
We also own residential income property locally in Bellflower where Santos sister
Jessica Chavez-Roy and her family lives. We also own the house next door which would
be available to Santos and his family it is within walking distance from the car wash
where Santos and his family can also live peaceful lives when he gets on his feet (so to
speak), if they choose to.
Santos also has his brother Johnny Chavez and his sister Morgen Darbyshire, they are
more than willing to help him in any way possible.
Our family is a close one. Santos will have much support physically, mentally and more
importantly spiritually coupled with family love. With all of these tools Santos will be
successful in his transition and live a good life.
This is not the type of love that is ambiguous; rather this love is the kind that promotes
unity, strength and endurance. With these qualities and all the resources available to him
he can only grow and become an even better man, husband, son and citizen.
Santos has grown tremendously and has taken responsibility for his actions. I also want to
mention to you that; when all this happened and Santos got in trouble and did what he
did, he was a seventeen year old boy, living in a gang infested area in Los Angeles.
Since then he has demonstrated remorse and has exhibited maturity, discernment and
understanding.
These characteristics are not given to any of us, rather these are qualities that are learned
and cultivated through nurturing, growth, understanding and acknowledgement.

May I please also mention that he has achieved these qualities despite his place of residence and has become a good man and can only grow and become a better one? Santos has done due diligence to achieve these qualities and has maintained them for quite some time now.

So you see counselor Staten, Santos is as ready as only he can be. Given the chance to live the rest of his life as a free man with his family, he has earned it. Please allow him that chance alone with us (his family) to recover what's left of his life.

These accomplishments are as follows;

      GED

      Certification as a certified mechanic (ASE certified)

      Santos is able to run a cutter in the garment industry and has had a great relationship with his peers and supervisors.

      Santos is also able to make false teeth and has a good report with the Dr. that he worked with and instructed him on how to make false teeth.

Please see attachments.


I sincerely thank you in advance for you time.


Ruth Cordero-Heatherington, mother
Dale Heatherington, step-dad

TO:    The Board of Prison Terms
FROM: Morgen Darbyshire
          3721 E. 8th st. #5
          Long Beach CA, 90804
          (562) 673-0887
RE:    Santos Chavez, C87968
          P.O. Box 689.CTF.ED.52
          Soledad, CA 93960-0689


Dear Board,

I suppose it's time again to write our letters of support for Santos. You have probably
already received the letter from my mother Ruth Heatherington and I have to say that is
the general consensus in our family. Over the years we have written individual letters
telling of each of our methods of support, love, and encouragement and it seems to have
fallen on def ears. My brother Santos has been in prison since before I was born and I am
23 years old. That is a long time to be in prison and a lot of parole hearings to be turned
away from and keep a positive attitude. I don't have to tell you that Santos has grown, I
am sure that through all of your record keeping you can see that he has not gotten into
anymore trouble, and has been living the life of a model prisoner if there is such a thing.
All the facts are before you and all the requirements my family meets. The only thing I
know to do is to try and appeal to your sense of humanity. Please take a moment and try
to put yourself in the shoes of my mother. She hasn't seen her son free in 23 years, and
hopes to one day be able to hug him freely without the fear of being written up in a
visiting room. As a parent, sister, brother this has been a difficult life for everyone
involved, not just for Santos. The emotional stress of leaving that visiting room and
leaving without my brother is exhausting. We love him so much and have seen him
grown and really come to know the important values in life without being exposed to
those precious things, only the ugly side this life has to offer. The whole purpose for our
prison systems is to rehabilitate those that can be rehabilitated and Santos has been
rehabilitated. He made a grave mistake as a young boy and unfortunately has lost over
half of his life because of it. Maybe my view of our system is a little naive but I really
can't see any reasons why he shouldn't be released. He has a more than capable family
to help and support him, more than loving people who would be around him in a close
proximity to give him everything he needs to succeed at as a normal functioning adult.
Please hear our family. I know you see the ugly side of life on a most consistent basis
and you get a very rare chance to see that someone actually can leave that place without
coming back but please believe that this is such a case. I have no doubt that Santos will
leave prison one day and come home and never return. I am at a loss for words to try to
help you see our side of this and only hope that somehow my words will convey that we
desperately would like to have Santos home. I know the crime he committed can never
really be made right and my heart goes out to those that were hurt but I can assure you it
will never happen again. I want so much to get to spend some time with my brother as
I'm sure my whole family feels the same. Right now our families' ultimate dreams lie in
your hands. You have the power to make a decision and change everyone's life. No

harm can come from the release of my brother, only good. Please hear our voices and listen to what we are saying. We would not be asking for you to release someone we feel would cause more harm to others or himself. I want to share memories with my Big brother that don't include metal bars, and guards watching our every move. Believe it or not he is amazing at scrabble and someday I want to be able to beat him at home in front of all of our family and have a good laugh. I want him to be there when I get married or have a family of my own. It's so hard to write to you without tears. I know so many people must write letters like this and not really mean what they are saying, it has to be such a small percentage of people that are being honest. I just hope that over the years you can see the consistent amount of support that we have for Santos and the enormous amount of love we have to give. Please send him home to us, we love him so much and it would make our family so happy and so complete. I pray that you really see what is best for Santos and those around him and not make him pay his entire life for a mistake that he has shown remorse for and has turned his life around as a result of.

Thank you for taking the time to read my letters.

Sincerely,

Morgen Darbyshire

To The Board of Prison Terms
Re: Santos Chavez C87968

January, 26,2006

Attention: Counselor Staten

Dear Counselor,
I am Santos Chavez's brother Johnny Chavez. We are writing you in Support of my Brother being released.
As you well know, Santos has been in prison for most of his life We are sure you are aware that he has been
well behaved in a place where it daily compromises your ability to make good decisions. I can say I am proud
of my brother's actions and decision making for the past.

We live in the city of La Verne about 30 miles East from Los Angeles. I am married and live with my wife
Brandy, Sons Michael 14 and Isaac 10. We reside in a 3-bedroom town house. We are in a 30 day Escrow at
the moment to purchasing a 4 bedroom 2-bathroom home with 1800 sq ft on a 10,000 sq ft lot 3 miles away in
Claremont, we should be moving in the middle of February. This will allow us to offer Santos and Yvonne the
town home to rent at a more then reasonable amount to allow them to live. I own a small business reselling
home theater equipment. I am eagerly awaiting the release of my brother in hopes to be able to work with him;
I would like him to be a sales representative for my company Virtual Fusion if he would like to do so.

I also work for Parmele Screen supply, which is a supplier to many screen-printing companies in the greater Los
Angeles areas including San Fernando Valley as well as up to Santa Barbara. In my position as a Sales
Representative, I am in constant contact with many companies, which I have personal relationships with that are
more then willing to hire any brother of mine when needed. I am sure you will find in his file written
documentation of job offers that have been provided though the years upon his release that should satisfy any
concern of his ability to find an appropriate type of work as well as a place to live to satisfy a decent clean way
of life. My Wife works for the county of Riverside as an Accountant, which she has been for the past 10 years.
We are eager and hopeful that it has become obvious to you and the board of prison terms to release my brother
Santos to his caring family who will assist and provide support to him and Yvonne in there endeavor to have a
clean productive life awaiting the many opportunities at there grasp.
We hope you will not hesitate to call if there is any concern of questions regarding our love and concern for
Santos.
Sincerely,

*Johnny Chavez*

Johnny Chavez
3803 Stedley Place
La Verne Ca, 91750

805 338-2981 Work
909 593-2842 Home.
909 630-2802 Cell
johnnycjr@msn.com

DISPL   ONSPICUOUSLY AT PLACE OF BUSINESS FOR   ICH ISSUED

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT

ACCOUNT NUMBER

7/1/2004    SR    AP   100-424578

JOHNNY CHAVEZ, JR.
3803 STEDLEY PL
LA VERNE, CA 91750-2645

THIS PERMIT DOES NOT
AUTHORIZE THE HOLDER
TO E N G A GE IN ANY
BUSINESS CONTRARY TO
LAWS REGULATING THAT
B U S I N E S S OR TO
POSSESS OR OPERATE
ANY ILLEGAL DEVICE.

IS HEREBY AUTHORIZED PURSUANT TO **SALES AND USE TAX LAW** TO ENGAGE IN THE
BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED BUT IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS,
OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES
OWED BY THE NEW OPERATOR OF THE BUSINESS.

Not valid at any other address

**FOR GENERAL TAX QUESTIONS, PLEASE TELEPHONE OUR INFORMATION CENTER AT 1-800-400-7115.**

BOE-442-R REV. 13 (6-00)

## A MESSAGE TO OUR NEW PERMIT HOLDER

**As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:**

- Visiting our website at www.boe.ca.gov
- Visiting a district office
- Attending a Basic Sales and Use Tax Law Class offered at one of our district offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Information Center at 800-400-7115

**As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. Conversely, you have the responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer;**

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the Board
- You are responsible for following the regulations set forth by the Board

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a Board representative when requested. You are also expected to notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a Board office, or giving it to a Board representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the Board, please contact the Taxpayers' Rights Advocate office for help by calling toll-free. 888-324-2798 or 916-324-2798. Their fax number is 916-323-3319.

**Please post this permit at the address for which it was issued and at a location visible to your customers.**

*2006*

# City of La Verne
## Business License

*2006*

 

## Business Information

| | | | |
|---|---|---|---|
| Business Name: | VIRTUAL FUSION | Ctl nbr . : | 4702 |
| Location Address: | 3803 STEDLEY | LV | |
| License # / Class: | 06 04277   HOME OCCUPATION-SERVICE | | |
| Detail Description: | RESALE OF ELECTRONICS | | |
| Issue Date: | 1/05/06 | | |
| Expiration Date: | 12/31/06 | | |

## License Payment

| License Fee: | 30.00 |
|---|---|
| Penalty: | .00 |
| Total: | 30.00 |

The person, firm or corporation named is hereby granted license to engage in, carry on or conduct, in the City of La Verne, California, the business, trade, calling, profession, exhibition or occupation described only in conformance with applicable state laws and county and city ordinances. "This license is subject to or exempt from licensing by the State of California."

 

The official City Seal on this document indicates that the named entity has an approved and valid business license issued by the Business License Division of the City of La Verne.

Ronald L. Clark
City of La Verne
Finance Officer

*2006*                                                                 *2006*

BLICENSE                                    *** Please post in a conspicuous place ***

Tuesday, January 24, 2006

**TO:    The Board of Prison Terms:**

FROM: Dale & Ruth Heatherington
        261 Bay Shore Ave.
        Long Beach CA, 90803
        (562) 856-2470)
RE:    Santos Chavez, C87968
        P.O. Box 689.CTF.ED.52
        Soledad, CA 93960-0689

Dear Counselor Staten,

My husband Dale and I are the parents of Santos Chavez we are writing you this letter to inform you how we are able to help Santos and his family when he is released.
The assistance we are able to provide to him would involve all aspects of his life. Firstly Santos and Yvonne his wife have a home here with us. We live in the city of Long Beach CA.; we live in a large two bedroom three bathroom home with plenty of room for Santos and Yvonne. We have a spare master bedroom with its own bath where they can live comfortably till they can afford there own home.
My husband Dale has now retired from LAPD after thirty four and a half years of service. I am a licensed Realtor and have been working for RE/Max College Park Realty for several months, establishing my business after a long illness. We own a car wash in the city of Bellflower a short distance from our home. Santos will have a job there and can work there as long as he wants to.
We also own residential income property locally in Bellflower where Santos sister Jessica Chavez-Roy and her family lives. We also own the house next door which would be available to Santos and his family it is within walking distance from the car wash where Santos and his family can also live peaceful lives when he gets on his feet (so to speak), if they choose to.
Santos also has his brother Johnny Chavez and his sister Morgen Darbyshire, they are more than willing to help him in any way possible.
Our family is a close one at heart. Santos will have much support physically, mentally and more importantly spiritually coupled with family love. With all of these tools Santos can successfully live a good life.
This is not the type of love that is ambiguous; rather this love is the kind that promotes unity, strength and endurance. With these qualities and all the resources available to him he can only grow and become an even better man, husband, son and citizen.
Santos has grown tremendously and has taken responsibility for his actions. I also want to mention to you that; when all this happened and Santos got in trouble and did what he did, he was a seventeen year old boy, living in a gang infested area in Los Angeles. Since then he has demonstrated remorse and has exhibited maturity, discernment and understanding.

Since then he has demonstrated remorse and has exhibited maturity, discernment and understanding.

These characteristics are not given to any of us, rather these are qualities that are learned and cultivated through nurturing, growth, understanding and acknowledgement.
May I please also mention that he has achieved these qualities despite his place of residence and has become a good man and can only grow and become a better one? Santos has done due diligence to achieve these qualities and has maintained them for quite some time now.

So you see counselor Staten, Santos is as ready as only he can be. Given the chance to live the rest of his life as a free man with his family, he has earned it. Please allow him that chance alone with us (his family) to recover what's left of his life.
These accomplishments are as follows;

    GED

    Certification as a certified mechanic (ASE certified)

    Santos is able to run a cutter in the garment industry and has had a great relationship with his peers and supervisors.

    Santos is also able to make false teeth and has a good report with the Dr. that he worked with and instructed him on how to make false teeth.

Please see attachments.


I sincerely thank you in advance for you time.



Ruth Cordero-Heatherington, mother
Dale Heatherington, step-dad

Monday, January 23, 2006

January 23, 2006

RE:    Santos Chavez, C87968

To The Board of Prison Terms:

I suppose it's that time again, for us to get acquainted and talk a little about my brother Santos Chavez C87968. When you look at him he is one of the many prisoners coming before your board up for parole. When I look at him, he is my oldest brother, someone with an amazing sense of humor, an astonishing amount of strength mentally, physically and emotionally, and someone who wakes up daily and still manages to smile and have a positive outlook on life. I know that you read letters all the time and they all tell you how well cared for this person will be, how many jobs are available for them etc. etc. and you may not believe me when I say that Santos Chavez C87968 is really different. Our family has been through a lot since Santos has been in prison and even before that. We have all been separated but have managed to come back together again. In the past 5 years we have all been working extremely hard to pull even closer together and get to know and respect each other again not only as family but as people. My mother's letter will tell you that we are a family that is close at heart, which is true, but I will tell you we are close in almost every other way. Every family of course has their differences as I'm sure you well know from your own, but we not only have the things in our daily life to keep us close but we have Santos. You know sometimes I think about him and I wonder what everyone's life would have been like had he not gotten into trouble, but then I think that it's a possibility he wouldn't be here at all today, I wouldn't be writing this letter and would never have known my eldest brother. When I think of it that way, I am thankful that this has happened, because I have been really blessed with the chance to get to know him as he is today, and not when he was 17. I have visited several times since I last wrote you and can only say that with each visit it is clear to me my brother is someone with a deep sense of honor, humility, and love. I admit I did not see the boy that committed this crime, but I do see a man that understands what he did and fully accepts responsibility for his actions.

In regards to what I can do for Santos and his family....well, I will house them, feed, them help him go to school, etc. But the things I look forward to the most are being able to see him and throw my arms around him any time I choose. It would be so nice to see my mom truly smile from within and for all of us to be together again. I would love to teach my brother about computers and about the modern marvels of this world I have come to almost take for granted. I have just barely convinced him to let us (my siblings and I) buy him a CD player and he's so excited. I can't imagine what it would be like to teach him about my everyday life and tell him about my job in video games and how advanced technology is. There are so many resources available to us all and one of the reasons I love my brother so much is he is always able to remind me of the simpler things and how unconditional love and happiness both are two of the most simple, yet important things in this world and they are both so necessary for our daily lives. If I was completely isolated from my family and friends as Santos is except for a few visits on the

weekends and phone calls, I would be so depressed but he is so lively and encouraging to me and the rest of my family. We all just want the chance more than anything to be with him again and although he is not old and decrepit by any means we all feel that he has more than paid for his sins as a foolish and troubled young man. He has grown so much and you all have the power to send him home into warm, welcoming and loving arms to create a stable, healthy and loving life for himself and those around him. It is so easy to become cynical about people and life in general especially when you consider all the negative things in this world. I struggle daily to keep from being frustrated and down about people who contribute to making this world a hard place to live. I can't imagine the responsibility and weight of the decisions you make on a daily basis most of which is based on facts alone. The facts that lie before you consist of the acts my brother has committed, and the people that were hurt through his acts. All of those things are cold, hard tangible facts that will remain no matter what any of us do, but I'd like you to consider this, though intangible faith is a fact that will always remain, despite being faced with daily realities that are harsh and mean and sometimes just unbelievable, but we all still have a need to have faith in another person. I am asking you to have faith in my brother Santos Chavez and our family as I can assure you this will not be a wasted effort to give someone their life back. I hope that when you have finished reading this letter you will not just see a number on your schedule of hearings but a man and the realization that your decisions and both your cynicism and/or faith will either give or take a family's freedom and joy. I will continue to love and support my brother and he will always have a home in my home and will never be alone in this world. I sincerely thank you for taking the time to read this letter and hope this letter has conveyed not only my hopes for Santos and my family but also the respect and understanding of your decisions and perspective. Thank you again for the chance to talk to you about my brother Santos.

Sincerely,

Morgen Darbyshire (Little Sister)

To Whom It May Concern:

I am writing this letter in support of paroling inmate Santos Chavez, C-87968. My husband and myself have known Santos for over three years and consider him to be a man who definitely has it in him to make it outside of prison, without being any threat whatsoever to public safety.We find him to be a very kind, caring and honest man who I believe would only make good with the rest of his life, should he be released from prison. Santos remains positive,and stays focused, no matter his negative surroundings living in prison. He strives to do his very best each and every day and cannot be influenced by negativity. His strength is to be admired.

   As I'm sure his prison record must reflect, Santos has spent his time in prison improving himself and I feel he should be given the chance to return to society. Santos has a very supportive wife who I know will be only a positive influence every step of the way, should he be released.

   He would also have employment should he ever except. We are owners of , George's – Yellow- and checker Taxi's in Santa Rosa, and have offered Santos a job in maintence. We would love him to work for us.He is a man who I feel deserves a chance. Not all lifer inmates do, however I feel Santos is really the exception.

   I don't believe keeping him incarcerated any longer serves a purpose. I did not know Santos at the time of his crime, but I can say he is not the same person today. The person I know is far from the mind of a criminal. He is a very descent man who has made the changes needed to live a good, productive and contributing life outside of prison. I feel with all his support and most of all his self determination he will only excel upon his release from prison. Thank you for any consideration Santos may be given.

    Georgia & Steve Deater
    5/15/05

F3094

Monday, May 23, 2005

To:   The Board of Prison Terms
Att:   R. Lee, CCI
RE:   Santos Chavez, #C87968
       P.O. Box 686
       Soledad, CA 93960-0686
From: Dale & Ruth Heatherington
       261 Bay Shore Ave., Long Beach, CA.90803

Dear Mr. R. Lee,

My name is Ruth Cordero-Heatherington; I live with my husband Dale, and daughter Morgen. It is our intent to help my son Santos Chavez by opening our home to him and his wife Yvonne Chavez. My husband has been a Detective with the Los Angeles Police Department for thirty fourth years so we both know and understand the circumstances in which we will have to live and understand that it will affect all involved. My husband Dale has already met my son Santos he likes him and wants to help him. My son also knows that Dale is a Detective with LAPD; Santos likes and respects him so that he even talks about him to some of the inmates. We love and admire Santos and are willing to help him in any way possible for example; we'll give him love, support, respect, necessities and most importantly my husband owns a carwash and is willing to let him work for him so that my son can be self sufficient.

My son has made a 360 degree change in his life and attitude. So much so that I know that he is a different person. He is able to discuss so much more about the situation that has him behind prison walls. He also is able to express regret and remorse and is totally sorry for what has happened. There was a time that Santos had a wall between himself and his family (us) now the barrier is gone, I sense no tension and no wall which has enabled him to grow and mature. My son was seventeen years old when all of this happened, now he is a forty one year old mature and respected man for this I'm very thankful.

I believe that he has owned up for his mistakes and knows that he can't change the past, but that he can move on and be a better person and because of that he will be an asset to society....

work with him to make that transformation so that he can live a successful, happy and healthy life for his family as well as for himself.

As human beings we all make mistakes and a lot of us can turn around and be good people. Please, we ask that you please give him that opportunity and a chance to be with his family so that we also can regain our relationship with him. Please allow him to spend the remainder of his life as a free man; I know that you will not regret it or be sorry, so please let us have my son back. We try to live our lives by god's laws and principles and we will do our very best to help my son Santos do that also. Please give us a chance.

Sincerely,
Dale & Ruth Heatherington

cc:    R. Lee
       Santos Chavez
       Yvonne Chavez

Monday, May 23, 2005

To:   The Board of Prison Terms
RE:   Santos Chavez, #C87968
        P.O. Box 686
        Soledad, CA 93960-0686
From: Dale & Ruth Heatherington
        261 Bay Shore Ave., Long Beach, CA.90803

Dear Board of Prison Terms:

        My name is Ruth Cordero-Heatherington; I live with my husband Dale,
and daughter Morgen. It is our intent to help my son Santos Chavez by
opening our home to him and his wife Yvonne Chavez. My husband has been a
Detective with the Los Angeles Police Department for thirty fourth years so
we both know and understand the circumstances in which we will have to live
and understand that it will affect all involved. My husband Dale has already
met my son Santos he likes him and wants to help him.  My son also knows
that Dale is a Detective with LAPD; Santos likes and respects him so that he
even talks about him to some of the inmates. We love and admire Santos and
are willing to help him in any way possible for example; we'll give him love,
support, respect, necessities and most importantly my husband owns a
carwash and is willing to let him work for him so that my son can be self
sufficient.
        My son has made a 360 degree change in his life and attitude. So
much so that I know that he is a different person. He is able to discuss so
much more about the situation that has him behind prison walls. He also is
able to express regret and remorse and is totally sorry for what has
happened. There was a time that Santos had a wall between himself and his
family (us) now the barrier is gone, I sense no tension and no wall which has
enabled him to grow and mature. My son was seventeen years old when all of
this happened, now he is a forty one year old mature and respected man for
this I'm very thankful.
        I believe that he has owned up for his mistakes and knows that he
can't change the past, but that he can move on and be a better person and
because of that he will be an asset to society....

        We also know that it's going to take time, work and adjustment; I
know that he also is aware of that as well. We are all willing and eager to

work with him to make that transformation so that he can live a successful, happy and healthy life for his family as well as for himself.

As human beings we all make mistakes and a lot of us can turn around and be good people. Please, we ask that you please give him that opportunity and a chance to be with his family so that we also can regain our relationship with him. Please allow him to spend the remainder of his life as a free man; I know that you will not regret it or be sorry, so please let us have my son back. We try to live our lives by god's laws and principles and we will do our very best to help my son Santos do that also. Please give us a chance.

Sincerely,

Dale & Ruth Heatherington

cc:    R. Lee
       Santos Chavez
       Yvonne Chavez

April 28 2005

Re: Santos Chavez C-87968

To Whom it May Concern;

   Thank you for taking the time to read my letter today. The future of Santos Chavez is very important to me. Santos and his devoted wife Yvonne have been good friends of mine for many years. I have great love for both of them. I want to see them move on past Santos being incarcerated and continue their life together with their children and grandchildren.

It is time for Santos to be paroled and get on with life. Here is what I am prepared to offer to help Santos and his family. I myself own a thriving business. I am right now stating my offer of full time employment for Santos with a living wage. I also own my own large home. I would be happy to give Mr and Mrs Chavez room and board until they were safely on their feet, if they were to need it. And of course if there is anything else they may need help with I will rise to the occasion and do my best to assist them.

I know with all of my soul that if you are to grant Santos parole he will do what it takes to make something of his life in the free world. A man with a strong faith in GOD, a loving and devoted wife, and supportive family and friends will succeed and not recommit. Santos has all of these things and so much more. Please allow him the opportunity to show the world what he can do to make it a better place. He has made my life better by just being in it and being my friend.

In closing I ask you to please make this the year that we can count on Santos coming home. Please anser all of our prayers and give Santos a date today. You have my good word that this will be a success story and one that you can be proud of. Please feel free to contact me if you have any questions. I am looking forward to a positive outcome.

Sincerely,

Kathleen Ann Langley

Kathleen Langley

Senior Piercer/Owner

530.546.8282
WWW.LUCKY7TATTOO.NET
8635 N. Lake Blvd.
Post Office Box 448
Kings Beach, CA 96143



LUCKY 7
TATTOO & PIERCING

**SECTION 3**

# DISCIPLINARY HISTORY SHEET

## <u>115</u>

| Date | | Institution | Reason |
|---|---|---|---|
| 12-17-86 | 3041(B) | CCI-IVA | Refused to report to work assignment. Guilty: assessed 30 days loss of particpation |
| 06-01-87 | 3041(b) | CCI-IVA | Refusing to work. Guilty: assessed 30 days loss of credit |
| 09-16-95 | 3041(a) | CTF-N | Failure to report to work assignment. Guilty: assessed 30 days loss of red card privileges. |
| 01-23-00 | 3170(g) | CTF-N | Excessive contact. Guilty: reduced to 128a |

### 128 CHRONOS

| DATE | INSTITUTION | REASON |
|---|---|---|
| 11-16-86 | CCI-IVA | Improving quantity of work |
| 04-22-97 | CCI-IVA | Refusing to work |
| 05-02-87 | CCI-IVA | Not performing work |
| 11-07-88 | CCI-IVA | Out of bounds |
| 02-07-89 | CCI-IVA | Quitting work early |
| 05-23-89 | CMC-EAST | Contraband |
| 09-18-91 | CTF-N | Contraband |
| 05-16-91 | CMC-EAST | Contraband/altered prop. |
| 01-22-93 | CTF-N | Failed to report to job |
| 08-12-95 | CTF-N | Failed to report garment fac. |
| 08-23-95 | CTF-C | Careless quality in work |
| 02-24-96 | CTF-N | Poor quality of work |
| 04-22-97 | CTF-N | No ID card |
| 11-28-98 | CTF-N | Grooming standards |
| 01-03-99 | CTF-N | Conduct |
| 04-14-99 | CTF-N | Disobeying orders |
| 01-10-00 | CTF-N | REFUSED TO TAKE TABE TEST |

CHAVEZ, S.                CDC#C-87968