```
1  Santos Chavez
   Correctional Training Facility
2  C-87968
   P.O. Box 689
3  Soledad, CA 93960-0689
```

**FILED**

OCT 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Santos Chavez                )
                             )
        Plaintiff,            )   CASE NO. _____
                             )
   vs.                        )   PRISONER'S
                             )   APPLICATION TO PROCEED
Ben Curry, Warden(A), et al  )   IN FORMA PAUPERIS
                             )
        Defendant.            )
_____)

I, __Santos Chavez__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes __X__  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __approximately 45.00__  Net: __same__

Employer: __Prison Industries Authorities__

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No _X_
10            self employment
11      b.   Income from stocks, bonds,                 Yes ___ No _X_
12            or royalties?
13      c.   Rent payments?                             Yes ___ No _X_
14      d.   Pensions, annuities, or                    Yes ___ No _X_
15            life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No _X_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                             Yes _X_ No ___
24  Spouse's Full Name: ____Yovonne Chavez_____
25  Spouse's Place of Employment: ___Disabled_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.   List amount you contribute to your spouse's support:$ ___-0-___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                      - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No __X__
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No __X__
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No __X__ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No __X__
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____   Utilities: _____
23  Food: $ 45.00 A MONTH   Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____          $ _____         $ _____
27  _____          $ _____         $ _____
28  _____          $ _____         $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  October 7, 2007                    _____
17      DATE                 Santos Chavez
                             SIGNATURE OF APPLICANT

```
                                                         00001000
                                              PAGE NO:     1
            CALIFORNIA DEPARTMENT OF CORRECTIONS
               CTF SOLEDAD/TRUST ACCOUNTING
               INMATE TRUST ACCOUNTING SYSTEM
               INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: MAY 12, 2007 THRU OCT. 11, 2007

ACCOUNT NUMBER : C87968             BED/CELL NUMBER: CFED00000000178U
ACCOUNT NAME   : CHAVEZ, SANTOS     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------- --------- ---------  ---------- -----------  ---------

05/12/2007   BEGINNING BALANCE                                            76.75

05/22 FC05 DRAW-FAC 5    3525 E/D                             45.00       31.75
06/05 D550 INMATE PAYROL 3683 PIA1              85.10                    116.85
06/11 FC05 DRAW-FAC 5    3803 EDORM                           30.00       86.85
06/12 W415 CASH WITHDRAW 3823 JUN07 203434442                 50.00       36.85
06/16 W469 DONATION-AA G 3883DONUTS                           15.60       21.25
07/03*W502 POSTAGE CHARG 0044 POST                             1.48       19.77
07/05 D550 INMATE PAYROL 0020 PIA2              23.34                     43.11
07/17 W512 LEGAL POSTAGE 0210 LPOST                            1.48       41.63
07/17 W512 LEGAL POSTAGE 0211 LPOST                            5.70       35.93
07/17 W512 LEGAL POSTAGE 0211 LPOST                            1.65       34.28
07/23 FC05 DRAW-FAC 5    0287 ED                              34.28        0.00
08/06 D550 INMATE PAYROL 0404 PIA2              82.78                     82.78
08/27 W512 LEGAL POSTAGE 0709 LMAIL                            1.31       81.47
08/27 W512 LEGAL POSTAGE 0709 LMAIL                            1.31       80.16
08/27 W512 LEGAL POSTAGE 0709 LMAIL                            1.31       78.85
08/27 W512 LEGAL POSTAGE 0709 LMAIL                            1.31       77.54
09/07 D550 INMATE PAYROL 0779 PIA52             75.41                    152.95
09/14 W415 CASH WITHDRAW 0891 SEP07 203435761                 80.00       72.95
09/20 W415 CASH WITHDRAW 0966 AUG07 203435874                 40.00       32.95
09/24 FC05 DRAW-FAC 5    1039 E/D                             32.95        0.00
10/06 D550 INMATE PAYROL 1105 PIA1              45.81                     45.81

                        TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
-----------   ---------  -----------  ---------   ---------   ------------
    76.75       312.44      343.38      45.81       0.00          0.00


                                                CURRENT
                                                AVAILABLE
                                                BALANCE
                                                ---------
                                                  45.81
```

BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

INSTRUMENT IS A CORRECT
TRUST ACCOUNT MAINTAINED
10-11-07
DEPARTMENT OF CORRECTIONS
Brenda Nation
TRUST OFFICE
Account Technician

```
 1  Santos Chavez
    Correctional Training Facility
 2  C-87968                              Case Number: C 07 5014
    P.O. Box 689
 3  Soledad, CA 93960-0689
 4
 5
 6
 7
 8              CERTIFICATE OF FUNDS
 9                      IN
10              PRISONER'S ACCOUNT
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  Santos Chavez C-87968  for the last six months
                                          [prisoner name]
14   Correctional Training Facility where (s)he is confined.
         [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $  52.07   and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $  48.34  .
18
19  Dated: 10-11-07          Brenda Nation, Acct Technician
                                [Authorized officer of the institution]
20
21           ING FACILITY                THIS INSTRUMENT IS A CORRECT
                                         COPY OF THE TRUST ACCOUNT MAINTAINED
22             CA  93960                 BY THIS OFFICE.
                                         10-11-07
23  ATTN: TRUST OFFICE                   DEPARTMENT OF CORRECTIONS
                                         BY Brenda Nation
24                                         TRUST OFFICE
                                         Account Technician
25
26
27
28
                              -5-
```