DECEMBER 26, 2007

TO:

CLERK OF THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO, CA 94102-9680

FROM:

SANTOS CHAVEZ
CORRECTIONAL TRAINING FACILITY
C-87968   ED-178-Up
PO BOX 689
SOLEDAD, CA 93960-0689

RE:   CHAVEZ v. CURRY CASE NO. C 07 5014   PJH

DEAR CLERK OF THE COURT,

On SEPTEMBER 27, 2007, I filed a petition for writ of habeas corpus in this court case no. C 07 5014 and did pay the $5.00 dollar filing fee.

As of todays date, 3 months have past since original filing, I have not received any paperwork or orders that may have issued by this court regarding my case.

Because I know sometimes mail does get lost getting to me, I feel I need to write and ask the status of my case.

Thus, my Questions:

    Is there any problem with they way I filed my case?

    Did the court issue an order to show cause?

    Is there anything I need to do?

    Any information regarding the status of my case which you can provide will be most happily received by me.

Thank you for your time and understanding in this matter, I've enclosed a SASE for the return of the above requested information.

Sincerely,

Santos Chavez  12.26.07

RECEIVED
JAN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA