UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTOS CHAVEZ,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05014 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General's Office
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102


Santos Chavez C-87968
Correctional Training Facility
ED-178-UP
P.O. Box 689
Soledad, CA 93960-0689

Dated: January 18, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk