EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
AMANDA J. MURRAY, State Bar No. 223829
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5741
  Fax: (415) 703-5843
  Email: Amanda.Murray@doj.ca.gov

Attorneys for Warden Ben Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTOS CHAVEZ,<br><br>               Petitioner,<br><br>v.<br><br>BEN CURRY,<br><br>              Respondent. | C-07-5014 PJH<br><br>**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO ANSWER PETITION; SUPPORTING DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge:    The Honorable<br>           Phyllis J. Hamilton |

**REQUEST FOR EXTENSION OF TIME**

For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests that this Court grant an extension of time, to and including May 19, 2008, in which to reply to Chavez's Petition for Writ of Habeas Corpus.

//
//
//
//

## SUPPORTING DECLARATION OF COUNSEL

I, AMANDA J. MURRAY, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Writs and Appeals Section, and am assigned to represent Respondent in this case.

2. On February 5, 2008, my paralegal faxed a request for documents from Chavez's central file to the Correctional Training Facility, where Chavez is currently incarcerated. The prison's litigation coordinator advised us that the prison had ordered a massive recall of inmates' central files (including Chavez's) and that Chavez's file was not available for copying. Thus, the litigation coordinator was unable to comply with our document request.

3. On March 17, 2008, I again contacted the prison's litigation coordinator regarding the availability of Chavez's central file. She advised me that his file was not yet available.

4. The requested documents are necessary to determine the legitimacy of Chavez's claims and adequately respond to his Petition. Because I do not know when I will receive the documents, I respectfully request that Respondent's deadline to provide an answer to Chavez's Petition be extended to May 19, 2008.

5. This request for an extension of time is not made for any purpose of harassment, undue delay, or for any improper reason. Respondent has not requested any other extensions of time to respond to the Court's January 18, 2008 Order to Show Cause.

6. Chavez is a state prisoner and cannot easily be contacted about this requested extension of time. Respondent would suffer substantial harm without this extension of time because I would unable to file a proper and thorough response.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 18, 2008, at San Francisco, California.

AMANDA J. MURRAY
Deputy Attorney General

Req. for Extension of Time; [Proposed] Order

*Chavez v. Curry*
C-07-5014 PJH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Chavez v. Curry*

No.:   U. S. D. C., N. D., S. F. DIV., C-07-5014 PJH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 18, 2008**, I served the attached

1. **RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO ANSWER PETITION; SUPPORTING DECLARATION OF COUNSEL; [PROPOSED] ORDER**
2. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Santos Chavez C-87968**
**Correctional Training Facility**
**ED-178-UP**
**P.O. Box 689**
**Soledad, CA 93960-0689**
*in pro per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 18, 2008**, at San Francisco, California.

| J. Baker | _____ |
|---|---|
| Declarant | Signature |

40230785.wpd