IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS CHAVEZ,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BEN CURRY,<br><br>　　　　　　　　　Respondent. | No. C 07-5014 PJH<br><br>[PROPOSED] ORDER |

This Court considered Respondent's Request for an Extension of Time to Answer Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Answer Petition is **GRANTED**. Respondent shall answer Petitioner's Petition for Writ of Habeas Corpus by **May 19, 2008**.

Dated: _____

　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge