FILED

**PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

08 MAR 27 PM 1:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, _Santos Chavez_ declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

_Santos Chavez_, CDCR #: _C-87968_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _ED-178-Up_
SOLEDAD, CA 93960-0689.

On _March 25, 2008_, I served the attached:

_Notice of supplemental Authorities;_
_Statement of Recent Decision._

N/C

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Northern District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

California Attorney General
455 Golden Gate Ave.
Suite 11000
San Francisco, CA
94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _March 25, 2008_.

_Santos Chavez_
_Santos Chavez_
Declarant