# EXHIBIT A

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DEPT. 130

Date: JUNE 12, 1984
HONORABLE: PAUL BOLAND, JUDGE
E LINDSEY, Deputy Sheriff

M CALVIN
C LINDLEY

, Deputy Clerk
, Reporter
(Parties and counsel checked if present)

A382607

678259

PEOPLE OF THE STATE OF CALIFORNIA
VS
CHAVEZ, SANTOS
X009204

Counsel for Plaintiff: ROBERT PHILIBOSIAN, DISTRICT ATTY. BY X P DAVIS-SPRINGER, DEPUTY

Counsel for Defendant: X M EGERS, 987.2

(Boxes checked if order applicable)

NATURE OF PROCEEDINGS PROBATION AND SENTENCE

Defendant is served with written Notice Pursuant to Section 4852.21(b) Penal Code. Upon proof of ownership, Los Angeles Police Department is to release personal property of Douglas Grant Darbyshire.

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having duly Pleaded guilty in this court of the crime of MURDER (Sec 187 PC), of the Second Degree, as charged in Count 2 of the information and admitted use allegation Pursuant to Sections 12022.5 and 1203.06(a)(1) Penal Code; the Court finds that in the commission and attempted commission of the offense defendant personally used a firearm, to wit, a rifle and handgun, within the meaning of Penal Code Sections 12022.5 and 1203.06(a)(1)

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison for the term prescribed by law, 17 years to Life, plus 2 years Pursuant to 12022.5 and 1203.06(a)(1)

/includes 323 days good time/work time
☒ Defendant is given credit for 969 days in custody.
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
☒ for Men at Chino, California
☐ for Women at Frontera, California

☒ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

ENTERED
6-12-84
JOHN J. CORCORAN
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

2  76J805A (REV. 9/80) 9/80
C-109

**JUDGMENT**

PINK ORIGINAL TO FILE
WHITE COPY TO MICROFILM
YELLOW COPY TO STATE WIDE DISTRIBUTION
GREEN COPY TO PROBATION EXPEDITER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES     **DEPT. 231**

Date: **1-14-85**
HONORABLE: **PAUL BOLAND** JUDGE    **L. LOTT** Deputy Clerk
**T. CARTER** Deputy Sheriff    **C. GARDD** Reporter

**A382607**   (Parties and counsel checked if present)
PEOPLE OF THE STATE OF CALIFORNIA    Counsel for People:   **P. DAVIS-SPRINGER (N/P)**
VS    DEPUTY DISTRICT ATTY:

**01 CHAVEZ, SANTOS**    Counsel for Defendant:   **M. EGERS   987.2 (N/P)**
**182/187 01 CT.; 187 01 CT.**
**664/187 02 CTs.**

NATURE OF PROCEEDINGS   **NUNC PRO TUNC**

It appearing to the court that through inadvertence and clerical error the minute order of June 12, 1984 does not properly reflect the sentence imposed. Said minute order is ordered corrected nunc pro tunc as of January 14, 1985 by adding after the words "Term prescribed by law" the words "15 years to life". The total of 17 years to life is correct as stated on the minute order dated June 12, 1984.



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST _January 14_ 19_85_
County Clerk and Clerk of the
Superior Court of California,
County of Los Angeles,
                                                   DEPUTY

MINUTES ENTERED
1-14-85
COUNTY CLERK

76M 413L C-120-1-84      **MINUTE ORDER**