# EXHIBIT   B

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life )
Term Parole Consideration )
Hearing of:               )      CDC Number C-87968
                          )
SANTOS CHAVEZ             )
                          )
_____)

CORRECTIONAL TRAINING FACILITY

SOLEDAD, CALIFORNIA

FEBRUARY 9, 2006

9:35 A.M.

PANEL PRESENT:

Ms. Tracey St. Julien, Presiding Commissioner
Mr. William Keenan, Deputy Commissioner

OTHERS PRESENT:

Mr. Santos Chavez, Inmate
Ms. Ann Christensen, Attorney for Inmate
Mr. Michael Yglecias, Deputy District Attorney
Correctional Officers Unidentified

CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____  No    See Review of Hearing
_____  Yes   Transcript Memorandum

**TRACY RICHARDSON, Peters Shorthand Reporting**

ii

## INDEX

|  | PAGE |
|---|---|
| Proceedings | 1 |
| Case Factors | 6 |
| Pre-Commitment Factors | 35 |
| Post-Commitment Factors | 62 |
| Parole Plans | 37 |
| Closing Statements | 100 |
| Recess | 110 |
| Decision | 111 |
| Adjournment | 126 |
| Transcriber Certification | 127 |

--oOo--

1

| 1 | **P R O C E E D I N G S** |
| 2 | **DEPUTY COMMISSIONER KEENAN:**  We're on |
| 3 | record. |
| 4 | **PRESIDING COMMISSIONER JULIEN:**  Okay, the |
| 5 | time is 9:35 a.m. and this is a subsequent |
| 6 | parole Hearing for Santos Chavez, CDC number C- |
| 7 | 87968.  Today is February 9, 2006.  We are at |
| 8 | CTF, Soledad.  The inmate was received on June |
| 9 | 22, 1984.  Life term starting the same day. |
| 10 | Count One, murder second, violation of Penal |
| 11 | Code Section 187 and the term given is 17 years |
| 12 | to life, minimum eligible parole date of March |
| 13 | 7, 1993.  And this is from Los Angeles County, |
| 14 | Case number A-382607.  And is that correct, sir? |
| 15 | **INMATE CHAVEZ:**  Yes. |
| 16 | **PRESIDING COMMISSIONER JULIEN:**  Okay.  We |
| 17 | are tape recording the hearing so we're going to |
| 18 | go around the room and introduce ourselves. |
| 19 | We'll say our first and last names, spell our |
| 20 | names, and then when it's your turn if you'd |
| 21 | also state your CDC number.  And my name is |
| 22 | Tracy St. Julien, T-R-A-C-E-Y, S-T. capital |
| 23 | J-U-L-I-E-N, Commissioner. |
| 24 | **DEPUTY COMMISSIONER KEENAN:**  Bill Keenan, |
| 25 | K-E-E-N-A-N, Deputy Commissioner. |
| 26 | **DEPUTY DISTRICT ATTORNEY YGLECIAS:** |
| 27 | Michael Yglecias.  Last name is Y-G-L-E-C-I-A-S. |

2

1    I'm a Deputy District Attorney with the Los

2    Angeles County.

3        **ATTORNEY CHRISTENSEN:**  Ann Christensen,

4    C-H-R-I-S-T-E-N-S-E-N, attorney for Mr. Chavez.

5        **INMATE CHAVEZ:**  Santos Chavez, C-87968.

6        **PRESIDING COMMISSIONER JULIEN:**  Okay, can

7    you spell your -

8        **INMATE CHAVEZ:**  Oh, sorry.

9        **PRESIDING COMMISSIONER JULIEN:**  - names

10    please?

11        **INMATE CHAVEZ:**  C-H-A-V-E-Z.

12        **PRESIDING COMMISSIONER JULIEN:**  Okay.

13    And Santos for the -

14        **INMATE CHAVEZ:**  Oh.

15        **PRESIDING COMMISSIONER JULIEN:**  -

16    recorder or transcriber is S-A-N-T-O-S.  Okay,

17    Mr. Chavez, and I kept calling you Mr. Santos so

18    - Mr. Chavez, your attorney just went over with

19    you the procedures for today?

20        **INMATE CHAVEZ:**  Uh-huh.

21        **PRESIDING COMMISSIONER JULIEN:**  - and

22    discussed your ADA rights?

23        **INMATE CHAVEZ:**  Yes.

24        **PRESIDING COMMISSIONER JULIEN:**  Okay, and

25    I note that on May 16, 2005, you signed a BPT

26    Form 1073 which I'm looking at now indicating

27    that you do not need any help for your parole

3

1   hearing and you do not have any disabilities,

2   and that's still accurate?

3       **INMATE CHAVEZ:**  Exactly.

4       **PRESIDING COMMISSIONER JULIEN:**  Okay.

5   And I'm looking at the form that you signed.  Do

6   you have any questions about the hearing

7   procedure today?

8       **INMATE CHAVEZ:**  No.

9       **PRESIDING COMMISSIONER JULIEN:**  Okay.

10  And you also have the right to be heard by a

11  fair and impartial Panel.  Now that you've seen

12  the Panel here today do you have any objections?

13      **INMATE CHAVEZ:**  No, I don't.

14      **PRESIDING COMMISSIONER JULIEN:**  Okay,

15  Ms. Christensen?

16      **ATTORNEY CHRISTENSEN:**  No, I don't.

17      **PRESIDING COMMISSIONER JULIEN:**  Okay.

18  And Mr. Commissioner Keenan, we have - do we

19  have any confidential information?

20      **DEPUTY COMMISSIONER KEENAN:**  We do and it

21  may be used.

22      **PRESIDING COMMISSIONER JULIEN:**  Okay.

23  And we'll announce that when we announce the

24  decision, whether or not that has being used.

25  And Mr. Yglecias and Ms. Christensen, did that

26  hearing checklist marked Exhibit A look in

27  order?

4

1          **ATTORNEY CHRISTENSEN:**  I had them all,

2   thank you.

3          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Yes,

4   thank you.

5          **PRESIDING COMMISSIONER JULIEN:**  Okay.

6   And do you have any preliminary objections, Ms.

7   Christensen?

8          **ATTORNEY CHRISTENSEN:**   I do not.

9          **PRESIDING COMMISSIONER JULIEN:**  And you

10  did give us some additional documents —

11         **ATTORNEY CHRISTENSEN:**  **Yes.**

12         **PRESIDING COMMISSIONER JULIEN:**   — when

13  you came in and is that all?

14         **ATTORNEY CHRISTENSEN:**   That's all I

15  have.

16         **PRESIDING COMMISSIONER JULIEN:**  Okay.

17  And do you have — did you have any preliminary

18  objections?

19         **ATTORNEY CHRISTENSEN:**   No, preliminary

20  objections.

21         **PRESIDING COMMISSIONER JULIEN:**  Okay.

22  Then I will start by reading the summary of the

23  crime as it appears in the March 2004 Board

24  report.  And that information was taken from the

25  probation officer's report, Pages 2 and 3.  And

26  it states that on July 24, 1983, the victim, who

27  was Ronald Rivos, R-I-V-O-S, age 20 at the time,

5

1    who was an innocent bystander and was standing

2    in the front yard of an address in Los Angeles

3    and at approximately 10 p.m. a car driven by

4    Chavez drove up and stopped. Chavez had a

5    shotgun and his co - co-defendant, Cantu,

6    C-A-N-T-U, was armed with a rifle. A witness

7    approached the car and Chavez pointed a handgun

8    at him. Several shots were fired by both Chavez

9    and Cantu at rival gang members in the street.

10   As a result, Rivos, an innocent bystander, was

11   fatally shot and the two other victims who were

12   Cypress Park gang members, and that is

13   C-Y-P-R-E-S-S, were wounded by the gunfire.

14   The cause of death to Rivos was a gunshot wound

15   to the head. The subsequent investigation

16   revealed five .22 caliber spent shot casings at

17   the crime scene. Officers recovered a .22

18   caliber barrel and stock at Chavez's residence

19   one matched - which matched the casings fired at

20   the crime scene. Okay. So I do note in the -

21   your version, in the inmate's version, and you

22   explained what had happened and I actually still

23   have some questions about that. And I guess the

24   first was so this was not gang-related, is that

25   correct?

26         INMATE CHAVEZ:   That's correct.

27         PRESIDING COMMISSIONER JULIEN:   Okay.

6

1    So these people, the Cypress Park gang members.

2          **DEPUTY COMMISSIONER KEENAN:**  Excuse me.

3          **PRESIDING COMMISSIONER JULIEN:**    I'm

4    sorry.

5          **DEPUTY COMMISSIONER KEENAN:**  You said

6    that's correct?

7          **INMATE CHAVEZ:**  It wasn't gang-related.

8          **DEPUTY COMMISSIONER KEENAN:**  Thank you.

9          **PRESIDING COMMISSIONER JULIEN:**  Oh,

10   maybe the – my

11         **INMATE CHAVEZ:**  If I get a little closer

12   to you.

13         **PRESIDING COMMISSIONER JULIEN:**   Yeah,

14   the chair doesn't move so I guess –

15         **DEPUTY COMMISSIONER KEENAN:**

16   (Indiscernible) –

17         **PRESIDING COMMISSIONER JULIEN:**    – speak

18   up.

19         **DEPUTY COMMISSIONER KEENAN:**  Speak loud

20   enough –

21         **INMATE CHAVEZ:**  Okay.

22         **DEPUTY COMMISSIONER KEENAN:**   – to be

23   heard so I can get everything on tape.

24         **PRESIDING COMMISSIONER JULIEN:**   Okay. So

25   these two individuals who had tried to accost

26   your wife and take her car they just happened to

27   be members of a gang?

7

1          **INMATE CHAVEZ:** Two of them were.  There

2    was three members.  There was three –

3          **PRESIDING COMMISSIONER JULIEN:** Okay.

4    And they just happened to be members of a gang?

5          **INMATE CHAVEZ:** Two of them were members.

6          **PRESIDING COMMISSIONER JULIEN:** Okay.

7    And did that have anything to do with your going

8    after them?

9          **INMATE CHAVEZ:** No.

10          **PRESIDING COMMISSIONER JULIEN:** Okay.

11          **INMATE CHAVEZ:** Not at all.

12          **PRESIDING COMMISSIONER JULIEN:** And were

13    you a member of a gang?

14          **INMATE CHAVEZ:** Yes.

15          **PRESIDING COMMISSIONER JULIEN:** And what

16    gang was that?

17          **INMATE CHAVEZ:** Avenues.

18          **PRESIDING COMMISSIONER JULIEN:** So that's

19    a rival gang to –

20          **INMATE CHAVEZ:** Yes.  Uh-huh.

21          **PRESIDING COMMISSIONER JULIEN:**    –

22    Cypress Park?  Okay, so what's your tattoo?

23          **INMATE CHAVEZ:** These – I'll do their

24    names, my daughters, Kristin and Sophia.

25          **ATTORNEY CHRISTENSEN:** Sophia?

26          **INMATE CHAVEZ:** Uh-huh.

27          **PRESIDING COMMISSIONER JULIEN:** Okay, so

8

1   then you've got - when did you get those?

2        INMATE CHAVEZ:   Around 20 years ago.

3        PRESIDING COMMISSIONER JULIEN:   Okay.

4   So before - so before you came to prison?

5        INMATE CHAVEZ:   No.  No.

6        PRESIDING COMMISSIONER JULIEN:   Oh, you

7   got them in prison?

8        INMATE CHAVEZ:   Yes.  I did.

9        PRESIDING COMMISSIONER JULIEN:   Is that

10   - did you a 115 for that?

11        INMATE CHAVEZ:   No, I didn't.

12        PRESIDING COMMISSIONER JULIEN:   You

13   didn't?

14        INMATE CHAVEZ:   No.

15        PRESIDING COMMISSIONER JULIEN:   Why not?

16        INMATE CHAVEZ:   I don't know.  That was a

17   long, long time ago though.  Long time ago.  May

18   - maybe 21 years ago.

19        PRESIDING COMMISSIONER JULIEN:   Okay.

20   Well, I might ask you to -

21        INMATE CHAVEZ:   Okay.

22        PRESIDING COMMISSIONER JULIEN:   -

23   explain a - do you have any other tattoos?

24        INMATE CHAVEZ:   Just (indiscernible).

25        PRESIDING COMMISSIONER JULIEN:   Are they

26   gang insignia?

27        INMATE CHAVEZ:   No.  No.

9

1          PRESIDING COMMISSIONER JULIEN:   Okay.

2   Okay, so then why don't you explain what

3   happened?  So your wife, and what is her name?

4   I've seen her name a hundred times in this -

5          INMATE CHAVEZ:   Name was Donna Chavez.

6          PRESIDING COMMISSIONER JULIEN:   Is this

7   the same one you -

8          INMATE CHAVEZ:   No.

9          PRESIDING COMMISSIONER JULIEN:   - have

10   now?  Oh, okay.  That's - that doesn't sound

11   familiar.  Okay.  So Donna, your wife at the

12   time.  What happened?

13          INMATE CHAVEZ:   Well, she was in a

14   supermarket.  She went shopping, kind of late at

15   night.

16          PRESIDING COMMISSIONER JULIEN:   Uh-huh.

17          INMATE CHAVEZ:   When she was pregnant and

18   she had my one-year-old daughter with her.

19          PRESIDING COMMISSIONER JULIEN:   Uh-huh.

20          INMATE CHAVEZ:   And, you know, they just

21   tried to take her car and threaten her and

22   stuff.

23          PRESIDING COMMISSIONER JULIEN:   So did

24   the -

25          INMATE CHAVEZ:   You know.

26          PRESIDING COMMISSIONER JULIEN:   - the

27   guys actually come up to her and -

10

1          **INMATE CHAVEZ:**  Yes,.

2          **PRESIDING COMMISSIONER JULIEN:**    - did

3     they -

4          **INMATE CHAVEZ:**  In the parking lot.

5          **PRESIDING COMMISSIONER JULIEN:**    - use a

6     weapon?

7          **INMATE CHAVEZ:**  No, they didn't have a

8     weapon.

9          **PRESIDING COMMISSIONER JULIEN:**  Did they

10    just say give me - what did they say?

11         **INMATE CHAVEZ:**  They were threatening

12    her, you know, what guys will do, you know, and

13    they were - they were - they were approaching

14    her and trying to actually put their hands on

15    her and she pulled a weapon on them.  That's the

16    only reason they didn't get to her.

17         **PRESIDING COMMISSIONER JULIEN:**  She had

18    a weapon?

19         **INMATE CHAVEZ:**  Yes, she did.

20         **PRESIDING COMMISSIONER JULIEN:**  Was it

21    a gun?

22         **INMATE CHAVEZ:**  Yes, she did - was.

23         **PRESIDING COMMISSIONER JULIEN:**  Why

24    would she - why did she have a gun?

25         **INMATE CHAVEZ:**  Well, that's why,

26    because, you know, it was dangerous for women,

27    the area we live in, you know, the gang-

11

1   infested.  You know.

2        PRESIDING COMMISSIONER JULIEN:    Did she

3   have a permit?

4        INMATE CHAVEZ:  No.  No permit.

5        PRESIDING COMMISSIONER JULIEN:    Okay, so

6   - excuse me.  Obviously then that - her carrying

7   a weapon was against the law?

8        INMATE CHAVEZ:  Uh-huh.

9        PRESIDING COMMISSIONER JULIEN:    In this

10  case, it probably saved her in some way either

11  from taking the car or being physically hurt but

12  do you - what do you think now about that?

13  Would you let your wife carry a gun -

14        INMATE CHAVEZ:  No.

15        PRESIDING COMMISSIONER JULIEN:    -

16  without a permit?

17        INMATE CHAVEZ:  No, I wouldn't.  I

18  wouldn't.  What I think about that is, you know,

19  I should've called the police and, you know,

20  handled it that way but I took the law into my

21  own hands, you know.  That's what - definitely

22  would change that.

23        PRESIDING COMMISSIONER JULIEN:    Okay.

24  So was she - how was she able to identify these

25  guys?

26        INMATE CHAVEZ:  She - she actually just

27  told me - cause I was very close - close by and

12

1  she told me which way they went and what kind of

2  car they were driving, you know, and, you know,

3  I just happened to find them.

4      PRESIDING COMMISSIONER JULIEN:   So what

5  were you thinking - once she told you what

6  happened -

7      INMATE CHAVEZ:   Uh-huh.

8      PRESIDING COMMISSIONER JULIEN:   - and

9  then you decided to go find them what - what

10  kind of thought process?

11     INMATE CHAVEZ:   Was just very angry.

12  Very angry. Felt disrespected and, you know, to

13  - to hurt women and children like that is - is -

14  is really wrong in - in our eyes. You know, my

15  eyes, especially. And I can't exactly tell you

16  what I was thinking at the time but just had a

17  lot anger with me for doing that to, you know -

18     PRESIDING COMMISSIONER JULIEN:   To her?

19     INMATE CHAVEZ:   - to her.

20     PRESIDING COMMISSIONER JULIEN:   Okay.

21  To Donna. So now, what did you think you were

22  going to do when you caught up to them?

23     INMATE CHAVEZ:   Well, I figured I was

24  going to go over there and probably maybe - I -

25  knew it was going to be something that was going

26  to happen if I - if I did catch them. I didn't

27  go over there to kill them or nothing. I -

13

1   maybe would've shot one of them maybe in the leg

2   or something for doing that or, you know, I just

3   wanted to just make sure that it got handled

4   between us, you know, not women or children.

5           PRESIDING COMMISSIONER JULIEN:    Why was

6   that?  And why was it important to -

7           INMATE CHAVEZ:  Well -

8           PRESIDING COMMISSIONER JULIEN:    - handle

9   it yourself?

10          INMATE CHAVEZ:  - it wasn't important.  I

11  mean, I was very young, not thinking, you know.

12          PRESIDING COMMISSIONER JULIEN:    How old

13  were you?

14          INMATE CHAVEZ:  18.

15          PRESIDING COMMISSIONER JULIEN:    And you

16  had two kids?

17          INMATE CHAVEZ:  One at the time and one

18  and one coming, yes.

19          PRESIDING COMMISSIONER JULIEN:    Okay.

20  Were you working?  Were you in school?

21          INMATE CHAVEZ:  Yeah, I was working.

22          PRESIDING COMMISSIONER JULIEN:    And

23  where?

24          INMATE CHAVEZ:  At 18 years old I was

25  probably working for the supermarket.

26          PRESIDING COMMISSIONER JULIEN:    Okay.

27  So is that why you were close by?

14

1          **INMATE CHAVEZ:**  Yeah, I getting —

2  actually, getting ready just to go to work.

3          **PRESIDING COMMISSIONER JULIEN:**   Okay.

4          **INMATE CHAVEZ:**  Yes.

5          **PRESIDING COMMISSIONER JULIEN:**   Okay.

6  So did you have a weapon?  Did you used to carry

7  a weapon?

8          **INMATE CHAVEZ:**  Yes, I always carry a

9  weapon.

10          **PRESIDING COMMISSIONER JULIEN:**   Okay,

11  and again, why?

12          **INMATE CHAVEZ:**  Gang-infested territory's

13  dangerous.

14          **PRESIDING COMMISSIONER JULIEN:**   And you

15  were a gang member?

16          **INMATE CHAVEZ:**  Yeah.  Well, yeah, I was

17  but I was, like I said, I was working and have —

18  I had a family now so I wasn't — that wasn't

19  really a big issue any — any longer.

20          **PRESIDING COMMISSIONER JULIEN:**   But you

21  were still carrying a gun.  Was it —

22          **INMATE CHAVEZ:**  Yes.

23          **PRESIDING COMMISSIONER JULIEN:**    —

24  loaded?

25          **INMATE CHAVEZ:**  Yes.  Yes.

26          **PRESIDING COMMISSIONER JULIEN:**  Did you

27  think that was dangerous, having your one-year-

15

1   old daughter around?

2        **INMATE CHAVEZ:**  Yes.

3        **PRESIDING COMMISSIONER JULIEN:**   So why'd

4   you do it?

5        **INMATE CHAVEZ:**  Because I was not very

6   smart or very immature.

7        **PRESIDING COMMISSIONER JULIEN:**   Okay,

8   and were you -

9        **INMATE CHAVEZ:**  Yes.

10       **PRESIDING COMMISSIONER JULIEN:**   - and

11  your wife and daughter living on your own?

12       **INMATE CHAVEZ:**  Yes.

13       **PRESIDING COMMISSIONER JULIEN:**   Okay.

14  Okay, so you were both carrying guns.  Do you

15  think that was any kind of life?  I mean -

16       **INMATE CHAVEZ:**  No, not a life to live.

17  Not at all.  Terrible life.

18       **PRESIDING COMMISSIONER JULIEN:**   Okay. So

19  you want to find these guys and you go to - how

20  do you hook up with Mr. Cantu?

21       **INMATE CHAVEZ:**  He was at my apartment

22  when this happened.

23       **PRESIDING COMMISSIONER JULIEN:**   Okay, so

24  then you two say okay, we're going to go get

25  these guys?

26       **INMATE CHAVEZ:**  We didn't say nothing.

27  We just -

16

1          **PRESIDING COMMISSIONER JULIEN:**    Oh.

2          **INMATE CHAVEZ:**    – went.

3          **PRESIDING COMMISSIONER JULIEN:**    Okay.

4    Did he have a gun?

5          **INMATE CHAVEZ:**    Yes.

6          **PRESIDING COMMISSIONER JULIEN:**    Okay.

7          **INMATE CHAVEZ:**    There's a couple things

8    that kind of wrong in that.  I'm –

9          **PRESIDING COMMISSIONER JULIEN:**    Yes,

10    cause it says you have shotguns.

11          **INMATE CHAVEZ:**    Right.

12          **PRESIDING COMMISSIONER JULIEN:**    You're

13    saying it wasn't a shotgun.

14          **INMATE CHAVEZ:**    No, we dint' have a

15    shotgun.

16          **PRESIDING COMMISSIONER JULIEN:**    What

17    kind of gun was it?

18          **INMATE CHAVEZ:**    It – it was a .22 –

19          **PRESIDING COMMISSIONER JULIEN:**    .22.

20          **INMATE CHAVEZ:**    – yeah, and some handgun

21    and – and different year that it happened.  It

22    wasn't '83.  It was '82.  But that –

23          **PRESIDING COMMISSIONER JULIEN:**    I'm

24    sorry, what?

25          **INMATE CHAVEZ:**    And the year was wrong,

26    too

27          **PRESIDING COMMISSIONER JULIEN:**    It

17

1  wasn't '82?

2          INMATE CHAVEZ:  It was '82, not '83.

3          PRESIDING COMMISSIONER JULIEN:  Oh.

4  Okay.  Okay, and - okay, so you two drive to -

5  you find these guys, and I don't have their

6  names.

7          INMATE CHAVEZ:  Robin Rivos.

8          PRESIDING COMMISSIONER JULIEN:  And

9  what, I mean, he was the one who -

10         INMATE CHAVEZ:  Yeah.

11         PRESIDING COMMISSIONER JULIEN:  - was

12  deceased.  And who else was there?

13         INMATE CHAVEZ:  Joaquin Lopez and Ralphie

14  Menez.

15         PRESIDING COMMISSIONER JULIEN:  Okay.

16  Now, were they actually shot?  Did they suffer

17  any injuries?

18         INMATE CHAVEZ:  Yes, they did.

19         PRESIDING COMMISSIONER JULIEN:  And what

20  happened to them?

21         INMATE CHAVEZ:  They were - they went to

22  jail after that for some old reasons.  I mean,

23  not -

24         PRESIDING COMMISSIONER JULIEN:  Did they

25  go to the hospital?

26         INMATE CHAVEZ:  Yes, they went to the

27  hospital then they went to the County Ward, yes.

18

1         **PRESIDING COMMISSIONER JULIEN:**    Okay, so

2    why weren't you charged with attempted murder

3    for them?

4         **INMATE CHAVEZ:**    We took a plea bargain.

5         **PRESIDING COMMISSIONER JULIEN:**    Okay.

6         **INMATE CHAVEZ:**    Uh-huh.

7         **PRESIDING COMMISSIONER JULIEN:**    Okay.

8    So - so then explain what happens once you

9    confront Mr. Lopez and Mr. Jimenez.

10        **INMATE CHAVEZ:**    I didn't actually

11   confront them yet.  Well, once I got out - start

12   to get out of my car they were shooting - they

13   started shooting at me.  And that's how it -

14        **PRESIDING COMMISSIONER JULIEN:**  So how

15   did they know -

16        **INMATE CHAVEZ:**    - stared.

17        **PRESIDING COMMISSIONER JULIEN:**    to shoot

18   you?

19        **INMATE CHAVEZ:**    I guess that's the car

20   they just tried to hijack.  You know. I guess

21   they were -

22        **PRESIDING COMMISSIONER JULIEN:**    You

23   mean, the - the car that were in was the car

24   that your wife -

25        **INMATE CHAVEZ:**    Was in, yes.

26        **PRESIDING COMMISSIONER JULIEN:**    Okay.

27   So they recognized -

19

1           **INMATE CHAVEZ:**   I - I - I - I cannot
2    speak for them.  I - I would - I would assume -
3           **PRESIDING COMMISSIONER JULIEN:**   So you
4    get out of the car and they start shooting?
5           **INMATE CHAVEZ:**   I - my codefendant
6    didn't get out of the car but I started - I
7    started to get out of the car.
8           **PRESIDING COMMISSIONER JULIEN:**   Or you -
9    or you - did you have your gun out?
10          **INMATE CHAVEZ:**   Yes, I have a gun - I
11   have a weapon.
12          **PRESIDING COMMISSIONER JULIEN:**   Okay.
13   And is it pointed at them or where is it?
14          **INMATE CHAVEZ:**   No, I actually can't
15   seem them yet cause they're - they're kind of
16   like - they (indiscernible)
17          **PRESIDING COMMISSIONER JULIEN:**   Why are
18   you getting out of the car?
19          **INMATE CHAVEZ:**   Cause I'm looking for
20   the - the driver of these cars or that car that
21   I found.  That's how I found them cause their
22   car - the - the same description -
23          **PRESIDING COMMISSIONER JULIEN:**   Okay,
24   you see the car and you park near the car.
25          **INMATE CHAVEZ:**   Right next to it, yeah.
26          **PRESIDING COMMISSIONER JULIEN:**   - and
27   then you the try to find where the people are

20

1   who should be in that car, okay.

2           INMATE CHAVEZ:    Uh-huh.

3           PRESIDING COMMISSIONER JULIEN:    Okay, so

4   then what happened?

5           INMATE CHAVEZ:    And the shots were fired

6   and - and I fired back and that's basically it.

7   A lot of commotion, a lot - and after that other

8   stuff happened but that wasn't really related to

9   that.  I was in my - our rival -

10          PRESIDING COMMISSIONER JULIEN:    **Uh-huh.**

11          INMATE CHAVEZ:    - territory, gang

12  territory, so a lot of shots were fired from me

13  - me trying to get out of there.  So.

14          PRESIDING COMMISSIONER JULIEN:    So how

15  does Mr. Rivos enter the picture?

16          INMATE CHAVEZ:    You know, he was there.

17  He was one - one of three.

18          PRESIDING COMMISSIONER JULIEN:    I

19  thought it was an innocent bystander.

20          INMATE CHAVEZ:    No.  No.

21          PRESIDING COMMISSIONER JULIEN:    Well, I

22  guess it's the innocent by - I get the

23  impression he was just walking out of his house

24  and -

25          INMATE CHAVEZ:    Yeah, no.  Well, it's -

26  it's - a lot of -

27          PRESIDING COMMISSIONER JULIEN:    Okay.

21

1          **INMATE CHAVEZ:**    - that's incorrect.

2          **PRESIDING COMMISSIONER JULIEN:**    So three

3    people were standing at this address on - is it

4    (indiscernible) Street?

5          **INMATE CHAVEZ:**    Yes.

6          **PRESIDING COMMISSIONER JULIEN:**    Three

7    people are standing in the front yard.  Is that

8    correct?.

9          **INMATE CHAVEZ:**  Pretty much.  Pretty so.

10   There was a - a big old party going on - on next

11   door and -

12         **PRESIDING COMMISSIONER JULIEN:**  Okay.

13         **INMATE CHAVEZ:**  That's why a lot of

14   people actually seen what happened.

15         **PRESIDING COMMISSIONER JULIEN:**    Oh,

16   okay, and one of them is Lopez and one is

17   Jimenez and one is Rivos?

18         **INMATE CHAVEZ:**    Rivos, yes.

19         **PRESIDING COMMISSIONER JULIEN:**    Okay,

20   and is it R-I-V-O-S?

21         **INMATE CHAVEZ:**    A-S.

22         **PRESIDING COMMISSIONER JULIEN:**  Okay.

23         **INMATE CHAVEZ:**    Uh-huh.

24         **PRESIDING COMMISSIONER JULIEN:**    Now,

25   does Mr. - do you see Mr. Rivas?  I mean, do you

26   see -

27         **INMATE CHAVEZ:**    Now, I see them.

·22

1    They're all - they're all three in front of me,

2    yes.

3            PRESIDING COMMISSIONER JULIEN:    And —

4            INMATE CHAVEZ:    Directly -

5            PRESIDING COMMISSIONER JULIEN:    - he

6    firing any guns?

7            INMATE CHAVEZ:    I can't tell you who was

8    firing.

9            PRESIDING COMMISSIONER JULIEN:    But you

10   hear guns?

11           INMATE CHAVEZ:    I'm not hear it.    That —

12   there was firing at me.

13           PRESIDING COMMISSIONER JULIEN:    But you

14   see -

15           INMATE CHAVEZ:    Yeah.

16           PRESIDING COMMISSIONER JULIEN:    -

17   bullets go by?

18           INMATE CHAVEZ:    Oh, yeah.    My car's full

19   of bullet holes.

20           PRESIDING COMMISSIONER JULIEN:    Because

21   you weren't hit so you must - did you see them?

22           INMATE CHAVEZ:    Full of bullet holes, my

23   car was.

24           PRESIDING COMMISSIONER JULIEN:    So how

25   do you think you escaped?

26           INMATE CHAVEZ:    Very fortunate.    Very

27   fortunate.

23

1        **PRESIDING COMMISSIONER JULIEN:**  So shots

2  were being fired and –

3        **INMATE CHAVEZ:**  Uh-huh.

4        **PRESIDING COMMISSIONER JULIEN:**   – and

5  then you decide to fire back.

6        **INMATE CHAVEZ:**  Yes.

7        **PRESIDING COMMISSIONER JULIEN:**   And then

8  what is Mr. Cantu doing?

9        **INMATE CHAVEZ:**  I can't really tell you

10  what he's doing because I'm not looking at him

11  but we're both firing, you know, and –

12        **PRESIDING COMMISSIONER JULIEN:**  So he's

13  firing, too?

14        **INMATE CHAVEZ:**  We're both firing, yes.

15        **PRESIDING COMMISSIONER JULIEN:**   Okay.

16  And are you just out unprotected?

17        **INMATE CHAVEZ:**  Unprotected.

18        **PRESIDING COMMISSIONER JULIEN:**   Okay.

19        **INMATE CHAVEZ:**  Uh-huh.

20        **PRESIDING COMMISSIONER JULIEN:**   And so

21  shots were being fired.  Do you have any idea

22  how many people were firing and do you know now

23  after reading some of the reports?

24        **INMATE CHAVEZ:**  I'm pretty sure one was

25  firing from in front of me but later there was

26  at least maybe four, five more guys.  Yes.

27        **PRESIDING COMMISSIONER JULIEN:**   Okay.

24

1  And is anything being said?

2       INMATE CHAVEZ:   No.  No.

3       PRESIDING COMMISSIONER JULIEN:   Okay, so

4  then you obviously fire and hit Mr. Rivas?

5       INMATE CHAVEZ:   Yes.

6       PRESIDING COMMISSIONER JULIEN:   Do you

7  know that you hit him?

8       INMATE CHAVEZ:   No, I don't.

9       PRESIDING COMMISSIONER JULIEN:   Do you -

10  gunshot wound to the head.

11      INMATE CHAVEZ:   Yes.

12      PRESIDING COMMISSIONER JULIEN:   So -

13      INMATE CHAVEZ:   I - I didn't -

14      PRESIDING COMMISSIONER JULIEN:   - that's

15  pretty good aim.

16      INMATE CHAVEZ:   - I didn't know.  Yeah.

17      PRESIDING COMMISSIONER JULIEN:   Do you

18  remember looking right at him and firing?

19      INMATE CHAVEZ:   No.  No.

20      PRESIDING COMMISSIONER JULIEN:   Okay, so

21  then at what point do you leave?

22      INMATE CHAVEZ:   During that we - we -

23  now, I - I - I really panic and I try to get out

24  of there.  And that's when all the other trouble

25  started, yeah.  But -

26      PRESIDING COMMISSIONER JULIEN:   But do

27  you leave?

25

1         **INMATE CHAVEZ:**  Yes. I'm trying to get –
2         **PRESIDING COMMISSIONER JULIEN:**   Get back
3   in your –
4         **INMATE CHAVEZ:**  – out of there.
5         **PRESIDING COMMISSIONER JULIEN:**  – car
6   and get out?
7         **INMATE CHAVEZ:**  Yes.
8         **PRESIDING COMMISSIONER JULIEN:**   And you
9   drive away?
10        **INMATE CHAVEZ:**  Yes.
11        **PRESIDING COMMISSIONER JULIEN:**   Okay,
12  and do you – are you hearing shots as you drive
13  away?
14        **INMATE CHAVEZ:**  Yes.
15        **PRESIDING COMMISSIONER JULIEN:**   Okay.
16  And you said they shot up your car and – okay.
17  So after you get in the car with Mr. Cantu what
18  do you guys say?
19        **INMATE CHAVEZ:**  We don't say nothing.
20  Don't say nothing.
21        **PRESIDING COMMISSIONER JULIEN:**   Are you
22  crying or –
23        **INMATE CHAVEZ:**  I –
24        **PRESIDING COMMISSIONER JULIEN:**   – are
25  you scared?  I mean, what do you do?
26        **INMATE CHAVEZ:**  Yeah, very, very
27  frightened, yes.  Very frightened.

26

1       **PRESIDING COMMISSIONER JULIEN:**    Okay, so
2   then where do you go?

3       **INMATE CHAVEZ:**    I go to our family
4   relative's - a relative's -

5       **PRESIDING COMMISSIONER JULIEN:**    So not
6   to your house?

7       **INMATE CHAVEZ:**    No.    I'm - I'm a little
8   ways away from my home, yeah.    And I just make
9   sure that - I ask him if he's - if he's hurt.
10  That's only thing we did.

11      **PRESIDING COMMISSIONER JULIEN:**    Mr.
12  Cantu?

13      **INMATE CHAVEZ:**    Mr. Cantu, yes.    Uh-huh.

14      **PRESIDING COMMISSIONER JULIEN:**    So you go
15  to your relative's house.    So at what point do
16  you find out that Mr. Rivas is killed?    ·

17      **INMATE CHAVEZ:**    I find out the same night
18  if I - if I remember correct.    The same night
19  cause the coroner's van was there.    Down there.

20      **PRESIDING COMMISSIONER JULIEN:**    Did -
21  did you go back?

22      **INMATE CHAVEZ:**    Yes, I went -

23      **PRESIDING COMMISSIONER JULIEN:**    I mean,
24  how did you see it?

25      **INMATE CHAVEZ:**    - I - I - I went - I - I
26  actually drove back with him and -

27      **PRESIDING COMMISSIONER JULIEN:**    Why?

27

1      **INMATE CHAVEZ:** – seen too many police

2   officers.  I – I – I don't know.  I can't

3   explain my actions.  Very – very stupid.

4      **PRESIDING COMMISSIONER JULIEN:**  Weren't'

5   you scared to go back there?

6      **INMATE CHAVEZ:**  Yes.  Yes, I was.

7      **PRESIDING COMMISSIONER JULIEN:**  Did you

8   go back there to kill him?

9      **INMATE CHAVEZ:**  No.  No.

10      **PRESIDING COMMISSIONER JULIEN:**  Did you

11   go back there to get him?

12      **INMATE CHAVEZ:**  No.

13      **PRESIDING COMMISSIONER JULIEN:**  So why

14   did you go back there?

15      **INMATE CHAVEZ:**  Just to see what

16   happened.  To see what – I didn't go actually to

17   the – to the place but a few blocks away.

18      **PRESIDING COMMISSIONER JULIEN:**

19   (Indiscernible) coroner, okay.

20      **INMATE CHAVEZ:**  Yes,

21      **PRESIDING COMMISSIONER JULIEN:**  So you

22   see the coroner's van and you realized that

23   someone did die.  So what –

24      **INMATE CHAVEZ:**  Yes.

25      **PRESIDING COMMISSIONER JULIEN:**  – did

26   you think?

27      **INMATE CHAVEZ:**  I was very scared.  Very

28

1    scared.

2            **PRESIDING COMMISSIONER JULIEN:**    Okay,

3    and then what do you do?

4            **INMATE CHAVEZ:**    I went home after that.

5    Oh, I went - I went to a friend's house real

6    quick that there was some kind of party going on

7    and - and I was just checking out my car and

8    stuff like that.    Yeah.

9            **PRESIDING COMMISSIONER JULIEN:**    Well,

10   did you party?

11           **INMATE CHAVEZ:**    No.    No, I went home

12   after that.

13           **PRESIDING COMMISSIONER JULIEN:**    Okay, so

14   did you have any - were you having - did you -

15   did you have any drugs or alcohol before you

16   went to the crime scene?

17           **INMATE CHAVEZ:**    No, I don't - we don't

18   drink or use drugs.    We drink occasionally but

19   I was on my way to work.    I was supposed to go

20   to work in an hour or two.

21           **PRESIDING COMMISSIONER JULIEN:**    Okay.

22   So when you say this isn't gang related it

23   basically means that you had - you were a member

24   of a gang and they were members of the gang but

25   it wasn't a gang issue.    It was the issue of Mr.

26   Lopez and Jimenez -

27           **INMATE CHAVEZ:**    Yes.

29

1          **PRESIDING COMMISSIONER JULIEN:**    —

2    confronting your wife?  Do you have any idea if

3    Mr. Rivas was one of the people who confronted

4    your wife?

5          **INMATE CHAVEZ:**  Yes, he was.  It was.

6          **PRESIDING COMMISSIONER JULIEN:**    He was?

7          **INMATE CHAVEZ:**  Yeah.

8          **PRESIDING COMMISSIONER JULIEN:**    So when

9    you read this Board report did you say well,

10   gee, he wasn't an innocent bystander?

11         **INMATE CHAVEZ:**  Yes.  Yeah.

12         **PRESIDING COMMISSIONER JULIEN:**    Okay.

13   Well, I mean, the man is still dead.

14         **INMATE CHAVEZ:**  Yes.

15         **PRESIDING COMMISSIONER JULIEN:**    And he

16   didn't deserve to die.

17         **INMATE CHAVEZ:**  Yes.

18         **PRESIDING COMMISSIONER JULIEN:**    So him

19   not being an innocent bystander, you know,

20   mitigate in that way.  Just puts a — another

21   spin on things so.

22         **INMATE CHAVEZ:**  Uh-huh.

23         **PRESIDING COMMISSIONER JULIEN:**    Okay.

24   So how do you feel about his death now?

25         **INMATE CHAVEZ:**  Terrible.  Terrible.  His

26   family, I mean, it's still — it's still going

27   on.  You know, it doesn't stop.  His children,

30

1   mother.

2        **PRESIDING COMMISSIONER JULIEN:**   Okay, so

3   what do you know about him?  What did you learn

4   about him?

5        **INMATE CHAVEZ:**   His family alive – I know

6   that he was a Marine.  He was a Marine and –

7        **PRESIDING COMMISSIONER JULIEN:**   Was he

8   home on leave?

9        **INMATE CHAVEZ:**   I don't know that.  I

10  don't know.  He actually lives pretty close to

11  my other family members.  You know, in the same

12  area.

13       **PRESIDING COMMISSIONER JULIEN:**   Uh-huh.

14       **INMATE CHAVEZ:**   Uh-huh.

15       **PRESIDING COMMISSIONER JULIEN:**   And he

16  had children?

17       **INMATE CHAVEZ:**   He had a daughter, if I

18  recall.

19       **PRESIDING COMMISSIONER JULIEN:**   Okay.

20  And anything else?  Did you, I mean, did you

21  know him?

22       **INMATE CHAVEZ:**   No, I didn't know him.

23  No.  And, you know, if – if we want to really

24  get down to exactly gangs, I mean, if I grew up

25  right and, you know, if I didn't grow up in,

26  say, being a gang member of course maybe none of

27  this would have happened.  So if we really want

31

1  to go look back at it and say that well, what

2  exactly happened, sure being brought up in a

3  gang of course I grew up in - in probably a

4  violent manner.  Handled things.  But to me and

5  my personal - this has nothing to do with issue

6  of gangs.  Nothing.  No.

7       **PRESIDING COMMISSIONER JULIEN:**  Okay, so

8  you all were in gangs, you had a gang mentality

9  which is why you're walking around with guns.

10       **INMATE CHAVEZ:**  I actually didn't have a

11  gang mentality any longer but yes.  Yes.

12       **PRESIDING COMMISSIONER JULIEN:**   I'm

13  sorry, what?

14       **INMATE CHAVEZ:**  I didn't have a gang

15  mentality any longer.

16       **PRESIDING COMMISSIONER JULIEN:**   Yeah,

17  but you're still walking around with loaded

18  guns?  That's not - I imagine a lot of people do

19  that but -

20       **INMATE CHAVEZ:**  Uh-huh.

21       **PRESIDING COMMISSIONER JULIEN:**   -

22  hopefully not too many.

23       **INMATE CHAVEZ:**     Yes.

24       **PRESIDING COMMISSIONER JULIEN:**   I mean,

25  you know.  I think if you - well, you - come on,

26  you would have to admit that being in a gang and

27  being in that gang environment would make you

32

1   prone to act more violent -

2        INMATE CHAVEZ:  Yes.

3        PRESIDING COMMISSIONER JULIEN:   - than

4   some one who isn't?

5        INMATE CHAVEZ:  Yes.

6        PRESIDING COMMISSIONER JULIEN:   Okay.

7   Okay.  So did you have any restitution?

8        INMATE CHAVEZ:  No.

9        PRESIDING COMMISSIONER JULIEN:   No?  Why

10  not?

11       INMATE CHAVEZ:  I don't know.

12       PRESIDING COMMISSIONER JULIEN:   Let's

13  say you had to give $1,000 to his daughter.

14       INMATE CHAVEZ:  Uh-huh.  Gladly.

15       PRESIDING COMMISSIONER JULIEN:   Wrongful

16  death.  You weren't - there was no civil?

17       INMATE CHAVEZ:  No.

18       PRESIDING COMMISSIONER JULIEN:  Okay.

19  Okay, and have you read - I think - did you read

20  - write a letter of remorse?

21       INMATE CHAVEZ:  I asked permission if I -

22  his - his brother -

23       PRESIDING COMMISSIONER JULIEN:   Right.

24       INMATE CHAVEZ:  - is (indiscernible)

25  County Sheriff and I asked permission if I could

26  do that and they told me no.  That, you know, I

27  (indiscernible) -

33

1        **PRESIDING COMMISSIONER JULIEN:**    Okay,

2   but you wrote - no, you didn't write - I thought

3   you wrote something.  No?  Well, you can write a

4   letter of remorse as an exercise for yourself.

5   Don't necessarily have to give it to them -

6        **INMATE CHAVEZ:**   Uh-huh.

7        **PRESIDING COMMISSIONER JULIEN:**    - to the

8   family.  I thought I had seen something that you

9   had written but (indiscernible). Okay, this

10  statement that we'll look over as well.  Okay.

11  Now, tell me about your - you have a Close

12  juvenile number to your prior record.  So

13  obviously that means that you had some juvenile

14  encounters with the law.

15       **INMATE CHAVEZ:**   Uh-huh.

16       **PRESIDING COMMISSIONER JULIEN:**    Can you

17  tell me what those were?

18       **INMATE CHAVEZ:**   Yeah.  Just one.  I - I

19  like to carry weapons.  That's my prob - and I

20  and I got caught with a weapon.

21       **PRESIDING COMMISSIONER JULIEN:**    Okay.

22  And how do you feel about carrying weapons now?

23       **INMATE CHAVEZ:**    Totally against it.

24       **PRESIDING COMMISSIONER JULIEN:**    How do

25  you fee about taking the law into your own

26  hands?

27       **INMATE CHAVEZ:**   Against that.

34

1    **PRESIDING COMMISSIONER JULIEN:**    Okay, so

2    you get out and you have your grandchild with

3    you.  You're going to Wal-Mart or something like

4    that and somebody robs you, okay.

5    **INMATE CHAVEZ:**    I get –

6    **PRESIDING COMMISSIONER JULIEN:**    Almost –

7    no, wait.    Almost takes –

8    **INMATE CHAVEZ:**    Oh.

9    **PRESIDING COMMISSIONER JULIEN:**    – almost

10   hits your granddaughter, whatever.  And you do

11   escape unharmed.  What do you do after that?

12   **INMATE CHAVEZ:**    Call the police.

13   **PRESIDING COMMISSIONER JULIEN:**    Okay, and

14   do you – are you tempted to carry a weapon?

15   **INMATE CHAVEZ:**    Not at all, no.

16   **PRESIDING COMMISSIONER JULIEN:**    You –

17   but you've already – your granddaughter –

18   **INMATE CHAVEZ:**    Yeah.

19   **PRESIDING COMMISSIONER JULIEN:**    – almost

20   got hurt.

21   **INMATE CHAVEZ:**    No, I – I'm – I'm not

22   tempted to carry a weapon at all.  And I'll make

23   sure that I – well, I would try to make sure

24   that I don't put myself in a sit – in any

25   situation that I could have –

26   **PRESIDING COMMISSIONER JULIEN:**    Yeah,

27   but that could happen to anybody.

35

1          **INMATE CHAVEZ:**  Yes, it can, yeah.

2          **PRESIDING COMMISSIONER JULIEN:**    I mean,

3   it happens to innocent people all the time.

4          **INMATE CHAVEZ:**   I know.  I know.   I wish

5   I had an answer.

6          **PRESIDING COMMISSIONER JULIEN:**   So how

7   are you going to protect your family?

8          **INMATE CHAVEZ:**  Not by violence, I'll

9   tell you that.  Not that way.

10         **PRESIDING COMMISSIONER JULIEN:**  Okay.

11  And then this was your - you were - were you - I

12  - well, you were 19.  Is that what you said?

13         **INMATE CHAVEZ:**   18.

14         **PRESIDING COMMISSIONER JULIEN:**    18, so

15  you - this would've been your only adult?

16         **INMATE CHAVEZ:**  Yes.

17         **PRESIDING COMMISSIONER JULIEN:**   Okay.

18  Okay, so you - as we talked about you don't -

19  you're not a drug or alcohol user.  And you

20  never have been, is that correct?

21         **INMATE CHAVEZ:**  Occasional would - would

22  drink a little, you know.  But no, I don't - we

23  don't abuse any of that.

24         **PRESIDING COMMISSIONER JULIEN:**   You said

25  we.  What does the we mean?

26         **INMATE CHAVEZ:**   Well, me - I meant

27  Cantu.  I -

36

1      **PRESIDING COMMISSIONER JULIEN:**    Oh,

2    okay.  Okay.  Okay.  And so you were – you claim

3    membership in the Avenues gang for four years.

4    Is that correct?

5          **INMATE CHAVEZ:**  Yes.

6          **PRESIDING COMMISSIONER JULIEN:**    Okay.

7    So now, tell me about your wife.  Are you – I

8    don't understand cause this report from March

9    2004 says that you're separated from his wife.

10          **INMATE CHAVEZ:**  I married again.

11          **PRESIDING COMMISSIONER JULIEN:**    And your

12    two children live with your brother.  Is that

13    correct.

14          **INMATE CHAVEZ:**  That's changed.  No, I –

15    I am married again.  My – my children are on

16    their own.

17          **PRESIDING COMMISSIONER JULIEN:**    Yeah,

18    cause they're older.

19          **INMATE CHAVEZ:**  Yes.

20          **PRESIDING COMMISSIONER JULIEN:**    How old

21    are they?  You said –

22          **INMATE CHAVEZ:**  24 and 23.

23          **PRESIDING COMMISSIONER JULIEN:**    Okay.

24    And your wife is – she lives around here, right?

25          **INMATE CHAVEZ:**  Yes.

26          **PRESIDING COMMISSIONER JULIEN:**    Yvonne?

27          **INMATE CHAVEZ:**  Yes.

37

1          **PRESIDING COMMISSIONER JULIEN:**  Okay, and

2   you've been married to her for eight years?

3          **INMATE CHAVEZ:**  Uh-huh.

4          **PRESIDING COMMISSIONER JULIEN:**   So this

5   is really dated.  Were you, I mean, were you

6   ever separated from her?

7          **INMATE CHAVEZ:**  No.

8          **PRESIDING COMMISSIONER JULIEN:**   Okay.

9   No, cause like I said this report is 2004 and

10  they're saying you're separated.

11         **INMATE CHAVEZ:**  They're talking about my

12  first wife.

13         **PRESIDING COMMISSIONER JULIEN:**   Yeah,

14  but it shouldn't say that in 2004 because you

15  were remarried by then, right?

16         **INMATE CHAVEZ:**  Yes.

17         **PRESIDING COMMISSIONER JULIEN:**   Okay.

18  No, when I was reading it, I was very confused.

19  Okay.  So - okay, so in terms of your parole

20  plans.  So did Yvonne move up here to be closer

21  to you?

22         **INMATE CHAVEZ:**  Yes, she did.

23         **PRESIDING COMMISSIONER JULIEN:**   Okay,

24  because she's - is she from the same area you

25  are?  Los Angeles?

26         **INMATE CHAVEZ:**  She's from - yes.

27  Glendale.

38

1      **PRESIDING COMMISSIONER JULIEN:**   Okay,

2   and how did you meet?

3      **INMATE CHAVEZ:**  She knows some of my

4   family members and we – we met through writing –

5   writing letters.

6      **PRESIDING COMMISSIONER JULIEN:**   And – so

7   when you were in here?  When you were

8   incarcerated?

9      **INMATE CHAVEZ:**  Yes.

10      **PRESIDING COMMISSIONER JULIEN:**   Okay.

11   And how long after you were incarcerated did you

12   get divorced from your first wife?

13      **INMATE CHAVEZ:**  You know what, when –

14   when I left – when I got sentenced and left the

15   (indiscernible) County Jail I never seen her

16   again so – but I didn't actually get –

17      **PRESIDING COMMISSIONER JULIEN:**   You were

18   trying to protect her and you don't see her

19   again?

20      **INMATE CHAVEZ:**  It's not my choice.

21      **PRESIDING COMMISSIONER JULIEN:**   Okay, so

22   what happens to your kids?  They go live with

23   your brother?

24      **INMATE CHAVEZ:**  No, not – not at the

25   time.  They go with her and – and I lose – I

26   lose control or lose touch with all of them for

27   a long – for a few years and I don't know where

39

1    they're at so I don't know exactly what happened

2    to them during that time but they've come later

3    and visit me and stuff like that. Yes. But I

4    got divorced from my first wife, Donna.

5        PRESIDING COMMISSIONER JULIEN:  Donna?

6        INMATE CHAVEZ:  Yes.  I think in '96, I

7    think, or '97.

8        PRESIDING COMMISSIONER JULIEN:    Okay, so

9    then you meet Yvonne.

10        INMATE CHAVEZ:  I met her in '95, yes.

11        PRESIDING COMMISSIONER JULIEN:    Okay,

12    and you build a relationship and end up getting

13    married.

14        INMATE CHAVEZ:  Uh-huh.

15        PRESIDING COMMISSIONER JULIEN:  And,

16    apparently, her family really likes you.  Her

17    mother's extended a - a residence offer?

18        INMATE CHAVEZ:  Yes.

19        PRESIDING COMMISSIONER JULIEN:   And how

20    do you explain that?

21        INMATE CHAVEZ:  I don't understand that.

22    I mean, what do you mean?

23        PRESIDING COMMISSIONER JULIEN:    Well, I

24    mean, you're in prison.  You're a convicted

25    murderer.  I can't say if I married a convicted

26    murderer I don't think my family would be that

27    embracing.

40

1          INMATE CHAVEZ:  Yeah.

2          PRESIDING COMMISSIONER JULIEN:    So how

3    do you explain that her family has accepted this

4    situation?

5          INMATE CHAVEZ:  I can't really explain.

6    I - like I say, I'm very fortunate that they

7    have.

8          PRESIDING COMMISSIONER JULIEN:    And have

9    - do they visit you?  Do they know you?

10         INMATE CHAVEZ:  Yes, they've come to see

11   me.  Yes.  Uh-huh

12         PRESIDING COMMISSIONER JULIEN:    Okay,

13   and does Yvonne have any children?

14         INMATE CHAVEZ:  Yes.  Two sons.

15         PRESIDING COMMISSIONER JULIEN:    Okay,

16   and how old are they?

17         INMATE CHAVEZ:  19 and 18.

18         PRESIDING COMMISSIONER JULIEN:    Oh.

19   Now, do they live here - up here, as well?

20         INMATE CHAVEZ:  No, they don't.

21         PRESIDING COMMISSIONER JULIEN:    And they

22   live in LA?

23         INMATE CHAVEZ:  Yes.

24         PRESIDING COMMISSIONER JULIEN:    Okay.

25   And what are they doing?

26         INMATE CHAVEZ:  They're working and going

27   to school.

41

1          **PRESIDING COMMISSIONER JULIEN:**    Okay.

2    And they live with their father or –

3          **INMATE CHAVEZ:**  Yes.

4          **PRESIDING COMMISSIONER JULIEN:**    And –

5    okay.  What do they think about this?

6          **INMATE CHAVEZ:**  Well, what?  About –

7          **PRESIDING COMMISSIONER JULIEN:**    Your –

8    marriage.

9          **INMATE CHAVEZ:**  – our relationship.  I'm

10   sure it was very hard on them at first, you

11   know, but they've come to see me a lot,

12   actually, and I visit with them and we're all

13   pretty close.  You know.  We are – I – I see

14   they accept it.

15         **PRESIDING COMMISSIONER JULIEN:**    Okay.

16   Okay, and so you have another residence option

17   and that is with your mother in Long Beach?

18   Okay.  And then in terms of employment, your

19   mother-in-law, and it's Norma Otero, O-T-E-R-O?

20         **INMATE CHAVEZ:**  Uh-huh.

21         **PRESIDING COMMISSIONER JULIEN:**    They own

22   a company, and I think we have a letter here go

23   into details more and they have extended you a

24   job offer.  Is that correct?

25         **INMATE CHAVEZ:**  That's correct.

26         **PRESIDING COMMISSIONER JULIEN:**    Okay,

27   and is that what you would do?

42

1          INMATE CHAVEZ:  Probably not.

2          PRESIDING COMMISSIONER JULIEN:    Okay.

3   Well, you're going to say to your mother-in-law?

4   Okay, so what would you do?

5          INMATE CHAVEZ:    Well, my - my first

6   choice would be to go with my mother and her

7   husband.

8          PRESIDING COMMISSIONER JULIEN:    Oh, to

9   live there?

10          INMATE CHAVEZ:  To work and live for -

11  yes.  They also offered me a job.

12          PRESIDING COMMISSIONER JULIEN:

13  (Indiscernible).  Okay.  Okay, and when we -

14  when I cover the letters I'll do that.  Okay.

15  So - oops, so and that is in Los Angeles County?

16          INMATE CHAVEZ:  Long Beach.  Long -Los -

17          PRESIDING COMMISSIONER JULIEN:

18  (Indiscernible).

19          INMATE CHAVEZ:  Yeah, LA County.

20          PRESIDING COMMISSIONER JULIEN:    So

21  you're - then Yvonne would move?

22          INMATE CHAVEZ:  Yes.

23          PRESIDING COMMISSIONER JULIEN:    So what

24  does Yvonne do now?  Where does she work?

25          INMATE CHAVEZ:  She's an insurance

26  underwriter.

27          PRESIDING COMMISSIONER JULIEN:    And

43

1    where does she – what city does she work in?

2         INMATE CHAVEZ:  Salinas.

3         PRESIDING COMMISSIONER JULIEN:  Okay.

4    And –

5         INMATE CHAVEZ:  (Indiscernible).

6         PRESIDING COMMISSIONER JULIEN:  Yeah.

7    And – okay.  We can go now then to your letters.

8    And before I forget the Board sends out 3042

9    notices which are notices that go to law

10   enforcement and the courts and others who might

11   have an interest in your case and I don't have

12   any opposition letters here.  However, we do

13   have the presence of the District Attorney of

14   Los Angeles County who can – who will speak

15   shortly.  And okay, so we have a letter from

16   George and Steve – is it Deater?

17        INMATE CHAVEZ:  Deater.

18        PRESIDING COMMISSIONER JULIEN:  D-E-A-T-

19   E-R.  And they say that "Santos strives to do

20   his best each and every day.  He not being

21   influenced by negativity.  His strength is to be

22   admired.  He would also have employment should

23   he ever accept.  We are owners of George's –

24   George's Yellow and Checker Taxis in Santa Rosa

25   and have offered Santos a job in maintenance.

26   We would love for him to work for us."  So they

27   own like a taxi –

44

1          **INMATE CHAVEZ:**  Yeah, it's a company.

2          **PRESIDING COMMISSIONER JULIEN:**    -

3    service or something?  Okay.  Okay, in Santa

4    Rosa.  Now, how did you meet the Deater's?

5          **INMATE CHAVEZ:**  These are friends from –

6    from here visiting – in the visiting room.  We

7    met them over the years.

8          **PRESIDING COMMISSIONER JULIEN:**  Okay, so

9    were they visiting a relative?

10          **INMATE CHAVEZ:**  Yes.

11          **PRESIDING COMMISSIONER JULIEN:**  Okay.

12    Okay, and that's a nice offer.  And then we have

13    a letter from your mother and stepfather.

14          **INMATE CHAVEZ:**  Uh-huh.

15          **PRESIDING COMMISSIONER JULIEN:**  Is that

16    correct?

17          **INMATE CHAVEZ:**  Correct.

18          **PRESIDING COMMISSIONER JULIEN:**  And they

19    – and your mother is Ruth Cordero-Heather –

20          **INMATE CHAVEZ:**  Heatherington.

21          **PRESIDING COMMISSIONER JULIEN:**    -

22    Heatherington.  And that is C-O-R-D-E-R-O.  And

23    then hyphen H-E-A-T-H-E-R-I-N-G-T-O-N.  And her

24    daughter is – I'm sorry, her husband is Dale, D-

25    A-L-E.  And she has a daughter, Morgen.  And

26    that's with an E.  Now, how many brothers and

27    sisters do you have?

45

1          **INMATE CHAVEZ:**   I have two brothers and

2    two sisters.

3          **PRESIDING COMMISSIONER JULIEN:**   Okay.

4    And okay, so it says "it's our intent to help my

5    son, Santos, by opening our home to him and his

6    wife, Yvonne."   And her husband is a detective

7    with the Los Angeles Police Department.   Is that

8    correct?

9          **INMATE CHAVEZ:**   Yes.

10         **PRESIDING COMMISSIONER JULIEN:**   Says for

11   34 years.   Is he retired?

12         **INMATE CHAVEZ:**   I think just retired last

13   year.

14         **PRESIDING COMMISSIONER JULIEN:**   Okay.

15   Usually they don't stay that long.   Okay.   And

16   when did they meet or how long have they been

17   married?

18         **INMATE CHAVEZ:**   I - I think about ten

19   years.

20         **PRESIDING COMMISSIONER JULIEN:**   Okay.

21         **INMATE CHAVEZ:**   Get married.

22         **PRESIDING COMMISSIONER JULIEN:**   So she

23   says "my husband, Dale, has already met my son,

24   Santos, and likes him and wants to help him.   My

25   son also knows that Dale is a detective with the

26   LAPD.   Santos likes and respects him so that he

27   even talks about him to some of the inmates."

46

1    How does that go over?  Okay.  She says "we'll

2    give him love, support, respect, necessities,

3    and, most importantly, my husband owns a car

4    wash and is willing to let him work for him so

5    that my son can be self-sufficient."  So is that

6    the job that you would accept?

7         INMATE CHAVEZ:  Yes.

8         PRESIDING COMMISSIONER JULIEN:   Okay.

9    So does he - so now that your stepfather's

10   probably retired so now is he managing the car

11   wash full-time or what do you think?

12        INMATE CHAVEZ:  He owns so I - I'm sure

13   he has workers -

14        PRESIDING COMMISSIONER JULIEN:   Yeah.

15        INMATE CHAVEZ:  Yes.

16        PRESIDING COMMISSIONER JULIEN:   But he's

17   probably taking a more active role.  So now is

18   this - does he have children?  Dale?

19        INMATE CHAVEZ:  Yes, he does.

20        PRESIDING COMMISSIONER JULIEN:   How

21   many?

22        INMATE CHAVEZ:  I think two.

23        PRESIDING COMMISSIONER JULIEN:   Boys or

24   girls?

25        INMATE CHAVEZ:  boys.

26        PRESIDING COMMISSIONER JULIEN:   And are

27   they a part of the car wash?

47

1          **INMATE CHAVEZ:** No.

2          **PRESIDING COMMISSIONER JULIEN:**    No?    Do

3    they live in LA?

4          **INMATE CHAVEZ:** I don't know where they

5    live.

6          **PRESIDING COMMISSIONER JULIEN:**    How

7    come?

8          **INMATE CHAVEZ:** I've never met them.    I -

9    I don't know where they live.

10          **PRESIDING COMMISSIONER JULIEN:**    You

11    haven't - he hasn't talked about them?

12          **INMATE CHAVEZ:** Oh, sure.    He's talked

13    about them.    I'm sure they live somewhere in the

14    area but I - I can't tell you exactly where.

15          **PRESIDING COMMISSIONER JULIEN:**    And

16    you've never - so how do they - how do you think

17    they feel about you?

18          **INMATE CHAVEZ:** I'd have no idea.

19          **PRESIDING COMMISSIONER JULIEN:**    Okay.

20    Okay, no, I'm just interested to see if this was

21    a family business-type of a thing.    So do you

22    think that this is a family business?    If you

23    like the car wash, if you liked working there,

24    managing there or whatever, is it something that

25    you would want to continue with?

26          **INMATE CHAVEZ:** Maybe, yes.    Well, I'm

27    also employed on - on my own so -

48

1          **PRESIDING COMMISSIONER JULIEN:**    Oh,

2    yeah.

3          **INMATE CHAVEZ:**  Yeah, so, I mean –

4          **PRESIDING COMMISSIONER JULIEN:**    Some

5    times if it's a good business it's worth –

6          **INMATE CHAVEZ:**  Yes.

7          **PRESIDING COMMISSIONER JULIEN:**    – being

8    in on your own business.  Okay, and then your

9    mother goes on to say "he's also able to express

10   regret and remorse and is totally sorry for what

11   has happened.  There was a time that Santos has

12   a wall between himself and his family.  Now the

13   barrier's gone I sense no tension and no wall

14   which has enabled him to grow and mature."  So

15   what was your life like growing up?  Your home

16   life?  Here's the copy of the letter.

17         **INMATE CHAVEZ:**    I would say normal but,

18   you know, I, I mean, I don't – I don't –

19         **PRESIDING COMMISSIONER JULIEN:**    Was your

20   father there?

21         **INMATE CHAVEZ:**      Yes.

22         **PRESIDING COMMISSIONER JULIEN:**    So your

23   father – your parents are married and obviously

24   at some point they got divorced?

25         **INMATE CHAVEZ:**      Yeah, they were

26   divorced so I – yeah.

27         **PRESIDING COMMISSIONER JULIEN:**    How old

49

1  are you?

2          **INMATE CHAVEZ:**  When that happened?

3          **PRESIDING COMMISSIONER JULIEN:**  Yes.

4          **INMATE CHAVEZ:**  14.  Was it 14, 13?

5          **PRESIDING COMMISSIONER JULIEN:**  Was it

6  hard?

7          **INMATE CHAVEZ:**  Oh, yeah, of course.

8  Every – every, you know, child doesn't want

9  their parents to get divorced but pretty hard.

10          **PRESIDING COMMISSIONER JULIEN:**  Okay.

11  And then you stayed with your mother?

12          **INMATE CHAVEZ:**     Yes.

13          **PRESIDING COMMISSIONER JULIEN:**  And is

14  that – that would correlate to about the time

15  you started getting involved with the gang?

16          **INMATE CHAVEZ:**  Yes.

17          **PRESIDING COMMISSIONER JULIEN:**  Is that

18  correct?

19          **INMATE CHAVEZ:**  Yeah.

20          **PRESIDING COMMISSIONER JULIEN:**      Okay.

21  And older brothers?

22          **INMATE CHAVEZ:**  No.  They're all –

23  everyone's younger than me.

24          **PRESIDING COMMISSIONER JULIEN:**  Oh, so

25  you're – okay, you're the oldest.  What kind of

26  example were you setting?

27          **INMATE CHAVEZ:**  I didn't go to – I – I –

50

1   I did take care of them as best I could, you

2   know, when we were younger but not - not a good

3   example at all, no.

4           **PRESIDING COMMISSIONER JULIEN:**   Okay, so

5   what part do you think your father moving had to

6   do with how your - you proceeded with your life

7   during that time?

8           **INMATE CHAVEZ:**   You know, personally, I -

9   I don't blame him or any other adult for this or

10  for my growing up. I had my own - I did my

11  choices and, you know, this is my fault.   I'm

12  sure if I - if he was there I wouldn't get as

13  much trouble but I don't think it had any impact

14  on me getting into trouble at all.   I knew

15  better.

16          **PRESIDING COMMISSIONER JULIEN:**   Okay.

17  So you're - then we have a letter from Kathleen

18  and Langley, L-A-N-G-L-E-Y.   And she lives in -

19  what is it?   Kings Beach?

20          **INMATE CHAVEZ:**   Yes.   In Lake -

21          **PRESIDING COMMISSIONER JULIEN:**      Is

22  that -

23          **INMATE CHAVEZ:**   - Tahoe.

24          **PRESIDING COMMISSIONER JULIEN:**   Oh,

25  okay.   And how do you know Kathleen?

26          **INMATE CHAVEZ:**   Through visiting.

27          **PRESIDING COMMISSIONER JULIEN:**   Okay.

51

1    She says "it's time for Santos to be paroled and

2    get on with life.  Here's what I'm prepared to

3    offer to help Santos and his family.  I own a

4    thriving business.  I'm right now stating my

5    offer of full-time employment for Santos with a

6    living wage.  I also own a large home; I'd be

7    happy to give Mr. and Mrs. Chavez room and board

8    until they are safely on their feet."  Now, how

9    do you know - what is her business?  It just - a

10   - a business card is copied on -

11        INMATE CHAVEZ:  She owns a -

12        PRESIDING COMMISSIONER JULIEN:    Yeah, I

13   do have my glasses on.  Last night I had a hard

14   time reading this but Lucky Seven Tattoo and

15   Piercing"  Well, I guess you'd be an expert on

16   that, huh?

17        INMATE CHAVEZ:  Uh-huh.

18        PRESIDING COMMISSIONER JULIEN:   Okay, I

19   guess it is thriving.  Tattoos seem to be the

20   rage.  Okay, so she has a tattoo company.

21        INMATE CHAVEZ:  Uh-huh.

22        PRESIDING COMMISSIONER JULIEN:   Okay.

23   And she is inviting you to work there.  Okay,

24   but would you - you said your first choice would

25   be with your mother and stepfather.

26        INMATE CHAVEZ:  That'd be my first -

27        PRESIDING COMMISSIONER JULIEN:

1    (Indiscernible).

2            **INMATE CHAVEZ:**  - choice, yes,.

3            **PRESIDING COMMISSIONER JULIEN:**  Okay.

4    And so it's Karin or Kathleen.  You said she'd

5    been visiting.  Was she visiting you?  Was she

6    visiting somebody else?  Who was she visiting?

7            **INMATE CHAVEZ:**  She does actually visit

8    me every once in awhile, yes, but she's a friend

9    of my wife's.

10            **PRESIDING COMMISSIONER JULIEN:**  Okay.

11            **INMATE CHAVEZ:**  Uh-huh.

12            **PRESIDING COMMISSIONER JULIEN:**  Okay,

13    and oh, you had some extra letters from - that

14    you gave us today.  And this is a letter from

15    your little sister, Morgen, M-O-R-G-E-N.  Now,

16    how come she has a different last name?

17    Darbyshire.

18            **INMATE CHAVEZ:**  Yes.

19            **PRESIDING COMMISSIONER JULIEN:**  Is that

20    is?  D-A-R-B-Y-S-H-I-R-E.

21            **INMATE CHAVEZ:**  Uh-huh.

22            **PRESIDING COMMISSIONER JULIEN:**  Now, how

23    did - why does she have a different last name?

24            **INMATE CHAVEZ:**  She - she has a different

25    father.

26            **PRESIDING COMMISSIONER JULIEN:**  Okay.

27    So has your mother married three times?

1          **INMATE CHAVEZ:**    Three times.

2          **PRESIDING COMMISSIONER JULIEN:**    Okay.

3    So Morgen says "it's time – it's that time again

4    for us to get acquainted and talk a little bit

5    about my brother.  When I look at him he's my

6    oldest brother, someone with an amazing sense of

7    humor and astonishing amount of strength

8    mentally, physically and emotionally.  Somebody

9    wakes up daily and still manages to smile and

10   have a positive outlook.  I know that you read

11   letters all the time and may I tell you how

12   well-cared for this person will be.  How many

13   jobs are available for him, etcetera, etcetera.

14   You may not believe me when I say that Santos

15   Chavez is really different.  Our family has been

16   through a lot."  You – she says "we've all been

17   separated but have managed to come back together

18   again.  And that you – the family has been

19   working very hard to maintain this process."

20   And how old is she?

21         **INMATE CHAVEZ:**    23.

22         **PRESIDING COMMISSIONER JULIEN:**    Okay,

23   well, this is a very well-thought out letter.

24   "I admit I did not see the boy that committed

25   this crime but I do see a man that understands

26   what he did and fully accepts responsibility for

27   his actions.  In regards to what I can do for

54

1   Santos and his family.  Well, I will house them,

2   feed them, help them go to school – help him go

3   to school.  Etcetera.  The things I am looking

4   forward to the most are being able to see him

5   and throw my arms around him any time I choose."

6   Now, does she have children?

7           INMATE CHAVEZ:  No.

8           PRESIDING COMMISSIONER JULIEN:   Okay.

9   She says "there are so many resources available

10  to us and one of the reasons why I love my

11  brother so much is he's able to remind of the

12  simpler things and how unconditional love and

13  happiness are – both are to the – to – are two –

14  that love and happiness are two of the most

15  simple yet important things in the world."

16  Okay.  And she goes on to say "I hope that when

17  you finish reading this letter you will not just

18  see a number on your schedule of hearings but a

19  man and the realization that your decisions in

20  both your cynicism and our faith will either

21  give or take a family's freedom and joy."  Okay.

22  Well, tell her that was a very well-written

23  letter.  And now we have a letter from – this is

24  another one from your mother and stepfather and

25  she's recounting your accomplishments here in

26  prison which Commissioner Keenan's going to go

27  through.  But she says that we will be able to –

55

1   you and your wife have a home there.  "We live

2   in the city of Long Beach.  We live in a large

3   two-bedroom – three-bedroom – two-bedroom, three

4   bathroom house with plenty of room for Santos

5   and his family.  We have a spare master bedroom

6   with it's own bath where they can live very

7   comfortably till they can afford their own

8   home."  Oh, she says "my husband, Dale, is now

9   retired from the LAPD after 34 years of service.

10  I'm a licensed realtor and have been working for

11  ReMax for several months establishing a business

12  after a long illness."  And she says "we own a

13  car wash in the city of Bellflower.  And Santos

14  will have a job there and can work as long as he

15  wants to."  And then she says "we also own three

16  residential income properties in Bellflower."

17  And I guess one your sisters lives there.  And

18  she says "we also own a house next door which

19  would be available to Santos and his family.  It

20  is within walking distance from the car wash."

21  Okay.  And she's – talks about your other

22  brother, Johnnie, and your sister, Morgen were

23  also there to help.  And then again your – she

24  goes over your accomplishments or vocational

25  accomplishments.  And then your wife, Yvonne,

26  and she says "I've been – we've been married for

27  over eight years."  And she says "when I tell

1   you about the man sitting before you I speak not
2   only from my heart blindly but from the
3   experience of sharing the last ten years with
4   him.   I see a man who has an appreciation for
5   life, remorse for his errors and the people
6   affected by it.   I see a man who wants to be an
7   asset in his lifetime."   And she says – she
8   talks about how you've helped her with her sons
9   and have been a positive influence on their
10  life.   And also about your – she has a business.
11  "I would like you to know a little bit about me,
12  what I can offer my husband, Santos.   I
13  currently run a business part-time called – and
14  these are initials, SYC Creations, which is a
15  home-based business and which I place photos on
16  t-shirts, pillowcases, (indiscernible) and
17  calendars.   I can teach Santos to do it all.
18  It's not very difficult."   And then she talks
19  about her work in the insurance field.   And so
20  your – your wife is willing to live with her in-
21  laws?

22          **INMATE CHAVEZ:**   Till we get on our feet.
23          **PRESIDING COMMISSIONER JULIEN:**   Okay.
24  And that's basically what she says here.   Okay.
25  Well, apparently, if you have the rental – your
26  mother has the rental property you can segue
27  into that.   And now – so what do you want to do

57

1   for a career, for work?  I mean, you mentioned

2   the car wash.  And you also mentioned that you

3   have other things, you have other skills?

4           INMATE CHAVEZ:  Yes.

5           PRESIDING COMMISSIONER JULIEN:   Do you

6   have a five-year plan?

7           INMATE CHAVEZ:  Actually, I want to - I

8   really want to get into something in the dental

9   field.  I worked in dental -

10          PRESIDING COMMISSIONER JULIEN:  Oh,

11  (indiscernible) dental?

12          INMATE CHAVEZ:  Yes.  And it's really -

13  really fascinating to me so that'd be my way

14  of -

15          PRESIDING COMMISSIONER JULIEN:  Whole lot

16  of inmates with very bad teeth.  So I'm sure the

17  guys are busy here.  You see it all.

18          INMATE CHAVEZ:  I don't work there now

19  but yes.

20          PRESIDING COMMISSIONER JULIEN:   Okay.

21  You don't work there now?

22          INMATE CHAVEZ:  No.

23          PRESIDING COMMISSIONER JULIEN:  When did

24  you?

25          INMATE CHAVEZ:  Last year.  I - I

26  transferred over to -

27          PRESIDING COMMISSIONER JULIEN:   Okay.

58

1    Okay, so would you want to be a dental

2    technician or –

3            INMATE CHAVEZ:  Laboratory technician,

4    yeah.

5            PRESIDING COMMISSIONER JULIEN:   Okay.

6    And do you know how you would get in a job in

7    there?

8            INMATE CHAVEZ:  Well, I already know how

9    to do it so I just try to find a school or some

10   kind of classes to – to get certified in it.

11           PRESIDING COMMISSIONER JULIEN:   So

12   that'd be making dentures or what –

13           INMATE CHAVEZ:  Dentures.

14           PRESIDING COMMISSIONER JULIEN:   Yeah.

15           INMATE CHAVEZ:  Yes.

16           PRESIDING COMMISSIONER JULIEN:   Okay.

17   Okay.  And then we have a letter from your

18   brother, Johnnie, who lives in Laverne.  And he

19   says that he's married and he lives with his two

20   – his wife and two sons.  And they're – and

21   they're at the moment purchasing a – a – a

22   bigger home in Claremont.  He says "this would

23   allow us to offer Santos and Yvonne the town

24   home to rent, a more than reasonable amount to

25   offer them to live on."  I guess he's moving and

26   keeping his townhouse as a rental.  And he says

27   "I'm eagerly awaiting the release of my brother

59

1   and hopes to be able to work with him. I would
2   like him to be a sales representative for my
3   company, Virtual Fusion." And that's two words.
4   "If he would like to do so." And he says "I
5   also work for a screen printing company and
6   there would be opportunities there." And –
7   okay, so it looks like you're family is in a
8   full support and is thinking of options for you.
9   Okay. And then this is the letter that you wrote
10  that I'll take a look at in a minute. And I
11  jotted down two questions. Okay, so why did –
12  and you did – you – you addressed this but I
13  haven't asked you so I want you to explain this.
14  Why – why should you be found suitable? Why are
15  you no longer a risk?

16          **INMATE CHAVEZ:** Well, in my opinion, I
17  think I've grown and – and matured. I'm not a
18  child any longer. Not to say I was a child a
19  the time. But I can't be the judge of my own
20  self that – to tell you that to let me out but
21  if you do I know that I will succeed and – and –
22  and I'll also take care of my family and I'll do
23  what I can to – I'll never be able to make up
24  for what happened. Never. But –

25          **DEPUTY COMMISSIONER KEENAN:** Thank you,
26  just ran out of tape.

27                    (OFF THE RECORD)

60

1          **DEPUTY COMMISSIONER KEENAN:**  Back on

2     record, Side 2.

3          **PRESIDING COMMISSIONER JULIEN:**  Okay.

4     This is my colleague's areas - areas and he will

5     pursue this, I'm sure, with you but I want you -

6     I want to ask you a question and perhaps think

7     about it for when he addresses it.  You have

8     four 115's which is actually a very good record

9     in terms of all things considered but they all

10    seem - since they're non-violent but they are

11    reporting to work, sorry, refusal to report to

12    work, one is excessive conduct which I'm

13    assuming - is that with your wife?

14         **INMATE CHAVEZ:**  Yes.

15         **PRESIDING COMMISSIONER JULIEN:**   Okay.

16    And you have some 128's for that, too.  And I

17    guess, you know, when we look at things like

18    that we look at a pattern, you know, is this a

19    guy who just kind of wakes up every now and then

20    and says well, hey, I'm not moving, I'm not

21    budging, I don't want to do what you're telling

22    me to do.  And then you have some contraband

23    things here from the, you know, a long time ago,

24    about '89, '91.  So perhaps when my colleague

25    gets to that area you can explain those.

26    Because, as I'm sure you know, disciplinaries -

27    the Board as well as the Institution, take them

61

1   very seriously because we need to know that you

2   can follow rules.  We all have to do things we

3   don't want to do.  On an hourly basis.  And we

4   need to know that you're going to be someone who

5   does what they're supposed to be doing.  Okay?

6   So you might want to give that some thought.

7   Commission Keenan, do you want to proceed?

8        **DEPUTY COMMISSIONER KEENAN:**  Certainly.

9   Okay.  See a placement score of 19.

10  Classification score of zero going back to

11  7/19/95.  Last hearing was 7/28/04.  We

12  recommended that you just get self-help and stay

13  disciplinary-free, earn positive Chrono's.

14  Focusing on the Board report for the

15  (indiscernible) to that, indicates here the

16  custody history most recently, it says work on

17  yard crew from April 29 '04 to 7/23/04 then work

18  as a dental lab tech, 7/23/04 to 3/12/05.  And

19  you're in PIA woodshop now?

20       **INMATE CHAVEZ:**  Yes.

21       **DEPUTY COMMISSIONER KEENAN:**  Are you

22  doing finishing or what?

23       **INMATE CHAVEZ:**  Finishing furniture.

24       **DEPUTY COMMISSIONER KEENAN:**  Okay.  All

25  right, under Therapy and Self-Help Activities,

26  it says Chavez continues to participate in AA,

27  NA throughout this period.  It says prior to

62

1  release should be (indiscernible) continue to

2  maintain disciplinary-free, participate in self-

3  help and therapy when available.  And –

4  actually, I think our recommendation is, as

5  available.  Okay.  Looking at the attached post-

6  conviction progress reports, okay about the

7  dental lab work.  Says you're a good worker.

8  Okay.  And 115, you have four of those.  Last

9  one was on 1/23/00.  You have 17 128(a)'s.  Last

10  one was 1/10/00.  And vocational I saw you

11  completed auto shop?  Oh, auto mechanics, auto

12  shop.  What do they call it?

13      INMATE CHAVEZ:  Auto mechanics.

14      DEPUTY COMMISSIONER KEENAN:  Auto

15  mechanics.  Okay, how long did that take you?

16      INMATE CHAVEZ:  Just Little over two

17  years.

18      DEPUTY COMMISSIONER KEENAN:  Okay, you

19  completed it all then?

20      INMATE CHAVEZ:  (Indiscernible).

21      DEPUTY COMMISSIONER KEENAN:  Okay.  How

22  much can you make in as (indiscernible)?  I – I

23  don't know.  I'm just – I'm assuming it's pretty

24  good money.

25      INMATE CHAVEZ:  Yes, it is.  I don't

26  exactly know how much but it's pretty good.

27      DEPUTY COMMISSIONER KEENAN:  Okay.  All

63

1    right, and I saw you were involved in some other

2    vocations, some maybe only a couple weeks.  I

3    don't know.  There's small engine repair.  Was

4    that - how long were you in that?

5         INMATE CHAVEZ:  About eight, nine months.

6         DEPUTY COMMISSIONER KEENAN:  Okay.  Get

7    any marketable skills out of that?

8         INMATE CHAVEZ:  Not really.

9         DEPUTY COMMISSIONER KEENAN:  Okay, then

10   you were in sheet metal for maybe a brief time?

11        INMATE CHAVEZ:  Yes.  Sheet metal.  Our -

12   our - our instructor quit.  That was in San

13   Quentin.  It was kind of -

14        DEPUTY COMMISSIONER KEENAN:  How long

15   were you in that?  A week or -

16        INMATE CHAVEZ:  Not long.

17        DEPUTY COMMISSIONER KEENAN:  -

18   (indiscernible)?

19        INMATE CHAVEZ:  No, a few months.

20        DEPUTY COMMISSIONER KEENAN:  Okay.  And

21   I - I may have misread this, thought I saw

22   vocational compositing?  What -

23        INMATE CHAVEZ:  Printing.

24        DEPUTY COMMISSIONER KEENAN:  Is that what

25   that is?

26        INMATE CHAVEZ:  Yes.

27        DEPUTY COMMISSIONER KEENAN:  Okay, how

64

1   long were you in that?

2       INMATE CHAVEZ:  Another few months.

3   Another instructor quit.  Yes.

4       DEPUTY COMMISSIONER KEENAN:  Oh, okay.

5   All right.  And looking back in past reports I

6   see that you have one of the '04 - participated

7   in AA, NA, Project Change and Impact self-help

8   programs during that period.  And they also

9   mentioned in that report you got a GED.  Did

10  that very early on.

11      INMATE CHAVEZ:  '95, I think.

12      DEPUTY COMMISSIONER KEENAN:  '95?

13      INMATE CHAVEZ:  Something like that.

14      DEPUTY COMMISSIONER KEENAN:  Okay. And

15  looking at the post-conviction progress report

16  attached to that report I see it describes

17  Project Change was a 44-week course of study

18  which includes self-esteem, assertiveness, goal-

19  setting and anger management, coping skills,

20  stress reduction, tolerance, parenting, domestic

21  violence, life-skills and parole on release.

22  And the 12-week Impact program allows

23  participants gain empathy into the impact on

24  it's victims.  Okay.  (Indiscernible) goes back

25  in time.  More Narcotics Anonymous.  That was in

26  '03.  That - that report, from '03.  Back in '01

27  supposed to be different progress reports and

65

1    note that your participation in Alcoholics

2    Anonymous again.  Then further back, let's see,

3    2000, Alcoholics Anonymous, Narcotics Anonymous.

4    Notes from the job assignments, textiles,

5    culinary.  Okay, going back to '96 said you

6    participated in NA, AA and a life skills group

7    and note your GED at that time.  Alcoholics

8    Anonymous noted back in '94.  Okay, and go back

9    exactly at the end.  File (indiscernible)

10   hearing I think I saw some Chrono's.  Make sure

11   I'm not missing it again.

12        **INMATE CHAVEZ:**  There's something a

13   little more recent.

14        **DEPUTY COMMISSIONER KEENAN:**  Is there?

15   Okay.  Well, let –

16        **INMATE CHAVEZ:**  Yes.

17        **DEPUTY COMMISSIONER KEENAN:**  – me go

18   through this list in the file cabinet and I'll

19   take a look at C-File and Chrono's as well.  You

20   had something December 9, '05.  And says you

21   participated in three hours IEP video review and

22   dialogue.  (Indiscernible) usually anger

23   management.  That's offered by Charlie Walker.

24        **INMATE CHAVEZ:**  Yes.

25        **DEPUTY COMMISSIONER KEENAN:**  And the

26   issues include but are not limited to violent

27   thinking versus non-violent thinking, reducing

66

1    emotional levels of anger, identifying fears
2    that drive anger, understanding how the
3    continuum of fear can move to violence and
4    ultimately involve in the criminal justice
5    system.  And this video - video (indiscernible)
6    letter from instructor on cognitive programming
7    at the Oregon Police Academy (indiscernible)
8    strategy to help understand angers and emotions
9    out of behavior.  And it - it goes on from
10   there.  Little more detail.  They say
11   "(indiscernible) strategies, in my opinion, do
12   make Chavez (indiscernible) people in
13   understanding his anger and controlling his
14   emotions.  He is commended for his effort -
15   efforts to become a productive citizen."
16   Another one by Mr. Walker, three hours
17   (indiscernible) instruction, discussion of
18   issues related to successfully re-engaging into
19   society.  Commended for your deliverance,
20   participation in inmate employability program,
21   it says.  5/17/05.  This one is from Jeff Kline
22   or something Kline, K-L-I-N-E.  Says during the
23   tenure as a dental laboratory technician proved
24   a valuable asset to clinical activity and
25   ability of CTF Dental Services to meet inmate
26   dental needs.  "He demonstrated a willingness
27   and ability to learn highly technical skills and

1   interacted well with both clinical or clinic

2   supervisory staff and fellow inmate workers in a

3   group setting." Okay, 12/30/04, active

4   participation in Narcotic - participant in

5   Narcotics Anonymous. And that's from Dave

6   Rodriguez. Also another one from Dave

7   Rodriguez, 10/4/04, (indiscernible)

8   participation in NA. Okay. Says inmate's an

9   enthusiastic participation and support. "He's

10  achieved tremendous personal success in his

11  efforts toward recovery and self-improvement.

12  He should commended for his sincerity and

13  commitment in dealing with his ongoing

14  challenge." C-Files. See (indiscernible)

15  there. Okay. Yeah, the most recent I see were

16  the - the video instructions. A note by Charlie

17  Walker. Okay. Am I missing anything or does

18  that - you've been here a long time.

19        **INMATE CHAVEZ:** Yeah. That's - that's

20  pretty much -

21        **DEPUTY COMMISSIONER KEENAN:**

22  (Indiscernible) -

23        **INMATE CHAVEZ:** - covers it.

24        **DEPUTY COMMISSIONER KEENAN:** - I know

25  it's - some times it's easy to miss something

26  between the lines there but that - that pretty

27  much cover it?

68

1          **INMATE CHAVEZ:**  Pretty much.

2          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And

3     you've worked in other areas, too.  I mentioned

4     a few.  Culinary and something else.  Furniture

5     and yard - yard crew.  Porter.  Dental lab.

6          **INMATE CHAVEZ:**  Textiles.

7          **DEPUTY COMMISSIONER KEENAN:**  Textiles.

8          **INMATE CHAVEZ:**  Yes.

9          **DEPUTY COMMISSIONER KEENAN:**  Okay.  Apart

10     from vocations you've completed do you - did

11     quite a bit of work in textiles.

12          **INMATE CHAVEZ:**  Ten years.

13          **DEPUTY COMMISSIONER KEENAN:**  Yeah, do you

14     believe that you have acquired marketable skills

15     in any areas other than those two vocations that

16     you completed?

17          **INMATE CHAVEZ:**  Textiles.

18          **DEPUTY COMMISSIONER KEENAN:**  Okay.

19          **INMATE CHAVEZ:**  Yes.

20          **DEPUTY COMMISSIONER KEENAN:**  And how are

21     employable there?

22          **INMATE CHAVEZ:**  I know how to make

23     clothes from scratch.  I mean, I - we could make

24     them, you know, in a - in a factory and in a -

25     at a pretty good rate.

26          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And -

27     and the dental work?

69

1          **INMATE CHAVEZ:**  Dental work, yes.

2          **DEPUTY COMMISSIONER KEENAN:**   Okay.

3          **INMATE CHAVEZ:**  Uh-huh.

4          **DEPUTY COMMISSIONER KEENAN:**   Employable

5    there as a - as a lab tech?

6          **INMATE CHAVEZ:**  That's it.

7          **DEPUTY COMMISSIONER KEENAN:**   Okay. All

8    right.  All right, and oh, yes.  You were

9    thinking about your response to my questions

10   about your disciplinary record.

11         **INMATE CHAVEZ:**  Uh-huh.  Sure.

12         **DEPUTY COMMISSIONER KEENAN:**   And what

13   should we glean from the fact that from time to

14   time it looks like, not too many times but most

15   recent 2000, where you said it didn't - you

16   wanted to do not withstanding the rules.  You

17   were familiarating [sic] with a visitor?

18         **INMATE CHAVEZ:**  With my wife.  We were

19   just sometimes too close, you know, it depends

20   what - what are they for but yeah, it's - we're

21   just too close in the visiting room.  And

22   sometimes, you know, they - they - it's not

23   really us but everybody they try to keep pretty,

24   you know, pretty tight reign on how - how close

25   we can get..

26         **DEPUTY COMMISSIONER KEENAN:**

27   (Indiscernible) stand so close you

70

1   (indiscernible)?

2       INMATE CHAVEZ:  You sit.  And sometimes,

3   you know, we get too, you know, too close and

4   they do warn you.  A lot of time – a lot of

5   times it's a lot of new officers that are in

6   there and they – they will warn you, you know,

7   to – to –

8       DEPUTY COMMISSIONER KEENAN:

9   (Indiscernible) –

10      INMATE CHAVEZ:  – get real strict.

11      DEPUTY COMMISSIONER KEENAN:  – standing

12  too close?

13      INMATE CHAVEZ:  Sitting or – or on the

14  lounger or it depends – it depends what they –

15      DEPUTY COMMISSIONER KEENAN:  No, I mean

16  in your case.

17      INMATE CHAVEZ:  I don't know.  You said I

18  got a couple.  I don't know.

19      DEPUTY COMMISSIONER KEENAN:  Okay, I was

20  just thinking of the most recent.  It's the –

21  the excessive contact in 2000.  1/23/2000?

22      INMATE CHAVEZ:  Yeah, I – I might have

23  kissed – yeah.  I don't know.

24      DEPUTY COMMISSIONER KEENAN:  You don't

25  recall?

26      INMATE CHAVEZ:  No.

27      DEPUTY COMMISSIONER KEENAN:  Okay.  I

71

1  believe it involved kissing.

2         INMATE CHAVEZ:  Okay.

3         DEPUTY COMMISSIONER KEENAN:  All right.

4  There was a failure to report, refusing to work,

5  refused to report to work.  Those were the

6  three going back in time.

7         INMATE CHAVEZ:  Yes.  I - I'm not try to

8  make a excuse or nothing but those are - are

9  institutional work strikes.  I couldn't go, I

10  couldn't go (indiscernible).

11         DEPUTY COMMISSIONER KEENAN:  Okay.  All

12  right.  Need to focus on the psychological

13  evaluation.  Most recent we have is April 2005.

14  And this is (indiscernible) what we have in our

15  file but your attorney had it.  The last one -

16  the last one I had in my file was a - a March

17  '04.  But this looks like most current we have,

18  April 15th of '05.  And that's authored by

19  (indiscernible) Zika, Z-I-K-A.  She's the senior

20  supervisor in psychology.  And goes over various

21  issues.  Identifying information, marital issue,

22  the parole plans, possibly the current mental

23  status with treatment needs.  And I didn't

24  notice any problems there.  Does make a comment

25  here that (indiscernible) is "his judgment is

26  sound and his insight is good.  He appears to

27  have good impulse control and presents himself

72

1   in a confident, appropriately reserved manner.

2   The current diagnostic impressions, Axis I,

3   Adult Antisocial Behavior, improved.  Axis II,

4   no diagnosis.  Axis V, GEF with a 90.  "In –

5   inmate Chavez has a very good prognosis for

6   being able to maintain his current mental status

7   and can function effectively in the community."

8   He goes over the life crime and notes at the

9   bottom of the second page "inmate Chavez feels

10  the full impact of his terrible decision to

11  shoot somebody resulting in a man's death.  He

12  stated today it would've been much better to

13  have called the police and let them handle the

14  problem.  Inmate Chavez feels genuine remorse

15  for the victim, the victims family and for his

16  own family."  Okay.  And you talk to him about

17  remorse?  Having remorse for – and empathy for

18  the – the victims and the family?

19          **INMATE CHAVEZ:**   Yes.

20          **DEPUTY COMMISSIONER KEENAN:**   Okay.  He

21  doesn't – he – he concludes you have remorse.

22  I'm not sure a reason to why.  What did you tell

23  him?

24          **INMATE CHAVEZ:**  We discussed a –

25  everything that happened and he asked me how I

26  felt about it and what I would do, you know.  I

27  just told him the truth.

73

1          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And I

2  - I know your comments on - just, again, how do

3  you feel about that?

4          **INMATE CHAVEZ:**  Well, as I explained to

5  you -

6          **DEPUTY COMMISSIONER KEENAN:**  Why should I

7  believe you have remorse?  Tell me about it.

8          **INMATE CHAVEZ:**  Well, I don't know - I

9  don't know - I can't force you to believe me

10  or -

11          **DEPUTY COMMISSIONER KEENAN:**  No.

12          **INMATE CHAVEZ:**  - or not or - or - but -

13  but -

14          **DEPUTY COMMISSIONER KEENAN:**  I understand

15  that.  But just tell me, you know, about your

16  remorse.

17          **INMATE CHAVEZ:**  Yes, well, I see -

18          **DEPUTY COMMISSIONER KEENAN:**

19  (Indiscernible).

20          **INMATE CHAVEZ:**  - I see what - what

21  happens and, of course, taking a life is - is -

22  is wrong.  You know.  There's nothing I could

23  say to you that'll - that'll change that or - or

24  why I did it.  It is not going to matter.  But I

25  see the impact that it does on everybody's

26  family.  His family, my family.  And that it

27  doesn't stop.  The children and - and now the

74

1   grandchildren.  You know.  It's terrible.  Not

2   to mention that fact that I - that him, he's not

3   going to be, you know, he don't live.  He can't

4   experience his own family.  You know, but they -

5   they need him.  They needed him and I'll never

6   be able to change that.  There's nothing I could

7   say or do to change that.  You know.  And I wish

8   there really was.  Nothing.  But I am remorseful

9   about - about what happened and, especially, how

10  it led to that.  I mean, of course, growing up

11  and being violent, you know, in certain -

12  certain areas.

13          **DEPUTY COMMISSIONER KEENAN:**  There was

14  more than one victim, wasn't there?

15          **INMATE CHAVEZ:**  Yes, there was three.

16          **DEPUTY COMMISSIONER KEENAN:**  And how do

17  you feel about what happened to the others?

18          **INMATE CHAVEZ:**  Terrible and I'm - I'm

19  very fortunate that - that they didn't - that

20  they didn't also die.  And I spoke to them

21  personally, you know.

22          **PRESIDING COMMISSIONER JULIEN:**  To the

23  victims?

24          **INMATE CHAVEZ:**  Yes.

25          **PRESIDING COMMISSIONER JULIEN:**  That's

26  the other people who were shot?

27          **INMATE CHAVEZ:**  The other two, uh-huh.

75

1          **PRESIDING COMMISSIONER JULIEN:**  How did

2  you speak to them?

3          **INMATE CHAVEZ:**  They were in - after they

4  got shot they were - came to the County Jail.

5  And we last -

6          **PRESIDING COMMISSIONER JULIEN:**  That's

7  the (indiscernible) County Jail?

8          **INMATE CHAVEZ:**  Yes.

9          **PRESIDING COMMISSIONER JULIEN:**  Were

10 charges made against them?

11         **INMATE CHAVEZ:**  On some other cases.

12         **PRESIDING COMMISSIONER JULIEN:**  Oh, so

13 they were - but they were arrested?

14         **INMATE CHAVEZ:**  Pardon?

15         **PRESIDING COMMISSIONER JULIEN:**  After

16 they were treated?

17         **INMATE CHAVEZ:**  Yes.

18         **PRESIDING COMMISSIONER JULIEN:**  Because

19 of this crime?

20         **INMATE CHAVEZ:**  Yeah.

21         **PRESIDING COMMISSIONER JULIEN:**  And they

22 probably found something else that - okay.

23         **INMATE CHAVEZ:**  Yeah.  Uh-huh.

24         **DEPUTY COMMISSIONER KEENAN:**  Okay.  And

25 this whole thing started, the victims - their

26 conduct toward your wife?:

27         **INMATE CHAVEZ:**  Yes.

76

1      **DEPUTY COMMISSIONER KEENAN:**   Okay.   And

2   that's what led to your actions?   Okay.   They

3   sort of got the whole thing started with their

4   actions?

5      **INMATE CHAVEZ:**   In my view, you know,

6   yes, and also –

7      **DEPUTY COMMISSIONER KEENAN:**   And here you

8   sit 22 years later in prison.   Does that seem

9   fair to you?

10      **INMATE CHAVEZ:**   Yes, I mean, it is fair

11   because I'm the one that took a life.   You know,

12   they – they didn't accomplish what they were –

13   what they set out to do.

14      **DEPUTY COMMISSIONER KEENAN:**   Right.

15      **INMATE CHAVEZ:**   So it – it is fair, yeah.

16      **INMATE CHAVEZ:**   And – and the

17   psychological evaluation goes on to say under

18   assessment of Dangerousness, "inmate Chavez has

19   functioned well within the prison setting

20   indicating his potential for violence is

21   significantly below average relative to other

22   inmates.   If released to the community inmate

23   Chavez's potential for violence is estimated to

24   be no more than that of the average citizen

25   given the extensive amount of punishment through

26   prison and toll it has taken upon himself and

27   his family.   There does not appear to be any

77

1  particular risk factors associated with the

2  crime except for stopping to consider the

3  consequences before embarking upon a course of

4  action.  No doubt he will give much more careful

5  consideration of his choices. According to the

6  police report, inmate Chavez was involved in a

7  gang but now he's shuns and disagrees with all

8  gang activity.  He is very unlikely to return to

9  that lifestyle.  He also denies that the victims

10  and he were involved in gang-related violence.

11  This one pertaining to his wife."  Clinical

12  Observations, Comments and Recommendations,

13  "inmate Chavez is confident and responsible for

14  his behavior.  He has the capacity to abide by

15  Institutional standards and function within the

16  guidelines of prison with few CDC 115's.  Inmate

17  Chavez does not have a mental health disorder

18  which would defy treatment either during

19  incarceration or following parole.  Inmate

20  Chavez does not appears to have drug or alcohol

21  problems.  Inmate Chavez has served 22 years in

22  the (indiscernible) year to life sentence.  He

23  continues to function in an appropriate,

24  positive, mature manner within the Institution.

25  It is very unlikely he will re-commit a crime or

26  a violent offense when he's in the community."

27  Anything you want to say about that report?

78

1          **INMATE CHAVEZ:**  No.

2          **DEPUTY COMMISSIONER KEENAN:**  And I

3     noticed back in time the previous report,

4     January 15, '04, authored by Dr. Hewchuk,

5     H-E-W-C-H-U-K, Staff Psychologist.  First

6     initial is E.W.  Doctor notes, in part, "over 20

7     years has elapsed since the commitment offense

8     and inmate Chavez currently shows none of the

9     tendencies that likely contributed to his crime.

10    He remains a suitable candidate for parole with

11    these considerations."  That's same doctor that,

12    U. Zika.

13         **INMATE CHAVEZ:**  Uh-huh.

14         **DEPUTY COMMISSIONER KEENAN:**  No, no.  I'm

15    sorry.

16         **INMATE CHAVEZ:**  That was the two

17    different ones, yes.

18         **DEPUTY COMMISSIONER KEENAN:**  Looks like

19    they both signed the report.  I guess what's

20    the -

21         **PRESIDING COMMISSIONER JULIEN:**  I think

22    one is the reviewer, excuse me, you know, like

23    Zika's the - I think the head guy that has to

24    review all.

25         **DEPUTY COMMISSIONER KEENAN:**  Yes,

26    (indiscernible).  And Hewchuk, I think, wrote

27    it.  Okay, and then prior to that there was a

79

1    report by Steven Taurine.  That's in 2000.

2    Senior Supervising Psychologist.  And he notes,

3    in part, under Assessment of Dangerousness, he

4    said "if released to the community his violence

5    potential is estimated to be no more than the

6    average citizen in the community."  And prior to

7    those, that seems rather positive comments, I

8    don't see the same kind of conclusions in the

9    previous psychological evaluations.  They seemed

10   - I - I'm - I'll characterize it as negative

11   (indiscernible) the most recent comments on -

12   seem rather positive so.  Anyway, go back to the

13   chair.

14        **PRESIDING COMMISSIONER JULIEN:**  Okay,

15   thank you.  Do have two children or four?

16        **INMATE CHAVEZ:**  Two daughters and two

17   sons but the two sons are stepchildren.

18        **PRESIDING COMMISSIONER JULIEN:**  Oh, the

19   - they're Yvonne's children?

20        **INMATE CHAVEZ:**  Yes.

21        **PRESIDING COMMISSIONER JULIEN:**  Okay,

22   cause I'd read two different things.  And do you

23   have three or four 115's?

24        **INMATE CHAVEZ:**  I have three.

25        **PRESIDING COMMISSIONER JULIEN:**  Cause

26   the last one was reduced to 128.

27        **INMATE CHAVEZ:**  Right.

80

1        **PRESIDING COMMISSIONER JULIEN:**   Okay, so
2   if you had to say, you know, we all have a
3   certain peculiarities, certain things like I
4   don't like getting up in the morning.  So what's
5   your - what's the hardest thing you would have
6   to deal with on a daily basis?  What do you find
7   difficult?

8        **INMATE CHAVEZ:**  I don't find really
9   anything difficult.  I mean, being here, staying
10   out of trouble and staying - and being - what I
11   find more difficult is not getting caught up in
12   something that - that happens in prison because
13   we were there.  Just there, you know.  But
14   personally, I think what you're asking me is
15   that well, all of the disrespect that goes on,
16   you know, within people - people.

17        **PRESIDING COMMISSIONER JULIEN:**   Uh-huh.

18        **INMATE CHAVEZ:**  That's very hard for deal
19   with, you know, but I do and I have people tell
20   me that it's good that you do that because it
21   gets you used to the - to the real world and how
22   they are out there.  Like they're kind of funny
23   when they're - when they're in their cars and,
24   you know, stuff like that.

25        **PRESIDING COMMISSIONER JULIEN:**
26   (Indiscernible) Well, I'm sure here it's a
27   little worse but -

81

1          INMATE CHAVEZ:  Yes.

2          PRESIDING COMMISSIONER JULIEN:    - it's

3    definitely brake jockey outside, too.

4          INMATE CHAVEZ:  Yeah.

5          PRESIDING COMMISSIONER JULIEN:    Okay, so

6    if this crime hadn't happened, if you hadn't

7    shot Mr. Rivas, where would you think you

8    would've been in five years?  You know, you were

9    out, you had the daughter, you had baby on the

10   way, you were working at the grocery store.

11   Where you do you think you – where was your life

12   headed?

13         INMATE CHAVEZ:  I can't really say where

14   it was headed but I was – I think I was

15   developing a pretty good work habit and – and I

16   also had other jobs while I was working there,

17   you know, so probably just working, raising my

18   family – raising our family.

19         PRESIDING COMMISSIONER JULIEN:    Okay,

20   and did you ever shoot a rifle?

21         INMATE CHAVEZ:  Yes.

22         PRESIDING COMMISSIONER JULIEN:    You have

23   a .22 (indiscernible).

24         INMATE CHAVEZ:  It was a – it was a .22

25   and I want to clear that up.  We went – been

26   through –

27         PRESIDING COMMISSIONER JULIEN:    Yeah, I

82

1    know.   That's  –

2            INMATE CHAVEZ:   – a few crimes.

3            PRESIDING COMMISSIONER JULIEN:   – what I

4    was reading in the last transcript and –

5            INMATE CHAVEZ:   A officer left the shot

6    gun in – in one of our bedroom windows, I mean,

7    door – rooms and it got somewhat put into

8    evidence.   It was – it was a LA Sheriff's or

9    something shotgun.   A riot gun, you know.

10           PRESIDING COMMISSIONER JULIEN:   You

11   mean, when they went to your house to arrest

12   you?

13           INMATE CHAVEZ:   Yes.   And that got into

14   record.   We – we've cleared that up a few times.

15           PRESIDING COMMISSIONER JULIEN:   Okay, so

16   they – wait.   So they came into your house with

17   guns to arrest you and then a gun, a shot – a

18   rifle was left?

19           INMATE CHAVEZ:   While they were searching

20   the, you know, the –

21           PRESIDING COMMISSIONER JULIEN:   What

22   officer did –

23           INMATE CHAVEZ:   – they left the front

24   door shotgun in there, yeah.   They – they

25   searched me like three times so this happened a

26   few times.

27           PRESIDING COMMISSIONER JULIEN:   But you

83

1  didn't have a rifle with you when you drove to –

2         INMATE CHAVEZ:   I did have a rifle with

3  me.  It was a .22.

4         PRESIDING COMMISSIONER JULIEN:   Oh, so

5  that's what you used to shoot –

6         INMATE CHAVEZ:   Yes.

7         PRESIDING COMMISSIONER JULIEN:   – Mr.

8  Rivas?  You had a rifle?

9         INMATE CHAVEZ:   Yes.

10        PRESIDING COMMISSIONER JULIEN:   So this

11  was – you didn't – did you usually carry your

12  rifle or did you usually carry a handgun?

13        INMATE CHAVEZ:   A handgun.

14        PRESIDING COMMISSIONER JULIEN:   So you

15  had a lot of weapons?

16        INMATE CHAVEZ:   Yes.   I –

17        PRESIDING COMMISSIONER JULIEN:   What are

18  you doing with all these weapons?  Your wife had

19  one, you had one.

20        INMATE CHAVEZ:   I was in –

21        PRESIDING COMMISSIONER JULIEN:   And a

22  rifle?

23        INMATE CHAVEZ:   Yes.  I – I – I – we also

24  hunt and stuff like that, too.  Yeah.

25        PRESIDING COMMISSIONER JULIEN:   Who were

26  you hunting?

27        INMATE CHAVEZ:   Deer.  Stuff like that.

84

1          **PRESIDING COMMISSIONER JULIEN:**    Where?

2          **INMATE CHAVEZ:**    In the - well, I go with

3    my family members and they take me.    They been

4    taking me since I was young.    They - they hunt

5    and stuff.    They're outdoorsmen, you know.

6          **PRESIDING COMMISSIONER JULIEN:**    Okay, so

7    how - okay, so I'm a little troubled that you

8    had all these guns around the house with a young

9    child.

10          **INMATE CHAVEZ:**    Yeah.    Well, me, too.

11    Yeah, me, too.    Very wrong.    Uh-huh.

12          **PRESIDING COMMISSIONER JULIEN:**    One of

13    your daughters - one of your daughters is, you

14    know, down and living in a bad area?

15          **INMATE CHAVEZ:**    They do live in bad

16    areas.    They - they - they explained that to me.

17          **PRESIDING COMMISSIONER JULIEN:**    They

18    have guns?

19          **INMATE CHAVEZ:**    No.    No.

20          **PRESIDING COMMISSIONER JULIEN:**    Okay, do

21    you have any questions?

22          **DEPUTY COMMISSIONER KEENAN:**    Just want to

23    make sure I understand (indiscernible).    And, by

24    the way, (indiscernible) I didn't see that that

25    last 115.

26          **PRESIDING COMMISSIONER JULIEN:**    Oh.

27          **DEPUTY COMMISSIONER KEENAN:**    I only saw

85

1  128.  So I - I'll (indiscernible) I guess that

2  would mean you have 18 128's as opposed to 17.

3  All right.  So (indiscernible) time between when

4  you were a gang member?

5       **INMATE CHAVEZ:**  Uh-huh.

6       **DEPUTY COMMISSIONER KEENAN:**  You were the

7  kind of guy who was willing to, you know, take

8  the law into his own hands -

9       **INMATE CHAVEZ:**  Yes.

10      **DEPUTY COMMISSIONER KEENAN:**   - and the

11  fact is, I mean, that was sort of your mindset

12  back then.

13      **INMATE CHAVEZ:**  Uh-huh.

14      **DEPUTY COMMISSIONER KEENAN:**  But you

15  believe if you didn't - if this thing didn't

16  happen though you would've been just fine five

17  years later?

18      **INMATE CHAVEZ:**  Yes, I do.

19      **DEPUTY COMMISSIONER KEENAN:**  You think

20  you would've just gotten lucky?  The odds would

21  be with you?

22      **INMATE CHAVEZ:**  Well, I was working so -

23  so that kept me busy, you know, and kept me out

24  of trouble.  Other than this, no, I didn't - I

25  don't drink or nothing so -

26      **DEPUTY COMMISSIONER KEENAN:**  And I'm

27  assuming that the reason that we conclude the

86

1  (indiscernible) because you've achieved all

2  kinds of personal growths and you're a whole

3  different kind of guy.

4          INMATE CHAVEZ:  Yes.

5          DEPUTY COMMISSIONER KEENAN:  And that's

6  why we would know maybe five years from you'd be

7  doing as well.

8          INMATE CHAVEZ:  Uh-huh.

9          DEPUTY COMMISSIONER KEENAN:  Back then you

10  didn't have any of that.  You were a gang

11  member, you know.  There's a willingness to

12  shoot, take the law into his own hands.  But you

13  believe that five years from that if you hadn't

14  been caught for this everything would've been

15  fine?

16          INMATE CHAVEZ:  I believe so.

17          DEPUTY COMMISSIONER KEENAN:  Okay.

18  That's all.

19          PRESIDING COMMISSIONER JULIEN:  Okay.

20  Okay, Mr. Yglecias, do you have questions for

21  Mr. Chavez?

22          DEPUTY DISTRICT ATTORNEY YGLECIAS:  Yes.

23  May I direct him - direct them to Mr. Chavez or

24  through the Panel?

25          PRESIDING COMMISSIONER JULIEN:  To us,

26  please.

27          DEPUTY DISTRICT ATTORNEY YGLECIAS:  What

1    I would be urging the Panel to ask Mr. Chavez,

2    again, following up on what we've just discussed

3    in trying to clarify how many weapons Mr. Chavez

4    brought with him that evening.  Didn't Mr.

5    Chavez, in fact, bring both a rifle and a

6    handgun?

7         **INMATE CHAVEZ:**  Yeah, my – my crime

8    partner had a handgun and I had the rifle.

9         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Why

10   is it that at the May 21st, 1996, subsequent

11   parole consideration hearing you admitted that

12   you also had a .38 handgun and you fired

13   approximately six rounds from that handgun?

14        **INMATE CHAVEZ:**  That was one of the other

15   guys shooting at me.  I – I never admitted to

16   that.  That was somebody else shooting at me

17   from the side.  There's police reports about

18   that and all.

19        **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    A

20   witness by the name of Ralph Castillo did, in

21   fact, tell police that he observed you – you

22   were the driver of the vehicle and that you used

23   a small automatic handgun while shooting at – at

24   the crowd.  Is – is that a correct statement or

25   do you dispute that?

26        **INMATE CHAVEZ:**  I dispute that.

27        **DEPUTY DISTRICT ATTORNEY YGLECIAS:**

88

1    Having grown up in that area you would agree,

2    wouldn't you, that for as long as you can

3    remember Cypress Park and the Avenues have been

4    very bitter rival gangs?  Is that true?

5            **INMATE CHAVEZ:**  True.

6            **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    And

7    they have a long history of back and forth

8    killings.  Isn't that true?

9            **INMATE CHAVEZ:**  True.

10           **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    And

11   they have a long history of drive-by shootings

12   against one another. Isn't that true?

13           **INMATE CHAVEZ:**  Yes.

14           **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Okay.

15   And one of the reasons that drive-by shootings

16   have been sort of a common way in which they

17   targeted each other is because of the geography.

18   There's basically a large hilly area that

19   separates the two neighborhoods and there are

20   very few through - through and through streets.

21   And, therefore, if you're targeting the rivals

22   whether you're from the Avenues or whether

23   you're from Cypress Park you pretty much have to

24   use a car to get to rival territory even though

25   it's next in - they're next to each other but

26   separated by a big hill.

27           **INMATE CHAVEZ:**  Uh-huh.

89

1          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Isn't

2    that true?  You said yes?

3          **INMATE CHAVEZ:**  Yes.

4          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  And

5    isn't' it also true from your familiarity with

6    these - growing up in this area and with the

7    gangs that you knew full well that by driving up

8    Maseo Street and driving Isabel those are

9    notoriously - notorious streets known as gang

10   hangouts and as areas where Cypress Park gang

11   members live.  At least at that time.  Isn't

12   that true?

13         **INMATE CHAVEZ:**  Yes.

14         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  All

15   right.  If - if this was not a gang shooting why

16   is it that you took the time to pick up your

17   buddy, Jessie Cantu, who was also armed and

18   bring him with you to Isabel and Maseo Streets?

19         **INMATE CHAVEZ:**  I didn't pick him up.  He

20   was at my house.

21         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Why

22   is it that you brought him with you?

23         **INMATE CHAVEZ:**  I didn't - I didn't

24   actually tell him to get in the car.  We just

25   both got in.  Nothing was said.  You know, I

26   also want to say that I totally messed up his

27   life by doing this, by, you know, being -

90

1  bringing him and dragging him into this.  By him

2  being there, you know.  But I didn't pick him

3  up.  And not to say that he - he's not accepting

4  his responsibility in this also but this is -

5  this is all my fault.  You know.

6      **DEPUTY DISTRICT ATTORNEY YGLECIAS:**

7  Jessie Cantu was also an - an Avenues gang

8  member, correct?

9      **INMATE CHAVEZ:**  Correct.

10      **PRESIDING COMMISSIONER JULIEN:**    Okay,

11  you need to answer to me.  Sorry.

12      **ATTORNEY CHRISTENSEN:**    Yeah.

13      **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Oh,

14  okay.

15      **PRESIDING COMMISSIONER JULIEN:**    Cause

16  it's not an adversarial.  Okay.

17      **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Why

18  is it that your former wife, Donna Chavez, never

19  corroborated your story about her having been

20  accosted by two or three Cypress Park

21  individuals?

22      **INMATE CHAVEZ:**  She has corroborated it.

23  She - that - she stated that to police.

24      **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    When

25  you first were arrested you made a statement to

26  the police, correct?

27      **INMATE CHAVEZ:**  Yes.

91

1          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    And
2     isn't it also correct that during that statement
3     you never mentioned this story about your wife
4     haven been accosted and you going to seek
5     retaliation?

6          **INMATE CHAVEZ:**    No.

7          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Isn't
8     that true?

9          **INMATE CHAVEZ:**    No, it's not true.

10          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    All
11     right.   Okay.   Are you claiming now that you did
12     – from the very moment you started to police
13     that you told this story?

14          **INMATE CHAVEZ:**    I'm sure I did.

15          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Okay.
16     I'm going to read to you a summary of your
17     statement to the police and ask you to tell me
18     whether or not this is accurate.

19          **INMATE CHAVEZ:**    Okay.

20          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    With
21     the Board's permission.   "On Saturday night I
22     was at home watching our – on TV.   At about
23     10:30 I decided to go visit my father who lives
24     on (indiscernible) Street.   As I was passing the
25     Boy's Market I was flagged down by Pam Adams who
26     wanted a ride to the Park.   I took her to the
27     Park over by Avenue 64 in York.   After I dropped

92

1    her off I took at .22 caliber rifle from the

2    trunk of my vehicle and put it in the back seat.

3    As I was going to my father's house I saw Jessie

4    Cantu walking down the street by Franklin High.

5    I asked him if he wanted to ride with me to my

6    dad's house.  After he got in I continued down

7    York Street and then Eagle Rock and onto

8    Cypress.  When I got to Maseo Street I made a

9    left turn to go up to Isabel Street so I

10   wouldn't have to go by the Market.  As I drove

11   by Maseo Street I saw a group of people standing

12   around in the yard and on the sidewalk.  I

13   passed the group of people and made a u-turn to

14   go back down to Cypress Avenue.  As I passed the

15   group this time someone threw a bottle at my

16   car.  I then heard about 15 shots being fired.

17   I guess at this time Jessie reached in the back

18   seat and got the rifle and shot back."

19          PRESIDING COMMISSIONER JULIEN:    What

20   page is that one?

21          DEPUTY DISTRICT ATTORNEY YGLECIAS:    This

22   is a part of the, you know, unfortunately,

23   Commissioner, the file – my – this is under –

24          PRESIDING COMMISSIONER JULIEN:    Legal

25   Documents?

26          DEPUTY DISTRICT ATTORNEY YGLECIAS:    –

27   Legal Documents. It's not numbered.  It's part

93

1    of a police report and it's approximately 30

2    pages into that section.  I noticed it after the

3    probation report there's a police affidavit that

4    - that does have written pages on the bottom.

5          ATTORNEY CHRISTENSEN:  I see it here.

6    Yeah, actually it's about mid-way through - oh,

7    gosh.  They should really number these pages.

8          DEPUTY DISTRICT ATTORNEY YGLECIAS:  Yeah.

9    And, unfortunately, after the numbered pages

10   this is about -

11         ATTORNEY CHRISTENSEN:  Cause after the -

12         DEPUTY DISTRICT ATTORNEY YGLECIAS:    -

13   ten to 15 pages -

14         ATTORNEY CHRISTENSEN:  Oh, yeah.

15         DEPUTY DISTRICT ATTORNEY YGLECIAS:    -

16   beyond the numbered pages.

17         PRESIDING COMMISSIONER JULIEN:    Is it

18   hand-written?

19         ATTORNEY CHRISTENSEN:    No, no.  It's a

20   type-written -

21         DEPUTY DISTRICT ATTORNEY YGLECIAS:    It's

22   type-written.

23         ATTORNEY CHRISTENSEN:  - it's says

24   Interview with Santos Chavez on 1/19 - oh,

25   that's his date of birth.  Interview on -

26         DEPUTY DISTRICT ATTORNEY YGLECIAS:    On

27   8/2.

94

1          **ATTORNEY CHRISTENSEN:**    8/2/82.

2          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    '82.

3    At 17:35 hours by Detective Grubel.

4          **PRESIDING COMMISSIONER JULIEN:**    Yes.

5          **DEPUTY DISTRICT ATTORNEY YGLECIAS:**

6    There's a page that's numbered Page 21 and it's

7    - it's basically a six-pack photo ID page.

8          **PRESIDING COMMISSIONER JULIEN:**    On

9    Saturday -

10         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    This

11   is about ten pages -

12         **PRESIDING COMMISSIONER JULIEN:**    Cause

13   that started on Saturday and I was watching TV.

14         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Yes.

15         **ATTORNEY CHRISTENSEN:**    That's it.   Uh-

16   huh.

17         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    Yes.

18   Is this not the statement you -

19         **PRESIDING COMMISSIONER JULIEN:**

20   (Indiscernible).

21         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    -

22   made to the investigating officer -

23         **INMATE CHAVEZ:**    No.

24         **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    -

25   Mr. Chavez?

26         **INMATE CHAVEZ:**    No.

27         **PRESIDING COMMISSIONER JULIEN:**    It's

95

1    not?

2         INMATE CHAVEZ:    No.    You know what

3    actually this - can I say?    Part of

4    conversations are on this (indiscernible) thing

5    is - is there's like three different times that

6    they asked me questions.    This has nothing to do

7    with this - this crime.    Nothing.    It was

8    something else that happened probably months

9    before that.    They were asking me questions

10   about.

11        DEPUTY DISTRICT ATTORNEY YGLECIAS:    Well,

12   the murder occurred on July 24th.    This interview

13   is on August the 2nd, approximately one week

14   later.

15        INMATE CHAVEZ:    Uh-huh.

16        DEPUTY DISTRICT ATTORNEY YGLECIAS:    Is

17   it your - your position this is a - has nothing

18   to do with the murder?

19        INMATE CHAVEZ:    Yeah, it doesn't.

20   Nothing.

21        DEPUTY DISTRICT ATTORNEY YGLECIAS:    Isn't

22   it also true, sir, that you originally - when

23   you originally spoke to investigators you blamed

24   Mr. Cantu for the shooting and denied that you

25   had been involved in the actual shooting?

26        INMATE CHAVEZ:    No.    Not true.

27        DEPUTY DISTRICT ATTORNEY YGLECIAS:    I'd

96

1    call the Panel's attention and Mr. Chavez's

2    attention to Page 5 of the affidavit which is in

3    the Legal Documents section.  This one is

4    numbered at the bottom.  It's Page 5.  It's

5    closer to the front.  It's after the probation

6    report.  About approximately the middle part of

7    the - actually, line 16.  These - these are

8    pages that are numbered.  Line 16 states Santos

9    Chavez also stated that a Jessie Cantu, AKA

10   Porky, a fellow Avenues gang member, was the

11   sole shooter in this incident.  The police are -

12   are saying - the investigators are saying that

13   you - this is a statement that you made.  Are

14   you currently denying having made this

15   statement?

16            **INMATE CHAVEZ:**  Yes.

17            **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    All

18   right.

19            **PRESIDING COMMISSIONER JULIEN:**    Where is

20   it?

21            **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    I -

22   I'm sorry.  They're - after the probation

23   officer's report the Legal Document section has

24   a letter from one of our previous DA's and then

25   attached to that letter is an affidavit, a

26   typewritten affidavit -

27            **PRESIDING COMMISSIONER JULIEN:**   Okay, I

1    see – yeah.

2            **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    – by

3    (indiscernible) Michael McDonough.  On – it's on

4    Page 2.  So at the bottom in handwritten pages.

5    Numeric –

6            **PRESIDING COMMISSIONER JULIEN:**    Yes.

7            **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    –

8    it's a PG number.

9            **PRESIDING COMMISSIONER JULIEN:**    Yeah.

10           **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    So I

11    would call the Panel's attention to Page number

12    5.

13           **PRESIDING COMMISSIONER JULIEN:**    Okay.

14           **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    And

15    it's line – beginning at line 16.  It's just one

16    sentence.

17           **PRESIDING COMMISSIONER JULIEN:**    Yeah.

18           **DEPUTY DISTRICT ATTORNEY YGLECIAS:**

19    That's – that's what I was referring to.

20           **PRESIDING COMMISSIONER JULIEN:**    So you

21    didn't say that?

22           **INMATE CHAVEZ:**    No, the –

23           **PRESIDING COMMISSIONER JULIEN:**    Why

24    would somebody say you said that?

25           **INMATE CHAVEZ:**    I – I have no idea but

26    these also say stuff that doesn't have nothing –

27    nothing to do with it or other vehicles that

98

1  were involved.  It – it's a lot of – I – I'm not

2  saying mis – misdirection but it's not right.

3        **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    I

4  would also ask the Panel to inquire of Mr.

5  Chavez as to why he waited until the hearing

6  date of February 24th, 1994, to claim the

7  sequence of events that includes the victims

8  shooting at him first.  In other words, that

9  it's never been claimed in the past until that

10  hearing date.   Why did you wait until then, Mr.

11  Chavez?

12        **INMATE CHAVEZ:**  That's not true.  I said

13  it from the start.  From the very beginning.

14        **DEPUTY DISTRICT ATTORNEY YGLECIAS:**    If

15  indeed the sequence of shooting occurred in the

16  manner that you've described at today's Hearing,

17  namely, that after – not until after you stopped

18  the vehicle and began to exit the vehicle how –

19  how were able – can you describe for this Panel

20  how it is that you were able to compose

21  yourself, to steady yourself and to aim your gun

22  with such accuracy that you were able to strike

23  all three victims including one in the head and

24  kill him at the same time that you were being

25  shot at and while you were exposed and – and

26  were – were – were not being protected by

27  anything?  How is it that you were able to do

99

1  that?

2      INMATE CHAVEZ:  Fear.  It's all that I

3  can explain.

4      DEPUTY DISTRICT ATTORNEY YGLECIAS:    I -

5  I have no further questions.

6      PRESIDING COMMISSIONER JULIEN:  What

7  happened to your first lawyer?

8      INMATE CHAVEZ:  My first lawyer.

9      PRESIDING COMMISSIONER JULIEN:

10     (Indiscernible) I think it was one of

11  your first.  Mr. McPherson.  Transferred.  It

12  just says to (indiscernible).  Did you end up

13  having - representing yourself?

14      INMATE CHAVEZ:  Oh, yeah.  Here, you

15  mean.  Yes.  Yes.

16      PRESIDING COMMISSIONER JULIEN:    What

17  happened?

18      INMATE CHAVEZ:  We - we got into - I

19  don't know.

20      PRESIDING COMMISSIONER JULIEN:    Okay.

21  Ms. Christensen, do you have any questions?  All

22  right.  Just one more thing.  Concerning the

23  shotgun, Mr. Chavez.  You say that you and your

24  family were active outdoorsmen?

25      INMATE CHAVEZ:  Uh-huh.

26      PRESIDING COMMISSIONER JULIEN:    And that

27  the shotgun was used for deer hunting?

100

1      **INMATE CHAVEZ:** Not that shotgun that
2  they arrested or –

3      **PRESIDING COMMISSIONER JULIEN:** Not that
4  shotgun. Okay. Okay. Now, is there anything
5  that you can do, Mr. Chavez to make – make
6  amends for this crime?

7      **INMATE CHAVEZ:** There's nothing I can do
8  to – to – to make amends or to change it. The
9  only thing I could do now was to be responsible,
10 you know, to me, to my family and to – to
11 society as a whole. There's nothing I could do
12 to change what happened or – all I could do is –
13 is – is promise and – and – and make sure that I
14 never hurt no one else again. Or put myself in
15 a situation where that will come up.

16      **PRESIDING COMMISSIONER JULIEN:** And you
17 believe through all of the work that you've done
18 here in the Institution to improve yourself and
19 to gain knowledge would indicate that would not
20 happen again?

21      **INMATE CHAVEZ:** Yes, I think I'm very
22 prepared for that.

23      **PRESIDING COMMISSIONER JULIEN:** Okay.
24 All right, thank you, Mr. Chavez. Okay. Mr.
25 Yglecias, do you have a closing?

26      **DEPUTY DISTRICT ATTORNEY YGLECIAS:** Yes,
27 thank you. I wish to express on behalf of Los

101

1   Angeles County District Attorney that our office

2   is adamantly opposed to Mr. Chavez's release and

3   to a finding of suitability.  While I applaud

4   Mr. Chavez for his – his work and his self-

5   improvement and his vocational training and his

6   ability to remain relatively disciplinary fee –

7   free through most of his incarceration,

8   particularly the latter years, I think there is

9   a substantial difference between – in – in – in

10  the assessment that this Panel is – is legally

11  required to make which is whether or not he

12  continues to pose an unreasonable threat and

13  danger, potential danger, to the public if

14  released there's a substantial different between

15  the individual – the young individual exercising

16  very poor judgment, being hot-headed and

17  vindicating his pregnant wife after she's

18  assaulted which is the story that Mr. Chavez

19  would have this Panel believe and accept and has

20  been selling for a very long time to therapists,

21  to correctional – correctional counselors and

22  even to the probation department and as

23  distinguished by a cold-blooded gang killer who

24  simply takes it upon himself with, of course,

25  supported by other – a fellow gang member to

26  simply hunt down, go to rival territory,

27  specifically go to an area where he would expect

102

1    to find rival gang members on a Saturday night

2    and conduct a drive-by shooting.  Fully armed,

3    fully aware that this is a rival.

4    Unfortunately, Mr. Chavez is not undergone the

5    growth that he would have this Panel believe and

6    - or the growth that he has convinced

7    psychological evaluators that he's undergone, in

8    my opinion, because he has manipulated the facts

9    for many, many years to minimize his own

10   personal culpability and dangerousness.  While

11   he admits to the act he is unwilling to admit to

12   the motivation which is simply cold-blooded gang

13   rivalry.  The reason why I've asked a number of

14   questions of Mr. Chavez that I have is because

15   according to the records on file in this case

16   the facts are from what he would have this Panel

17   believe.  This was not a young man exercising

18   poor judgment and attempting to vindicate his

19   wife.  This was a man who simply is a cold-

20   blooded killer at that time who was seeking to

21   kill, maim and injure rival gang members.  We

22   know that because while we don't have a

23   transcript of a trial or an appellate transcript

24   because this was a - a - a - a case that was

25   settled by guilty plea what we do know about

26   this case flies in the face of what he now

27   claims.  The records in this case fail show, as

103

1  I've demonstrated, the records are clear that

2  his original statement to investigating officers

3  is simply that he picked up Mr. Cantu.  And he

4  minimized even in that story claiming he simply

5  was driving by, somebody threw bottle and there

6  were shots fired at him and that they fired –

7  Mr. Cantu fired in return.  But at no time when

8  he was first making a statement to the

9  investigating officers – I guess he hadn't

10  thought about the – the potential story of a

11  wife and the state – the story that he now

12  sticks to.

13      **DEPUTY COMMISSIONER KEENAN:**

14  (Indiscernible)

15               (OFF THE RECORD)

16      **DEPUTY COMMISSIONER KEENAN:**  Back on

17  record, Tape 2 Side 1.

18      **DEPUTY DISTRICT ATTORNEY YGLECIAS:**  Thank

19  you.  Mr. Chavez has basically engaged in

20  revisionist history throughout the time that

21  he's been incarcerated.  Both in his

22  conversations to professionals and in his

23  statements made to this Panel and to predecessor

24  panels.  Our records show that Mr. Chavez has

25  added and massaged the facts over time.

26  Frankly, has made partial admissions – well, let

27  me restate that.  I – I would call this Panel's

104

1    attention to the transcript of the initial lifer

2    hearing in 1992 in early March and during that

3    time Mr. Chavez contended that two of the three

4    victims were gang members, the two that

5    survived. But conceded that the - the third was

6    merely a bystander, an innocent civilian. Today

7    that has changed to now even the third was a

8    gang member. Today it's changed further. Now

9    somehow Mr. Chavez knows that the third, the

10   decedent, was also one of his wife's original

11   assailants. So the factitious story about the

12   wife hasn't been enough; that fictitious story

13   has evolved and additional facts have been added

14   to it all of which tend to de-humanize and take

15   away from the victims and somehow in a way that

16   is favorable and minimizes what Mr. Chavez is

17   guilty of. I would call this Panel's attention

18   also to Page 15 in the Legal Documents section.

19   Page 15 of investigating officer's report,

20   affidavit and reports. This is the one that

21   actually - has written on the bottom, you know,

22   the numerical order. At the very bottom of Page

23   15 investigation officer writes "additional, one

24   witness interviewed parenthesis name, address

25   retained by IO close parenthesis stated that

26   after the shooting an unknown male fired six

27   shots at the suspect vehicle and the vehicle

105

1    suspects swerved and reacted like one of the

2    suspects was possibly hit." This is significant

3    because this is the only indication that there

4    was shooting back at, that is during the

5    investigation, that they were shooting back at

6    Mr. Chavez's car. The key word is after. There

7    were bullet holes to be found on Mr. Chavez's

8    car. However, the sequence was the opposite.

9    After he and his crime partner, Mr. Cantu, went

10   looking for, found and shot at rival gang

11   members not surprisingly other party-goers

12   and/or those rival gang members shot back. It

13   is the evidence of this return fire that Mr.

14   Chavez has manipulated and seized upon to now

15   also weave into his fictitious story that it was

16   he who was shot at first. The - I think the

17   passage of 20-something years, 23 years or 22

18   years, should not, in and of itself, inure to

19   Mr. Chavez's benefit in terms of the accuracy,

20   the factual accuracy, of what he did and what

21   was committed. But certainly inured to his

22   benefit in other ways which this panel has

23   already reviewed. But the fact of the matter is

24   that Mr. Chavez didn't need a motive. He was a

25   gang member who felt very bitter against a rival

26   gang and together with a crime partner sought

27   out to find, shoot out and potentially kill gang

106

1    members.  And he did find them and he did shoot
2    at and, unfortunately, did kill not a gang
3    member but an innocent civilian who – civilian
4    who has been accurately portrayed as an innocent
5    bystander.  A man who was attending a baptismal
6    party while on leave from the US military.  And
7    it's – it's disgraceful that Mr. Chavez has
8    weaved all these facts and manipulated all these
9    facts over all these years to get to a point, to
10   actually cause – perhaps to invite some sympathy
11   and some sense of maybe he is getting closer and
12   maybe he is ready.  I would also urge this Panel
13   to discount – to the extent that the
14   psychological evaluations that have been
15   performed over the last few years have been
16   favorable and have been based partially on his
17   contrition on the remorse on statements like Mr.
18   Chavez has accepted responsibility to the crime.
19   The conclusions in those reports are flawed
20   because they accept their partial-based on the
21   fictitious story that he has been selling for so
22   many years now.  There – it's hard to accept
23   that there has been as much growth and as much
24   acceptance and as much remorse when you  know
25   that the true state of affairs is substantially
26   different from what Mr. Chavez has been saying.
27   And this was, in fact, a cold-blooded killing by

107

1  a gang member who needed no motive and has since

2  been manipulated.  I urged this Panel not to

3  accept the story that has been recounted over

4  and over again simply because it has and I do

5  oppose a finding of suitability on behalf of the

6  District Attorney.  Thank you.

7          **PRESIDING COMMISSIONER JULIEN:**   Okay,

8  thank you.  Ms. Christensen?

9          **ATTORNEY CHRISTENSEN:**   Mr. Chavez has

10  been getting one year denials.  He hopes that

11  this will be his year to be paroled.  He's done

12  an exemplary job in prison.  He has a — he has

13  complied with all of the Board's recommendations

14  to improve himself in every possible area that

15  the Board looks at.  And regardless of what

16  happened that day the question before this Board

17  in determining suitability, the ultimate

18  question, is is he going to pose any degree of

19  threat to society if he is to be released.  And

20  the answer to that question is no. Mr. Chavez is

21  not going to involve himself in any gang

22  activities.  He's not going to pick up a gun.

23  He is no longer going oriented in that way.  He

24  has matured and grown and developed himself such

25  that he now has very pro-social goals and he

26  would be successful on parole because of

27  numerous self-help groups he's involved himself

108

1    in over the years.  A lot of marketable skills
2    that he has developed.  All of his vocations.
3    He is extremely remorseful for this crime.  And
4    - and he has - he has shown that he's not the
5    same person he was when he came into prison.
6    He's seized upon every opportunity to improve
7    himself.  And he is rehabilitated.  His family
8    support is excellent. He's got three different
9    residence offers.  The one that he would be most
10   likely to accept would be with his mother and
11   his stepfather who is a retired detective
12   with the Los Angeles Police Department.  That
13   would certainly be a positive influence.  His
14   wife loves him and has stood by him.  She's
15   moved here to be close to him and she's willing
16   to move to wherever he needs to parole to.  And
17   he's also close to his family.  So he has all
18   the support in the world out there to help him
19   to stay on the straight and narrow but he has
20   inner controls to do that, too.  He is not prone
21   to violence.  He has no violence since he has
22   been in prison.  His 115's did not involve
23   anything like that.  So he's shown that he can
24   conform to the rules and regulations of society.
25   He does not react in anger today.  He thinks.
26   He's developed skills, coping skills, to enable
27   him to do very well out in society and he

109

1   believes that he should be given a chance and

2   asks for that chance today.  Thank you.

3       **PRESIDING COMMISSIONER JULIEN:**  Okay,

4   thank you.  And Mr. Chavez, do you have a

5   statement regarding your parole suitability?

6       **INMATE CHAVEZ:**  Well, I would just like

7   to - to say something.  I understand his

8   reluctance and I - you shouldn't live by any

9   gang members though.  That's true.  You know.

10  I'm all for that also.  And I would not ask for

11  your sympathy.  I don't want your sympathy.  I

12  don't deserve it.  If you - you decide to give

13  me a parole date because you think I - I could -

14  I'm ready, you know, it's your decision.  I, you

15  know, it's not because of sympathy.  But also to

16  say I can manipulate so many professionals like

17  that, that - that's - that's not saying -

18  speaking very highly of the professionals that

19  this state hires to evaluate us.  And I just

20  want to say that no matter what I say or can do

21  from now on, I could be a doctor in here, it's

22  not going to change the fact that - what

23  happened.  I can't change that.  There's no way

24  to change that.  So I would ask that you base

25  your opinion on - on, you know, my performance

26  now, you know.  I am not a gang member any

27  longer but I understand cause it's bad down

110

1    there how we think and I'm sorry that he views
2    me that way but - it is understandable but it is
3    not - I - I'm not manipulating you or anyone
4    else.  I have never changed my story.  Never.
5    He said to look in (indiscernible) but I never -
6    I didn't see it, you know.  But that's all.
7    Thank - thank you.
8         **PRESIDING COMMISSIONER JULIEN:**  Okay.
9    Thank you, sir.  We will recess now for
10   deliberations.
11                    **R E C E S S**
12                      --oOo—
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

111

1    CALIFORNIA BOARD OF PAROLE HEARINGS

2              D E C I S I O N

3        DEPUTY COMMISSIONER KEENAN:   Back on

4    record.

5        PRESIDING COMMISSIONER JULIEN:   Okay, our

6    parties have returned to the room in the hearing

7    for Santos Chavez.  And Mr. Chavez, we are going

8    to deny parole today.  We're going to deny

9    parole for a year.  I'll make some comments and

10   then read the decision.  You know, we were very

11   favorably impressed with you.  Your programming

12   is great.   It's just we have – we're left with a

13   lot of unanswered questions.  And whenever we

14   are in that type of a situation we have to err

15   on the side of caution.  And we want to – we're

16   going to ask you to address a few things that

17   were brought up and my colleague is going to

18   speak more on that but let me go ahead and read

19   the decision.  Okay?

20        INMATE CHAVEZ:   Uh-huh.

21        PRESIDING COMMISSIONER JULIEN:    The

22   Panel has reviewed all the information received

23   from the public in relying on the following

24   circumstances in concluding that the inmate is

25   not yet suitable for parole and would pose an

26   unreasonable risk of danger to society or threat

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 1 2/9/06**

112

1   to public safety if released from prison.  As it

2   regards the criminal offense, multiple victims

3   were involved in this crime.  And the crime took

4   place on July 24, 1982, at an address in Los

5   Angeles.  And there was one victim who was

6   murdered and that was Ronald Rivas age 20 and

7   shots were fired and two other victims were

8   injured and that is - were Mr. Lopez and Mr.

9   Jimenez and this was with a .22 caliber gun that

10  the inmate had armed himself with and used to

11  fire into a crowd.  And then Mr. Rivas, as

12  mentioned earlier, was murdered and the two

13  other victims injured.  And as was discussed in

14  your last hearing and I'm sure we touched a

15  little bit on it today there was a gathering of

16  many people.  Many individuals at that house and

17  where all those shots being fired who else knows

18  what could've happened; who else could've been

19  injured.  Luckily it was - there weren't more

20  casualties.  And this goes to the point that the

21  offense is carried out in a manner which

22  demonstrates an exceptionally callous disregard

23  for human suffering.  And the impetus for the

24  crime was the inmate's wife at the time, Donna,

25  had encountered some individuals from the

26  Cypress Park gang at a grocery store.  They

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 2 2/9/06**

113

1    threatened her and she, in turn, told the

2    inmate, her husband, who got upset over this and

3    decided to basically take the matters into his

4    own hands and discourage the gang members from

5    that type of activity and he ended up shooting

6    one and wounding two others.    In terms of a

7    prior record, the inmate has a juvenile arrest

8    for carrying a concealed weapon and no other

9    arrests or convictions that we see.    And in

10   terms of your institutional behavior, you do

11   have an excellent record, as I mentioned, of

12   programming.  You do seem to have participated

13   in as many self-help and therapy programs as we

14   could've asked you to do.  And you do have a -

15   think it's three or four vocations.  Is it three

16   vocations?

17        **INMATE CHAVEZ:**  Really, two.

18        **PRESIDING COMMISSIONER JULIEN:**  Okay, so

19   you have programmed very well.  And in terms of

20   parole plans, you do have viable parole plans.

21   You have three offers, at least three offers, of

22   residence that we talked about today.  Any one

23   of them would be acceptable.  And you also do

24   have a job offer with your mother and stepfather

25   as well as at least two or three other people.

26   And you do have marketable skills.  And we note

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 3 2/9/06**

114

1    that in response to 3042 notices, opposition to

2    finding of parole suitability, has been

3    expressed by the District Attorney of Los

4    Angeles County. And so here's our

5    recommendations, basically, and then

6    Commissioner Keenan will also give you some

7    commendations. You know, it's really hard to

8    figure out exactly what happened. Okay, so we

9    kind of went around and around with this and

10   then when it was the DA's turn to ask you

11   questions and to speak I think even more

12   questions were raised on our part. During the

13   break we went through a lot of material, the

14   prior transcripts, C-File, everything, and tried

15   as best as we could to determine if, in fact,

16   you were twisting and turning in terms of your

17   version and that type of thing. And we found

18   that your – your version of the crime has been

19   relatively consistent through the years.

20   There's the first police statement that my

21   colleague wants to ask you about and then I –

22   I'm particularly interested in Mr. Rivas and

23   in terms of, you know, did you know was he, in

24   fact, a gang member or was he just an innocent

25   bystander. Because in going back over the

26   transcripts we see an innocent bystander up

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 4 2/9/06**

115

1  until today.  So we're going to give you some

2  assignments.  Hopefully, you'll be able to - I

3  don't know what records you have, you know, but

4  I think you're going to need, once you get these

5  transcripts, you're going to need to go through

6  them very careful - very carefully and the

7  issues that the DA raised I think next year be

8  prepared to answer them.  At this point in time

9  this is what's holding you back, okay, from a

10  date.  As I said in the decision your

11  programming is good.  I don't like those 128's

12  at all.  We don't use 128's in determining

13  suitability but they don't look good.  But they

14  can be overcome.  You have three 115's.  Of

15  course, don't get any more.  But, in my opinion

16  at least, the lingering questions that we are

17  unable to answer today are - about the

18  commitment offense are primarily I think what is

19  standing in your way.  And I think you're going

20  to have to resolve them for any panel.  So,

21  therefore, I would encourage you to figure

22  Out what happened.  Even if you have to write

23  out a timeline.  What happened that night.  And

24  all the different guns and the different, you

25  know.  So - cause some times it's not enough to

26  say well, you know, that wasn't this case and

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 5 2/9/06**

116

1   that fell apart and the police brought the gun

2   and, you know, all of this is - it'd be - it all

3   becomes very confusing.  After a certain point

4   it's like what the heck happened, you know?  And

5   until we're a 100%, you know, with the parole

6   suitability here and we have to be 100% sure.

7   We can't have, you know, lingering doubts.

8   Okay?  So Commissioner Keenan, I think you have

9   some more specific things you were going to

10  address as well as the commendations.

11          **DEPUTY COMMISSIONER KEENAN:**  Well, I

12  don't know how specific they were.

13          **PRESIDING COMMISSIONER JULIEN:**  Well,

14  the police -

15          **DEPUTY COMMISSIONER KEENAN:**

16  (Indiscernible) -

17          **PRESIDING COMMISSIONER JULIEN:**   - the

18  police report.

19          **DEPUTY COMMISSIONER KEENAN:**  Okay.

20          **PRESIDING COMMISSIONER JULIEN:**   That -

21  the statement from the police report.

22          **DEPUTY COMMISSIONER KEENAN:**  Okay.  And

23  I'll -

24          **PRESIDING COMMISSIONER JULIEN:**  Oh, did

25  you mark it?  Maybe you didn't mark it.

26          **DEPUTY COMMISSIONER KEENAN:**  Well,

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 6 2/9/06**

117

1   (indiscernible) it.  But I - I - I don't need

2   that.

3           **PRESIDING COMMISSIONER JULIEN:**  Okay.

4           **DEPUTY COMMISSIONER KEENAN:**  But I'll go

5   over the commendations first.  Okay, first of

6   all, you're commended for the two vocations,

7   auto - auto mechanics and welding.  And you have

8   skills you've developed also in lab tech dental,

9   and textiles.  And you're in NA, AA over a long

10  stretch of time, most recently as stated in

11  Change Project or Project Change and Impact

12  self-help program.  Get your GED.  But you did

13  that some time ago.  You've also been involved

14  in life skills group.  And, actually, getting to

15  something more recent, you mentioned

16  (indiscernible) from Dr. - not Dr., Charlie

17  Walker, indicating your participation in three

18  hours of video review and dialogue

19  (indiscernible) and anger management.  And see

20  you have three hours of the - successfully

21  (indiscernible) in - into society.  And so

22  you're to being commended for that and also just

23  to follow-up on your earlier comments by

24  Commissioner St. Julien the District Attorney's

25  representative has pointed out various

26  inconsistencies, you know, and he thinks that

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 7 2/9/06**

118

1   speaks to your credibility and whether or not

2   you're, you know, honest and trustworthy or not.

3   And - and the view on that is that if you're not

4   (indiscernible) remorse, etcetera, that weighs

5   in on the - it sort of takes away from the fav -

6   favorable (indiscernible) being offered by the

7   psychologist. All right? If the information is

8   trustworthy or maybe his opinion isn't all that

9   solid when he's saying favorable things about

10  you. And, you know, I - I'm not going to go

11  over the whole list of inconsistencies

12  (indiscernible) Commissioner St. Julien made

13  reference to a police report telling us,

14  basically, you know, that you indicated that

15  well, I haven't seen it here today, you know.

16  Didn't have a chance to look at it and

17  (indiscernible) but you didn't read - you said

18  you didn't make that statement to the police

19  (indiscernible). And, at any rate, that's just

20  another one of the issues that the District

21  Attorney's representative pointed to. I would

22  suggest that you go back to your transcript of

23  his comments and look at it very carefully and

24  review the report, review his statements and be

25  ready to answer those questions because I saw

26  that that came up at your hearing or two ago.

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 8 2/9/06**

119

1   Saw that talk about inconsistencies.  Think you

2   need to be able to speak to those issues at the

3   next hearing.  And, I mean, I felt that there

4   were a lot of positives about you but, you know,

5   the inconsistencies are an issue in

6   (indiscernible) and, you know, it's an issue

7   here today.  You need to look at those and have

8   a thoughtful, honest response to them, you know.

9   And it's important to have the facts but equally

10  important I think, from my perspective anyway,

11  is to make sure (indiscernible) think he's

12  telling me truth.  And I'm not saying you're

13  not.  I mean, I just - a lot of sort of

14  unanswered questions I think that think you

15  should probably review this and be able to speak

16  to those.  And that's it.

17         PRESIDING COMMISSIONER JULIEN:  And I

18  think this was where it says I - it begins on -

19  on a Saturday night.  I was home watching TV.  I

20  guess that I don't know - cause it's a

21  completely different story so I don't know if it

22  was this night of the crime or not because -

23         INMATE CHAVEZ:  When was that made?

24         PRESIDING COMMISSIONER JULIEN:    It's -

25  is that your file?  Are you -

26         ATTORNEY CHRISTENSEN:    Yes.

27  SANTOS CHAVEZ C-87968 DECISION PAGE 9 2/9/06

120

1       **PRESIDING COMMISSIONER JULIEN:**    - going

2   to give him -

3       **ATTORNEY CHRISTENSEN:**    I gave him -

4       **PRESIDING COMMISSIONER JULIEN:**    - the

5   file - the file to (indiscernible).  Well, you

6   saw it.  It's where they were interviewing and

7   it's like a completely different story.

8       **INMATE CHAVEZ:**  I'd just like to - to

9   know what was dated on -

10       **PRESIDING COMMISSIONER JULIEN:**    It

11  doesn't have it here.

12       **DEPUTY COMMISSIONER KEENAN:**  No, August -

13  the date of the arrest, August the 2nd.

14       **PRESIDING COMMISSIONER JULIEN:**    Oh.

15       **INMATE CHAVEZ:**  Cause I was arrested -

16       **DEPUTY COMMISSIONER KEENAN:**    - 1982.

17  Why he - because of that - and all that it was

18  dismissed for the (indiscernible).

19       **PRESIDING COMMISSIONER JULIEN:**    This is

20  the one - the statement that was one week after

21  the (indiscernible).

22       **DEPUTY COMMISSIONER KEENAN:**  The date of

23  the arrest was one week after the murder.

24       **PRESIDING COMMISSIONER JULIEN:**    It's in

25  here.  So you have the whole file now to review

26  and -

27  **SANTOS CHAVEZ C-87968 DECISION PAGE 10 2/9/06**

121

1          **INMATE CHAVEZ:**  Okay.

2          **PRESIDING COMMISSIONER JULIEN:**   - keep.

3    So write it down.  You know, write down the

4    play-by-play of what -

5          **INMATE CHAVEZ:**  Okay.

6          **PRESIDING COMMISSIONER JULIEN:**   -

7    happened and what you've said throughout the

8    years and, you know, initially it looked like

9    you said that Santos - Cantu had done the

10   firing.

11         **INMATE CHAVEZ:**  (Indiscernible).

12         **PRESIDING COMMISSIONER JULIEN:**  So say,

13   you know, explain why you said that.  And just

14   come in and be able to address it.  Okay?  So

15   that your panel is very comfortable.

16         **INMATE CHAVEZ:**  But - okay, I will

17   address that but when someone - a person says -

18   the DA and I'm not -

19         **PRESIDING COMMISSIONER JULIEN:**   Uh-huh.

20         **INMATE CHAVEZ:**  - you know -

21         **PRESIDING COMMISSIONER JULIEN:**   Uh-huh.

22         **INMATE CHAVEZ:**  - but if he said

23   something and he has no proof of that, he has a

24   police report that was shown to you that was

25   wrong saying I had a shotgun.

26         **PRESIDING COMMISSIONER JULIEN:**   That -

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 11 2/9/06**

122

1  yeah, and then you have to say −

2      INMATE CHAVEZ:  There − there's

3  indiscretions on that police report as it is, so

4  how − how can −

5      PRESIDING COMMISSIONER JULIEN:  But then

6  you have to say − you have to say, you know, I

7  know that he's saying this or whatever and I've

8  no recollection of it, it's not accurate.

9      INMATE CHAVEZ:  I did − I did say it was

10 not accurate.

11     PRESIDING COMMISSIONER JULIEN:  Yeah,

12 but − but − but we don't know that because it

13 isn't −

14     INMATE CHAVEZ:  Uh-huh.

15     PRESIDING COMMISSIONER JULIEN:  − and I −

16 we can't make out the date, whatever, so I said

17 maybe you have some files.  Maybe you have some

18 − do you have your arrest records and all that?

19     INMATE CHAVEZ:  Well, those are them.

20 Right.  But they're wrong and if − see, we took

21 (indiscernible) −

22     PRESIDING COMMISSIONER JULIEN:  But see

23 and I don't understand what's − what's wrong.

24     INMATE CHAVEZ:  Took a (indiscernible)

25 again and −

26     PRESIDING COMMISSIONER JULIEN:  Uh-huh.

27 SANTOS CHAVEZ C-87968 DECISION PAGE 12 2/9/06

123

1      **INMATE CHAVEZ:**  - it was dismissed and

2    they let me go and because of a lot of

3    indiscretions on the - on the police reports

4    that's why it was dismissed.  I was arrested

5    August - September 1st again so all this was

6    first arrest and it was dismissed.  But I - I

7    don't have none of - none of that on my, you

8    know, when I - when I went to - when I find my

9    case I have none of that against me or - or

10   they're using that against me at all.  Cause it

11   was dismissed.  So I would have nothing

12   concerning that.  Cause it was dated August.

13      **PRESIDING COMMISSIONER JULIEN:**  The -

14   but - but the statement was still made.

15      **INMATE CHAVEZ:**  No, that's a police

16   report it's not a statement.  That's a -

17      **PRESIDING COMMISSIONER JULIEN:**  Well, it

18   says it was a state - it says it was - it says

19   it was your statement.  It says he said -

20      **INMATE CHAVEZ:**  I would - I would figure

21   they would have my statement.

22      **PRESIDING COMMISSIONER JULIEN:**  It says

23   Chavez, you know, when the made.  And then it

24   says that you made this statement.

25      **INMATE CHAVEZ:**  Uh-huh.  Okay.

26      **PRESIDING COMMISSIONER JULIEN:**  So, you

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 13 2/9/06**

124

1    know –

2         INMATE CHAVEZ:   I will try to get –

3         PRESIDING COMMISSIONER JULIEN:   – you –

4    yeah, just say you know what – you can say if

5    you don't remember making this statement say I

6    never made it or if you made it say I did make

7    this statement and this is why and it was

8    dismissed because of, you know.

9         INMATE CHAVEZ:   Okay.   The –

10        PRESIDING COMMISSIONER JULIEN:   And if

11   you have any –

12        DEPUTY DISTRICT ATTORNEY YGLECIAS:   The

13   procedural history isn't – I think Mr. Chavez is

14   using the wrong term.  What – what happened was

15   the case was originally presented to the DA's

16   office for filing.  The DA that reviewed the

17   case did not feel that the case was yet ready

18   for filing.  He wanted further investigation,

19   further supplemental interviews and reports.

20   That's when Mr. Chavez was released.

21   (Indiscernible) the case not filed.  It wasn't –

22   and it was filed eventually after the

23   supplemental investigation occurred.  So using

24   the term dismissal is somewhat misleading.  It

25   was never filed and that's why he was originally

26   released but that has nothing to do with the

27   SANTOS CHAVEZ C-87968 DECISION PAGE 14 2/9/06

125

1    accuracy of the report.  They just needed more

2    information.

3         PRESIDING COMMISSIONER JULIEN:    Okay, so

4    yeah – cause in the event – in any event, we

5    have this paper in front of us.  We have this

6    statement.

7         INMATE CHAVEZ:  Okay.

8         PRESIDING COMMISSIONER JULIEN:   That is

9    completely contradictory to what you later said.

10   And you know what, you know, you just have to

11   explain it.

12        INMATE CHAVEZ:  Okay.

13        PRESIDING COMMISSIONER JULIEN:   Okay?

14   So that we don't feel that we don't know the

15   full story.  Okay?  Okay, we will adjourn and

16   it's 12:15 p.m.

17        INMATE CHAVEZ:  Thank you.

18        PRESIDING COMMISSIONER JULIEN:   Okay,

19   thank you, sir.

20        DEPUTY COMMISSIONER KEENAN:  Good luck.

21        PRESIDING COMMISSIONER JULIEN:   Think he

22   might need some –

23        DEPUTY COMMISSIONER KEENAN:

24   (Indiscernible)?

25        PRESIDING COMMISSIONER JULIEN:   Oh, I'm

26   sorry.

27   SANTOS CHAVEZ C-87968 DECISION PAGE 15 2/9/06

126

1        **ATTORNEY CHRISTENSEN:**   Okay.   I'm going

2    to say good-bye.

3        **PRESIDING COMMISSIONER JULIEN:**   Okay,

4    thank you.   Good luck.   Okay, bye Candace.

5        **DEPUTY COMMISSIONER KEENAN:**

6    (Indiscernible) -

7        **PRESIDING COMMISSIONER JULIEN:**   See you

8    later.

9        **ATTORNEY CHRISTENSEN:**   Bye.   Okay.

10        **DEPUTY COMMISSIONER KEENAN:**   Good-bye.

11                    --oOo—

12

13

14

15

16

17

18

19

20

21

22

23   **PAROLE DENIED ONE YEAR**

24   **THIS DECISION WILL BE FINAL ON June 9, 2006**

25   **YOU WILL BE PROMPTLY NOTIFIED, IF PRIOR TO THAT**

26   **DATE, THE DECISION IS MODIFIED.**

27   **SANTOS CHAVEZ C-87968 DECISION PAGE 16 2/9/06**

127

CERTIFICATE AND

DECLARATION OF TRANSCRIBER


I, TRACY RICHARDSON, a duly designated

transcriber, PETERS SHORTHAND REPORTING, do hereby

declare and certify under penalty of perjury that I

have transcribed tape(s) which total one in number and

cover a total of pages numbered 1 - 126, and which

recording was duly recorded at CORRECTIONAL TRAINING

FACILITY IN SOLEDAD, CALIFORNIA, in the matter of the

SUBSEQUENT PAROLE CONSIDERATION HEARING OF SANTOS

CHAVEZ, CDC NO. C-87968, ON FEBRUARY 9, 2006, and that

the foregoing pages constitute a true, complete, and

accurate transcription of the aforementioned tape to

the best of my ability.

I hereby certify that I am a disinterested

party in the above-mentioned matter and have no

interest in the outcome of the hearing.

Dated FEBRUARY 27, 2006, at Sacramento,

California.



TRACY RICHARDSON
TRANSCRIBER
**PETERS SHORTHAND REPORTING**