# EXHIBIT C



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**
PROBATION OFFICER'S REPORT

REPORT SEQUENCE NO. 2

| DEFENDANT'S NAME(S) | | | | COURT | JUDGE | COURT CASE NO. |
|---|---|---|---|---|---|---|
| SANTOS CORDERO CHAVEZ | | | | 130 | BOLAND | A-382607 |

| ADDRESS (PRESENT / RELEASE) | | | | HEARING DATE | DEFENSE ATTY. | PROSECUTOR |
|---|---|---|---|---|---|---|
| 4412 ROCKHOLD ROSEMEAD, CA (285-5278) | | | | 6/12/84 | EGERS | DAVIS-SPRINGER |

| BIRTHDATE | AGE | SEX | RACE | DPO | AREA OFFICE | PHONE NO. |
|---|---|---|---|---|---|---|
| 1/19/64 | 20 | MALE | LATIN | WALLACE | CAI | 97-9352 |

| CITIZENSHIP STATUS | DRIVER'S LICENSE / EXP. DATE |
|---|---|
| U.S. | UNK |

| PROBATION NO. | CII NO. | BOOKING NO. |
|---|---|---|
| X-009204 | A06629916 | 6780259 |

TYPE REPORT
X Probation and sentence
___ Pre-Conviction (131.3 CCP)
___ Post sentence
___ Diversion (Specify) _____

FILED
JUN 12 1984
JOHN J. CORCORAN, County Clerk
By M. CALVIN, Deputy

| DAYS IN JAIL THIS CASE | CUSTODY STATUS/RELEASE DATE |
|---|---|
| [X] ESTIMATED [ ] VERIFIED  646 | JAIL |

**PRESENT OFFENSE: LEGAL HISTORY**

CHARGED with the crimes of (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

182 PC (CONSPIRACY TO COMMIT MURDER WITH A FIREARM AND GREAT BODILY INJURY)
   PURSUANT TO 12022.5, 1203.06(A)(1), 12022.7 AND 1203.075, COUNT ONE
187 PC (MURDER WITH THE USE OF A FIREARM) PURSUANT TO 12022.5 AND 1203.06(A)(
   COUNT TWO,
664/187 PC (ATTEMPTED MURDER WITH THE USE OF A FIREARM AND GREAT BODILY INJUR'
   PURSUANT TO 12022.5, 1203.06(A)(1), 12022.7 AND 1203.075, COUNTS THREE
   AND FOUR.

CONVICTED of the crimes of (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

187 PC, SECOND DEGREE + 12022.5 + 1203.06(A)(1), COUNT II

| CONVICTED BY | DATE OF CONVICTION | COUNT(S) CONTINUED TO P & S FOR DISPOSITION |
|---|---|---|
| PLEA | 4/26/84 | I III IV |

PROPOSED PLEA AGREEMENT

SOURCES OF INFORMATION: PC

| DATE(S) OF OFFENSE | TIME(S) |
|---|---|
| 7/24/82 | 10:00 P.M. |

DEFENDANT: [X] N/A  [ ] SENTENCED TO STATE PRISON/COUNTY JAIL ON CASE ____
(SEE PRIOR RECORD SECTION) [ ] ON PROBATION  [ ] PENDING PROBATION VIOLATION  [ ] PENDING NEW CASE
[ ] ON PAROLE-REMAINING TIME ____

HOLDS/WARRANTS: [ ] YES [X] NO

**RECOMMENDATION:**

[ ] PROBATION  [X] DENIAL  [ ] DIAGNOSTIC STUDY  [ ] CYA  [ ] OTHER ____
              [ ] COUNTY JAIL   [ ] 707.2 WIC
              [X] STATE PRISON  [ ] 1203.03 PC

76P725B — Prob. 195C (Rev. 11/83)

**PRESENT OFFENSE:**
**(CONTINUED)**

SOURCES OF INFORMATION (this page)
D.A. FILE

| ARREST DATE | TIME | BOOKED AS | OFFENSE | LOCATION OF ARREST | ARRESTING AGENCY |
|---|---|---|---|---|---|
| 8/1/82 | 10:35 PM | SANTOS CORDERO CHAVEZ | 187 PC (MURDER) | 6056 LA PRADA ST. LOS ANGELES, CA | LAPD |

| CO-DEFENDANT(S) | CASE NO. | DISPOSITION |
|---|---|---|
| CANTU, JESSIE | A-382607 | UNK |

**ELEMENTS AND RELEVANT CIRCUMSTANCES OF THE OFFENSE:**

IN THE LATE EVENING HOURS OF JULY 24, 1982, RONALD RIVAS, AGE 20, A MARINE ON LEAVE, JOAQUIN LOPEZ, AGE 18 AND RALPH JIMENEZ, AGE 17, WERE STANDING IN THE FRONT YARD OF 3338 MACEO STREET, NEXT DOOR TO WHERE A BAPTISMAL CELEBRATION WAS BEING HELD. THE MEN WERE MEMBERS OF OR ASSOCIATED WITH THE STREET GANG KNOWN AS "CYPRESS PARK," AND THE LOCATION WAS KNOWN TO BE GANG TERRITORY.

AT ABOUT 10:00 P.M., A CAR DRIVEN BY THE DEFENDANT WITH CODEFENDANT CANTU AS PASSENGER, DROVE BY AND STOPPED. THE DEFENDANT HAD A SHOTGUN AND CODEFENDANT WAS ARMED WITH A RIFLE. A WITNESS, APPROACHED THE CAR, AND THE DEFENDANT POINTED A HANDGUN AT HIM. SEVERAL SHOTS WERE FIRED BY BOTH THE DEFENDANT AND THE CODEFENDANT AT THE VICTIMS IN THE STREET. RIVAS WAS FATALLY SHOT, AND THE CAUSE OF DEATH WAS A GUNSHOT WOUND TO THE HEAD. THE TWO OTHER VICTIMS WERE WOUNDED BY GUNSHOTS.

DURING THE SUBSEQUENT INVESTIGATION, OFFICERS RECOVERED FIVE .22 CALIBER SPENT SHELL CASINGS AT THE CRIME SCENE. FURTHER

-2- (CHAVEZ)
76P725B — Prob. 19SC (Rev. 11/83)

1 | INVESTIGATION DISCLOSED THAT THE CAR USED IN THE SHOOTING WAS REGISTERED
2 | TO THE DEFENDANT. FOLLOWING HIS ARREST, THE DEFENDANT IDENTIFIED HIS
3 | CRIME PARTNER AS JESSIE CANTU, A FELLOW GANG MEMBER OF THE "AVENUES."
4 | OFFICERS FURTHER RECOVERED A .22 CALIBER BARREL AND STOCK AT THE
5 | DEFENDANT'S RESIDENCE, WHICH MATCHED THE CASINGS FIRED AT THE CRIME
6 | SCENE.

-3- (CHAVEZ)

76C692G — PROB. 5A — PS 8-82

| | |
|---|---|
| VICTIM: | SOURCES OF INFORMATION (this page) <br> D.A. FILE |

| NAME <br> RONALD RIVAS (DECEASED) | COUNT(S) <br> TWO |
|---|---|

INJURY: PROPERTY LOSS (TYPE / COST / ETC.)

INSURANCE COVERAGE

| LOSS: ☐ YES ☐ NO | ESTIMATED LOSS | RESTITUTION ALREADY MADE <br> NONE | APPLIED FOR VICTIM RESTITUTION FUND <br> ☒ UNK  ☐ YES  ☐ NO |
|---|---|---|---|

VICTIM STATEMENT:

| RESTITUTION | TOTAL NUMBER OF VICTIMS <br> THREE | ESTIMATED LOSS TO ALL VICTIMS | VICTIM(S) NOTIFIED OF P&S HEARING <br> ☒ YES  ☐ NO  (NEXT OF KIN) |
|---|---|---|---|
| DOES DEFENDANT HAVE INSURANCE TO COVER RESTITUTION: <br> ☐ YES  ☒ NO | | INSURANCE COMPANY NAME/ADDRESS/TELEPHONE NO. | |

-4- (CHAVEZ)                                          _____ VICTIM LIST CONTINUES NEXT PAGE

76P725B — Prob. 19SC (Rev. 11/83)

PRIOR RECORD:

SOURCES OF INFORMATION (this page)
CII (5/16/84), PROBATION DEPT. RECORDS, DEFENDANT'S STATEMENT

AKA'S:

  NONE

JUVENILE HISTORY:

THE DEFENDANT HAS A CLOSED JUVENILE NUMBER, 0637895 AND JUVENILE COURT NUMBER J-547706. JURISDICTION WAS TERMINATED ON DECEMBER 18, 1980. AT THE DATE OF THIS DICTATION, THE JUVENILE FILE FOR THE DEFENDANT HAS NOT BEEN AVAILABLE. THE DEFENDANT INDICATES THAT HE WAS SENT TO CAMP MILLER, A CAMP WHOSE PROGRAM IS A SHORT-TERM ONE. HE SAYS THAT WHEN HE GOT INTO NO FURTHER DIFFICULTIES AFTER HIS RELEASE FROM CAMP, HE WAS TERMINATED FROM PROBATION.

ADULT HISTORY:

9/1/82        LAPD - 187(A) PC (MURDER)
   (THIS REFERS TO THE PRESENT OFFENSE.)

-5- (CHAVEZ)

76P725B — Prob. 19SC (Rev. 11/83)

PERSONAL HISTORY:

SOURCES OF INFORMATION (this page)
DEFENDANT'S STATEMENT

SUBSTANCE ABUSE:

__X__ No record, indication, or admission of alcohol or controlled substance abuse.

_____ Occasional social or experimental use of _____ acknowledged.

__X__ See below: Indication / admission of significant substance abuse problem.

Referred to Narcotic Evaluator ☐ Yes ☒ No          _____ Narcotic Evaluator's report attached

Additional information

THE DEFENDANT DESCRIBES HIMSELF AS A SOCIAL DRINKER. HE DENIED THE USE OF ANY OTHER CONTROLLED SUBSTANCES OR DRUGS.

PHYSICAL / MENTAL / EMOTIONAL HEALTH:

__X__ No indication or claim of significant physical/mental/emotional health problem.

_____ See below: Indication / claim of significant physical/mental/emotional health problem.

Additional information

-6- (CHAVEZ)

76P725B — Prob. 19SC (Rev. 11/83)

| PERSONAL HISTORY: (CONTINUED) | | | SOURCES OF INFORMATION (this page) DEFENDANT'S STATEMENT | |
|---|---|---|---|---|
| RESIDENCE | TYPE RESIDENCE APARTMENT | LENGTH OF OCCUPANCY 10 MOS. | ~~XXXXXXX~~/RENT $450 | RESIDES WITH/RELATIONSHIP WIFE, CHILD |
| RESIDENTIAL STABILITY LAST FIVE YEARS GOOD | | CAME TO STATE / FROM BORN | | CAME TO COUNTY / FROM BORN |

Additional information

| MARRIAGE / PARENTHOOD | MARITAL STATUS MARRIED | NAME OF SPOUSE ~~XXXXXXX XXXXXXXX~~ DONNA (ORTIZ) CHAVEZ |
|---|---|---|
| LENGTH OF UNION 5/84 TO PRESENT | NO. OF CHILDREN THIS UNION TWO | SUPPORTED BY WIFE |
| NO. PRIOR MARRIAGES / COHABITATIONS NONE | NO. OF CHILDREN THESE UNIONS N/A | SUPPORTED BY N/A |
| NO. OF OTHER CHILDREN NONE | SUPPORTED BY N/A | |

Additional information

THE DEFENDANT AND HIS WIFE HAVE LEGALLY MARRIED SINCE HIS ARREST IN THIS MATTER. PREVIOUSLY, DEFENDANT INDICATES THAT THEY LIVED TOGETHER FOR THREE YEARS, AND ARE THE PARENTS OF TWO DAUGHTERS, AGES THREE AND ONE.

FORMAL EDUCATION:

THE DEFENDANT LAS ATTENDED BONITA HIGH SCHOOL IN LA VERNE. HE REACHED THE TENTH GRADE BEFORE QUITTING. HE HAS HAD NO FURTHER EDUCATION OR VOCATIONAL TRAINING.

-7- (CHAVEZ)

76P725B - Prob. 19SC (Rev. 11/83)

| PERSONAL HISTORY: (CONTINUED) | SOURCES OF INFORMATION (this page) DEFENDANT'S STATEMENT | | |
|---|---|---|---|
| **EMPLOYMENT STATUS** [X] EMPLOYED  [ ] UNEMPLOYED | REFERRED TO WORK FURLOUGH [ ] YES [X] NO | EMPLOYER AWARE OF PRESENT OFFENSE [X] YES [ ] NO | |
| PRESENT/LAST EMPLOYER / ADDRESS / PHONE SAFEWAY STORES YORK BOULEVARD LOS ANGELES, CA  [ ] VERIFIED  [ ] UNVERIFIED | OCCUPATION STOCK CLERK | PERIOD OF EMPLOYMENT ONE YEAR | GROSS MONTHLY WAGE $6.10 PER HR. |
| | EMPLOYMENT STABILITY LAST 5 YEARS FAIR | TYPES OF PREVIOUS EMPLOYMENT SHOE SALESMAN | |

Additional information

| **FINANCIAL STATUS** | INCOME STABILITY UNK | NET MONTHLY INCOME UNABLE TO REMEMBER | |
|---|---|---|---|
| PRIMARY INCOME SOURCE EMPLOYMENT | SECONDARY INCOME SOURCE(S) NONE | EST. TOTAL ASSETS 0 | EST. TOTAL LIABILITIES 0 |

MAJOR ASSETS / ESTIMATED VALUE

NONE

MAJOR LIABILITIES / ESTIMATED AMOUNT (MONTHLY)

NONE

Additional information

GANG ACTIVITY   [X] YES   [ ] NO          Name of Gang ___AVENUES___

-8- (CHAVEZ)
76P725B — Prob. 19SC (Rev. 11/83)

GANG ACTIVITY:

THE DEFENDANT ADMITS TO BEING AN ACTIVE MEMBER OF THE AVENUES GANG.

DEFENDANT'S STATEMENT:

THE DEFENDANT ADMITS TO HIS INVOLVEMENT IN THIS OFFENSE, AND HE EXPRESSES HIS EXTREME REGRET. HE SAYS THAT RIVAL MEMBERS ATTEMPTED TO TAKE HIS CAR FROM HIS WIFE WHO WAS DRIVING IT AT THE TIME. THESE GANG MEMBERS FRIGHTENED THE DEFENDANT'S WIFE, BY SURROUNDING HER AND MAKING THREATS. THE DEFENDANT SAYS THAT HE WENT TO SETTLE THIS PERSONALLY, AND AT THE TIME HE MADE THE DECISION, THE CODEFENDANT, JESSIE CANTU, WAS AT HIS HOUSE, AND ACCOMPANIED HIM.

THE DEFENDANT SAYS HE REGRETS VERY MUCH WHAT HAS HAPPENED. HE REALIZES NOW THAT HE SHOULD HAVE GIVEN MUCH MORE THOUGHT TO WHAT HE WAS DOING BEFORE HE TOOK ACTION.

INTERESTED PARTIES:

THE DEFENDANT HAS BEEN ADVISED OF HIS RIGHT TO HAVE LETTERS OF CHARACTER REFERENCE SUBMITTED IN HIS BEHALF.

EVALUATION:

THIS DEFENDANT IS A 20-YEAR-OLD YOUNG MAN, WHO APPEARS BEFORE THE COURT AS A RESULT OF HIS FIRST LAW ENFORCEMENT CONTACT.

THE OFFENSE IS EXTREMELY SERIOUS, HOWEVER. SEEKING RETALIATION FROM RIVAL GANG MEMBERS, THE DEFENDANT INSTEAD CAUSED THE DEATH OF AN INNOCENT BYSTANDER. THE VICTIM, A MEMBER OF THE

-9- (CHAVEZ)

76C692G — PROB. 5A — PS 8-82

ARMED FORCES, LEFT A WIDOW AND CHILDREN BEHIND.

   THE DEFENDANT EXPRESSES HIS EXTREME REGRET AND NO DOUBT HE IS SINCERE. HOWEVER, AN OFFENSE OF THIS MAGNITUDE CONSTITUTES A SERIOUS THREAT TO THE COMMUNITY AT LARGE, AND THE DEFENDANT MUST THEREFORE BE REMOVED FROM IT.

   <u>SENTENCING CONSIDERATIONS</u>:

FACTORS IN AGGRAVATION ARE:

1. THE CRIME INVOLVED GREAT VIOLENCE, AND CAUSED GREAT BODILY HARM.

2. THE VICTIM WAS PARTICULARLY VULNERABLE.

FACTORS IN MITIGATION ARE:

NONE.

   AS THERE ARE NO FACTORS MENTIONED IN MITIGATION, THE COURT MAY WISH TO CONSIDER THE HIGH-BASE TERM.

<u>RECOMMENDATION</u>:

   IT IS RECOMMENDED THAT PROBATION BE DENIED AND DEFENDANT

-10- (CHAVEZ)

76C692G — PROB. 5A — PS 8-82

```
 1 | BE SENTENCED TO STATE PRISON WITH PREIMPRISONMENT CREDIT OF 646 DAYS.
 2 | RESPECTFULLY SUBMITTED,
 3 | BARRY NIDORF,
   | ACTING PROBATION OFFICER
 4 |
 5 |
 6 | BY /s/ Bowie for Wallace
   | KATHRYN WALLACE, DEPUTY
   | CENTRAL ADULT INVESTIGATIONS
 7 | 974-9352
 8 | READ AND APPROVED                 I HAVE READ AND CONSIDERED
 9 |                                   THE FOREGOING REPORT OF THE
   |                                   PROBATION OFFICER.
10 | /s/ Nathaniel Bowie Jr.
11 | NATHANIEL BOWIE, JR. /SDPO
12 | (SUBMITTED: 6/8/84)               _____
   | (RECEIVED:  6/8/84)               JUDGE OF THE SUPERIOR COURT
13 | (TYPED:     6/8/84)
   | KW:DMR (6)
14 |
```

-11- (CHAVEZ)

76C692G — PROB. 5A — PS 8-82