# EXHIBIT D

C-file copy

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
JULY 2005 CALENDAR

CHAVEZ, SANTOS                                              C-87968

I. **COMMITMENT FACTORS:**

    A.    **Life Crime:** Murder 2nd, PC 187 with a two year enhancement of PC 12022.5, Firearm: Count 2, Case #382607. County of Commitment: Los Angeles. Sentence: 17 years to Life. Victim: Ronald Rivos, age 20. Date received in CDC: 6/22/84. MEPD: 3/7/93.

        1.    **Summary of Crime:** All relevant documents from the previous hearing including the transcripts have been considered and that information appears valid. The writer has no further information to add.

        2.    **Prisoner's Version:** Remains the same as stated in the previous hearing.

        3.    **Aggravating/Mitigating Circumstances:**

            a.    **Aggravating Factors:** Remains the same as stated in the previous hearing.

            b.    **Mitigating Factors:** None.

    B.    **Multiple Crime(s):** None.

        1.    **Summary of Crime:** None.

        2.    **Prisoner's Version:** None.

II. **PRECONVICTION FACTORS:**

    A.    **Juvenile Record:** Documents from the previous hearing have been considered and that information remains valid.

    B.    **Adult Convictions and Arrests:** Documents from the previous hearing have been considered and that information remains valid.

SENT TO I/M ON 6/13/05

CHAVEZ, SANTOS        C87968        CTF-SOLEDAD        JUL/2005

    C.    **Personal Factors:** Documents from the previous hearing have been considered and that information remains valid.

III.    **POSTCONVICTION FACTORS:**

    A.    **Special Programming/Accommodations:** None.

    B.    **Custody History:** Documents from the previous hearing(s) have been considered and that information remains valid. He remained at CTF North in the general population with Medium A Custody.; Chavez worked on the yard crew from 4/29/04-7/23/04, then worked as a dental lab tech. from 7/23/04 – 3/12/05. On 3/10/05 he transferred from CTF-N to CTF-C and is currently unassigned.

    C.    **Therapy and Self-Help Activities:** Documents from the previous hearings have been considered and that information remains valid. Chavez has continued to participate in AA, NA during this period.

    D.    **Disciplinary History:** Chavez has remained disciplinary free during this period of review.

    E.    **Other:** Chavez was seen for his sixth Subsequent Hearing on 7/28/04. Parole was denied for one year. The Board's recommendations were to stay disciplinary free, earn positive chronos and get self help as available. Chavez is commended for following the BPT recommendations.

IV.    **FUTURE PLANS:**

    A.    **Residence:** Remains the same as stated in the previous hearing.

    B.    **Employment:** Remains the same as stated in the previous hearing.

    C.    **Assessment:** Remains the same as stated in the previous hearing.

V.    **USINS STATUS:** Chavez is a United States Citizen.

VI.    **SUMMARY:**

    A.    Prior to release the prisoner could benefit from: continue to remain disciplinary free, participate in self help and therapy when available.

CHAVEZ, SANTOS    C87968    CTF-SOLEDAD    JUL/2005

B. This report is based upon 3 hours of Central File research, an interview with Inmate Chavez and incidental contact with the prisoner during this period of review.

C. Inmate Chavez reviewed his Central File on 5/16/05.

D. No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

_____  5.25.05
R. Lee                           Date
Correctional Counselor I


_____  6-3-05
M. Zaldivar                      Date
Correctional Counselor II


_____  6-3-05
F. Ahl                           Date
Facility Captain(A)


_____  6.8.05
D. S. Levorse                    Date
Classification and Parole Representative

BOARD OF PRISON TERMS                                           STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS
  TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
  TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 4/04 to 4/05 | | | **PLACEMENT:** Remains at CTF.<br>**CUSTODY:** Continues at Medium A.<br>**VOC. TRAINING:** None.<br>**ACADEMICS:** None.<br>**WORK RECORD:** Yard Crew from 4/29/04 - 7/23/04, Dental Lab Tech. from 7/23/04 - 3/12/05. Note Dental lab chrono dated 5/17/05 for being a good worker. Currently unassigned due to being transferred from CTF-N to CTF-C on 3/10/05.<br>**GROUP ACTIVITIES:** Continues to participates in AA, NA. Note CDC 128B's dated 1/5/04, 4/7/04, 7/2/04, 10/4/04 and 12/30/04.<br>**PSYCH. TREATMENT:** None.<br>**PRISON BEHAVIOR:** Clear for this period.<br>**OTHER:** None. |

CORRECTIONAL COUNSELOR'S SIGNATURE  *[signature]*                    DATE  5.25.05

CHAVEZ            C87968            CTF-SOLEDAD            JUL/2005

BPT 1004 (REV 7/86)                  Page _1_

C-file copy

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
MARCH 2004 CALENDAR

CHAVEZ, SANTOS                                                              C87968

I.  **COMMITMENT FACTORS:**

   A.  **Life Crime:** Murder 2nd, PC 187 with a two (2) year enhancement of PC 12022.5, Firearm; count 2, Case #382607. Sentence: 17 years to Life. Victim: Ronald Rivos, age 20. Date received in CDC: 6/22/84. MEPD: 3/7/93.

   1.  **Summary of Crime:** On July 24, 1983, the victim, an innocent bystander, was standing in the front yard of 3338 Macieo Street in Los Angeles. At approximately 10:00 p.m., a car, driven by Chavez, drove up and stopped. Chavez had a shotgun, and his co-defendant Cantu was armed with a rifle. A witness approached the car, and Chavez pointed a handgun at him. Several shots were fired by both Chavez and Cantu at rival gang members in the street. As a result, Rivas, an innocent bystander, was fatally shot, and the other two victims (Cypress Park Gang Members) were wounded by the gunfire. The cause of death to Rivas was a gunshot wound to the head. A subsequent investigation revealed five .22 caliber spent shell casings that the crime scene. Officers also recovered a .22 caliber barrel and stock at Chavez' residence which matched the casings fired at the crime scene. Information was found in the Probation Officer's Report (POR), pages 2 and 3.

   2.  **Prisoner's Version:** Chavez admitted to his involvement in this commitment offense, and he expresses his extreme regret. He states that three men had attempted to take his car away from his wife shortly before the life crime. They frightened her by surrounding her and making verbal threats towards her. Chavez says that he went to settle this matter personally. He took a friend, Jesse Cantu, with him. Chavez says he was never in possession of a shotgun and that the issue was not gang related. He said that he should have given much more thought to what he was going to do before doing it. Chavez was interviewed on 11/13/03 and stated that the above statement is accurate.

   3.  **Aggravating/Mitigating Circumstances:**

CHAVEZ, SANTOS          C87968          CTF-SOLEDAD          MAR/2004

SENT TO INMATE ON: 4/2/04

        a.    **Aggravating Factors**: The crime involved great violence and bodily injury resulting in the death of one person.

        b.    **Mitigating Factors**: None.

B.    **Multiple Crime(s)**:

    1.    **Summary of Crime**: N/A

    2.    **Prisoner's Version**: N/A

## II. PRECONVICTION FACTORS:

A.    **Juvenile Record**: Chavez has a closed juvenile number, 0637895 and juvenile court number J547706. Jurisdiction was terminated on December 18, 1980.

B.    **Adult Convictions**: Chavez was arrested in 1982 for 187 of the Penal Code. This refers to the present offense.

C.    **Personal Factors**: Chavez was not an abuser of alcohol or drugs at the time of the offense. He attended high school until the 10th grade. He appears to have not suffered any deviation or mental disorder. At the time of the life crime, he claimed membership in the Avenues Gang for four years. Chavez is presently separated from his wife, and his two children are with his brother, Johnny Chavez. He was a stock clerk prior to incarceration. Information was found in the POR, pages 7 and 8.

## III. POSTCONVICTION FACTORS:

A.    **Special Programming/Accommodations**: None.

B.    **Custody History**: Documents from the previous hearings have been considered and that information remains valid. He remained at CTF-N in the general population with Medium A Custody. He completed Vocational Welding on 5-15-03 and is currently assigned as a Porter. See Postconviction Progress Report for details.

C.    **Therapy and Self-Help Activities**: Documents from the previous hearings have been considered and that information remains valid. Chavez participated in AA, NA, Project C.H.A.N.G.E. and Impact Self Help Program during this period. See Postconviction Progress Report for details.

D. **Disciplinary History:** Documents from the previous hearings have been considered and that information remains valid. Chavez has been disciplinary free since 1995.

E. **Other:** Chavez attended his Fifth Subsequent Parole Consideration Hearing on 3-20-03. Parole was denied for 1 year. BPT recommendations were that he remain disciplinary free, upgrade vocationally and participate in self help and therapy. Chavez has been following the BPT Recommendations. He was disciplinary free. He participated in the self-help programs that are available for him and he completed vocational welding. He now has a GED and two vocations: Auto Mechanics and Welding.

IV. **FUTURE PLANS:**

A. **Residence:** Chavez stated that he would request an out-of-county residence to live with wife Yvonne Chavez, 1073A Pinnacles, Greenfield, CA 93927, Telephone (831) 674-8301. If not, he could live at his mother-in-law's residence, Norma Otero at 2728 Delor Road, Los Angeles, CA 90065; Telephone (323) 256-0193. Another option for residence is his mother, Ruth Heatherington, 261 Bay Shore Avenue, Long Beach, CA 90803, Telephone (562) 856-2470.

B. **Employment:** During Chavez' interview on 11-13-03, he stated that his mother-in-law, Norma Otero, would give him employment at Beatles Shad West, 2728 Delor Road, Los Angeles, CA 90065; Telephone number (323) 256-0193. Chavez stated there will be other employment offers when his letters of employment come.

C. **Assessment:** Chavez has numerous letters from his immediate and extended family. He has job offers also from various family members. He appears to have an excellent support system and viable parole plans. Chavez stated updated letters of support and job offers will follow.

V. **USINS STATUS:** Chavez is a United States Citizen.

VI. **SUMMARY:**

A. Considering the commitment offense, prior record and prison adjustment, the writer believes the prisoner would probably pose a low degree of threat to the public at this time, if released from prison. Chavez has been incarcerated for almost twenty years. He has been disciplinary free for around nine years. He has

completed two vocations, has family support and appears employable. He has taken responsibility for his crime.

B. Prior to release the prisoner could benefit from:

1. Remaining disciplinary free.
2. Participating in self-help that is available.

C. This report is based on 3 hours of Central File research, an interview with Inmate Chavez and incidental contact with the prisoner during this period of review.

D. Inmate Chavez reviewed his Central File on 11-13-03 as verified by the CDC 128B of the same date.

E. No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

_J. Studebaker_     3-25-03
J. Studebaker           Date
Correctional Counselor I


_R. Torres_     3/25/03
R. Torres           Date
Correctional Counselor II


_L. Trexler_     3-25-04
L. Trexler           Date
Facility Captain


_D. S. Levorse_     3-30-04
D. S. Levorse           Date
Classification and Parole Representative


CHAVEZ, SANTOS     C87968     CTF-SOLEDAD     **MAR/2004**