

Santos Chavez
CORRECTIONAL TRAINING FACILITY
C-87968  ED-178-Up
P.O. Box 689
Soledad, CA 93960-0689

07-5014 pjh

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CA 94102