UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTOS CHAVEZ,

        Petitioner,

vs.

BEN CURRY, Warden,

        Respondents.

No. C 07-5014 PJH (PR)

**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

This is a habeas case in which the petitioner challenged a denial of parole. The court denied the petition in an order entered on October 19, 2009. Petitioner has filed a timely notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

Pursuant to 28 U.S.C. § 1915(a)(3), an appeal may not be taken in forma pauperis if the district court certifies that it is taken in bad faith. This appeal is not frivolous because two issues in the case are substantial: (1) whether it is clearly established in the decisions of the United States Supreme Court that the evidence constitutionally required to support a denial of parole must have some "indicia of reliability;" and (2) whether a "*Biggs* claim," namely that it violates due process for a parole board to repeatedly deny parole solely on the facts of the offense and in the face of evidence of rehabilitation, is based on clearly established law as determined by the United States Supreme Court, and thus can be the basis for federal habeas relief. *See Biggs v. Terhune*, 334 F.3d 910, 915-17 (9th Cir. 2003).

The motion to proceed in forma pauperis on appeal (document number 20 on the docket) is **GRANTED**. The clerk shall process the appeal.

**IT IS SO ORDERED.**

Dated: November 17, 2009.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

P:\PRO-SE\PJH\HC.07\CHAVEZ1574.IFP-APP.wpd